## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: United States v. Lira          Case Number: 23 CR 54-03

An appearance is hereby filed by the undersigned as attorney for:

David Lira

Attorney name (type or print): Damon M. Cheronis

Firm: Cheronis, Parente & Levitt LLC

Street address: 140 South Dearborn Street Suite 404

City/State/Zip: Chicago, Illinois 60603

Bar ID Number: 6277244          Telephone Number: 312.663.4644
(See item 3 in instructions)

Email Address: damon@cheronislaw.com

Are you acting as lead counsel in this case?          ☑ Yes    ☐ No

Are you acting as local counsel in this case?          ☐ Yes    ☑ No

Are you a member of the court's trial bar?          ☑ Yes    ☐ No

If this case reaches trial, will you act as the trial attorney?          ☑ Yes    ☐ No

If this is a criminal case, check your status.          ☑ Retained Counsel
          ☐ Appointed Counsel
          If appointed counsel, are you
          ☐ Federal Defender
          ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 1, 2023

Attorney signature:          S/ Damon M. Cheronis
          (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015