# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                             Case No.: 1:23−cr−00054

                                                      Honorable Ronald A. Guzman

Thomas V. Girardi, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 2, 2023:

      MINUTE entry before the Honorable Jeffrey Cummings:as to David R. Lira: At the parties' request, the arraignment hearing set for 2/7/23 is stricken and reset for 2/10/23 at 1:30 p.m. by video at the defendant's request and with his consent. Members of the public and media will be able to view the hearing by using the following Webex link: https://us−courts.webex.com/us−courts/j.php?MTID=m15b12b3396b5a858177a67994a34b130. The call−in number is: 1−650−479−3207; Access: 2314 058 4511. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.