**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

UNITED STATES OF AMERICA
                        Plaintiff,

v.                                       Case No.: 1:23–cr–00054
                                                  Honorable Mary M. Rowland

Thomas V. Girardi, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 23, 2025:

      MINUTE entry before the Honorable Mary M. Rowland as to David R. Lira: The Court has received Defendant Lira's motion for leave to file exhibits under seal [114]. Defendant Lira's motion for leave to file exhibits under seal [114] is granted. The Court has received Defendant Lira's motions to dismiss the indictment for error in the grand jury proceedings [107], to strike certain language from the superseding indictment and for other miscellaneous relief [109], and to dismiss counts nine through twelve of the superseding indictment [110]. The Government to file a response to [107], [109], and [110] by 5/14/25. Replies due 5/28/25. The Court also received Defendant Lira's motion in limine to preclude the Government from taking inconsistent positions at trial through judicial estoppel [111]. The government's response is due 6/4/25 and reply is due 6/11/25. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.