# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA
                Plaintiff,

v.                                       Case No.: 1:23−cr−00054
                                                  Honorable Mary M. Rowland

Thomas V. Girardi, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2025:

      MINUTE entry before the Honorable Mary M. Rowland as to David R. Lira: The Government's motion for leave to file a consolidated response to Defendant Lira's pretrial motions instanter that exceeds the page limits under Local Rule 7.1 [122] is granted. The Court permits the Government to file its 49−page consolidated response to Defendant Lira's pretrial motions. The Government's motion for leave to file its motion in limine to present direct evidence of crimes charged and, alternatively, motion to admit evidence pursuant to Federal Rule of Evidence 404(b) instanter that exceeds the page limits under Local Rule 7.1 [124] is granted. The Court permits the Government to file its 26−page motion. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.