# Family Letters for David Lira

# Table of Contents Family Letters for David Lira

Constance Crane
Jennifer Michelle Girardi Crane
Michael Crane
Natalie Crane
John Girardi
Denise Girardi
Kenneth Girardi
Matthew Girardi
Patrick Girardi
Vincent Girardi
Carolyn Lira
Catherine Lira
Elizabeth Lira
Jacqueline Ann Lira
Michael Lira

Constance Crane
530 Byron Lane
Nipomo, CA 93444
(805) 343-3060


23. July 2025


Damon Cheronis
Cheronis & Parente LLC
140 South Dearborn Suite #404
Chicago, IL. 60603


Dear Honorable Judge Mary M. Rowland,

I am writing this letter in support of David Lira. I have known David for twenty-three years. My son, Michael is married to Jennifer Girardi Crane. I am currently retired, after working forty years in public education. The majority of my career was working as a secondary school librarian in the San Marino Unified School District and the Arcadia Unified School Districts in California.

Having spent so many years interacting with students and their parents I am very observant of parent - child relationships and how this contributes to a young person's development. David has always been extremely supportive and loving to his four children and also his nieces and nephews. I can say without reservation that David and Jacqueline's children are kind, polite, articulate and generous beyond what you would expect to find in most young adults you encounter today.

I know that David was always very involved in his children's daily activities when they were younger. He made time to coach their sports teams, volunteer to be on committees at their schools and was always present for them in any way possible. David is a shining example of what an excellent parent should strive to become. It is my opinion that he has been rewarded with four children who choose to emulate their father and give back to others and have a strong work ethic.

Over the years I have spent holidays and important family events with David and his family. From our first meeting the Lira family has made me feel welcome and a part of their family. To know David, Jacqueline and their children is to love them. I appreciate you taking the time to read this letter on David's behalf.

Sincerely,

Constance Crane

Jennifer Michelle Girardi Crane
1660 East Mountain Street
Pasadena California 91104
Crane1660@gmail.com
(626) 437-3140

July 6, 2025

The Honorable Mary M. Rowland

RE: David Lira

Dear Honorable Rowland,

My name is Jennifer Michelle Girardi Crane. I'm a stay-at-home mom and I help my husband run our small arboriculture business here in Pasadena, California. I write today on behalf of David Lira, whom I've had the honor of knowing as my brother-in-law for nearly thirty years.

I first met Dave when he began dating my sister, Jacqueline. From that moment, his kindness and unwavering support stood out. He is, without a doubt, as solid a man as one could hope to know. Whether it's his immediate family, friends, or even strangers, he treats everyone with dignity and respect. Over the years, Dave has demonstrated exceptional dedication as a husband, father, brother, son, and uncle. He has always taken his work as a lawyer seriously, but most importantly is an incredible father to his children. Anyone would be proud to call him their dad, son, brother, or counselor.

Dave's character has remained steadfast all these years. He continues to show up for his friends and family. Whether he's attending my daughter's elementary school function or driving my 84-year-old mother home after family gatherings, he is consistently supporting those around him. Dave actively practices his Catholic faith and is a man of integrity.

By all measures, he is absolutely nothing like my father and he would not be in the situation he's in if it weren't for my unethical father. Thank you for taking the time to learn about Dave, who is so much more than his association to a defunct law firm that was owned and operated by my demented and morally corrupt dad.

I hope this note conveys the depth of my respect and admiration for Dave.

Respectfully submitted,

Jennifer Michelle Girardi Crane

# Arbor Care, Inc.

**arboricultural consulting & plant health care**
**Michael Crane**
ISA Board Certified Master Arborist #WE6643B
ASCA Registered Consulting Arborist #440
**mail@ArborCareInc.net**
**(310) 308-6572**


July 14, 2025

The Honorable Mary M. Rowland

RE: David Lira

Dear Honorable Rowland,


My name is Michael Crane. I'm writing on behalf of my brother-in-law, David Lira. I've had the privilege of knowing Dave since 2001, when I began dating—and later married—Jennifer, Jacqueline's sister. Over the years, I've come to know Dave not just as a family member, but as a genuinely good man whose character has remained steady and strong through both good and difficult times.

I've owned and operated my own arboriculture consulting business for nearly two decades and have known the Girardi family for nearly four decades. Through the years I've learned to value consistency and integrity—qualities that Dave exemplifies. He has always been a dependable and thoughtful presence in our family. Whether he's offering support during family gatherings, stepping up when someone needs a hand, or simply being a reliable sounding board, Dave has shown time and again that he is deeply committed to the people in his life.

Even during the past several years, which have been challenging in many ways, Dave has remained a kind, patient, and dedicated husband and father. He consistently puts his family first, and it's clear that he approaches his responsibilities with a deep sense of care and devotion. I admire his strength, demeanor, and willingness to be there for others.

I'm proud to call him my brother-in-law, and I have no hesitation in offering my full support on his behalf.


Sincerely,

Michael Crane

Natalie Crane
575 O'Farrell Street, Apt. #1101
San Francisco, Ca. 94102
(415) 2647787

16, July 2025

**Damon Cheronis**
Cheronis & Parente LLC
140 South Dearborn Suite #404
Chicago, IL. 60603

Dear Honorable Judge Mary M. Rowland,

I am writing this letter in support of David Lira. I have known Dave for twenty three years. My only sibling, Michael Crane, is married to Jennifer Girardi Crane. I currently work as the Practice Manager for Dr. Andrew Barnett, a Cosmetic Surgeon with offices in San Francisco and Walnut Creek, California.

I have always observed Dave to be very family-oriented and generous in spirit. His children are everything to him. He's a loving, empowering and supportive father. Dave encourages his family to make a difference in the world. He has three daughters and I feel empowerment is a big gift Dave has given his girls. He encourages their discussions, learning and respects their individual opinions. His children are serious people who work hard. He instilled in them a strong work ethic and they are very respectful and interesting people who continue to make positive contributions to society. Their deep love for him is evident to me.

I have celebrated many holidays and family milestones with Dave, his wife Jacqueline and their four lovely children. The Lira Family has always been so kind and welcoming to me and I appreciate you taking the time to read my letter on his behalf.

Sincerely,

Natalie Crane

LAW OFFICES OF

# JOHN GIRARDI

August 1, 2025

*__Via Email Only__*
Honorable Mary M. Rowland
United States District Court
Northern District of Illinois

*Re:  David Lira*

Dear Judge Rowland:

I have known David Lira for a little over 30 years and have come to know him well on a professional, familial and personal basis.

David is married to my niece Jacqueline and I am a great uncle to their four thoughtful, accomplished and well-raised children.  If that were the only basis on which to provide information about David's character, it would be enough.

I know him, however, in a much different setting.

I have been a practicing lawyer in Southern California for over 52 years.  I have specialized in trial work representing plaintiff in, for the most part, personal injury matters.

I have been fortunate to receive a number of accolades for my work as a lawyer ( lawyers are prone to do that sort of thing) and a member of several trial lawyer organizations and also served on multiple non-profit boards, including those of my high school and law school.  I relate all this only to provide some background and also explain my experience in dealing with and evaluating people and personalities.

David Lira and I worked together at the Girardi Keese firm for something more than 25 years.  His office was down the hall from mine.  Others have made comments about his extraordinary skill in the court room and the results in representation of clients, both in trial and settlements entirely consistent with that consummate skill. But it is not simply because of those events that I would be moved to comment.

Over the course of 25 years when there was interaction on most of those days one can develop a fairly good impression of another's character.  In those interactions -- matters of law, character, people, strategy, tactics and service to others -- David is one of those singular individuals whose decisions and behavior are guided by integrity and character.  He never once strayed from honesty and intellectual honesty, that is, he did not delude himself.  Further, he was not consumed with his own accomplishments and allow prior successes be his guide instead of the more salient question of what was right for the client or what was right for the situation.  Perhaps another way

29900 Hawthorne Boulevard  |  Rolling Hills Estates, CA 90274
310-265-5787  |  john@johngirardilaw.com

Honorable Mary M. Rowland
August 1, 2025
Page 2

of saying this is while he took his work, his family and his clients seriously, he did not take himself seriously.

I am perhaps more aware than most of the situation David has endured since the closing of the Girardi Keese firm yet he has remained steadfast. If I were ever to need a lawyer not only to give me the correct legal advice but advice administered with insight and honesty, David would be that lawyer. I know he would speak the truth even to those who did not wish to listen.

I have come to understand over these many years that mine is not a singular opinion. Countless lawyers who have opposed David in civil cases have spoken to me of David's fine traits and he combines all of the very best qualities of a lawyer.

David is a gentleman and a man of unquestionable character and integrity.

With kind regards,

JOHN A. GIRARDI

JAG/ma
Encl.

# Denise Girardi

August 14, 2025

The Honorable Mary M. Rowland
United States District Court
Northern District of Illinois

Re: David Lira

Dear Judge Rowland:

I am the aunt of Jacqueline Lira who is David Lira's wife. Jacqueline and David were married in our backyard almost 30 years ago and so I have known David for many years. I am married to John Girardi who worked with David at Girardi Keese and consequently spent time with David and Jacqueline at many law firm events as well as numerous family occasions. I also have a fair amount of experience with lawyers because of my 10-year career as a certified court reporter.

From my personal observation of my husband working at GK, I know that it was a challenging environment. Nevertheless, from what was clear to me, David maintained his integrity and adhered to the ethics of the profession.

As a husband and a father, he was dedicated and faithful which was entirely consistent with his character. All the members of the Lira family have endured these last several years with grace, again reflecting on the commendable qualities of David and Jacqueline.

Sincerely yours,

Denise Girardi

Denise Girardi

Kenneth Girardi
7447 Henefer Ave.
Los Angeles, CA 90045

August 13, 2025

The Honorable Mary M. Rowland
United States District Court
Northern District of Illinois
Eastern Division

To The Honorable Mary M. Rowland,

My name is Kenneth Girardi, and I am a Senior Project Engineer at The Aerospace Corporation, a Federally Funded Research and Development Center supporting the United States Air Force and United States Space Force. I hold a Department of Defense security clearance and write to you with deep sincerity in support of David Lira.

Having reviewed the *Plea Agreement* and *Charges in This Case*, I wish to express that my profound respect for Mr. Lira's character and unwavering belief in his integrity remain unchanged. I hope my perspective, shaped by nearly three decades of knowing him personally, will offer meaningful insight into the man behind the case.

I have known Mr. Lira since he married my cousin Jacqueline over 27 years ago. While I have met many of his colleagues from his time at Girardi Keese, my connection with Mr. Lira is rooted not in professional admiration alone, but in witnessing his consistent compassion, humility, and generosity. He is an exceptional attorney, but more importantly, he is a deeply principled individual.

Approximately 20 years ago, while pursuing my MBA at Pepperdine University, I conducted a research project on legal services. Mr. Lira did not merely answer a few questions—he devoted an entire afternoon to walking me through the legal process, sharing insights, and connecting me with additional resources. That experience was profoundly meaningful to me and has remained with me ever since. It exemplified the kind of generosity and thoughtfulness that defines his character.

As someone who has hired attorneys who bill in 15-minute increments for an email response, I am acutely aware of how the legal profession often views time through the lens of billable

hours. In that context, Mr. Lira's willingness to spend time with me without compensation, without hesitation, was not only generous, but uncommon. His approach reflects a genuine desire to help others, not a transactional mindset. That same spirit has been evident every time I have referred friends to him for guidance or mentorship.

I have referred several of my own friends to Mr. Lira; some considering law school, others seeking legal advice or professional direction. He consistently makes time to meet with them, listen, and offer thoughtful counsel. When I have asked for referrals for legal services outside his area of practice, he has provided recommendations for high-quality attorneys. The feedback I receive from those friends is always overwhelmingly positive and appreciative of the connection.

Mr. Lira's humility is woven into the fabric of his life. I vividly recall a conversation years into his marriage when we were discussing college, the milestones of becoming self-sufficient, and the small but meaningful habits that reflect personal responsibility. He shared that he had always done his own laundry, even after getting married and never expected Jacqueline to take on that task, even as she cared for their growing family. What struck me was not just the act itself, but the principle behind it: a quiet, unwavering commitment to carrying his own weight and respecting the efforts of others. That small but telling example speaks volumes about his character. He does not take others for granted, and he carries his responsibilities with quiet dignity.

I have watched Mr. Lira raise four wonderful children with care and integrity. His understanding of legal liability and corporate ethics is profound, but what sets him apart is his unwavering commitment to doing what is right, not merely what is required. He consistently emphasizes ethical decision-making and the human impact behind legal choices.

In my professional capacity, I am entrusted with responsibilities that require sound judgment, discretion, and a high standard of ethical conduct. My work often involves evaluating risk, reliability, and leadership, qualities I have consistently observed in Mr. Lira. I do not offer this support lightly. I believe that character is revealed not only in moments of success but in how one responds to adversity. Mr. Lira has shown humility, accountability, and a continued commitment to others, even in difficult circumstances.

Throughout our long association, I have seen Mr. Lira held in the highest regard by his peers. His reputation in the legal community is impeccable, and his personal conduct reflects a man who leads with integrity, humility, and heart.

I respectfully ask that you consider the totality of Mr. Lira's character and the positive impact he has had on so many lives. I believe he has already carried the weight of this experience with deep remorse and reflection. Leniency in sentencing would not only be a recognition of his humanity but also a chance for him to continue contributing meaningfully to others—as he always has.

With deepest respect,

Kenneth Girardi
Senior Project Engineer
The Aerospace Corporation
310.336.7022

# THE GIRARDI FIRM, LLP

---

**LAWYERS**

August 15, 2025

Honorable Mary M. Rowland
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
219 South Dearborn Street, Courtroom 1225
Chicago, Illinois 60604

Re: *David Lira*

Dear Judge Rowland,

As the son of Tom Girardi, a brother (in law) of David Lira, I am deeply saddened, angered, outraged, shocked and frustrated at what has transpired. Unfortunately, I lost contact with Tom decades ago. Someone I did not lose contact with is my brother in law, my friend, someone I love very much and someone I admire, David Lira.

David came to my family 30+ years ago. He liked football and tacos and boxing so naturally I liked him. He also liked my sister. As years start to pass like hours used to, I started to recognize there was a lot more to David than just football and tacos. I saw the way he comforted his eldest daughter (who notably prefers France to football). I saw the way he interacted with his son. Like a friend, a mentor, a trusted ally. He coached football, he coached baseball, he coached his twin daughters in soccer, and I knew he did not know much about soccer but anything to spend time with his family. David was the commissioner of the little league that I played in. Even though David often worked a 70 hour work week, he still had time to take out the garbage and play games with his children...or help with homework.

I remember the day I learned he would be joining Girardi Keese. While I was happy he got to move to Los Angeles to be closer to my sister, Jacqueline, I knew how potentially disastrous it would be. I knew how hard it would be to be Tom's son-in-law and a senior partner at the firm. I was Tom's son and law clerk and I lasted two summers.

David is a wonderful man who put himself in a situation in which there was no right answer. It is easy to look back and chart a better course but at the time, I do not believe there was a simple solution to this very complicated mess.

I humbly request this Honorable Court exercise discretion in sentencing in consideration of the totality of the circumstances of this horrible event.

Sincerely,

*Matthew Girardi*

Matthew Girardi
MDG/seh

Patrick Girardi
5413 W. 77th Street
Los Angeles, CA 90045
Patrick.L.Girardi@gmail.com
(310) 722-2577


August 11, 2025

The Honorable Mary M. Rowland
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604


Re: Character Letter for David Lira


Dear Judge Rowland,


My name is Patrick Girardi, and I am a Vice President and National Account Manager at Commonwealth Land Title, working in commercial real estate transactions nationwide. Outside of work, I am a devoted husband and father of three young children, and I take great pride in the relationships I build and maintain in my personal and professional life.

I have known David Lira for nearly thirty years now, as he is married to my cousin, Jacqueline. And through countless family gatherings, conversations, and shared experiences, I have had the privilege of knowing him quite well. Over time, he has become more than just family, he is someone I deeply respect and admire.

David has always had an upbeat and almost jovial presence in every setting where I have seen him. What stands out most to me is how he has remained that way even in the face of unimaginable adversity over these past five years. Many people would become withdrawn under such circumstances; David has instead remained steadfast and resilient and a source of stability for his family. He is their rock, and the person they can all lean on during such times.

David is an exceptional family man. He and his wife have raised four children who are now young adults, each of them remarkable in their own right. They are kind, squared-away, and positive influences to all those around them. The love and unwavering support he has shown his children over the years is something I have always admired. He has been present in their lives not just as a provider, but as a mentor, role model, and friend.

Our bond has always been strong over sports, especially football. Whether we were at a family barbecue debating about Loyola High vs. St John Bosco football teams, or the many frustrating performances by the UCLA football team over the years. David's energy and enthusiasm are contagious. He has a way of

making those around him feel lighter and more connected - qualities that go far beyond sports talk and into how he treats people in all areas of life.

David is deeply loyal to his family, to his friends, and to the schools and communities of which he has been a part. He works hard, shows up for those he cares about, and has an innate ability to lift others' spirits. I have seen him offer his time, his wisdom, and his humor in countless situations. I don't have any one particular anecdote that stands out above the rest, because every interaction with him has been consistent: positive, friendly, funny, and heartfelt. Every single time. That is the level of consistency this man lives day in and day out.

He has also been an extraordinary attorney—revered by his colleagues, respected by his clients, and recognized as an incredible advocate. His intelligence and dedication have made him the type of lawyer anyone would be fortunate to have in their corner. If I were ever in a position where I needed someone to advocate for me, there is no one I would trust more than David. That level of professional respect does not come easily; it is earned over years of consistently showing up with integrity, outstanding preparation, and possessing a genuine care for those he represents.

Your Honor, I understand the seriousness of the circumstances before the court. My hope is simply to provide a fuller picture of the man I know—one defined not by this moment, but by years of consistent kindness, loyalty, professional excellence, and dedication to those around him. David has touched my life and the lives of many others in ways that cannot be measured in court records alone.

Thank you for taking the time to read my letter and for allowing me to share my perspective on David's character.


Respectfully,


Patrick Girardi

Honorable Mary M. Rowland United States District Court

Northern District of Illinois


August 14, 2025


Dear Judge Rowland,


I have known David Lira for the majority of my lifetime. Ever since he joined the Girardi family, he has always been someone whom I looked forward to seeing and spending time with. Anyone who has spent time with David would know what I mean. He has a kind heart, a great sense of humor, is a big sports fan, and is a deep thinker.  Beyond that, at his core, he is a good man and a loving father. I have a great appreciation for David because he has always been so selfless in business and in his personal life. He, along with my father, is a professional whom I have tried to emulate in my life and career. He has always put others in front of himself.

For more than two decades, David and my dad practiced law together at Girardi and Keese. His awards and recognitions over his career are significant. He has been recognized year after year as being one of the most talented civil litigators in the state of California. Though if you ever walked in his office, you would never know that. His awards are under his desk or in the corners of his room. What he does have up are photos of his family, boxing memorabilia, and some photos from his high school days playing football at St. John Bosco. Why, you may ask? Because at the end of the day, all that matters to David is how he can take care of his client, not how bright the spotlight is on him.

David is a terrific person with remarkable character and integrity. I feel fortunate to have him as a member of my extended family.


Sincerely,


Vincent Girardi

Dear Honorable Mary M. Rowland,

My name is Carolyn Lira, and I am a rising senior at the University of Michigan, majoring in Communications & Media with a minor in English. My current career ambitions are to work in healthcare, either in administration through strategic communications for hospitals or as a medical social worker.

Thank you for taking the time to read my letter and the others that aim to provide a more complete picture of my dad, David Lira.

I have had the privilege of knowing my dad for the past 22 years, and I do not use the word "privilege" lightly. Being born into this family, with him as my father, has made me feel like one of the luckiest people in the world. My three siblings and I have grown into responsible, caring young adults, and while we each have our own personalities, I attribute everything about who we are to the way we were raised.

My childhood was shaped by the values my parents instilled in us. We received an excellent education, were fortunate to travel and broaden our perspectives, and sat down to family dinners together nearly every night. My parents, especially my dad, showed my siblings and me how to be good people. He encouraged us to give our best effort in everything we did, emphasized the importance of gratitude and respect, and made sure our actions reflected kindness toward others. At the foundation of these life skills however, was my parents teaching us what is right versus what is wrong. While my dad never hesitated to talk our ears off with one of his life stories that ended in an important lesson, his teachings weren't delivered mainly through lectures, but through his actions.

I am a twin, and my sister has a much more outgoing personality than I do. Even in those early chaotic moments, my dad found me. Moments after I came into the world, while my sister cried loudly and demanded my mom's full attention, he noticed me. He held me gently, giving me care and attention despite the commotion around us. I believe that small act of care blossomed into the deep, enduring bond we share today. My mom often says my dad and I have the same gait. As a child, I was embarrassed that she thought I walked like a man forty years older than me. Now, I treasure it. To me, it symbolizes that I am following in my father's footsteps, learning from him, carrying the lessons he has given me, and striving to live with the same integrity and care he has always shown.

I never really had a clear understanding of what my dad did when I was young. Through the bits of legal jargon I overheard and the conversations he'd have with my mom about his cases, I formed a child's version of the truth: my dad advocates for people by making their story matter to a room full of strangers. As I grew older, I realized that my early understanding was actually

very accurate. I've now had the chance to watch him in court, and every time, I'm struck by how different he seems in that setting. This man, speaking with precision and drawing in an entire room not through force but through emotion, feels almost separate from the man I watch *Antiques Roadshow* with at night.

But the man I see in court is the same man I come to when I'm having roommate problems, or when I'm unsure about my career path. That is the man who would bring me fresh fruit to my desk while studying for a high school exam. That is the man who attended every single one of my sports matches and now reads every single one of my articles for my university's newspaper. Whether in his office or in the family room, sitting in his big leather chair, he approaches each situation with the same thoughtfulness and care. In quiet moments, he has guided me to make difficult but necessary decisions, like advising me to transfer schools when I felt my current one was holding me back, or encouraging me to end a relationship I wasn't invested in because it would be unfair to the other person. Through my dad's judgment-free guidance, he has instilled in me that doing the right thing isn't always easy, but it is always essential.

My mom always says something along the lines of, "The only thing Dad loves more than being a lawyer is being a father." I have always known that my family is my dad's top priority, but I've come to understand that the love he has for being a father and the passion he has for his work are inseparable. He carries every case, every client, and every responsibility with him, no matter how hard he tries to leave work at the door. He simply can't separate these two roles because both are rooted in his greatest character trait: his selflessness. I have never had more confidence in anything than in knowing that my dad never thinks about himself. And while this can be frustrating when I ask him for gift ideas and he simply responds, "I have everything I need," his dedication, both to the lives of his clients and to the lives of my siblings, reflects the greatest love I have ever witnessed. My dad is a man for others, and every day I am honored to be the daughter of David Lira.

Thank you for taking the time to read my words. Over the past five years, I have often felt powerless in this situation, but having the chance to put into words how much my father means to me has been a deeply cherished opportunity. As he often says to me, "I love you more than words can adequately describe," and in writing this, I have come to understand that those words reflect exactly how I feel in this moment. He is a man beyond words, and this letter, and all the others, can only represent a fraction of the humble, dedicated, and kind man my dad truly is.

Thank you again, and as always, go blue.

All the best,
Carolyn Lira

Dear Honorable Mary M. Rowland,

I am Catherine Lira, David's eldest daughter. Before you presume me as a biased source, I want to inform you that not everyone on this earth is born from an amazing father. Many people on this earth have either an estranged relationship with their father, or do they not even know them. However, I am one of those blessed few who have been born from a loving father.

My father is a brave man, a kind man, and the last person he thinks of is himself. He never brags nor boasts. The greatest wealth he has given me over the past twenty five years of my life is his unconditional love. My earliest memories of my father were of him spending time with us, and going to the office. One Saturday when I was four years old, my dad was leaving for the office. I ran up the stairs in the family room to give him a hug, however, I split my chin open on the terracotta stairs. Instead of rushing to the office, my father and mother rushed me to the emergency room, as they spent their whole Saturday there waiting for me. Even at the primary age of four years old, I always knew my dad as a man of great character, honesty, wit, and perseverance. During my university years of studying early childhood education, I believe that children exhibit the utmost of honesty and truth. Since I was a child, I have always known my father to be fair, honest, and compassionate with a witty sense of humor.

Pops is a selfless man, and he has set the best example for my siblings and I. He is exceedingly hard-working. He is typically the first to wake up in our house, and the last to fall asleep. He has taught my siblings and I the essence of hard work, whilst being dedicated to family members and friends. Pops always puts my siblings, my mother and I first in his life. He always ensures that we have enough to eat (I always do, especially with his amazing grilled steak, quite frankly). I currently work as a receptionist at a hotel in Pasadena. Due to the industry's erratic hours and shift times, my father always stays up for me until I get home, even when it is late at night. Not only is my father a man of integrity and high moral character, the men that he calls his "brothers" exhibit those exact qualities as well, such as Geoff Bland, Dave Gerardi, Thomas Riley, and etc. I deeply admire my father's strength that he has obtained through the past five years.

My father was born in late spring of 1960 from an Angelino father with Texas roots, and a mother from Bethnal Green London. Since he was a child, he was always interested in the world, and how to make the world a better place for us all. Pops was the first member in his entire family to even attend university, let alone law school. He was always determined to help those in unfortunate circumstances. He would always inform my siblings and I that he works to give others the justice that they deserve. My father has a big heart, and has always believed in the rights of others, such as the LGBTQ+ community and ethnic minorities.

My father is a simple man. He (primarily) wears the same shirts that he had for more than ten years, and he likes to use the same plastic blue cup that is worth less than fifty cents. He enjoys shopping at Smart & Final on Saturday mornings. He never asks for anything, except to spend time with my siblings, mother and I. He loves strawberry ice cream (particularly Haagan Daas), and watermelon. His ideal day would be grilling outside with the family, whilst watching "Brit flicks" with me. (Downton Abbey being one of our

favorites). No matter whom I marry, my father David Lira will always be my number one man. Any fool can make a baby, but it takes a strong, moral, and great man to raise a child, just like my father.

Thank you, your Honor, for taking the time to read my letter. I must say, it was harder for me to write this letter than to conduct a research analysis paper because of the immense emotion that this letter encompasses and evokes.

Sincerely and wholeheartedly,
Catherine Lira

Dear Honorable Mary M. Rowland,

I hope this letter finds you well. I am Elizabeth Lira, one of David Lira's youngest children. I have had the privilege of knowing my dad since taking my first breath twenty-two years ago, and each day since when I count my blessings, the largest one is the meaningful relationship with my dad. As a quick introduction to myself, I am an incoming senior in College and hope to apply to law school.

Firstly, I would like to thank you for taking the time to read this letter. My brain cannot even begin to understand the stresses of being a Federal Judge, so I truly appreciate the thoroughness you are giving to the words I am writing. I must also write that I have read the original indictment of my dad and I have read the plea agreement a few times. The following letter comes from my informed understanding of the charge my dad pleaded guilty to, and from an understanding of who my dad is.

For the past five years I have longed for nothing more than to paint a metaphorical picture. The picture first popped into my mind when my dad quietly came home in 2020, a heaviness surrounding him that was palpable. Before he had gathered my siblings to share the news with us, he had gone to a local fast-food restaurant, and came home with french fries and fried zucchini for my siblings and mom. As he watched me eat, he asked how *my* day was. He actively listened as I complained of AP courses, Zoom classes, and the like as he was having the worst day of his life, filled with a profound regret.

This metaphorical picture of my father, however, did not begin in this one moment. On the contrary, this picture has been informed by over two decades of knowing the character of my father, of knowing how he moves through the world, and of knowing the virtues and morals he stands by. It has been colored by the frequent trips to our local bookstore for father-daughter time (he would often select a book that pertained to a legal issue that he said we should read as well, and he would never get any book that we couldn't also read). It has been colored by his endless gratitude for the life he has, exemplified by the impossibility of buying any sort of gift for him (when asked what he would like for a holiday or special occasion, he would reply, "I don't want anything, I already have everything I need."). It has been colored by the endless acts of unconditional compassion he extends to everyone in his life.

I'm in awe of the dad my dad has become. His father never uttered any words of love or support to him, and only had disparaging remarks to make. My dad made a promise to himself years ago: to be the dad that he never had. Anyone that has seen how my dad acts can confirm that my siblings and I are the luckiest people to have him as our dad. My earliest memories of my dad include spa nights, in which he would stop doing his work and my sisters and I would do his hair and nails, complete with countless pink bows and all. I remember him singing to my siblings "Let My Love Open the Door" in the car because of how we'd crowd around the front door waiting for him to come home from work. I remember how he has taught me gratitude, and how to be grateful for a meal with family, a ripe watermelon, the pencil that allows us to receive an education, a pair of neon green crocs that he's had for years. No one has taught me the importance of moving in silence like my dad, of doing challenging things without complaining and without boasting when it is done. No one has taught me the imperatives of humility like my dad, and letting love guide oneself through challenging times.

I recall throughout my life people coming up to me at different events - colleagues of my dad, distant friends, and even strangers to myself - telling me that my dad was deserving of all of the awards he has received. To this I always thought, "What awards?" I had no clue about the countless awards my dad received for his work as a lawyer. His office at Girardi and Keese, rather than be filled with these awards, was instead filled with art my siblings and I made throughout the years, father's day gifts, a large U2 poster, and art from Angelino artists. My father, when talking to colleagues or family friends, has not ever made a single mention about awards or honors. It has become clear to me that the reason for this lack of boastfulness by my dad was because his work is never about prestige.

People only need to tangentially know my dad to understand that the biggest love of his life - second to his family and friends - is his work. When presented with the opportunity in any setting to discuss his work, he does not mention the unnecessary lunches that others delighted in, nor does he mention any "big names" he might encounter while doing his work. Instead, my dad talks about his clients. He talks in depth about the issues at hand in his cases, the problems he might be encountering, and the facts of the case that are heartbreaking to him. No matter how tired he might be at the end of the day, when he discusses his work his eyes shine the brightest I've ever seen. He speaks with an energy that is earnest and dedicated, to a point that I have yet to see other adults in my life speak with the same admiration about their profession. Even when I was a high school student and I should have been cramming for tests, I would say goodnight to my dad sitting in the light of a lamp with a legal pad over his lap and pen in his mouth. When I woke up to go to school in the morning, my dad would have already gone to work.

I want nothing more in this life than to hear my dad's loud snores from the living room when he's asleep. I want to eat breakfast with him, and eat his white toast as he talks about a new case he is excited to try. I want to watch Family Feud with him, and guess how our family would do if we ever went on. I want to see his tuft of hair grow whiter and his skin grow more wrinkled. Even after my dad entered this plea agreement, he is still my primary role model in life and a compassionate guide I will look to for the rest of my life. Your honor, I please ask that you take into consideration my dad's regret, morality, and continuous respect and love for all those around him into his sentence.

Sincerely,

Elizabeth Lira

Jacqueline Ann Lira
420 South Hill Avenue
Pasadena, California 91106
jacquelineannlira@gmail.com
626-399-6839

Dear Judge Rowland,

I recall hearing someone say that you want to marry someone who inspires you to be a better person, someone who motivates you to become the best version of yourself. And that is precisely what happened to me when I married David. My name is Jacquelyn Lira, and I would like to tell you about the man that I have been honored to call my husband for the past 29 years. I met David on a blind date on June 3rd, 1995. We were engaged the following January and married in October of 1996. I knew I was going to marry David the night I met him. He was everything that I wanted in a partner. If I had to describe my first impression of David in one word, it would be solid. Being a product of divorced parents, I wanted to make a choice opposite from what I grew up with, and I believe with all my heart that I did just that.

We are blessed with four children: Michael, Catherine, Elizabeth, and Carolyn. While they are each different and unique, there is a great deal of David in each of them. They are kind and curious, hardworking, open-minded, and creative, and each is committed, in their way, to making the world a better place. I know that last quality they all get from watching David and the way he carries himself, not only in his professional life, but also in his personal life. My mom has said repeatedly that the greatest gift I have given my children is their father.

After graduating from college, I attended the Culinary Institute of America and went on to work as a professional chef for many years. It was during that time that I met David, got married, and quickly thereafter we started a family. For the past 25 years, I have been a stay-at-home mom. Just last year, I returned to school to obtain my esthetician's license, and I now have a private practice.

While it is easy to speak with great pride and respect about David, it is with great shame that I must discuss my father, Tom Girardi. Besides the fact that they are both lawyers, I married a man completely different than my father. My father was all about himself, and I don't think he ever did anything for anyone else except when it would benefit him. David always puts others first, whether it's his family, friends, or clients. David gives selflessly of his time. My dad would show up when it suited him. I have often thought that if David were married to someone else, he would not be in this situation, which has been a difficult thing to live with. The one thing I know about David is that he would never lie, cheat, or deceive anyone. My sister, Jennifer Crane, and I often discuss how fortunate we are to have married men who are the opposite of our dad.

To say these past five years have been completely devastating is an understatement. I constantly think about all of the victims. The events are the first thought that comes to mind when I wake up and the last thought that lingers when I go to sleep. The toll that this has taken on my husband, me, and our family is difficult to put into words. David has paid many times over

for these events, and I worry about the long-term physical effects these past years will have. As I know others have, I have had some very dark days, and something that I know has helped me get through this time has been watching David. He, without fail, has carried on for his family, for his clients, even when I know how difficult that must have been. While David has never stopped being a husband, father, or attorney, I have seen him pull away from events that, years ago, he would have loved to have attended. David always enjoyed being with other lawyers and hearing about their practices and families. However, the shame and embarrassment this has brought him have made him feel uncomfortable attending such events.

As I grow older, I think about how time is truly the greatest gift we are given, and while the financial and emotional strains this has put on David are immeasurable, I often reflect on the loss of time. Over the past five years, we have been blessed with many wonderful events: graduations, weddings, and simply being together as a family. Yet there has been a constant dark cloud hanging over all of our heads. I've always believed in the law and following it. Right and wrong, and that the truth is powerful. And yet, to watch someone be blamed for things that aren't true has shaken my core and my beliefs about our justice system, and it has been truly eye-opening.

I feel incredibly blessed that our four children have had David as a role model, as a husband, and a father to look up to as an example. When our children find a partner to share their life with, I hope it is with someone who makes them want to be a better person, to become their best selves, as that is what I have had with David. The love and respect I have for David today are far greater than I could have imagined 29 years ago, and I am proud and fortunate to call him my husband.

Thank you for taking the time to read my letter.

Jacqueline Lira

To the Honorable Mary M. Rowland,

    Some say blood is thicker than water, while others says the blood of the covenant is thicker than the water of the womb. I am not the type of person who would write a letter of support for anyone regardless of their relation to me if they did not truly deserved it. There is no one else that deserves my full support and the support of everyone other than my father, David Lira. Fathers can be a tricky subject for so many people, but I've been lucky enough to never know anything other than love, support, and guidance from one of, if not the best, person I have ever had the pleasure of knowing. From as early an age as I can remember, I have been inspired by my dad. I've been inspired to be the best person I can be, inspired to care deeply about the world and those around me, and inspired to walk the road that I believe in my soul to be right regardless of how hard, treacherous, or unsure that road might be. To say I wouldn't be a fraction of the person I am without my dad would be the understatement of a lifetime. Where I really see my dad the most though is in my sisters. If I can't flat-out say my dad is the best person I've ever known, it is because my sisters (and mother) exist. I see all the best traits of my dad in amplified in their own unique ways in my sisters. Catherine, Elizabeth, and Carolyn are the type of people that make me believe we are not living in the end times: that a brighter future exists for everyone, only if we would be as brave and bold as they are. This is a direct result of my dad and the opportunities he has provided them. While my dad has lived a vibrant life for himself, it is impossible to not see that he lives for his family, both blood and chosen. My sister Catherine is the heart of any room that she walks into. She can talk to anyone and make them open up to her because she believes every person on the earth is deserving of the empathy required to truly

listen to someone, something she has learned from the example set by my dad. My sister Elizabeth, a classic bleeding heart, has started her own journey of becoming an attorney, one whose focus is human rights. The connection is so obvious I almost feel like I don't need to say anything. Still, she would not have such a strong sense of justice without my dad. Carolyn, the baby of our family, is no different. Despite being the youngest she has an emotional depth and maturity few people have even at the end of their lives. Yet again I am reminded of my father.

It is significantly easier to talk about my sisters and all their amazing qualities than it is to talk about myself. For my dad though, I would do anything. I've always had the reputation of the father/mother of my friend group, and I feel this is because my dad has always tried his best to make sure my head and heart are in the right place (not to say I haven't had my fair share of momentary lapses of judgement). Thanks in part to my dad always telling my to follow my dreams and my heart, I work in the film industry with aspirations of being a storyteller. I started off at the bottom as a production assistant and over the five years of my career I've worked my way up to be a producer of independent films. I'll be the first one to admit that my career is not life or death, yet the field in which I work is still rife with exploitation and the taking advantage of good people. In my short career I have come to the crossroads many times. While the specifics are always different, the underlying core is always the same. One path is easy. It is a lucrative path that would no doubt benefit me. It is also a path built upon the trampled hearts of people. The other path is hard, often lonely. It has been a path that has lead to financial insecurity a few times, but it is a path I can walk knowing that I didn't hurt anyone to help myself. I've always had the courage to take the right path, to walk away because of my dad and the example he has set for me over the twenty seven years of my life.

Now I am also in a unique position in terms of this case because of my birth. Like others writing these letters, I have known both Tom, and my dad. You might think being his grandson I would have some special knowledge of Tom, but I know the attorneys writing these letter know him better than I do. The main way I know my grandfather is through the stories other people would tell me about him. All of these stories would focus on what an amazing lawyer he·was. They would tell me how he was larger than life in the courtroom. His prowess in the courtroom is where these stories started and ended. Now I've heard how great of a lawyer my dad is enough times to almost be annoyed by the sentiment, but there is always something that come before any of his legal achievements. Everyone without fail first talks about the type of person my dad is. Even lawyers he has had arduous legal battles against mention this without fail. Unlike his legal abilities, hearing how great he is never gets old because how genuine I can tell the sentiments are. The look in people's eyes as they tell me what a wonderful person my dad is gives me a warmth few other experiences can. I know these people are not lying because I've had the pleasure of seeing example after example every day of my life.

Michael Lira

Michael Lira

Friends Letters For David Lira

# Table of Contents Friends Letters for David Lira

Dr. Paul R. Abramson
Betsy and Andy Ackerman
Kathy R. Aicher
Mark R. Attwood
Blanton Bartlett
Jason Baselyos
Stephen A. Batzer, Ph.D., P.E.
Alice Bennett
Bob Bennett
Rev. James M. Bevacqua
Audrey Bland
Andrea Bland
Constance Ann Bland
Geoffrey C. Bland
Marie Bland
Steve Bland
Allison Bogle
Aaron B. Booth
Bill Brahos
Brigid Brahos
Jan Brindle
Michael C. Buchanan
Elizabeth A. Burns
Patricia K. Burns
Edward Chen
Otilia F. Collins
Dianne Diamitto Culla
Dina Currado
Therese M. Davitt
Vincent J. Davitt
Mary Eddv, RN, MSN
Ana M. Escobar
Bridget Floyd
Christopher Floyd
Sharon Gannon
Leah Garcia
David J. Gerardi
Hans M. Gerardi
Michael M. Gerardi
Joseph J. Gill
Michael Gonzalez
F. Christine Goethals
Rosemarie Rasie Gonzalez
Mia Green
Christian Green
Holden Groff
Michael D. Groff
Pamela Groff
Guy R. Gruppie, Esq.

Ylianna Perez-Guerrero
Tawnna Golston
Michael P. Hatch
Katie Shea High
Steve High
Stacy A. Herkert
Chuckrid Hutayana
Holly J. Jackson
Christopher N. Jacobs
Richard Landry
Charity Angela Larsen Mike
Larsen
Cathi Landy
Paul J. McAndrews, MD
Valerie McAndrews
Scott McBride
Britton J. McConnell
Mary McConnell
J.R. McCorkle, Esq.
John McCorkle
Catherine McCorkle
Terri Miller
James B. Miles
Shawna Mills
Maureen Mocharnuk
Patricia McKenna
John C. Morrissey
David Chagoyen Neumann
Douglas Padilla
Joseph H. Pigotti Jr. Nishan
O. Partamian Alexsa Riley
Thomas P. Riley, Esq.
Jayda Robinson
Mark R. Robinson
Francis Zachary Rushford
Laura Kay Rushford Steven
J. Sanchez Suzanne
Sanchez
Mary Shea
Michael Shortal
W. Stuart Schneider Jr.
James Spina, CFS
David E. Stolpe
Robert H. Smith
Jeffrey M. Smith
Laurie Smith
Marshall Smith
Mary Ann Lanchantin Smith
Michael J. Smith
Owen Smith
Thomas S. Tighe Katherine
C. Tighe Julianne O. Tighe
Melissa A. Tighe
Jennifer K. Webster
John P. Webster

Samuel P. Ynzunza, Esq.
Peter J. Zarifes

TO: The Honorable Mary M. Rowland                    7/25/25

FROM: Dr. Paul R. Abramson

RE: David R. Lira

Dear Judge Rowland,

 I've been a professor of psychology at UCLA for nearly fifty years. Besides the usual assortment of academic accomplishments (books, articles, a teaching award, etc.) I have also served, for over 40 years, as an expert witness in both civil and criminal litigation for cases involving, for the most part, child sexual abuse. For twenty years I also served as a pro-bono expert witness for the Santa Barbara District Attorney's office, and for several years, I also served as a pro-bono expert witness for the Federal Public Defender's office in Los Angeles. Finally, besides all the above, I occasionally write about the law – including books and articles. That work has led to lectures at Stanford Law School (twice), UCLA Law School, and the University of Chicago Law School. The latter invitation came from Judge Posner, who then took me out to dinner afterwards.

 I'm now writing in behalf of David Lira. I've known David for approximately 15 years, having worked with him on two cases, the latter of which involved two plaintiffs, separated by about one year. During the first case David was with the law firm of Girardi & Keese, and during the second case, David was with the firm of Engstrom, Lipscomb & Lack. All three plaintiffs were victim/survivors of child sexual abuse. In the first case, it was a sexually abusing high school coach, and in the second case, the perpetrator (Eric Uller) was a systems analyst for the Santa Monica Police Department who, oddly enough, was outfitted in such a way (e.g. a "soft uniform", an unmarked police car, etc.) to pass as a police officer. I have also written about this case in detail (e.g. Abramson, Paul R. & Bland-Abramson, Sienna (2021). Hinding under the color of authority: Eric Wess Uller and his decades-long rampage of child sexual abuse. *Journal of Child Sexual Abuse, 31(3),* 353-372.))

 Throughout these years I've talked at length with David about the cases, and of course about the plaintiffs themselves. Then, on one occasion, I also sat in a mediation with David, the plaintiff, and a retired Judge. Clearly, David and this Judge had a considerable history together, and their respect for each other was readily apparent. David's advocacy for his client – equal parts heartfelt and authoritative – was especially persuasive. Those two characteristics, I want to emphasize, typify David's interactions with plaintiffs. I've always admired David's work, and these were obviously important cases. With that in mind, David has my highest recommendation.

    Sincerely,

    Dr. Paul R. Abramson
    Professor of Psychology, UCLA
    abramson@psych.ucla.edu

August 6, 2025

2007 Ashbourne Drive
South Pasadena, CA 91030

The Honorable Mary M. Rowland

We, Betsy and Andy Ackerman, are writing on behalf of defendant, David Lira. We don't know the details of the case, other than what we have seen on the news, and we understand that he has pled guilty to one count, and is pending sentencing. We are writing to let you know the David Lira that we know.

We have a company, Antsy, that loans out talent and is involved with the production and direction of television projects, particularly as Executive Producer and Director. Some of the most recognized projects would be Seinfeld, Curb Your Enthusiasm and, most recently, Leanne.

We have known David as a friend for over twenty years. We have witnessed his dedication to his family and friends. He is a loving father, placing his family as his first priority, and always being there when his children, or wife, Jaqueline, needed his help, guidance, or loving support. His four children have grown into outstanding young adults due to this dedication by their father. David and Jaqueline have stood side by side throughout these challenges, facing them together.

David has put his time and effort into the community. He has served on the board of his Alma Mater - St. John Bosco High School, and on the board of his children's elementary school - Mayfield Junior School, furthering his belief in action, not words, and creating a world that believes in the goodness of and opportunities for all human beings.

Thank you for your time and consideration.

Sincerely,

Betsy and Andy Ackerman

To the Honorable Judge Mary M. Rowland,

My name is Kathy Aicher, and I thank you for the honor and privilege of writing this letter to you today to express appreciation and support for my dear friend David Lira. I am a Vice President, Retirement Investment Advisor for the 5th largest insurance company in the world, a long-standing member of the Christ Child Society of Pasadena and a First Century Families member.

I have been fortunate enough to have had a personal relationship with David's wife Jacqueline since we were little girls; first meeting in grade school (many many years ago) – then continuing to high school together in Pasadena, CA, and it has been my pleasure to know her husband, David.

Throughout the years, David has been a person of integrity, compassion, and responsibility. His commitment to family values and dedication to helping others has been evident in every aspect of his life. Whether volunteering at local community events (i.e., the Lira's children went to the same grade school Jacqueline and I attended, and David gave an enormous amount of his time and dedication) or lending a helping hand to family members and friends in need, David's selflessness and generosity stand out. He has consistently demonstrated unwavering optimism, kindness, generosity, faith, resilience, and most of all honesty.

David has a remarkable ability to make everyone around him feel comfortable and valued, inspire others with his positive attitude, find humor in challenging situations. His positive spirit is contagious, and David brings joy to those fortunate enough to know him. I am blessed to count my self one of them.

I believe my friend will continue to achieve great things. And I will always be there to support Jacqueline and David, and the Lira family in any of their endeavors.


Sincerely,

DocuSigned by:

F87420D09E1A446...

Kathleen R. Aicher

Mark R. Attwood
523 West 6th Street, Suite 528
Los Angeles, CA 90014

August 13, 2025

The Honorable Mary M. Rowland
United States District Court
Northern District of Illinois, Eastern Division
219 South Dearborn Street
Chicago, IL 60604

Re: United States of America v. David R. Lira – Case No. 23 CR 54-3

Dear Judge Rowland,

I am writing to express my experience with and support for David Lira.   By way of background, I have been an attorney practicing labor and employment law in Los Angeles for approximately 40 years.  I was with the national law firm of Jackson Lewis for over 30 years and in 2021 opened my own boutique law firm, Attwood Gregg LLP.  Though we are new small sized law firm, Attwood Gregg recently received a Chambers ranking in recognition of its legal work and reputation in California.

I have known David Lira for over 20 years.  Though we are both attorneys, my relationship with David has been personal, which includes as parents of children attending the same school and as Board members serving the school together.  In addition, we both live in the Pasadena community.  None of the events involving David has changed my opinion of him, including his good character.

In terms of my relationship with David, I got to know him first as a parent.  We have much in common with the same number of children, similar careers, working in downtown Los Angeles and interacting in the same community.  I observed how he approached raising his children and how his family responsibilities.  He took it all seriously, and in our interactions and discussions about this common aspect of our lives, I found him to be guided by principles of honesty, integrity, responsibility.  I also found David to have a realistic, thoughtful, and balanced perspective on life and to always keep his trademark sense of humor, even in difficult times.

I observed David exhibit the same traits as a Board member at our school.  He served on the Board for several years, including when I was Board Chair.  In my working with him on various issues, I found him to be diligent, thoughtful, a contributor, dedicated, and selfless.  He focused on getting to the right decision or solution for the school, its employees, and its finances, all in a principled and ethical manner.  I never had any concerns with lack of character or judgment on David's part in the performance of his duties as a Board member.  Rather, I observed David donating his time and talent as a dedicated and upstanding volunteer.

I support David and thank the Court for its consideration of his positive traits and contributions to his family, friends and community.

Very Truly Yours,

Mark R. Attwood

Blanton Bartlett

416 S Berkeley Ave.

Pasadena, CA. 91107

626-590-7040

Bhbartlett.7788@gmail.com

July 8, 2025

Re: David Lira

Honorable Mary M. Rowland,

I am writing to offer my support for Mr. David Lira and to express my opinions as to David's good character. I sincerely believe David to be an ethical, honest, and fair lawyer and person, and I unconditionally support him during the sentencing process.

I worked in manufacturing for thirty-three years and was the President of the largest material handling company west of the Mississippi for the period 1999 through 2021. We became an Employee Owned (ESOP) company in 2008, selling the company in 2021 to a strategic buyer after having grown the Company at a 33% annual rate over the thirteen-year period. During my tenure as President, I worked with many attorneys personally and professionally and attest to the high quality and character of David Lira.

I have known David for over fifteen years when our sons became friends through their common schools and sports teams. During that time, my wife and I also developed a close friendship with David and his wife Jacqueline. We observed first hand David's kindness and commitment to his family, friends, and community organizations. Secondly, David was a trusted sounding board for any legal questions or concerns I may have had. Although we remained friends, we had less contact on a social basis as the boys went to different schools for college.

July 8, 2025

Page 2


This all changed in 2018 as my eldest son had an incident that required legal assistance and eventually legal representation. My first call after learning about the incident was to David for his valuable input and knowledgeable guidance. David directed me to an attorney that was well regarded with both the law and the location of the incident. David continued throughout the process to stay in touch with us and offer his support and encouragement. During this tremendously stressful period, I found David to be enormously dedicated to the best interest of both my son and I and I found him to be very ethical and responsible.


I have read the Plea Agreement and, although I regard the charges as serious, the Plea Agreement does not fundamentally change my opinion of David Lira. I think that being "good" is one of David's essential personality characteristics and I have found no occasion, either professionally or socially, to ever question her judgement or character.


Very Truly yours,


_____

Blanton Bartlett

Jason Baselyos
baselyosjason@gmail.com
(310)593-3269

To the Honorable Judge Mary M. Rowland

Re: David R. Lira

How Attorney David Lira Saved My Education, Cleared My Name, and Secured Justice

When my life was turned upside down by a devastating injury and a subsequent lawsuit filled with false allegations, I felt hopeless. Not only was I dealing with severe physical pain—requiring multiple surgeries—but I was also fighting to protect my reputation, my future, and even my freedom. That's when David Lira stepped in, not just as my attorney, but as my defender, my advocate, and the person who refused to let injustice prevail. Through his brilliance, dedication, and unwavering belief in my innocence, he not only won my case but restored my name, my dignity, and my future.

Fighting False Allegations and a Malicious Defense

The lawsuit I faced was not just about seeking compensation for my injuries—it became a battleground for my character. The defense, along with a witness who was supposed to be family, launched a vicious campaign to paint me as a criminal. Their goal wasn't just to undermine my lawsuit; they wanted to destroy me completely, pushing false charges that could have landed me in prison. Many would have backed away, assuming the worst, but David Lira saw the truth.

He didn't abandon me or treat me like a guilty man. Instead, he recognized that I was being targeted and fought relentlessly to expose the defense's malicious tactics. He dismantled their false narratives, proved their witness was unreliable, and demonstrated that their attacks on me were nothing more than a cruel attempt to avoid accountability. His ability to see through the lies and stand by me when others would have walked away was nothing short of heroic.

A Stunning Legal Victory—and Vindication

David's legal strategy was nothing less than masterful. In court, he was commanding, persuasive, and relentless. The judge not only sided with us but was clearly impressed by David's arguments, awarding an $8 million verdict—a testament to how overwhelmingly he proved my case. More than the financial victory, however, was the fact that David cleared my name. He didn't just win the lawsuit; he exposed the defense's unethical behavior and forced them to face the consequences of their actions.

For the first time in what felt like forever, I could breathe again. The cloud of false accusations was gone. The people who had tried to ruin me were left with no credibility, and my reputation was restored. David didn't just fight for a settlement—he fought for my life.

Doc ID: 3288c8fd9c00f995eef6a34a425b4d964fcd8fe9

A New Beginning: Education Restored

The impact of David's victory extended far beyond the courtroom. Before the lawsuit, my future was uncertain. The stress of legal battles, the fear of false criminal charges, and the weight of public scrutiny made it seem impossible to move forward. But once David secured justice, doors opened for me again.

Most remarkably, I was accepted into the University of California, San Diego (UCSD)— an achievement that would have been unthinkable if the false allegations had stuck. Without David's tireless efforts to clear my name, I would never have had this opportunity. My education, my career, and my life were given back to me because of him.

Conclusion: A Lawyer Who Fights for More Than Just a Win

David Lira isn't just an exceptional attorney—he's the kind of advocate who changes lives. He didn't just see me as a case; he saw me as a person who had been wronged and refused to let injustice stand. He stood up against a ruthless defense, exposed their lies, and gave me back my future.

Because of him, I am not just a survivor of a terrible ordeal—I am a student at UCSD, a person with a clean name, and someone who can finally look forward to the future. David didn't just win a lawsuit; he gave me my life back, and for that, I will be forever grateful.

July 9___, 2025

_____
Jason Baselyos

Doc ID: 3288c8fd9c00f995eef6a34a425b4d964fcd8fe9

Honorable Mary M. Rowland
United States District Court
Northern District of Illinois

July 21, 2025

Judge Rowland,

I am writing to respectfully request leniency for Attorney David R. Lira, who is scheduled for sentencing in your court on October 8, 2025. As a licensed professional engineer, expert witness in forensic engineering, retired Lieutenant Colonel of the United States Army, and former university professor with a Ph.D. in mechanical engineering, I have never before written a letter of this nature. My decision to do so now reflects the profound respect I hold for Mr. Lira.

I have known David for over 20 years, during which he has consistently demonstrated integrity, professionalism, and dedication in our professional collaborations. He has engaged my services for numerous forensic analyses of accidents that have resulted in life-altering injuries to his clients. Working with David has always been professionally rewarding due to his honorable and transparent approach, both with me and with the other expert witnesses involved in his cases.

David's character stands out in memorable ways. He once shared with me that his business card simply reads, "David R. Lira, Lawyer," because he identifies plainly and proudly as a lawyer, not a counselor or attorney-at-law. This straightforwardness defines his approach. My understanding is that he has a practice of openly presenting his case's strengths to opposing counsel, outlining what he will emphasize to a jury and the settlement amount he believes is fair for his client. If a reasonable settlement is not reached, he is resolute in taking the case to trial. This principled stance has earned him an impeccable reputation among expert witnesses like myself for his relentless optimism, honesty, intelligence, and zealous advocacy.

David has always been prompt in settling my invoices and never sought preferential treatment. His professionalism and personal warmth are worthy of emulation. As someone nearing retirement age, like me, David continues to contribute meaningfully to society through his legal work. I respectfully urge you to consider leniency in his sentencing, allowing him to continue his valuable contributions.

Thank you for your time and consideration.

Sincerely,

Stephen A. Batzer, Ph.D., P.E.
President, Batzer Engineering | 8383 M113E, Fife Lake, Michigan 49633
batzer@batzerengineering.com | Cell 479-4667-7435

Alice Bennett
2700 Dogwood Lane
Camino, CA 95709

August 8, 2025

To: The Honorable Mary M. Rowland

Re: Letter of Support for David Lira

Dear Judge Rowland,

I am writing this letter in support of David Lira, whom I have known personally for many years. We met David and his family through mutual friends. I can speak with complete honesty and conviction about the person I know him to be.

In all of my interactions with David, he has consistently shown himself to be a person of integrity, kindness, and generosity. He is a devoted family man. He is the kind of person who brings warmth and positivity to those around him — someone who listens intently and speaks thoughtfully.

David has always stood out to me as someone whose values are deeply rooted in care and respect for others. I know I'm not alone in this perspective — our mutual friends and family members consistently speak of him with the same regard.

I hope you will take into account his character and the consistent way he has conducted his life when considering his sentencing.

Sincerely,

Alice Bennett

From:
Bob Bennett
2700 Dogwood Lane
Camino, CA 95709

July 14, 2025

To:
The Honorable Mary M. Rowland

Subject: Letter of Support for David Lira

Dear Judge Rowland,

I am writing to respectfully offer my support for David Lira as he faces sentencing before the Court. I have known David for over 30 years as a friend and trusted confidant, and I want to share my perspective on his character and integrity.

In my professional life, I have worked as a manager in diverse settings—from Fortune 100 companies to small startups—and for over 20 years I have owned and managed my own design agency. These experiences have given me ample opportunity to evaluate people's character and reliability. David has consistently stood out to me as one of the most genuine, caring, and honorable individuals I have encountered.

Throughout our long friendship, David has been an invaluable source of thoughtful, honest, and sensitive advice. Whether discussing personal or professional matters, I have always found his feedback to be clear-eyed, considerate, and motivated by a true desire to help. His loyalty, kindness, and integrity are qualities I have seen demonstrated time and again.

While I understand the Court must consider the gravity of the circumstances before it, I hope you will also take into account the consistent character and values David has shown over many years. I would not hesitate to support him as he navigates these challenges.

Thank you for considering my perspective.

Sincerely,

Bob Bennett
bob.bbennett@bennettawards.com
(916) 316-0750



ST. BEDE
THE VENERABLE

Catholic Community

July 23, 2025

The Honorable Mary M. Rowland

Re:    David Lira

I understand that David Lira has pled his guilt of a contempt charge arising from his involvement in the Lion Air litigation. In light of the upcoming sentencing of David Lira related to this charge, I am writing to offer my support for David and to express my opinions as to David's good character. I sincerely believe David to be an ethical, honest and fair lawyer and person; and, I unconditionally support him in his service as a lawyer to those who have suffered injustices.

I am a Catholic priest, located at St. Bede the Venerable Church in La Canada Flintridge, CA. I am the pastor here. I currently also serve as the dean of Deanery 6 and on the Archdiocese of Los Angeles, Council of Priests. I also serve on the Archdiocese Finance Council.

I have known David for approximately 18 years. I was assigned to St. Philip the Apostle Church in Pasadena and celebrated the funeral of his wife's grandmother in August 2007. I became friends of his family, celebrated baptisms in the family and would sometimes join the family for holiday celebrations. I would see the family sometimes at Masses at St. Philip.

In my opinion, David has always been professional and hardworking. He is a genuinely wonderful person to dialogue with about a whole host of topics. Most importantly, I feel that he is a wonderful father and husband. We have dialogued about his children and their dreams and challenges. He is well respected within the Pasadena, St. Philip's, Loyola High School and Mayfield Junior School communities.

I understand the gravity of the contempt charge; I believe it is serious. Nonetheless, this charge does not fundamentally change my opinion of David. I know with absolute certainty that David has grave concerns for many justice issues and has dedicated his life to working on behalf of those who have suffered deeply. I believe to David to be a very good man.

As David's former associate pastor at St. Philip's and friend of his and his family, I want to vouch for his sincerity and his candor and his willingness to continually uphold the law.

Sincerely,

Rev. James M. Bevacqua
Pastor

August 15, 2025

Dear Honorable Judge Rowland,

My name is Audrey Bland and I'm a 23 year old who just moved to San Francisco. I have two part-time jobs, one as the Marketing Coordinator for a small family business of Travel Agents (Ambassador Tours) and another as a Research and Personal Assistant to a Nonprofit Search Firm, Meng Peeps. I also currently teach Pilates on Tuesday nights at Moon and Stars in the Inner Sunset, but am trying to finish accumulating my teaching hours to pass my exam and receive my Teaching certification. It's been really nerve wracking moving to a new city. Having to build my work routine and community has not been easy. Whenever I feel down, I remember that I've been blessed with loving parents, a good education, and a strong will to survive in any environment I put myself in. But my biggest blessing, and the reason why I know I'm going to be ok in SF, is because my family has my back. Said family consists of: my Mom, Dad, and older Sister Marie, Mr. Lira, Mrs. Lira, Michael Lira, Catherine Lira, Carolyn Lira, and Elizabeth Lira. The Blira (Bland+Lira) Brood, as we like to call ourselves.

I've known the Liras, specifically Mr. Lira, my whole life. When I was little, Mr. Lira was this serious lawyer, the antithesis of myself at that stage of life, whom I was a little scared of. Whenever myself, my sister, and the Lira girls would get a little too rowdy, he would always come in and let us know what was up. I feel it important to mention that Mr. Lira never made me uncomfortable or fearful, because I've known a lot of older men my entire life and half of them I don't like for that reason. Seeing how my friendship with Mr. Lira has changed over the years makes me smile, because 6 year old me would never have guessed that she'd regard Mr. Lira as a second Dad.

If I were to describe Mr. Lira as a fruit, he would definitely be a pineapple. While prickly on the outside at times, he is the sweetest, kindest, warmest, most thoughtful man. He always asks me how I am, and not in a cordial sense, but out of genuine interest. When I told him that I was moving to San Francisco he asked me, "Where is your apartment? Do you like the neighborhood? Do you have good locks? How far away is the grocery story? Do you like your roommates? Are you prepared to be living with a friend who you previously haven't lived with? Where's the closest hospital? And so on and so forth. After all the questions he told me that he didn't mean to grill me so hard but that he wanted to make sure that I was prepared to live away from my family. This goes to show, as much as Mr. Lira is caring, he is pragmatic. He isn't that type of person to be airy, rely on hopes or what ifs. He gives it to you straight for your own benefit. His pragmaticism is what makes him one of the funniest people I know. While my memory isn't the best, I have an ab that has formed purely from laughing so hard at his jokes and stories. I truly believe he could make a mute person laugh. Furthermore, Mr. Lira consistently shows up for myself and my family. Just recently he came to my sister's clown show called, The

Dangerous Book For Boys, that she wrote and produced. Not only did he show up, but he actively participated in the jokes and embraced the embarrassment of going up on stage. He's moved around his busy schedule to help me fulfill some of my pilates hours and let's me passionately gab about it, he never flakes on family functions and always makes sure I'm well fed, encouraging me to take as many leftovers as I can, and, since being home from college, he celebrated my birthday with me this past March.

I feel really lucky that I've been able to have such a great role model like Mr. Lira. Without him I think I would be a little lost in my own head, maybe leading too much with my heart and not enough with my brains. I'm really thankful that my dad has a friend like Mr. Lira. Whenever they hang out, Mr. Lira brings out a  boyish, happy energy in my Dad that I don't see a lot. Quite frankly writing this has made me cry, because I miss the Lira's so much and the love that wraps around me when I'm with them.

When I was younger I desperately wanted to be really close with my extended, blood related family. I never understood that the Liras were my family.  Realizing that sometimes the relationships you choose to create can be stronger than the ones you're born with has shifted my perspective, and brought a new joy to my life.  And while I don't know a whole lot, I know I must have been someone very special in a past life to be able to know Mr. Lira and the Lira family in this one.

Respectfully,

Audrey Bland

Mrs. Andrea Bland
870 Chula Vista Avenue
Pasadena, CA 91103

July 27, 2025
**Re: Mr. David Lira**

**To: The Honorable Mary M. Rowland**

Dear Judge Rowland,

Thank you for your time in reading my letter. I've been lucky to know David for almost 3 decades. We met through his wife Jacqueline, a dear high school friend, whom I've known for 44 years. David and Jaqueline were guests at our wedding. Our children grew up together, attending the same school. Not only have we been friends, we've served on school boards and committees together, carpooled and road-tripped together. I have consistently seen David make every organization he was a part of better. Whether he was coaching my kids in softball or working on various school projects, David always lifted people up. He listens to people with his full attention, and an open heart.

I feel fortunate that my husband and David hit it off and are now the best of friends. As we've celebrated holidays and milestones in our children's lives together, and yes even an occasional weeknight dinner, we hear about each other's projects and work. David has talked passionately and compassionately about the clients he has tried to help. In his actions as a coach, a committee member or a friend, he has shown a humanity and a humility that have inspired me and made me grateful to have had the Liras in my life for the past 30 years.

I have seen and heard David demonstrate an honorable sense of responsibility whether it be for his own family or for his clients. This responsibility affects him profoundly and weighs on him visibly and heavily. I have never known David not to do the right thing. I have also seen him help others time and time again; it is ingrained in his nature. Please I urge you to allow him to continue helping others.

I have read the charges of the District Court of Illinois and they do not change my opinion, my experience of David Lira, a person I know to cherish humanity and endeavor to lift up everyone who knows him.

Sincerely,
Andrea Bland

1305 Rexford Avenue, Pasadena, CA. 91107

Date:   July 8, 2025

Subject:  **David Richard Lira**

Dear Honorable Judge **Mary M. Rowland:**

Through my brother-in-law and sister-in-law, Geoff and Andrea Bland, I've known David and his wife Jacqueline for over 15 years.  Whether through David and Jacqueline's annual Christmas Eve party at their home on Hill Street in Pasadena, and other events (football games, family gatherings, etc.).  I've known David through this time and I do respect him.

I know both David and Jacqueline are good and remarkable people.  I know he's a successful lawyer and I really empathize with Jacqueline as I know that she's gotten back into the workforce over the last five years as the Lira family is going thru a bit of hardship lately with the litigation, indictment, plea agreement and now sentencing hanging over his head.

To me — he's a good man — hard worker, dedicated husband and father.  I ask that you consider this when you determine his fate. Thank you.

Sincerely,

*Connie*

Constance Ann Bland
(626) 422-3604

**Geoffrey C. Bland**
**870 Chula Vista Avenue**
**Pasadena, CA 91103**

August 14, 2025

<u>Via Electronic Correspondence</u>
The Honorable Judge Mary M. Rowland
United States District Court Northern District Illinois
Eastern Division

   Re:  David Lira

Dear Honorable Judge Rowland,

It is my true pleasure to write on behalf of David Lira, whom I hold in the highest regard. He is a man of incredible integrity, character and honesty and I am fortunate to count David as one of my very best friends for the last 25 years.   Business did not connect us – I am in the investment business as you'll read next – but what did connect us is our families, our Catholic faith and many mutual experiences, some of which found us volunteering or coaching together.  I so admire David's quest of being a man for others, never putting himself first.

By way of background, I am the Chief Investment Officer of Wedbush Capital, a Los Angeles based, privately held, diversified investment firm with $9 billion in assets that has been investing in private and public companies for more than 40 years. Its largest holding, Wedbush Securities, is a leading financial services firm that provides its clients with a wide range of securities brokerage, wealth management and investment banking services.

David and I met in late 1997 (although in 1978 we played high school football against each other, and yes, I remind David that my team won).    David's wife, Jacqueline, and my wife, Andrea, went to high school together and thus the connection.   As soon as we met, we all became fast friends, and during these 25 years, our families have been super close – socializing together, dinners at each other's homes and coaching our children together in various activities.   We have celebrated many joyous family birthdays together as well as the passing of some of our parents.   We attend the same Catholic church and our children went to elementary school together.   David and Jacqueline are the first people we call if we need help of any kind and they are always there for us, as they are for so many others.

There are so many reasons why I admire, respect and trust David.  I don't know anyone that works as hard as he does (working nights and weekends are standard fare for him), but I know that his unwavering dedication to helping those less fortunate and those that cannot advocate

for themselves is what drives him. His work to help others is his North Star. And as much as he gives professionally to help those that need help, I know he is loving husband to Jacqueline, a wonderful father, a faith-based leader, a coach, a mentor and a make-it-happen volunteer.

As we both live in Pasadena, California and worked in downtown Los Angeles, I was able to hear and see first-hand, how David helped so many. He has served on many non-profit boards and school boards, one of which I served on with him. For six years, we were both Trustees for Mayfield Junior School, a K – 8th grade Catholic school. As a board member, David led often by example, and his greatest accomplishment was reminding our fellow board members and the head of school not to forget about those less fortunate. And no surprise, during David's tenure, the school became more diverse and nearly doubled its financial aid.

We coached many little league and softball teams together, and he certainly was a good coach, teaching fundamentals along with teamwork and respect. What was unique about David though is that he made sure that everyone got to play the same amount, no matter the skill level of the child. While some parents would gripe about that (we didn't win all of our games), David's view was that the most important goal for the kids at that age was confidence, and I couldn't agree more.

I can't tell you how often I heard from someone, not David, that he had helped them out. Taking a case pro bono, writing and advocating for someone in need, stepping in last minute to help cook pancakes at a school breakfast, inviting people in for a dinner that needed a warm meal. The list goes on and on, David is and has truly been a man for others.

In my family as I was growing up, the highest compliment you could give was that you'd want that person in "the bunker with you", and that had to be the person you trusted the most, would have your back no matter what and would be there for your family if you didn't survive. David is in my bunker forever – there's simply no one I trust or respect more than he.

Most respectfully,

Geoff Bland

To the Honorable Mary M. Rowland,

My name is Marie Bland. I'm the daughter of Geoff Bland, one of Mr. Lira's best friends. I went to school with Mr. Lira's daughters for the bulk of our childhood, and I consider them my sisters.

I graduated from Stanford University in 2023 and have been pursuing a career in film and theater ever since. I've worked pretty much every job you can think of in that time: church security guard, theater usher, personal assistant, babysitter; I've worked at a nonprofit for a year and am about to start a job as a music supervisor at an agency that makes movie trailers. I'm not exactly sure what my chosen niche in the industry is yet, but I am hoping to weed it out as I go.

I've known Mr. Lira since before I had memories; he's been a constant and consistent figure throughout my life. He and his wife, Jacqueline, are closer to my aunt and uncle than just family friends. We've gone to their house every year for Christmas Eve. We have family dinners with our entire families frequently. Spending time with the Liras was always the highlight of my weekends as a child. We'd go to the beach together, go on trips together, laugh and create elaborate dance performances as a way to barter for sleepovers. The twins, Carolyn and Elizabeth, are so important to me. They're my little sisters and it has been emotional for me to watch them grow up while this is all happening. Catherine, who I've affectionately nicknamed Cheryl, was my first friend and is one of the silliest, most joyful and compassionate people I know. Now Michael, being a couple years older than me, was always an enigma…but that was because we excluded him (no boys allowed!!!!) growing up. Now that we're older and trying to work in the same industry, I've gotten to know him much better, and I am grateful for that.

I might not be intimately close with Mr. Lira like how my parents are, but I know that Mr. Lira is a good man based on how his children are in this world. They are good, kind, thoughtful, hardworking, generous, smart people, and they always have been. They are friends to all. It's hard to find people like them in the Pasadena private school bubble—most of my peers are nice but entitled, volunteer because it looks good on their resume, are only friends with people who elevate their social status or stay within their circles…but the Lira kids are truly good, because they had two parents who taught them, by their actions, how to be. I have watched him love his family so deeply, and I believe it's because of that dedication and love they turned out so wonderfully!

Mr. Lira loves to give me advice about my career, and I love listening to it, because it always feels like he understands what I want and what's best for me. He comes to all of my shows, even when they are niche and bizarre and totally not his vibe. He sends the funniest memes in our Bland-Lira family group chat. He gives great hugs and has a great laugh. I can't wait to create more memories with him and the entire Lira family for the rest of my life, and I am truly grateful to know him and be able to support him and his family through this.

Thank you,
Marie Bland



1600 Rosecrans Avenue, Building 7, Suite 105, Manhattan Beach, CA 91107

Date:    8 July, 2025

Subject:  **David Richard Lira**

Dear Honorable Judge **Mary M. Rowland**:

Through my brother and sister-in-law, Geoff and Andrea Bland, I've known David and his wife Jacqueline for over 25 years.  Whether through social events (like David and Jacqueline's annual Christmas Eve party at their home on Hill Street in Pasadena), family dinners, graduations— weddings and funerals at a local Roman Catholic Church or even 17+ years in the same fantasy football league,

In my close estimation — with his sharp wit and easy manner, he's a man of fine character — thoughtful and generous. When I needed legal "sounding board", he was there.  I know that both David and Jacqueline worked to raise 3 daughters and a son — all remarkable people.  I know that David is a successful plaintiff attorney, a proud UCLA and Boston College alum — and guy who given very little early in life, has done well to give back.

From what I view — I believe David has suffered mentally, physically, financially and reputationally over the last 5 years in the wake the indictment and the plea agreement — but alas, has carried it stoically.
As the "breadwinner" in his household — still "grinding" at age 65 and supporting college-age kids — I feel like he's paid his "debt" back to society.

In my experience, he's a fine man, a good friend, and man for others.  I know you will take this into consideration with sentencing this man.  Obviously, any punishment rendered will be a continued burden for his family.

Sincerely yours,

**Steve Bland**
Owner & Operator
(310) 259-1197

**Allison Bogle**
5689 Bravo Toro Lane
Santa Rosa, CA 95401
abogle1055@gmail.com
626-840-4855

**Date:** July 17, 2025

**The Honorable Mary M. Rowland**
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

**Re: Letter of Support for Mr. David Lira**

**Dear Judge Rowland,**

My name is Allison Bogle, and I have been friends with David Lira and his family for over 20 years. We were initially introduced by mutual friends, and then our children attended school together. I am writing to respectfully share my perspective on David's character.

David's wife, Jacqueline, is a close friend of mine, and through our long-standing friendship, I have had the opportunity to see David not just as a friend, but as a devoted husband and father. I have always admired the way he loves and supports his family—with unwavering dedication, kindness, and humility.

In addition to spending time socially, I have had the opportunity to watch David in court. Observing him in a professional setting only deepened my respect for him. He conducted himself with intelligence, respect, and a sense of duty to the legal system and those he served. It was clear to me that he took his role seriously and held a deep responsibility to uphold the law and advocate for others.

Over the years, Jacqueline and I often spoke about how difficult it was for David to work for her father, Tom Girardi. She would share how he would call and scream at David, and how that stress weighed heavily on their family life. At the time, we could see the toll it was taking, but in hindsight, we now know that there was much more going on behind the scenes. David was placed in an impossible and deeply conflicted position—caught between family loyalty, professional responsibility, and a situation he could not control. It was truly a no-win situation, and one that I believe caused him immense emotional strain.

It is my honest opinion that David did not know what Tom Girardi was doing until the end. When he discovered what was happening, he confronted Tom and left the firm. That decision alone reflects his integrity, and I believe it came at a great personal and professional cost.

I understand that David has pled guilty to a serious matter, and I do not seek to excuse his actions. Rather, I hope to offer insight into the person he is beyond this case. Like many, David is more than the worst moment or decision in his life. He has contributed positively to the lives of many people, including myself, and I believe he remains capable of continuing to do good for his family and community.

I respectfully ask that Your Honor consider David's long-standing commitment to his work, his family, and his community in determining a just sentence. In my opinion, David is someone who has already experienced significant consequences and remorse, and I sincerely hope the court can consider a non-custodial sentence that allows him the opportunity to continue contributing positively to society.

Thank you for your time and thoughtful consideration.

Sincerely,

LAW OFFICES OF

# Aaron B. Booth

707 WILSHIRE BOULEVARD, 46TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE: (213) 228-0330
FACSIMILE: (213) 489-2204

July 11, 2025

Hon. Mary M. Rowland
**EVERETT MCKINLEY DIRKSEN**
**UNITED STATES COURTHOUSE**
219 South Dearborn Street
Courtroom 1225
Chicago, IL 60604

   Re:  *David Lira*

Dear Judge Rowland:

   Please accept this letter regarding my first-hand knowledge of the reputation, skill and character of David Lira. I am aware of the charges levied against Mr. Lira and his decision to plead guilty to one charge of contempt. This guilty plea does not change my opinion of Mr. Lira.

   I have been practicing law in California since 1982. During the course of my practice, I have found myself engaged in complex cases both with and against Mr. Lira. Some background may be in order.

   Mr. Lira and I both come from similar working class backgrounds in Southeast Los Angeles County. I first encountered him on a construction defect case he had been handling for a client of mine. This case was conducted in the mid-1990s.

   Due to some bad faith litigation with the carrier for my client, we were assigned to handle all of their cases. I took over the case from Mr. Lira, not because of any problems with his handling, but because our firm was assigned all of the cases at issue.

   Upon my review of the file upon transfer from Mr. Lira's then office, I found the file remarkably well kept, maintained and up to date.

   Shortly thereafter, it became apparent that Mr. Lira and I had a mutual friend who was a Hertz adjuster. I was doing work for Hertz. Mr. Lira played high school football with the adjuster. Our friendship began to grow.

Hon. Mary M. Rowland
July 11, 2025
Page 2 of 3

In late 1999 or early 2000, Mr. Lira took over the handling of a breach of contract matter from an attorney named John Lang in the San Fernando Valley. This case involved repair to approximately 270 condominiums in the West San Fernando Valley that had been damaged by the Northridge Earthquake in 1994. The condominium association was suing a client of ours, ECC Construction ("ECC"). ECC did all of the earthquake repairs. Mr. Lira handled ECC's plaintiff claim. I handled the defense claim.

The trial was bifurcated. Contract issues were determined first by the Court in a three week trial. After a hiatus, we started picking a jury in December 2000. The case concluded the last day of May 2001.

I tried a case with David Lira side-by-side for six months. During that ordeal, I saw up close that Mr. Lira is a thoughtful, compassionate, dedicated and skilled practitioner of the law. In fact, I learned more about trial tactics sitting next to Mr. Lira for six months than I had learned the entire time I had already been in the practice of law.

Not only did we defense the claim of the HOA, but Mr. Lira and I obtained a judgment in excess of $7,000,000.00 against them which included a claim for punitive damages against the HOA for their egregious conduct in refusing to pay our client monies owed for earthquake repairs. Mr. Lira's pursued these monies through bankruptcy and appeal and ultimately collected them for our mutual client.

A couple of years later, Mr. Lira and I found ourselves on the opposite side of an interesting case called Cabrini Villas involving around 800 condominium units that had been damaged by the Northridge Earthquake. Here, Mr. Lira and the HOA were pursuing defect claims against a general contractor client of mine for failure to effectuate earthquake repairs properly. That case ended up resolving in mediation, but not until Mr. Lira had stood up for his client through hundreds of depositions, site inspections, law and motion and other court hearings. I already knew Mr. Lira to be a dedicated and skilled practitioner: these qualities were evident in the course of the handling of this Cabrini Villas case as well.

I have maintained my friendship with Mr. Lira over the years and we occasionally have seen each other at seminars and conferences. As noted, I am aware of the current problems facing him. Based upon my experiences with both Mr. Lira and the Girardi firm, I have no doubt that Mr. Lira had no control over the firm's finances. It was well known at the Girardi firm that only Tom controlled the purse strings.

Most of Los Angeles knows that the Girardi firm was the plaintiff's counsel in the notorious Bryan Stow case. Mr. Stow was savagely beaten in the parking lot of Dodger Stadium. Mr. Lira was the primary trial lawyer for Mr. Stow. The civil case was presided over by Judge Victor Chavez, one of the acknowledged great judges in our local judiciary. Judge Chavez has passed away and I was privileged to be one of the last lawyers to try a case in front of him a few years after the Stow case concluded.

*Hon. Mary M. Rowland*
*July 11, 2025*
*Page 3 of 3*

      In one of our informal conferences in chambers, I remarked to Judge Chavez that I was friends with Mr. Lira. Judge Chavez visibly brightened and told me what a fine lawyer he found Mr. Lira to be. I can think of no higher compliment from any member of the judiciary in California.

      I hope that this letter sheds some light upon my understanding of David Lira's character. I vouch for him now, and will vouch publicly for him should the request be made.

                        Very truly yours,

                        LAW OFFICES OF AARON B. BOOTH

                        Aaron B. Booth, Esq.
                        *abooth@aaronbooth.com*

ABB/vks

F:/WPDocs/ABB/2025 Letters/Judge Rowland ltr re David Lira dtd 7.11.25.doc

13 August, 2025

Letter of Referance for David Lira

Hello,

My name is Bill Brahos, and I have known David Lira and his family for over 25 years. My wife, Brigid Brahos, has known David's wife, Jacqueline, and her family for over 50 years. I live in South Pasadena, California, where I raised my children, but I am originally from Hammond, Indiana, near Chicago.

I am a Senior Vice President in Wealth Management at Merrill Lynch in Century City. I have worked in finance for 40 years. I currently serve on the governing board of Beauty Bus, a Los Angeles non-profit serving cancer patients through self-care (hair, nails, skincare) while they undergo chemotherapy.

When asked to write a letter about David, I didn't hesitate. I have encountered many people in my career and community, yet David stands out as one of my favorites. I have always admired his ability to make people feel comfortable in his presence. He is such an interesting and intelligent man, but he manages to make you feel more important. Although he is a native Angeleno, he really seems like a man from the midwest. I respect his devotion to his family and the community. He has worked incredibly hard to raise wonderful children, all now young adults.

I wish all the best for David.

Sincerely,

Bill Brahos
South Pasadena, CA

August 14, 2025

Re: Letter of Reference for David Lira

My name is Brigid Brahos. I live in South Pasadena, California, where I was born and raised. I have known David Lira for over 25 years. His wife, Jacqueline Lira and I have been lifelong friends through school, and our mothers remain close friends to this day.
Our children attended the same elementary school, where I was involved as a volunteer with Jacqueline and David.

When one is in a school setting, there are always parents who deliver more than is asked of them. This would describe the Liras perfectly. I cannot overstate how the community admired their generosity and kindness. David served for six years on the Board of Trustees of our Catholic, independent school, a time-consuming and selfless position. He is an extrmely affable man, greeting everyone in the room, showing interest in what you are doing, asking how your children are. We all know that feeling of attending an event, unsure of who might be there, will you know anyone. If we see David Lira in the room, my husband is happy.
David always makes us laugh with his self-deprecating humor. He exhibits humility and grace, characteristics that are becoming extinct in our society.

I especially want to say how I admire David's devotion to his family. He is so proud of his four children, encouraging their unique interests and passions. David Lira is one of the most genuine people I know.

Thank you for considering this testimonial to David Lira.

With kindest regards,

Brigid Brahos
South Pasadena, California

3001 Old Calzada Road
Santa Ynez, CA 93460

July 25, 2025

The Honorable Mary M. Roland:

I have known David Lira and the firm of Girardi Keese for 21 years. I am not a lawyer and am no way professionally connected with the practice of law. As the spouse of a former colleague of David's at Girardi Keese I got to spend a lot of time in varied settings with many of the staff not only from that firm but also the much larger legal community. As a law profession outsider I have spent a great deal of time observing and listening without any vested interest of what the outcome of any legal discussions may have been. While I may not know the intricacies of the law I would say I am a good judge of character.

Over the past 21 years it is safe to say I have met and have been in the company of many extremely talented, eloquent, respected, caring and hard-working individuals, from law students to California Supreme Court justices. Without any hesitation I put David at the very top of that list. I have witnessed firsthand his support and guidance given to young lawyers, gratitude to support staff and respect to experienced lawyers and the judiciary. Never once have I heard David bully, disrespect, coerce or threaten anyone. Having spent a lot of time in David's company I can say without a shadow of a doubt that he is as straight and honest as the day is long.

However, far more important than any legal interactions the greatest quality David possesses is that of a dedicated, loving, supportive and caring father, husband and friend. I have no children of my own but if had, David would have to be my role model for a father. To see how his children have grown up is truly a testament to David and his wife Jacqueline.

While most of my experiences in and around the legal profession have been positive there have been occasions when I witnessed behavior that in my mind was not right or proper. While Tom Girardi could be overly generous to strangers one thing for certain is that he could bully, lie to, humiliate and treat those closest to him with absolute distain and disrespect. Lies and broken promises seemed to have been a common theme.

I do not believe David would ever knowingly make a bad or unlawful decision it's just that sometimes external pressures or circumstances push us in the wrong direction and what may have seemed like the correct decision at the time turned out not to be so.

For the past 5 years, while the Tom Girardi episode has played out, David has had to unfairly weather the fall-out of the bad behavior of Tom. David's place is with his family, colleagues, clients and friends so he can continue doing what he has been doing so well for so long.

Sincerely,

Jan Brindle

Jan Brindle

Michael C. Buchanan
775 S. Madison Ave
Pasadena, California 91106
(626) 808-3907    mike.buchanan1@yahoo.com

July 29, 2025

The Honorable Mary M. Rowland
United States District Court, Northern District of Illinois, Eastern Division
Everett McKinley Dirksen U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Rowland,

I wanted to convey my sincere and full support for David Lira. I have known David since our children overlapped at Mayfield Junior School (MJS) over a decade and a half ago. Baylor, my son, and David's twin daughters, Carolyn and Elizabeth, were classmates for 9 years. Not only did I get to know David as a caring friend and someone who demonstrated deep commitment to his family, I also had the fortune to serve with him on the MJS Board of Trustees from 2012 – 2016. Over the years, I have come to know David as someone who consistently puts others first. I witnessed this firsthand as a fellow Board member observing David dedicate his time and passion for the good of our school. David's voice was one that was always welcomed and respected.

I am the Chief Investment Officer at Western Asset Management Company LLC in Pasadena, California. Western Asset manages approximately $242 billion on behalf of institutional investors around the world, including government employees, unions, corporate pension plans, mutual funds, insurance companies, endowments, and foundations. Franklin Resources, Inc. in San Mateo, California acquired Western Asset Management in 2020.

I wholeheartedly vouch for David's character and integrity. Over the years, I have witnessed him consistently demonstrate honesty, professionalism, and strong moral foundation. He has earned my utmost confidence and respect.

Sincerely yours,

Michael C. Buchanan



Alexus Loredo <alexus@cheronislaw.com>

## Letter for David Lira

**Elizabeth Burns** <eab2222@gmail.com>                                    Fri, Aug 15, 2025 at 5:16 PM
To: Alexus@cheronislaw.com
Cc: Geoff Bland <gcbland@gmail.com>, Elizabeth Burns <Elizabeth.Burns@lewisbrisbois.com>


The Honorable Mary M. Rowland

Re: David Lira

Dear Judge Rowland:

I am writing to provide a recommendation for David Lira who I am aware has pled guilty to Count Nine, which is criminal contempt of court. Despite his plea, I have not changed my high opinion of David Lira.

While I am a partner at Lewis Brisbois Bisgaard & Smith, I am writing this letter in my personal capacity based on my experience as a friend and colleague of David's for over 25 years. I have known David's wife Jacqueline since we were five and I first met David while they were dating in the late 1990's. He and I became immediate friends. David is simply one of the best people I know and I am honored to support him.

I understand the gravity of the charges but believe it is important for the Court to consider David's high moral character, dedication to his family, friends and community, ethical values, professional competence, lifelong reverence for the law and commitment to doing the right thing. David has an outstanding reputation in the legal community as a fierce but fair advocate whose word can be counted on. Similarly David has a stellar reputation as a friend and community member.

We all know that David is a tremendously talented trial lawyer. He genuinely cares about his clients and has devoted his life to helping hurt people. He believes in justice, fairness, righting wrongs and is still as passionate about his cases as when I first met him. David is one of the few lawyers I know who truly loves the law and has thought deeply about the impact of our legal system on society's broken and injured.

But what I would like the Court to consider is David as a whole person who has always stood up for the little guy, is a kind and helpful friend, who reaches out in both good times and bad, is generous with his time, contacts, advice and hospitality, is a father who delights in his four children, is a loyal and loving husband, and a contributor to the community. He is always the first to ask how can he can help when there is a crisis and the first to host a celebration when fortune smiles.

I consider David to be not only a friend but also a professional mentor. Despite David's busy trial calendar and family obligations, he always takes time to listen, offer counsel and encouragement as well as a bit of humor to me no matter what legal or professional dilemma I am calling him about.

David is thoughtful and kind. He never fails to ask after my severely disabled father (a retired lawyer) and whenever he sees him David takes the time to engage with him and tell him about his practice which my dad really enjoys. David is the guy who welcomes into the conversation the person who is standing alone at a party. David is the guy offers to help you move or build Ikea furniture or pick you up from LAX, Los Angeles' notoriously traffic-clogged airport. David is simply a quality person who can be counted on to do the right thing no matter the circumstance.

David has consistently demonstrated the highest level of integrity, honesty and moral character during our friendship and in every professional context—I would trust David with anything. It is a privilege to be

David's friend and to support him. I am hopeful that the Court will take into consideration all the good David has done, and continues to do, with his life when making her sentencing decision.


Very Truly Yours,


Elizabeth A. Burns


---

**PastedGraphic-1.tiff**
8K

The Honorable Mary M. Rowland

Re: Letter in Support of David Lira

Dear Judge Rowland,

My name is Patricia K. Burns and I am a tenured teacher at Los Angeles Unified School District who has been teaching English as a Second Language and Reading to immigrant adults for more than 50 years. I have known David's wife Jacqueline since she was in my daughter's first grade class in 1972 and have had the pleasure of knowing David since they married in late1990's. David has always been a thoughtful, kind and helpful person who is devoted to his family and community and I have enjoyed spending time with him over the past 25 years or so. My family were blessed to spend a number of holidays with the Lira family after my husband and I were in a serious car accident and both of us were wheelchair bound. David always welcomed us warmly, managed to carry both us of in our wheelchairs into the house and insured that we were able to enjoy the festivities to the fullest. Every time we see David he is caring and attentive and speaks with my husband (a former lawyer) about his practice which my husband thoroughly enjoys. Over the years I have seen that David is a proud father who clearly delights in his children's accomplishments and growth and is a devoted and caring husband to Jacqueline. David is a committed Catholic who served on the Board of Directors at Mayfield Junior School, which was my children's school, which I know from experience is a very tough and time-consuming position. David has demonstrated that he is a caring and responsible person throughout his life and was placed in a very difficult position by his father-in-law's criminal conduct. David has much more to give to his family, profession and community and I urge you to consider all of David as a person when deciding on his sentence.

Very truly yours,

*Patricia K. Burns*

Patrica K. Burns

To The Honorable Mary M. Rowland:

My name is Edward Chen and I am the CEO of Veulion Group companies, a past and active board member on several for-profit and non-profit boards, past President and current Board Member of the Harvard Business School Association of Southern California and the HBS Scholarship Fund, among many others. I have known David Lira and his family for over 20 years, with our kids attending the same catholic school, and having served together on the Board at Mayfield Junior School together.

As a friend, a family man, a community member, a professional, and fellow board member, David has always exemplified strong moral character and integrity, unwavering support, relentless dedication, and the utmost compassion, among countless other wonderful attributes. He was always there to support and contribute his time, ideas, professional experience, and personal wisdom for the benefit of others.

During board meetings, he frequently provided invaluable feedback and insight on how best to protect the institution/organization and made sure that everything was always as appropriately considered and handled as possible. On any unfortunate occasion of needing professional advice, he would step up without hesitation and provide unwavering support without consideration of any financial (or otherwise) benefit or gain. His dedication and commitment to his friends, the community, and good causes, can be seen and felt, through and through.

There is without a doubt in my mind that David is an upstanding citizen and an outstanding friend that every community would be worse off without.

Sincerely,
Edward Chen

Edward Chen | CEO
VEULION GROUP
Direct | +1.626.683.9889
Email | echen@veulion.com

HBS Association of Southern California | Board Member

HBS Scholarship Fund | Board Trustee

Otilia F Collins

727 S. Orange Grove Blvd #6 Pasadena, CA 91105

626-441-1335

July 26, 2025

The Honorable Mary M. Rowland,

Re; David Lira

Dear Judge Rowland;

My name is Otilia Collins, and I have known David Lira since he joined the Girardi family over 25 years ago. David was well received by Jacqueline's family because he is a wonderful, well-respected husband, father & member of the community.  I crossed paths with him at Mayfield Jr. School where he and Jacqueline were very involved.

The Lira house was a home we all gravitated to; wholesome, grounded and safe. I attribute that in part to David's generous spirit.

As a good friend of Jacqueline's mother, Karen, I appreciate the support, love and concern he has given her over the years.

Regards,

*Otilia F. Collins*

Otilia F Collins

Dianne Diannitto Ciulla
1020 Hillside Ter
Pasadena, CA 91105

August 5, 2025

The Honorable Mary M. Rowland

Re: Character Reference for David Lira

Dear Judge Rowland,

I am writing to you as a longtime friend of David Lira. I have known David for over 25 years through my high school friendship with his wife, Jacqueline. Over the years, we had the privilege of raising our children together, which allowed me to witness firsthand the kind of man David is—one of great character, deep faith, and unwavering commitment to his family and to those around him. In addition to being a family friend, I am also an educator with a deep appreciation for the impact role models have on young people, and David has been one of those role models in our community.

David has always been a devoted husband and father. His dedication to his family is evident in the way he raised his 4 children with integrity, compassion, and a strong moral compass. His children are living examples of the values David holds dear: honesty, responsibility, and service to others. They reflect the high standards he has modeled consistently throughout their lives.

Beyond his role as a family man, David has been a meaningful and active presence in our Pasadena community. He has served on school boards and dedicated his time to coaching youth sports, including his role as a coach for Pasadena Southwest Little League. He coached one of my sons, as well as so many other children, and through that experience, I saw his ability to mentor and lead with patience, respect, and positivity. David used the game of baseball not only to teach the fundamentals of the sport but also to instill lasting life lessons—about teamwork, perseverance, and character—that continue to shape the youth that he worked with.

David is a man of deep faith, and his actions reflect the principles he believes in. He treats others with kindness and humility and has always made himself available to lend a hand when needed. His contributions to our community have made a real and lasting difference.

I understand the seriousness of the matters before you, but I respectfully ask that you take into account the totality of who David is—a man who has lived a life rooted in service, responsibility, and compassion. I have no doubt that he will continue to be a positive influence to those around him.

Thank you for your time and consideration.

Respectfully,

Dianne Diannitto Ciulla

Dina Currado
2441 Brooke Willow Blvd.
Knoxville, Tennessee  37932
(661) 675-5688
dinacurrado@gmail.com
CSR 10908, State of California


7/11/25


Re:  David Lira


To The Honorable Mary M. Rowland:


Good morning, Your Honor.  My name is Dina Currado.  I have
been a Certified Shorthand Reporter for the last 28 years.  I
was fortunate enough to meet David Lira in May of 2014 in Los
Angeles.  I was hired by opposing counsel to serve as the
court reporter on the    *Bryan Stow vs. The Los Angeles
Dodgers* trial in which David was one of the trial counsel for
the plaintiffs.

I was instantly impressed with David's professionalism, work
ethic, and commitment he has towards his clients.  His
dedication was obvious and he poured his heart and soul into
all of his cases, as I would see later on as well.  He would
always take the time to explain everything in layman's terms
to his clients and always remained patient and level-headed,
even when opposing counsel would sometimes act rude and
unprofessional towards him.

During that trial, David and I got to know each other and he
asked me if I was available to do his next trial.  I was very
happy and said yes and that was when I started doing the rest
of his California trials for the next six years.  My fellow
court reporters would also comment to me that he was a great
attorney to work for as some of them did depositions for him
as well.  I always looked forward to working with David
because I knew he would make an excellent record and was
extremely well-organized and such a big advocate for all of
his clients.  Over the years I've had people ask me for a
recommendation if they needed to hire an attorney and I always
would recommend David without hesitation.

When we would do our trials together, I always looked forward
to David's closing arguments.  They were incredibly well
thought out and that's where his advocacy and passion really
took center stage.  You could tell he was being genuine and
would always fight for his clients, even if his case wasn't as
strong as he would have liked for it to have been.  David is a
straight-shooter and never tries to sugar coat anything with
lots of bells and whistles like other less experienced trial
attorneys.  The way he conducts his cross-examinations of

adverse witnesses are even extremely respectful and that's not very common in my years of experience.

Throughout the years, David would always talk about his kids. He was very excited when his son got accepted into college and was very proud. After that, his twin daughters got accepted into a private high school. We were actually in trial then and the parent interview was something he was really looking forward to. He actually left trial in the morning and his second chair took over for him for the morning session so he could go to the school with his daughters. He was a very proud father and family man and would also ask about my children often as well.

I have read the NDCs of the charges that are pending against David and my opinion of him does not change one bit. He is a great man and a great attorney. I consider myself lucky to have been able to work with him during the years we had. I moved out of state a few years ago, but I still keep in touch with David. I certainly hope that one day we can work together again in the future.

With kind regards,


*Dina Currado*

THERESE M. DAVITT
435 WEST CALIFORNIA BLVD
UNIT E
PASADENA, CALIFORNIA 91105

TO: HONORABLE MARY M. ROWLAND                    JULY 9, 2025

I am writing to offer my support for David R. Lira and to express my opinion that he is both an ethical and honest person and attorney.  I unconditionally support him as qualified to continue practicing law.  I have been in the education arena as a teacher and administrator for the past 40 years with the Los Angeles Unified School District; in that capacity, I have worked with thousands of students, families and attorneys.  Based on this experience , I am able to make a just and accurate endorsement of David's fair and ethical practices as both an attorney and friend.

I have known David for over 25 years, as our children began their educational journey together; a fast family friendship developed which remains steadfastly in place today.
During these past twenty five years I have worked with David on numerous parent committees, fundraisers, and policy and development boards whose purpose was to foster the growth of both schools and the surrounding community organizations.  David worked tirelessly in meeting the goals and needs set forth by educational and community based institutions; in every instance he worked ethically, responsibly and demonstrated dedication and perseverance to the varied causes we worked on and supported.  He likewise is a model leader within our community, coaching Little League and other sports teams, giving his time and experience to the youth in the area.  He served as a coach for many of my daughters' sports teams and taught youngsters by example and deed the values of sportsmanship, leadership, honor and fairness. In that same vein, David has been a role model for my daughter and so many others by exemplifying the ideals and moral standards we hope our children will emulate throughout life; he continually exhibits honesty and morality in every aspect of his life, including his career as an attorney.

With these thoughts in mind, along with David's high moral character and goodness,  I wholeheartedly support David's continued practice of law.

Respectfully,
Therese Davitt

Doc ID: 6a9f662e546aa6a285484c3f39778401e3fc174f

# Meylan
# Davitt
# Jain
# Arevian &
# Kim LLP

444 S. Flower Street, Suite 3675
Los Angeles, CA 90071

Phone: (213) 225-6000
Fax: (213) 225-6660

**www.MDJAlaw.com**

Direct No.: **(213) 225-6002**
Email: **vdavitt@MDJAlaw.com**

July 22, 2025

The Honorable Mary M. Roland
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

      **Re:**   <u>Letter of Support for David Lira</u>

Dear Judge Roland:

    I write this letter to express my very strong support for my friend and legal colleague, David Lira, in connection with his upcoming sentencing.

## My Background

    I grew up in the Los Angeles area. I attended Santa Clara University (B.S. 1983) and Georgetown University Law Center (1987). I was admitted to the California Bar in 1987. I have also been admitted to practice in the United States Supreme Court, the Ninth Circuit, and the Central District.

    In 1987, I began my legal career as a business litigation associate in the Los Angeles office of Bryan Cave. In 1989, I moved to the Los Angeles office of a large New York-based firm, LeBoeuf Lamb. I was promoted to partner in 1996, and practiced at LeBoeuf Lamb and then Dewey & LeBoeuf (after the 2007 merger) until 2009. At that time, I joined a small litigation boutique - Murphy Rosen Meylan & Davitt. In 2013, we started the firm Meylan Davitt Jain Arevian & Kim, a downtown Los Angeles litigation boutique where I have been Managing Partner since we opened.

    In the early stages of my career, I also spent roughly four (4) months in the L.A. City Attorney's Office (under its "TAP" program), where I prosecuted various crimes handled by that Office. In addition, I have been heavily involved in pro bono activities. In 1992, I received the

## Meylan Davitt Jain Arevian & Kim LLP

Honorable Mary M. Roland
July 22, 2025
Page 2

Wiley W. Manuel award for pro bono legal services from the California State Bar.  I have been on the Board of the Constitutional Rights Foundation/Teach Democracy since the 1990s.

### How I Know David and His Family And The Type of Person David Is.

I met David and his wife Jacqueline over a decade ago through my sister, Terry, in a social setting, and, since then, have known them socially.  We live in adjoining towns.  David, Jacqueline, and Terry were all heavily involved in parental activities for the parochial grammar school and high school in Pasadena where all their children attended. This involvement shows the character of David – *i.e.,* despite the stress of his litigation practice, he was first a family man whose priorities were in the right place - his wife and family and his children's education and spiritual lives.

On a social and personal level, I have always found that David has extremely strong values and ethics.  He has always been honest, forthright, straight-forward, and humble, despite his legal accomplishments.  I always enjoy chatting with David, including about our high school years.  We both graduated at the same time, from different, all-boys, parochial high schools in the Los Angeles area that were in the same sports league. We were both fortunate to participate in sports in high school and I enjoyed reminiscing with David about those unique experiences.

David's long list of accomplishments in the legal field speak for themselves and I will not address them herein. While I did not work with or against David in any litigation matter, I do know his reputation based on my almost four decades of practice in Los Angeles.  David has an absolutely stellar legal reputation in the legal community.  David's reputation is not just based on his successes. It encompasses David's honesty, integrity, competency, and work-ethic.  Indeed, while I hear and see a significant level of negative commentary about other plaintiffs' lawyers, I have never heard a negative comment about David, professionally or otherwise.

In closing, it is an honor and privilege to be a friend of David and to write this letter of support for him.

Best regards,

MEYLAN DAVITT JAIN AREVIAN & KIM LLP

Vincent J. Davitt

Mary Eddy, RN, MSN

416 S. Berkeley Ave.

Pasadena, CA 91107

meddyrn@gmail.com

**Re: David Lira**                                                            July 29, 2025

Dear Honorable Mary M. Rowland,

I am writing in support of Mr. David Lira. David has been a dear and trusted friend of mine and my family's for approximately 15 years. I would consider my knowledge of his character to be of considerable depth and breadth in both personal and professional manners. I strongly attest to David being a person of strong personal and professional ethics, and a decent, fair and honest man.

Professionally, I work as a clinical legal administrator at a major Los Angeles hospital working closely with attorneys, risk professionals, etc. Through this, David and I have shared our interest in the intersection of health care and law, and I have long considered him a thoughtful and wise sounding board. Additionally, he has taken time from his busy schedule to mentor others interested in this area. For example, he kindly hosted a registered nurse in his office, providing shadowing opportunities for her with fellow health care lawyers and legal nurse specialists, and encouraging her to pursue higher education. Thanks in part to this experience, that young woman is now an RN/JD attorney in one of Los Angeles's premier law firms, and a big asset to our legal community.

Personally, I know David as a dedicated father, husband and community supporter. His devotion to his family is second to none, and is palpable in the warm and loving home he and his wife have established. He is committed to supporting community organizations, in particular educational institutions such as St. John Bosco High School and Loyola Jesuit High School of Los Angeles.

I stand by my opinion of David Lira as a good and ethical man and attorney, and a productive and valuable member of our community.

Respectfully submitted,

*Mary Eddy*

Mary Eddy, RN, MSN

Ana m Escobar
310-422-8174   anita.miles@mac.com

July 20, 2025

The Honorable Mary M. Rowland
**RE:**   **David Lira**

Your Honor,

I am submitting this letter in support of David Lira and to attest to his good character.  Based on my personal interactions with David, I believe him to be a person of extreme integrity, a person of great moral character, and a devoted father, husband and friend.  I unconditionally support him and request you consider his good character, standing in the community and the difficult position he was placed in as both an employee and son in law of Tom Girardi.

I have known David for over 20 years, when we met through mutual friends.  Since then, we have vacationed together with our families on several occasions, celebrated birthdays together, and attended many social events together.

I have seen firsthand how he loves and cares for his family.  Despite the long hours he spends at work, he makes time to dote on his wife of 28 years and his four children.  His love for them is evident to all.  In light of the recent events involving his father-in-law, the law firm and the allegations against him, he does not seek pity for himself but instead asked me to be mindful of the stress that his wife is under and asked me to be a good friend to her.  I am not surprised by his request because he has always been a selfless person, putting the needs of his family and friends and community before himself.

I was a practicing attorney myself, as a litigator in California with the firm Yoka & Smith, LLC.  I retired in 2001.  Based on David's reputation as a person and a fellow litigator, I would not hesitate to refer him to others or have him represent me if needed.

Being an honest and morally upstanding person is at the core of who David is.  I strongly encourage you to consider these facts when making your sentencing decision.

Sincerely,

Ana M. Escobar

**Bridget Floyd**
**545 Bellefontaine Street**
**Pasadena, CA 91105**

July 13, 2025

Honorable Mary M. Rowland
United States District Court for the Northern District of Illinois

Re: David Lira

Dear Judge Rowland,

My husband, Chris, and I are dear friends with David Lira and his wife, Jacqueline. I am writing in support of David to express my belief in his honesty and integrity. I have had ample opportunities on a personal level to observe these qualities in him. I am a stay-at-home mother and am presently involved in local charities. Previously I was heavily involved at our children's schools.

I have known David Lira for close to 20 years. I first met Dave and his wife Jacqueline when our youngest child and their daughter, Catherine, started kindergarten together at Mayfield Junior School, a Catholic grammar school in Pasadena, California. Mayfield is a very family-oriented school with lots of activities involving the whole family. I was an enthusiastic volunteer at the school as was Jacqueline (and our husbands) and that is where we cemented the friendship of our families – a friendship that continues today.

I have been with Dave at countless school events – fundraisers, sporting events, plays, meetings, religious celebrations, etc. He has attended these in support of his four children who all attended Mayfield. One year Jacqueline and Dave organized the largest fundraiser at Mayfield. Two of the primary targets of the fundraiser are the school's outreach program which supports interests in the wider community and the school's financial aid program, both of which were important to Dave. The benefit was highly successful because of Dave's and Jaqueline's efforts in getting people motivated to participate in such important causes. It is difficult to resist when someone shows real commitment to the important issue of helping others. I know from talking to Dave on countless occasions that helping others, whether one of his clients or others in his community, is one of his main concerns in life.

I know the Liras to be good, moral people who are kind and loving and do the right thing. It is hard for me to discuss Dave without mentioning Jaqueline because they are completely united in their marriage, their outlook on life, the way they live and the way they have raised their children. They are completely family oriented. It is a family-first

approach. When discussing a person's character I tend to look at what kind of children they have raised, and I can say without equivocation that David and Jacqueline have raised great kids.  I have had ample opportunities over the last 20 years at dinners, family celebrations and school events to spend time with the entire family and their children are all polite, hospitable and hard-working.  The Liras are moral, churchgoing people and their children reflect these attributes.

I think honesty and integrity are two of David Lira's essential characteristics and I would never question his judgment or character.

Sincerely,

*Bridget Floyd*

Bridget Floyd

Christopher Floyd
545 Bellefontaine Street
Pasadena, CA 91105

July 15, 2025

United States District Court
for the Northern District of Illinois
Eastern Division
Attn: Judge Mary M. Rowland

RE: United States v. David Lira/No. 23 CR 54-3

Honorable Judge Rowland:

I write this letter in support of David Lira and to express in unequivocal terms my sincere belief in his strong, honest, and good character. I have always known David to be ethical, honest and fair in both his professional and personal endeavors and I wholeheartedly and unconditionally urge you to exercise your discretion and issue a lenient, non-custodial sentence in this matter.

I have been an attorney for thirty-five years. Before recently segueing into a more advisory role, I spent over a decade as the Co-Chief Operating Officer and General Counsel for Amblin Partners, a film and television company. I have known David for nearly twenty years, commencing when his daughter, Catherine, began kindergarten with my youngest son.

Though I have not engaged David professionally, we have spent innumerable times together over the years discussing the law, lawyers and various ethical issues, interspersed between conversations about our families. As part of my job, I engage outside counsel and thus have grown quite adept at evaluating a lawyer's legal capabilities and personal character before he or she puts pen to paper, as I value both characteristics equally. Thus, despite his guilty plea, I still believe David to be a compassionate, moral man and I would have no qualms in engaging his services today.

Over the last two decades, David and I have spent significant time together, often revolving around our kids' schedules and activities. One can learn a lot about a person over those countless hours of informal conversation, where the speaker is not trying to garner business, but instead is merely exposing his true nature on a father-to-father basis. From those conversations I learned that David has been consistently passionate about both raising a strong, morally grounded family at home while being a strong protector of his clients at the office. His passion to right the wrongs inflicted on his clients was

always palpable. Thus, his ethics at work matched his ethics for his family and himself personally.

I have read the full indictment filed against David as well as the plea agreement in this matter. Although I recognize that the count to which he is pleading guilty is serious, such plea does not alter my opinion of David. He remains a decent, concerned and "good" person in all ways and I do not question his judgment or character. As such, I fully support him receiving a non-custodial sentence in this case.

Sincerely,

Christopher Floyd

Sharon Gannon
5001 W. Florida Street
Suite 539
Hemet, California 92545
213-706-4005
pdsharon@msn.com

August 9, 2025

To The Honorable Mary M. Rowland,

I am Sharon Gannon, a retired police dispatcher for 36 years in Los Angeles County. I have known David Lira since we were classmates in second grade at St. Matthias Catholic School in Huntington Park, California. David remains a dear friend to this day. The entire Lira family is very memorable to me. I loved his mother and father God rest their souls. David's father was a proud military veteran. After he retired, each afternoon he liked to sit on his front porch or water his lawn, and I always looked for him when I drove past their home.

Knowing David from 2nd through 8th grades, I got see early on his many special qualities. He was one of the smartest kids in our class. All the nuns loved him. He was kind and very funny. He had one best friend in our class named David Gerardi. They went on to college at UCLA together and have remained best friends to this day. I still see the "two Davids" at family functions and special occasions.

Family and friendship are important to David Lira, and always have been. David's sister Lorraine was two grades ahead of me in elementary school. We have remained close friends to this day. Lorraine and I lived together for several years, and we have travelled to about 15 countries together over the past two decades. Knowing Lorraine so well allowed me to stay in contact with David Lira and his family. David has raised four lovely children.

David was very close with his parents. He always made sure they had what they needed. They lived in the same childhood-home in Bell, California where David was raised. When David's parents were ill near the end of their lives, he was the first one to come back into town and visit them.

I was surprised to see him in trouble with the criminal justice system. He has always been such a role model to me and my family. He worked hard in all of his schooling and is a devoted father and husband. I could write pages about all the special memories I

have with David.  I am available day and night to provide any additional information you may need, if requested.

Thank you for allowing me to share my lifetime of experiences with David Lira.


Sincerely,

Sharon Gannon

August 12, 2025

Honorable Judge Mary M. Rowland
United States District Court
Northern District of Illinois
Chicago, Illinois

Re: David R. Lira

Dear Judge Rowland:

I offer this letter in support of David R. Lira who will be sentenced in you court on October 8, 2025. On January 24, 2020, my nineteen-month-old son, Joseph, tragically died. While I was not with my son at the time of his death, it was later determined that my son was strangled by his car child seat belt/harness clip. I retained David R. Lira to investigate my child's death and to determine what could have been done to prevent it. Mr. Lira's tireless investigation revealed flaws in the design of the harness clip which had a tendency to "ride-up" to an infant's neck.

Mr. Lira filed a lawsuit on my behalf against an international child seat manufacturer and others. After years of litigation, the case was successfully resolved. At all times, Mr. Lira was a kind and supportive advocate on my behalf. I am hopeful that my lawsuit pointed out flaws in the child seat's design so other infants will not be harmed.



I am aware of Mr. Lira's guilty plea to contempt and that fact does not change my high regard for him. I am forever grateful for Mr. Lira's advocacy on my behalf.

24794 Gatewood St.
Moreno Valley, CA 92551
(213)655-3024
Leahmgarcia7@gmail.com
Sincerely,

Leah Garcia

Doc ID: 201029fc5950bf86fb5c952e6c494ed150687365

David J. Gerardi
134 Serenade Ct
Henderson, NV 89074
702-349-5074

July 9, 2025

Honorable Judge Mary M. Rowland
United States District Court
Northern District of Illinois
Eastern Division

Re: David R. Lira, Case No. 23 CR 54-3

**Dear Judge Rowland,**

My name is David Gerardi, and I have known David Lira for nearly six decades. I write to you with deep humility and respect, hoping to share my perspective on David's character as you consider his sentencing.

As a former Naval Officer who served as an aircraft commander and mission commander on the P-3C Orion aircraft, a nuclear weapons loading officer, and department head, who held a top-secret clearance and lived by an honor code—expecting nothing less from my fellow officers and enlisted squadron mates alike—I've worked with men and women who were held to the highest standards of integrity and responsibility. David has consistently demonstrated these same values in both his personal and professional life.

David is a devoted husband and a loving father to four children. His youngest two children, twin daughters, are still enrolled in college. He has spent his life fighting for justice on behalf of everyday people. His thirty- six year career as an attorney reflects a commitment to high ethical standards and tireless advocacy—recovering more than $5 billion for clients harmed by personal injury, product defects, or insurance misconduct. He has also spent countless hours providing pro bono work for those who could not otherwise afford legal representation. In my experience, David has always conducted himself with honesty and decency. Not once—*not ever*—have I found an occasion to question his judgment or character.

David and I met as children at Saint Matthias Elementary School in 1967, where we were both altar boys. Since then, we have been lifelong friends—attending Saint John Bosco High School and UCLA, where we were in the same fraternity, and working summer jobs side by side. St. John Bosco High School recently honored David at its first annual "New Legends" award ceremony for his generosity and support of the school.

I wish I had a fraction of the number of friends that David has. I can remember several occasions through the years—homecoming football games, high school reunions, or college reunions—where, upon asking my friends if they were planning to attend, their first question was, "Is Dave Lira going?" Many of my friends based their decision to attend on whether David planned to attend.

Over the past 58 years, I have come to know him not only as a close friend, but as a man of remarkable integrity and compassion. His generosity and loyalty are extraordinary. When my mother passed away almost 20 years ago, David had a beautiful photo collage made and delivered to the church—more than 100 miles away—in less than a day. Years later, a childhood friend of ours was diagnosed with squamous cell carcinoma in his throat. I told David that I was planning to go visit Rick before his surgery. I work for an airline and have travel benefits, and was flying up to see our friend on my days off. It was very easy for me to go. David, on the other hand, had to rearrange his work schedule, purchase airline tickets, and reserve a rental car before meeting up in Portland, Oregon. We prayed together for our friend Rick's complete recovery at the National Sanctuary of Our Sorrowful Mother, "The Grotto." Before flying back to Southern California, David made arrangements to pay all of Rick's bills—for the next **month**—while he recovered from surgery. He didn't hesitate—he just did what needed to be done. Thankfully, our prayers were answered, and Rick's cancer is now in remission.

David has always shown up for his friends, and I have witnessed countless examples of his kindness, humility, and moral courage. At Saint John Bosco High School, he was selected All-League in football as a junior and was a champion shot putter who held the school record for more than 20 years. During our senior year, as team captain, he left the football team to protest a verbally abusive coach. No one else had the courage to do so, and this cost David being selected as Athlete of the Year when we graduated. Doing the right thing was more important to David than any personal award. That's who David is.

I would trust David with my very life, the lives of my children, and every last penny of my finances—without question or hesitation. David Lira is loved and respected by everyone who knows him. I love David like a brother. It is an honor and a privilege to call David Lira my friend.

I do not seek to excuse any actions that have brought him before your court. I simply ask that you consider the totality of his life—a life of service, friendship, and unwavering support for others. We are all human, and mistakes or errors in judgment are sometimes made, even though at the time we truly believe we are doing the right thing. I believe with all my heart that David would never intentionally harm another person, nor act out of self-interest or malice. He has already endured profound personal, professional, and financial consequences.

I respectfully ask the Court for compassion in sentencing and to consider that David is still a man with the capacity—and the sincere desire—*to give back to his community, support his family, and contribute positively to society*. Allowing him to serve through community service rather than

incarceration would not only aid in his rehabilitation but also enable him to make amends in a way that benefits others.

Please feel free to contact me if I can provide any additional information. I would be happy to fly to Chicago—any day, at any time—to speak with you in person if that would be helpful.

Thank you for your time and consideration

**Respectfully,**

David J. Gerardi

Hanne M. Gerardi

160 Marlow Drive

Oakland, CA 94605

(510) 393-9989

Honorable Judge Mary M. Rowland

United States District Court

Northern District of Illinois

Eastern Division

Re: David R. Lira, Case No. 23 CR 54-3

Dear Judge Rowland,

My name is Hanne Gerardi and I am writing this letter in heartfelt support of David Lira, someone I have known and respected for over two decades. I first met David more than 23 years ago when he graciously invited my husband-to-be and me to a Brian Setzer concert at the Hollywood Bowl. From the very beginning, David made me feel like an old friend rather than a new acquaintance. His warmth, humor, and genuine nature were immediately apparent and have only deepened in the years since.

David attended our wedding in 2003, a testament to the enduring friendship we share. Over the years, whenever business brought him to the San Francisco Bay Area, he would make a point of carving out time to see us, even if it was only for a quick lunch or coffee. That kind of effort and consistency speaks volumes about his character and loyalty.

Our family has also been welcomed into David's home on multiple occasions, especially during the holidays, when we drove down to San Clemente to visit relatives. He and his wife Jacqueline were always gracious and generous hosts, opening their doors to us with warmth and hospitality. David has a natural gift for making people feel comfortable, appreciated, and valued.

One of the qualities I have most admired in David is the way he has parented his four children. It has been said, "The truest measure of a man is reflected in the character of his children." I have observed him with his kids over the years and have always been impressed by their maturity, respectfulness, and kindness—qualities that clearly reflect their upbringing. David placed a strong emphasis on their education and personal development. His children's academic

achievements are noteworthy: Michael attended UC Berkeley, Catherine went to Texas Christian University, and Elizabeth and Carolyn now attend Barnard College and the University of Michigan, respectively. David's pride in his children has always been evident, and his example as a devoted and responsible father has been an inspiration to those around him.

In all my interactions with David, I have found him to be a man of integrity, compassion, and humility. He has consistently shown respect to others, upheld strong values, and treated people with dignity and kindness. I offer this letter not just as a character reference, but as a sincere reflection of my deep respect for who David is—as a friend, a father, and a person.

Thank you for considering my perspective.

Sincerely,

Hanne M. Gerardi

July 10, 2025

Michael M. Gerardi
28876 Woodcrest Lake Drive
Menifee, CA 92584
951-775-1659
inventiveguy@yahoo.com

Honorable Judge Mary M. Rowland
United States District Court
Northern District of Illinois
Eastern Division

Re: David R. Lira, Case No. 23 CR 54-3

Dear Judge Rowland:

My name is Michael M. Gerardi. I am respectfully providing this letter to express my opinion concerning David Lira, for your consideration in determining an appropriate sentence in the above-identified case.

I am a 1981 graduate of the Massachusetts Institute of Technology, a 1988 graduate of The University of Georgia School of Law, and have been a member in good standing of the State Bar of California, registration number 171,541, for over thirty years (please note that despite the similarity in our names, I am not related in any way to Tom Girardi). Over this time I have worked with many outstanding attorneys of impeccable character, as well as numerous individuals in other professional areas, all of whom must comply with rigorous standards of ethics. In his professional career and personal life, David has consistently done precisely that, acting with the highest honesty, integrity and professionalism.

Since the late 1960's I have been acquainted with David, as well as other members of his family, beginning with our attendance at the same church, St. Matthias Catholic Church in Huntington Park, California, and its parish school, St. Matthias Elementary School. David and my own brother David were in the same class together, while I was two years ahead of them and in the same class with his sister Lorraine. We maintained contact throughout our high school and college years, despite attending different high schools and even universities in different states. When I returned to California from Massachusetts in 1981, we continued our acquaintance, participating in many social and sporting events throughout the early and mid-1980's. It so developed that we both chose to enter the legal profession at that point, and starting in 1988 we both were admitted to our respective state bar associations – David in California, I in Georgia and Virginia (which later were not renewed due to relocation) and the United States Patent Bar and, eventually, in California in 1994. This created further common interests and provided the basis for numerous discussions of legal matters. In our various discussions, I was greatly impressed by David's legal acumen, honesty, work ethic, and dedication to obtaining justice for all clients.

David has also been a great friend in times of need. On multiple occasions, David has gone out of his way to support me and my extended family. In March 2005, my mother passed on from lymphoma. My brother notified David of her passing. On the very next day, David had prepared a large poster display including photographs from important events in my mother's life, as well as cards to be distributed at my mother's funeral. He then had these items sent by courier, that very day, to our home, about 100 miles away, so that they could be displayed and distributed at the funeral. This act of exceptional compassion and generosity meant the world to me and my family and friends. In late January 2015, I myself was stricken with a life-threatening illness and was hospitalized. The attending physicians expressed to my family and friends their doubt that I would survive. When my brother communicated my condition to David, he personally traveled to the hospital, again a distance of almost 100 miles, met with my brother at the hospital, and visited me as I lay unconscious and in critical condition. After several days in this condition, I finally revived and was transported to another hospital for further treatment over the course of most of February 2015. During this time, I learned of David's visitation. I firmly believe that the knowledge of his support aided in my eventual recovery.

More recently, in November 2023 I was severely injured in an automobile collision caused by a drunk driver, a minor who had no insurance and no license, who was accompanied by an adult passenger. I required two and one half months of hospitalization and rehabilitation for multiple broken bones and other injuries, and to date I remain unable to run or to walk without pain. David again provided invaluable support during my recovery. Recently, David has also provided his advice and insight as I prepare to file my own personal injury lawsuit against all those responsible for this incident, an area in which David's experience far outweighs mine. He has done so without any request for or expectation of compensation.

These actions are a testament to David's extraordinary good character, generosity, compassion and loyalty, and I urge, with the utmost respect, that they be take into consideration as you determine an appropriate sentence in the case at bar. Few of us can claim that we have never erred in conduct or judgment. David has acknowledged that his conduct in this matter did not rise to the expected level. Yet, it is my sincere belief that compelling mitigating circumstances are present in this case, and that David acted without any intent to benefit personally, in an exceptionally difficult situation.

As such, I submit that both David's rehabilitation and the community at large would benefit greatly from a decision by this court to require community service, rather than removal from the community through imprisonment. For example, countless members of the community could benefit from David's legal expertise, should he be allowed to put that talent to use rather than languish in confinement. Many other avenues of service will suggest themselves to the court as well.

Additionally, I may compare David's case to my own as to the respective courts' decisions. In my case, the District Attorney of Riverside County, California charged the defendant with felony drunk driving with injury. The drunk driver defendant, being a juvenile (aged 17 years, 10 months), escaped meaningful punishment, being required by the juvenile court merely to perform six months of community service and other minor inconveniences to her, and being ordered to

pay a small restitution. The adult passenger, car owner and others involved were not even charged. Thus, an offender who did life-long physical harm to me served no time at all. In sharp contrast, David did no physical harm to anyone at all, nor did he benefit from financial losses incurred by any party due to the misconduct of Tom Girardi. The comparison argues strongly, in my respectful opinion, in favor of requiring David to do community service, of an appropriate nature and duration, rather than to serve time in a correctional facility.

I will happily answer any questions you may have, verbally, in writing or by on-line video conversation, and can be reached via the contact information provided above.

Very truly yours,

Michael M. Gerardi

August 1, 2025

The Honorable Mary M. Rowland

The following letter is presented as a character reference for David Lira. My name is Joseph J. Gill, retired Headmaster of Mayfield Junior School and former resident of Pasadena, California. I have read all the relevant documents related to his case and feel compelled to offer my perspective on David's character, stature and personal standards.

My relationship with David has been through his role as a parent of four former Mayfield Junior School students, service as a member of the MJS Board Of Trustees and a personal friend. I can emphatically state that I consider David to be one of the most noble, trustworthy and morally strident people I know and with whom I've had the pleasure work. He has been an example in our community as a person of dignity and honor and without exception he has carried himself in such a way.

In my role as headmaster, I worked closely with each member of the board of trustees and and depend on the integrity, honesty and commitment of each. In the process of selecting/electing members, we carefully review and consider personal and professional characteristics of candidates for they ultimately are responsible for the fiduciary well-being of our school. This process allowed us to determine that David was an ideal candidate to serve our school.

As a trustee David was a constant champion during our deliberations for doing what was in the best interest of our students, employees and parents. We could always depend on him to offer his balanced views as a parent and professional direction regarding what was legally appropriate. David remained ever mindful of how each decision must align with the moral and ethical Catholic values of our school. He was one of those trustees who I could depend on to keep us on track and guide us to doing the "right thing" no matter how complicated or significant the issue.

I believe that one of the cornerstones of being a responsible parent is standing as an example for your children and their friends, being a good role model. During my eleven years of leading MJS I cannot recall an instance when David was anything but an exemplary father, husband and community member. In my work I was often

Doc ID: 6c37f83599328415dd1d55da0acfaafdc6997047

privy to private and confidential information associated with parents and families in our community. I can attest that the only insight I ever received about David, as a father, coach, parishioner or citizen was wholly positive, complimentary and full of admiration.

While I became acquainted with many parents at my school there were only a few with whom I felt comfortable being friends. As you can imagine, these relationships can be challenging and unfortunately often become complicated. In the case with David, it was his character and humility that allowed us to become acquainted. During the years we shared at Mayfield, and since, he never compromised our friendship and was someone who respected my role and responsibilities to the School.

When presented with the chance to offer my insight into the character of David Lira I enthusiastically accepted without hesitation. It would be against everything I believe in to sit by and not share the experience I have had with this wonderful man. David is a merciful and just person and I am proud to consider him my dear friend.

Respectfully,

Joseph J. Gill
Headmaster, Ret
Mayfield Junior School

Michael Gonzalez
1995 Meadowbrook Road
Altadena, CA 91001
(626) 808-6920

July 24, 2025

To The Honorable Mary M. Rowand,

I am writing in support of David Lira, whom I have had the privilege of knowing for over 25 years. I serve as a Senior Vice President at a national insurance brokerage firm, and my longstanding relationship with David has given me ample opportunity to observe his character up close. Without hesitation, I can say he is a man defined by integrity, honesty, loyalty, and a deep commitment to his family and community.

David is known and respected as someone whose word carries weight. His follow-through and reliability—both personally and professionally—have made him a trusted figure in our community. He acts with conviction and stands firmly by his principles.

He is unfailingly honest, even when candor is difficult. His transparency earns trust, and his actions consistently align with the values he espouses. David's loyalty is equally clear—in his long-standing friendships, in his steadfast support of colleagues, and most importantly, in his devotion to his wife, Jacqueline, and their children. His role as a father is marked by engagement, compassion, and moral clarity.

Beyond his home and work, David has made real contributions to our schools and broader community. Whether volunteering his time or stepping up to help neighbors, he exemplifies civic responsibility and service.

Please feel free to contact me should you require any further information.

Sincerely,

Michael Gonzalez

F. Christine Goethals
198 Ramona Place
Pasadena, CA 91107
626-201-5103

July 17, 2025

The Honorable Mary M. Rowland
United States District Court
Northern District of Illinois
Eastern Division

Dear Judge Rowland,

I write to you on behalf of David R. Lira and his family. I've known his wife, Jacqueline, since high school, when I first witnessed the intense impact her father, Tom Girardi, would have on her life. His infidelity then, in the 1980s, led to a painful divorce from her mother and years of estrangement and complexity between father and daughter.

When Jacqueline met her future husband, David Lira, Mr. Girardi re-entered her life. Like everyone who meets David, Mr. Girardi was taken by his good humor, talent, and love of the law.

David and Jacqueline are dear friends of mine. I've also had a professional relationship with them, as I taught their four children at Mayfield Junior School of the Holy Child Jesus in Pasadena, CA, where I am both a teacher and the Campus Minister.

With confidence, I tell you David is a man of integrity and commitment to justice for all. Justice has always been his professional motivation. He's passionate about the rights of the people he represents. And he is one of the best people I know—warm, generous, honest, compassionate, full of good will, an outstanding father, husband and friend.

Sincerely,

F. Christine Goethals

**Rosemarie Rasic Gonzalez**
**1995 Meadowbrook Road**
**Altadena, CA 91001**
**(626) 354-1996**

July 11, 2025

**To The Honorable Mary M. Rowand,**

I am writing this letter in support of my friend David Lira, whom I have known for many years. In that time, I have come to know David as a person of deep integrity, unwavering honesty, and genuine compassion. He has consistently demonstrated a strong moral compass and a commitment to doing what is right, even in difficult circumstances.

David's truthfulness is one of the qualities I most admire. He does not embellish or evade—he speaks directly and sincerely, with a clear sense of personal responsibility. In all our interactions, both personal and professional, I have always been able to trust his word without question. That kind of consistency and dependability is rare, and it speaks volumes about his character.

As a friend, David is loyal, thoughtful, and deeply supportive. He shows up for the people in his life, not just when it's convenient, but when it truly matters. His care for others is evident in his actions, and he has a natural way of lifting people up without asking for anything in return.

I know that David takes his responsibilities seriously whether as a father, husband, friend, or member of the community. He is not someone who takes shortcuts or compromises his values. I have no doubt that the same principles that guide him in his personal relationships have also guided him through the challenges he now faces.

I hope you will take this letter as a sincere expression of the respect I have for David Lira. He is a man of character, and I believe in him fully.

Sincerely,

Rosemarie Rasic Gonzalez

Mia Green
2400 Webster St., Apt. 2
San Francisco, CA 94115
July 10, 2025

Honorable Judge Mary M. Rowland

Re: David R. Lira

Dear Honorable Judge Mary M. Rowland:

I'm writing to share my wholehearted support for David Lira and to speak to the wonderful person I've come to know over nearly 30 years. My relationship with David has always been personal, not professional — and over the years, he's become like family to me, my husband, and daughter.

I currently work as a Client Experience Specialist at JPMorgan Private Client in the Consumer and Community Banking division, but I first met David back in the early 1990s, when he started dating my lifelong friend, Jacqueline. Since then, I've had the pleasure of watching them build a beautiful life together and raise a loving family.

David has always stood out to me as someone who is honest, kind, and deeply loyal. He's the kind of person you can count on — a devoted husband, a principled father, and a generous, thoughtful friend. I've seen firsthand how much he cares for the people in his life and how he lives with integrity.

I know him to be a good and ethical person with strong moral values, and I continue to stand by him.

Sincerely,

Mia Green

**Christian Green**
**2400 Webster St #2**
**San Francisco, CA 94115**
**(415) 225-1608**

August 1, 2025

Honorable Judge
Mary M. Rowland

Re: David R. Lira

I am writing to offer my support for David R. Lira and express my belief that he is a man of great moral character. I met David in 2004 and have been a personal friend since then. I have worked in financial services for 25+ years, and just over two years ago I experienced job loss due to downsizing in the industry. The first time I saw David after being displaced was at a social gathering and he immediately sought me out to catch up and ask *"how I was doing."* Despite all the stress he has been under he was intentional about checking in with me and how I was handling my unemployed status at the time. This is one small and recent example that demonstrates his empathy, thoughtfulness, and caring spirit.

David is a true family man, a wonderful and proud father to his four children and a loving loyal husband. Genuine, hard working, up front, honest, supportive and kind are words that come to mind immediately when I think of David. I have closely followed the legal proceedings David has been involved in over the last few years and none of this has altered my opinion of him and his high moral character.

Sincerely,

Christian Green

Holden Groff
3103 Hamilton Way
Los Angeles, CA 90026
Holdengroff45@gmail.com
626-608-8111
July 31, 2025

Re: Character Letter for David Lira

To The Honorable Mary M. Rowland,

I hope this letter finds you in good health and high spirits. My name is Holden Groff, and I am writing on behalf of David Lira. I have known David for most of my life, as his son, Michael, and I became close friends in kindergarten when we were about six years old. Over the past 21 years, I have spent countless days with David and would like to share more with you about the kind of person he is.

David was my first Pop Warner football coach when Michael and I were in eighth grade. Despite working long hours, David never missed practice. He would often arrive straight from work, still dressed in his suit, to coach a group of kids playing their first year of organized football. While many other parents chose not to get involved, David consistently showed up — with energy, patience, and a genuine desire to teach and support us. He took the time to explain things clearly, never raised his voice, and always emphasized teamwork, respect, and doing things the right way.

David has always carried himself with integrity and humility. Whether hosting us at his home, cheering us on at games, or simply offering advice, he has always been kind, approachable, and deeply invested in the well-being of those around him.

I consider myself very fortunate to have grown up with someone like David as a role model. He is a devoted father, a loyal friend, and someone who has positively impacted the lives of many — mine included. I respectfully ask that you take this into consideration as you review his case.

Thank you for your time and attention.

Sincerely,
Holden Groff

**Michael D. Groff**
**270 Wigmore Drive**
**Pasadena, CA. 91105**

July 31, 2025

The Honorable Mary M. Rowland

Dear Honorable Mary M. Rowland,

I met David more than 20 years ago when we were both parents at Mayfield Junior School in Pasadena. We went from new parents to good friends quickly because it's impossible not to like the guy.

It was evident from the start that his family and his faith were his priorities. He attended every school function and was the first to raise his hand to volunteer or donate. Honest and ethical, he was the ideal football coach for my son, Holden. We were also involved in Cub Scouts, sports and socialized with the Lira family.

David is a respected and hard working lawyer and is generous with his time and his knowledge. He's a gift to his friends, his family and the community.

Sincerely,

Michael Groff
mgroff5@gmail.com

# Pamela Groff

626-221-1700   pgroff@charter.net   270 Wigmore Dr, Pasadena, CA 91105

July 31, 2025

The Honorable Mary M. Rowland

Dear Honorable Mary M. Rowland,

I'm writing on behalf of my dear friend David Lira.

I initially met David more than 25 years ago at Mayfield Junior School, a private Catholic grade school in Pasadena.  Our children were classmates and became very close friends.  Through our numerous play dates, I realized that David, and the Lira family, shared many of my parenting beliefs and I trusted them with my children.

Over the years I've had many opportunities to observe David and admire his many positive traits.  There have been weddings, fundraisers, masses, first communions, school plays and sporting events.  I've spent memorable time at his home and volunteered by his side.

David is a man of deep faith, a devoted husband, a loving and caring father and a generous contributor to our Pasadena community.   It has been an honor to call him my friend.

Most sincerely,

Pamela Groff

August 14, 2025

To Whom It May Concern:

I have known David Lira for more than 20 years as an insurance defense firm partner. While we are always on opposite sides of the case, I have found David to be honest, conscientious, and trustworthy and someone committed to ethical lawyering even when we may disagree on issues such as liability and damages. We have never exchanged a harsh word and his commitment to the ABOTA principles of civility in litigation has always been appreciated by me.

Very truly yours,

Guy R. Gruppie, Esq.
(213) 999-6452

**August 11, 2025**

The Honorable Judge Mary M. Rowland

Dear Judge Rowland,

My name is Ylianna Perez-Guerrero and I have resided in Pasadena, California since 2002. I am a licensed attorney and have been practicing law in California since 1997, following my graduation from the University of California, Los Angeles (UCLA). For the past 12 years, I have been working in the area of public interest, first with Kids in Need of Defense (KIND) and for the past 11 years as a Children's Rights attorney with Public Counsel.

I met David Lira and his wife Jaqueline through mutual friends. The Liras' children attended Mayfield Junior School with my children, and I often saw and talked with them at school functions. David served as a board member at Mayfield Junior, showing his dedication to his children's education and the school community.

I also came to know David Lira professionally, as he served as a Board Member at Public Counsel. We discussed our mutual interest in public interest work and the importance of pro bono work in our community and providing legal representation to the underprivileged. David supported the work we do at Public Counsel, dedicating his time despite his many other commitments, including work and family.

I write this letter in support of David. He is a family man, a dedicated husband and father. I am a witness to his commitment to the school, public interest and the legal community.

SINCERELY,

YLIANNA PEREZ-GUERRERO

104 Annandale Road, Pasadena, CA 91105 | (626) 437-0849

August 5, 2025

Honorable Judge Mary M. Rowland
United States District Court
Northern District of Illinois
Chicago, Illinois
Re: David Lira

Dear Judge Rowland:

Hi, my name is Tawana Golston and I have been a client of Attorney Lira for over 10 years. Attorney Lira has represented me and my family in one mistrial, three trials to jury verdict and two appeals.

My family and I were represented by Attorney Lira in a product liability case which resulted in the death of my late husband, Marty J. Golston on June 24, 2008. This case was originally filed in 2009.

Throughout the years, Attorney Lira has proved not only his respect, hard work, and dedication to my family and I, but most of all his honesty and his continuous support for my family.

Attorney Lira is a dedicated man to his job, clients and family. When Attorney Lira informed me of his decision to cut ties with Girardi and Keese and asked if I still would like him to be my legal counsel, the only answer I could say, was "Yes." Attorney Lira has proven to my family time and time again his loyalty and dedication. For me as a client of his for over 10 years, and as a person, that speaks volume.

I have read the factual basis of Mr. Lira's recent guilty plea to one count of contempt. The guilty plea does not represent Attorney Lira and his ethics. Attorney Lira has always represented me and my family with honestly, integrity and loyalty. Attorney Lira is an honest and hardworking attorney and the plea does not change my opinion and how Attorney Lira has represented me and my family for over 10 years. I appreciate Attorney Lira for all that he has done for me and my family.

I can be reached at golstonbostictawana@gmail.com

My Address is:

6465 Friar Tuck Ln.

Beaumont, TX 77707

Sincerely,

Tawana Golston

**Christian Green**
**2400 Webster St #2**
**San Francisco, CA 94115**
**(415) 225-1608**

August 1, 2025

Honorable Judge
Mary M. Rowland

Re: David R. Lira

I am writing to offer my support for David R. Lira and express my belief that he is a man of great moral character. I met David in 2004 and have been a personal friend since then. I have worked in financial services for 25+ years, and just over two years ago I experienced job loss due to downsizing in the industry. The first time I saw David after being displaced was at a social gathering and he immediately sought me out to catch up and ask *"how I was doing."* Despite all the stress he has been under he was intentional about checking in with me and how I was handling my unemployed status at the time. This is one small and recent example that demonstrates his empathy, thoughtfulness, and caring spirit.

David is a true family man, a wonderful and proud father to his four children and a loving loyal husband. Genuine, hard working, up front, honest, supportive and kind are words that come to mind immediately when I think of David. I have closely followed the legal proceedings David has been involved in over the last few years and none of this has altered my opinion of him and his high moral character.

Sincerely,

Christian Green

July 24, 2025

To the Honorable Mary M.Rowland,

I am writing in support of my friend, David R. Lira. I have known David and his wife Jacqueline and their children since 2003. We have been neighbors in Pasadena, California, and our children were close friends and teammates at school from kindergarten through high school. They have been class parents with me and worked together with my husband and I on fundraisers. David is a wonderful parent and has been an asset to Pasadena and to the school communities we have been a part of together. I know him as an extremely thoughtful, intelligent, apolitical man. We have spent weekends at sporting events for our kids, sat in the bleachers together for 13 years, and carpooled to practices and field trips. We have had dinner together many times - at our homes, after games with the team, holidays, with other couples - and I recall having serious discussions about the world or parenting, and coming away with a genuine appreciation of his intellect and point of view. I truly love their family! The kind, smart, funny, respectful and faithful children they have raised are due in at least equal measure to David.

I am a retired medical device engineer and product launch specialist with a BSME and MBA. I worked with physicians and scientists for 30 years, developing, launching and manufacturing primarily minimally invasive cardiovascular and neurovascular products. I wrote my thesis on robotics in the 80's and have a strong interest in use of AI in medicine such as stroke recognition, because of my mom's stroke at a young age of 58. David and I have had deep conversations about medical liability, clinical trials, and the process of new product introduction. We didn't always agree on specifics, but what we did agree on and I can absolutely vouch for are his high ethical standards and patient safety orientation. David is a genuinely good human being, who I am lucky to call a friend.

Sincerely,

Ellen Vernon Hatch



**STERLING**
FINANCIAL GROUP

July 24, 2025

To: The Honorable Mary M. Rowland

From: Michael P. Hatch, CFP, MBA, JD

Re: David Lira  Letter of Character

Judge Rowland:

I have had the pleasure of knowing David Lira for over 20 years; we met when our sons started kindergarten together at a small Catholic school in Pasadena, California. Beyond that, our sons also played many sports together, including football and lacrosse, which carried over to club (travel) lacrosse and high school championship teams at Loyola High School in Los Angeles, California.  In fact, the Lira's other children were in the grade below our younger son, so we have seen and interacted extensively with David over many, many years, including sports, school events, social, church & volunteer activities.  If you have children or know of kids in the ultra-competitive world of high school and/or club sports, you know it is a very time intensive endeavor, and many of the parents over time develop very close and tight-knit bonds. David Lira (and wife Jacqueline) were among the most supportive, consistent and helpful of all the team parents, as David consistently pitched in to help, was ever present for many or most events, and with his knowledge of the world, brilliant career and some sports background, we ALWAYS enjoyed spending as much time as we could with David Lira. We were especially glad that his oldest son and our son were good friends growing up, as that meant when our son was with the Lira Family, we knew specifically that David would be a great but different adult male role model than I was as a father.  Kind but firm, interesting and funny, passionate about many subjects, David was and is a joy to be with and my belief, not ever witnessing anything to the contrary, honest as the day is long.  At all times that we have known and interacted with David he never gave us reason to pause, wonder about something or question his judgement or integrity.

And in fact, it was that integrity that lead me to reach out to David professionally, on a few different occasions.  We run a small Financial Advisory & Investment Management firm, and while I have a law degree, I never practiced law.  Each time I would contact David, he would patiently listen to the whole story and then jump in where he could help or offer other resources when it wasn't a case he or his firm could assist with. David probably doesn't even

201 South Lake Avenue, Suite 500, Pasadena, California 91101
Phone 626.440.9192 | Fax 626.440.9872 | Email contact@sterlingfg.com

*Services offered through Sterling Financial Group, Inc., a Registered Investment Advisor*



**STERLING**
FINANCIAL GROUP

remember me calling him about my nephew who was in a somewhat serious accident when his car was struck by a moving vehicle while he was adjusting a bicycle mounting on top of his roof. David gave him the resources he needed to resolve the insurance run around he was getting, and my nephew was eternally grateful to me - and moreover amazed that I had "those kinds of friends" that would just go out of their way to assist someone they'd never met.

The last thing I will mention about David Lira's character, is the sense of giving back that I witnessed. Whether it was helping out at Mayfield Junior School, or being a board member of South-Los Angeles based John Bosco High School, a school where his son didn't even attend, however David felt a calling to give back to a school that had a very under-served population. Time and again we would see David putting in time and resources to help and benefit others, not for his own interest but for families he didn't even know. We even coached Pop Warner Football together when our kids were in 7th-8th grade!

My belief from all the interactions that I have had with David, is that his judgement is sound, he is a faith-based man intent on serving and helping others. If that is not a demonstration of integrity, I am not sure what is? Please feel free to contact me should you wish to discuss this matter in further detail. I do hope you will take these comments into account when deciding about David's future.

Sincerely,

Michael P. Hatch, CFP, MBA, JD
mobile 626.484.7515

201 South Lake Avenue, Suite 500, Pasadena, California 91101
Phone 626.440.9192 | Fax 626.440.9872 | Email contact@sterlingfg.com

*Services offered through Sterling Financial Group, Inc., a Registered Investment Advisor*

Katie Shea High
1115 Virginia Road
San Marino, CA 91108

August 1, 2025

To The Honorable Mary W. Rowland,

I am writing to express my support of David Lira, a close friend of mine and my husband's. I have known him for over 25 years, and have always held David in the highest regard.

The first thing that pops into my mind when I think of David is family and friends. He is always there ready to help and support. From giving me advice on how to deal with a "lemon" car and the laws surrounding it, to helping my daughter Mary, who was in the 9th grade at the time. She was taking a debate class, and was very nervous and lacked self-assurance. He spent Sundays helping her, giving up his free time to help build her confidence, and giving her tips and tricks to overcome her fear of public speaking. Mind you, he had 4 children at home. He did not need to be helping other kids on his time off from work. But that is the person that he is. Always there for others, and I am grateful for his guidance.

I want to firmly state that I support David, and that these legal proceedings do not change my opinion of him. David has been a pillar of the Mayfield Junior School community, having served on the Board when my nieces and nephews attended the school with his children. At the same time, he also served on the Board of his alma mater, St. John Bosco High School. Serving on boards takes a lot of your personal time and energy, but David felt compelled to do so. He has consistently displayed good moral character and has demonstrated his philanthropic values.

If you need any more information, I am available via email at katiesheahigh@gmail.com or by phone at (626) 665-9804.

Kind Regards,

Katie High

# Pacific

# Sotheby's

INTERNATIONAL REALTY

**Newport Beach**

1200 Newport Center Drive, Suite 100
Newport Beach, California 92660
949.554.1200
pacificsothebysrealty.com

July 11, 2025

The Honorable Mary Rowland
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Re: Letter of Support for David Lira

Dear Judge Rowland,

My name is Steve High, and I am writing to express my heartfelt support for David Lira, whom my wife and I have known personally for over twenty years. I have worked in the real estate industry for nearly four decades, serving in executive leadership roles including President of Strada Properties, Executive Vice President of Coldwell Banker Orange County, and most recently as the President and Founder of Villa Real Estate in Newport Beach, California. In both my professional and personal life, I have always valued integrity, responsibility, and good character—qualities I have consistently seen in David.

Over the past two decades, I have had many opportunities to interact with David and observe his conduct in both personal and professional settings. He has always struck me as a man of strong moral conviction and high ethical standards. He is measured, fair, and trustworthy—someone who carries himself with grace, compassion, and respect for others. In all of my dealings with David, he has exhibited diligence and conscientiousness, never wavering from what I believe to be his deep sense of right and wrong.

Beyond our personal relationship, I have also seen the positive impact David has made in his community. He has served on the board of Mayfield School for the past ten years, a school attended by several of my nieces and nephews. His commitment to that role and to the education and well-being of young people speaks volumes about his values and the kind of person he is. David is also a dedicated father of four, and from everything I have witnessed, he has raised his children with care, integrity, and a strong moral compass.

I am fully aware of the single count of wire fraud to which David has pled guilty, and I have read both the notice of disciplinary charges and supporting documents. While I do not minimize the seriousness of the matter, I want to state clearly and unequivocally that my opinion of David's character remains unchanged. I believe he is a fundamentally decent man who made a mistake, and I sincerely hope the Court will view his actions in the broader context of a life otherwise defined by service, integrity, and responsibility.

Should you require any further information or insight, I would be more than willing to speak with you. I can be reached at steve@highcorkett.com or by cell at (949) 874-4724.

Thank you for your time and consideration.

Respectfully,

Steve High

Steve High
President & Founder, Villa Real Estate
Pacific Sotheby's International Realty, Newport Beach, California

Each Office Is Independently Owned And Operated. DRE #01767484

Judge Rowland,

I've always considered myself a very good judge of character and that's why I felt compelled to write a letter of support for David Lira. Although I've only met him socially a few times through my family in Pasadena, he left a lasting impression on me with his warmth and kindness.

I first met him at my nephew's 8th grade graduation dinner from Mayfield Junior School in 2012 when I had the opportunity to sit at the same table with Mr. Lira and his family. I recall how kind he was to my elderly parents who were both hard of hearing and from out of town so they really didn't know anyone at the celebration. David put my mom and dad at ease engaging them in conversation and telling funny stories. (A charming man - one that my 90-year-old mother STILL remembers to this day.)

Fast forward to my birthday celebration just a few weeks ago. I was sitting across from my nephew and we were talking about Mr. Lira's son Michael who is his good friend. The topic of his father came up and my nephew reminded me that Mr. Lira volunteered as their football coach when they were growing up. Holden RAVED about what a wonderful mentor he was - teaching the boys on the team about life lessons like being part of a team and accountability.

I don't pretend to know the law or the details of the case but I have to wonder if somehow justice wouldn't be better served if David Lira could use his time to help the community in some way by coaching underprivileged youth or providing legal aid. Surely, there has to be something that he could do other than serving time to fulfill his sentence and debt to society.

Thank you for your time and consideration -

Stacy A. Herkert

August 7, 2025

Honorable Judge Mary M. Rowland
United States District Court
Northern District of Illinois
Chicago, Illinois
Re: David R. Lira

Dear Judge Rowland:

Hi, my name is Chuckrid Hutayana. I was a client of David Lira. Before I met David, I was going to college majoring in criminal justice. I had a major injury a semester shy before graduating in 2016 when I became a quadriplegic from a gymnastic accident due to a defective tumbling mat. I was twenty-five years of age.

During the time of my injury, one of my brothers had some trouble trying to find the right lawyer who was honest and had the confidence to take on my case. In 2018, my brother had finally found and connected with the lawyer we were looking for which was David Lira. Not long after that my case was filed in March of 2018.

On December 7, 2021, David settled my case. After my case settled David helped me negotiate all my medical liens. He also helped me set up with benefit advisors and settlement consultants to get me set up with my Special Needs Trust and to provide for future needs. Even though it took some time to finalize my liens and my special needs trust, David was always in contact with me. Not only was David my lawyer, but he treated my family and I as friends. He would call or text very often to see how my family and I are doing. Even after the case had settled, he still continues to check up and reach out to me and my family.

David was very skilled in how he handled my case, including all the experts he introduced to me as a part of my case. David was always very kind, professional, and patient with me. Anytime I would need to talk or ask him questions, he was always available for me, I have read the factual basis of Mr. Lira guilty plea to contempt and it does not change the way I see and feel about David. I still see him as the honest, kind, professional, skilled, and genuine.

I can be reached at 626-244-6072, or at chuckridhutayana@gmail.com

Respectfully,

*Chuckrid Hutayana*

Chuckrid Hutayana

HOLLY J. JACKSON

2971 SUNFLOWER CIR. EAST
PALM SPRINGS, CA 92262
310.710.4313 | HJACKSON1@AOL.COM

10 AUGUST 2025

TO THE HONORABLE MARY M. ROWLAND,

I am Holly Jackson, and I am a deputy public defender for the County of Riverside, California. I am 54 years old and I have known David Lira since I was in grade school. He was always my older sister Sharon's friend and classmate but when I needed advice about going to college at UCLA and later going to law school, David became a friend and mentor. Even though he was a busy lawyer navigating his own career, he always took the time to talk to me and share his experiences and brainstorm options I was considering.

Our families, the Liras and the Jacksons, lived in neighboring cities in the suburbs of Los Angeles County for over 40 years. Our parents would drop everything to help one another. They instilled that same kindness and kinship in their children and David continues to exemplify these values today.

After graduating from UCLA in 2003, I turned to David for advice on law school. I was considering his alma mater Boston College. As lifelong residents of Los Angeles, David provided valuable insights – and some funny memories – of wintertime in Boston. I reached out to David over the years with questions or seeking advice and he always made himself available. His mentorship has meant the world to me. I would be happy to share any additional information.

Sincerely,

HOLLY J. JACKSON

Christopher N. Jacobs
474 S. Arroyo Boulevard
Pasadena, California 91105-2460
(310) 877-5068    cneiljacobs@gmail.com

July 29, 2025

The Honorable Mary M. Rowland
United States District Court, Northern District of Illinois, Eastern Division
Everett McKinley Dirksen U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge Rowland,

I write to express my full support of David Lira. I have great respect for David and consider him a treasured friend, as well as a loving and dedicated family man, a talented and engaged volunteer board member, and a leader in the community.

I am a senior Portfolio Manager and Head of Special Situations investing at Western Asset Management Company LLC in Pasadena, California. Western Asset manages approximately $242 billion on behalf of institutional investors around the world, including government employees, unions, corporate pension plans, mutual funds, insurance companies, endowments and foundations. Franklin Resources, Inc. in San Mateo, California acquired Western Asset Management in 2020.

I have known David Lira and his wife and children for almost 20 years. We met on the first day of kindergarten for my oldest daughter at Mayfield Junior School. David's oldest daughter Catherine is one of my favorite young people and whenever I talk with her, she never fails to light up the day.

As a Member of the Board of Trustees David was instrumental in my joining the Board in 2011. Mayfield is a K-8 Catholic independent school in Pasadena, California. We served together for three years, and I had a chance to work closely with David and experience firsthand his straightforward, respectful leadership style and his commitment to making the school a better institution. I look up to David as a wise and sensitive parent, a leader, and someone widely known and respected as a genuine, open and approachable family man.

While on the Board with David I was impressed by his advocacy for families seeking to enroll their children at Mayfield. With his work Mayfield was able to dramatically increase the percentage of the budget going to financial aid and thus improve access to the school for many families. I saw during years of subcommittee work and Board working retreats how David deploys his thoughtfulness, compassion and good humor. He has the courage to be a game-changer and makes a measurable positive impact. I have seen David in action and hope I have conveyed that I admire him and am so proud to count him as a friend.

Sincerely yours,

Christopher N. Jacobs

Honorable Judge Mary M. Rowland
United States District Court
Northern District of Illinois
Eastern Division

Re: David R. Lira, Case No. 23 CR 54-3

Hello

My name is Richard Landry.
I am a childhood friend of David Lira. Dave and I first met in 1968 while attending
St. Matthias School in Huntington Park, CA, we were in second grade. David and
I were close friends through our elementary school years. I have fond memories
of spending time with Dave in my youth, from attending church and community
events together, to playing Pop-Warner football and other sports. After
elementary school Dave and I went to St John Bosco High School where he
excelled in academics and sports. Following High School, David went on to
attend UCLA where I would visit him often.

After college Mr. Lira was dedicated to his family and career and I myself moved
out of state; however, we kept in touch on a regular basis and would see each
other every few years when he and our other childhood friends would plan get-
togethers.

A common theme for Dave and our families was that our parents wanted better
for us. They sacrificed to give us an education along with a strong social and
community support network that would allow us to have a fulfilling childhood
and help us succeed in life. I remember David's Father was a Postal Worker who
worked long hours to provide for his family. Dave went on to carry that torch of
commitment and sacrifice with his own family and community.

Currently I am a a real estate developer after a decades long career in the
medical field. While I do not have any brothers in my immediate family, I very
much consider David Lira a brother; 100%, along with my six other "St Matthias
Brothers" that I keep in touch with on a regular basis.

David and I have stayed in contact through all the years. Some time ago he
made a personal trip to visit me in Oregon when I was fighting a deadly illness
and helped me with my mortgage and bills. He also attended both my Mother
and Father's Rosary and burial services.

I have always known David Lira to be an honest man of integrity who's word is his bond. Please know that there is a special place in my heart for Dave. I am so very blessed and grateful, grateful for the opportunity, humbled, and proud to have known David, my dear friend, my brother.... for most all of my life - Thank you kindly for the memories!

Sincerely,

Richard Landry
rlsdad@yahoo.com

Docusign Envelope ID: 83C4E83E-9AB2-44D4-9C6A-2BFE76123598

# LARSEN

July 13, 2025

To the Honorable Mary M. Rowland

You will be reading quite a few of these letters, and because of the gravity of the situation, we who write them are anxious to ensure we say all the right things, which may equate to redundant and boring content. My primary goal is to exhibit authenticity while offering an honest assessment of the character of David R. Lira.

I have been a Trustee at Gonzaga University in Spokane, Washington for over a decade, and am the Immediate Past-Chair. I have been a Director and Chair of a charitable foundation, and also sit as a Director of a corporate board.

I have known David for over 20 years; first meeting him through his spouse, Jacqueline. We are a tight network of friends who have been a part of each other's lives from births to baptisms to graduations, celebrations, and weddings in our families; now (as we age), funerals and celebrations of life. David walked with me through the sudden death of my mother and the prolonged ill health of my father.

I've relied on David for good humor and solid advice as I have navigated sensitive and challenging situations. I've watched him navigate the struggle of sending his naive and shy daughter off to college and sweat the small stuff because if it matters to someone else, it matters to him. David has always been honest and forthright; he is a truth-teller, but never without thoughtful discernment. David understands the gravity of his current situation and does not come out of this unchanged; except for one thing; he still loves the law and his role in fighting for his clients.

I am a person who only holds a small number of people close and doesn't cast a wide net for people to trust in friendship. I also don't say what I don't mean. David is my friend. I have seen repeatedly in his actions and words that he is an honest man with great integrity who cares deeply about people and is ready when asked for help. I know David; he is genuine, authentic, and honest. I hope that you realize this as well.

Most Sincerely,

Christy Mozilo Larsen
Christy M. Larsen

71517 Indian Valley Road, San Miguel CA 93451
818-419-2760

Docusign Envelope ID: 40BF5CB9-DA8B-45BE-BDD4-A5EA9C563B5D

July 15, 2025

Dear Judge Rowland,

My name is Mike Larsen, and I've known David Lira for close to twenty years. We became friends through a group of couples that originally formed because our wives have known each other since high school. Over the years, that group has stayed close, getting together for dinner parties, wine weekends, and trips with our spouses. Through all that time, I've come to know David as a thoughtful, kind, and dependable person.

While I've only known David in a social setting, I've had many long conversations with him — often about politics or current events. Even when we don't see eye to eye, David has always been respectful, calm, and genuinely interested in hearing different perspectives. That kind of open-mindedness is something I've always appreciated about him.

Beyond that, he's just the kind of person who shows up. When my wife's parents passed away, David was there for both funerals. He didn't have to be, but he made the effort, and it meant a lot to us. On every trip or gathering, he's always been warm, easy to talk to, and gets along well with everyone. I've never seen him lose his temper or speak harshly to anyone.

Despite everything he's been going through legally, David has remained surprisingly positive. I know it's been an incredibly difficult time, but he hasn't let it weigh down his relationships or change the way he treats people. If anything, he's handled it with grace and perspective. His daughter Katherine, who works at a hotel we often stay at in Pasadena, is one of the most friendly and professional people I've met — a real reflection of the values he and Jacqueline have passed on to their kids.

My wife's family went through a difficult legal situation years ago — very different in facts, but similar in how confusing and stressful it can be. So I understand how complicated these things can get, and I've seen firsthand how hard David and Jacqueline have worked to stay grounded and focused on doing the right thing.

David is a good man — steady, kind, and thoughtful. I hope you'll take all of that into account as you consider his case.

Thank you for your time and consideration.

Sincerely,

*Michael Larsen*

Mike Larsen
San Miguel, CA

Cathi Lundy
1701 Via Arriba
Palos Verdes Estates, CA 90274

The Honorable Mary M. Rowland
United States District Court
Northern District of Illinois

July 24, 2025

Dear Judge Rowland,

I am writing this letter in support of David Lira. My husband and I have known him and his wife for over thirty years. While my husband has worked with and trusted David professionally for years, my relationship is more personal based on friendship and faith. David and Jacqueline have shared significant family events with us. We also share a special bond since our marriages were performed by the same priest, Monsignor Clement Connolly, who is a spiritual inspiration and guide to all of us. My husband and I strongly believe in David's integrity.

For my background, I have been very involved in our Catholic church, St. Lawrence Martyr, which honored my husband and me with the Light of Christ award for all of the work we have done in our parish. We have also been helping couples prepare for marriage in the Catholic Church by leading Engaged Encounter weekends for over 37 years. We have presented and facilitated these weekends and are currently the Los Angeles Coordinators for this ministry.

Additionally, I have volunteered for over 40 years with my husband and family for Plant With Purpose which is an international ministry which reverses poverty through spiritual, economic and environmental restoration. I have served as a board member of Plant With Purpose four times including being the Board Chair for 3 years. I have organized trips of women to travel to the Plant With Purpose projects in Oaxaca, Mexico for ten years where we teach women handicrafts including knitting and crocheting so they can earn money and make blankets and clothes for their families.

I have an undergraduate degree in English from UCLA, graduating with honors as well as an MBA from the Anderson School at UCLA and have worked in marketing and philanthropy since graduating. Recently, in my sixties, I have returned to school to earn a Master's degree in Marriage and Family Therapy from Pepperdine and am working at a center for people affected by dementia and their caregivers.

I believe David is a man of high moral character. He is someone that I personally trust. I believe in his goodness. I have been very saddened by the circumstances that David finds himself in and also believe that he will rise above these difficulties and continue to serve

others as he has in the past and will in the future. Thank you for your time in reading this letter and the many others in support of David. We believe in him.

Sincerely,

Cathi Lundy

July 27, 2025

Dear Honorable Mary M. Rowland,

I am writing this letter in support of my friend, David Lira. My name is Paul McAndrews. I have been a dermatologist in the Pasadena area and a Voluntary Clinical Professor in the department of dermatology at the USC School of Medicine for about 30 years. Having known David and his family for over 20 years in the community, at our children's schools, and at church, I can confidently speak to his character and integrity. Throughout the years, David has consistently demonstrated respect and kindness towards others. He has been a pillar in our community and our church, always willing to lend a hand and support those in need.

I've also had the pleasure of seeing David's positive influence as a father. Our sons played intramural sports and attended high school together. They went to different colleges but still see each other every few months. David's dedication to his son's and family's well-being and his generosity including my son on his family vacations speaks volumes about his character.

It is my belief that this single contempt charge is not reflective of his true character. Our earth would be much better served with David Lira's deeply positive influence in our community. I have no doubt in the future David will be an amazing blessing for everyone he comes in to contact.

If you have any further questions do not hesitate to give me a call at 626-379-6561.

Sincerely

Paul J. McAndrews, MD
Voluntary Clinical Professor, Department of Dermatology, USC School of Medicine
President, International Society of Hair Restoration Surgery 2020-21
President, American Board of Hair Restoration Surgery 2012
Diplomate, American Board of Dermatology
Diplomate, American Board of Hair Restoration Surgery
Expert Reviewer, Medical Board of California

July 27, 2025

To the Honorable Mary M. Rowland,

I am writing to respectfully offer my personal support for David Lira, and to offer perspective on the man I have known for approximately 25 years. He is simply a person of strong character, responsibility, and who has genuine care for his family and community.

I first met David and his family when are 2 sons were in preschool together (our boys are now 28 years old). Because of our son's friendship through grammar school, high school & college, I had the opportunity to witness David as a loving father. He attended their school events, helped with their education, and always supported them on the sports sidelines. He has been a role model to not only his children, but also their children's friends too. David has always taken his responsibilities as a parent seriously, while providing emotional and moral guidance to them.

David has consistently demonstrated integrity, compassion, and a willingness to help others. He, his wife Jacqueline and four children have been a steady presence in our community and Catholic church. David's joyful smile is contagious, he values being a good neighbor, and he has a positive influence in the lives of all around him.

I respectfully ask the Court to take into consideration the totality of David Lira's life and character. I trust that David will take full responsibility and use this experience as an opportunity to reflect, grow, and continue being the caring, contributing father and friend we have all come to know.

Thank you for your time and for considering this letter.

Sincerely,

Valerie McAndrews
1715 Chelsea Road
San Marino, CA 91108

October 13, 2025

To: Honorable Judge Mary M. Rowland

Re: David Lira

Dear Judge Rowland,

I am writing to express my wholehearted support for David Lira. I have known David and his family for nearly 20 years, and in that time, I have come to know him as a person of the highest moral character, with strong integrity, and compassion for others.

By way of background, I was born in the Boston area, earned my bachelor's degree from Georgetown University in 1994, and received my MBA from Columbia University in 2001. Upon graduation, my wife and I moved to Pasadena, California, with our then one-year-old daughter, where I began my career at Hotchkis & Wiley Capital Management, an investment management firm based in Los Angeles. I have worked at the firm for almost 24 years, serving as its Chief Executive Officer for the past four years.

A few years after settling in Pasadena, our youngest daughter began kindergarten at Mayfield Junior School. It was there that we first met David and his wife, Jacqueline, when their eldest daughter was in our daughter's class. Three years later, our son entered kindergarten with their twin girls. Over the next 12 years, our children attended school together, and our families developed a close friendship. David and I also served together on the Mayfield Junior School Board of Trustees, where I witnessed firsthand his dedication, thoughtfulness, and commitment to the Mayfield School community.

David and Jacqueline embody the qualities one would hope for in neighbors and friends—respectful, caring, honest, and dependable. These values are reflected in their children, who I know to be outstanding people. In my experience, David has consistently demonstrated integrity in his personal, professional, and community life. He is a devoted spouse and father, a responsible and engaged board member, and a loyal and supportive friend.

I fully vouch for David Lira's character. He is a man who strives to do what is right, who cares about others, and who contributes positively to those around him.

Sincerely,

Scott McBride

scott.mcbride@hwcm.com

626-664-2509

Britton J. McConnell

1465 Orlando Road

Pasadena, CA 91106

August 9, 2025

The Honorable Mary M. Rowland

United States District Court

219 South Dearborn Street

Chicago, Illinois 60604

RE: Letter in Support for Mr. David Lira

Dear Judge Rowland,

I have known David Lira for 28 years. David is a trusted friend who I respect not only on a personal level but a profession level. He is committed to his family, friends, and clients. I have witnessed his service to others while volunteering with David on the school board of Mayfield Junior School.

A teacher's aide at Mayfield Junior needed help with legal issues surrounding her divorce. David volunteered many hours helping this single mother through her complex divorce legal issues. This woman felt helpless but with David's empathetic guidance, she was able to resolve her issues.

When we have friends that need advice on legal issues where David has expertise, we do not hesitate to have them speak with David. He is kind and patient when giving his advice.

David has been a good mentor to many young people interested in the legal profession. He has hired high school and college students as summer interns. I know he has helped young lawyers with advice and career guidance.

As a friend, mentor, community volunteer, and father, David has led a life of empathy, compassion, and justice. His clients also receive his full attention and respect. As a father of four, his children and wife are always his priority. Please contact me if you would like any further information about David that I can share with you.

Sincerely,

Britton J. McConnell

**Mary McConnell**
 1465 Orlando Road
 Pasadena, California 91106
 Mary1465@earthlink.net

July 22, 2025

**The Honorable Mary M. Rowland**
 United States District Court
 Northern District of Illinois
 219 South Dearborn Street
 Chicago, Illinois 60604

**Re: Letter of Support for David Lira**

**Dear Judge Rowland,**

I am writing to offer my wholehearted support for David Lira and to share my impressions of his character.

I have been best friends with David's wife, Jacqueline, since childhood and first met David before they were married in 1996. Over the nearly three decades since, I have come to know David as a person of enduring integrity, generosity, and commitment to his family and community. Through their marriage and our families' continued closeness, I've had the opportunity to know David well, not only as a friend, but also as a neighbor, school parent, coach, and community member.

Years ago, David was my youngest son's Little League coach, and his leadership left a lasting impression on our family. He had a natural way with the kids. David was encouraging, steady, and always positive. He led not just with strategy but with values, helping the boys learn teamwork, sportsmanship, and resilience. His presence on that field embodied what I have seen from him time and again: a quiet authority rooted in kindness and purpose.

As a parent and fellow Catholic, I have long admired David's deep commitment to family, faith, and community. He is the kind of person who shows up whether it's volunteering at school, organizing events, or simply being present for his children's milestones and challenges. My husband served alongside him on the Board of Trustees at Mayfield Junior School, and I know firsthand how seriously he took that responsibility. David's insight, his respect for others, and his dedication to the school's mission stood out, as did his humility.

David is also deeply committed to public service. His pro bono work with the Board of Public Counsel is just one reflection of how he lives out his values. His legal knowledge, combined with his compassion and sense of justice, has helped many people who otherwise might not have had access to such support. Over the years, I've seen how generously David shares his time and guidance with others, especially younger people. He has been a mentor to many, offering encouragement, perspective, and support. He lifts others up, often quietly, and always with sincerity.

Most of all, David is a family man in the truest sense. He and Jacqueline have raised four children who are not only accomplished, but kind, conscientious, and grounded. It reflects the kind of home David has helped create. He leads with example, modeling the virtues of honesty, loyalty, and humility.

David has always exemplified honesty, integrity, and compassion. These values define his life as a husband, father, and friend. I am proud to know him and grateful for the positive influence he has had in my family's life.

Thank you for your time and consideration.

With respect,

Mary McConnell

Mary McConnell

**Peter McConnell**
1465 Orlando Road
Pasadena, California 91106

August 5, 2025

**The Honorable Mary M. Rowland**
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Re: Letter of Support for Mr. David Lira**

Dear Judge Rowland,

My name is Peter McConnell, and I am a lifelong resident of Pasadena, California. I am writing to offer my full support on behalf of Mr. David Lira, whom I have had the privilege of knowing for my entire life.

I grew up down the street from the Lira family and have countless childhood memories and milestones shared with them. From preschool through my college years, I was fortunate to always be attending school with at least one of the Lira children. Their family has always been welcoming, generous, and kind—not only to me, but to my entire family.

From a young age, I came to know Mr. Lira not just as a family friend, but also as a mentor and coach. He coached our youth baseball team—the "Texas Rangers" in Pasadena Southwest Little League—and it was during those formative years that he made a lasting impression on me.

Under Mr. Lira's leadership, our team learned far more than how to play baseball. He taught us how to be good teammates both on and off the field. He emphasized the importance of doing the right thing, giving your best effort, and showing up for your team—even when you didn't feel like it. Most importantly, Mr. Lira instilled in us the value of kindness and respect for everyone around us, whether they were on our team or not. Through his words and his example, he played an integral part in shaping not only me, but the whole team into better kids.

I have always looked up to Mr. Lira—not only as a parent and coach, but as a remarkable role model who sets the standard for what it means to be a truly good person. I have also long admired his deep dedication to his family and his community.

Thank you for taking the time to consider my perspective.

Sincerely,
Peter McConnell

To The Honorable Mary M. Rowland,

I am a California-licensed attorney in my fourth year of practice. The majority of my practice is dedicated to personal injury cases. I have had the privilege of knowing David Lira for over 15 years, both personally and professionally. I came to know David because his children attended school and played sports with my younger siblings. He was a constant and supportive presence at these events, which I have come to appreciate even more during my first few years in the legal profession.

My introduction to the legal field, and specifically to personal injury law, began over 11 years ago when David invited me to work in the file room at Girardi Keese after my freshman year at Boston College. Despite my entry-level role, David encouraged me to attend one of his trials in downtown Los Angeles. That trial, in which David represented a severely injured individual against a major Los Angeles-area professional sports franchise and its nationally respected defense counsel, left a lasting impression on me. The Girardi Keese team secured a multi-million-dollar verdict, and my experience watching David's skillful advocacy inspired me to pursue a career in law.

Over the following years, I returned to Girardi Keese each summer during college, worked there full-time after graduation, and clerked there during law school. Throughout this time, David took a genuine interest in my professional development—inviting me to depositions and hearings, giving me my first opportunities to engage in legal writing, and encouraging direct interaction with clients. His mentorship extended beyond legal skills; he modeled honesty, professionalism, civility, and deep respect for clients as individuals, not just as cases. Even in contentious moments, David remained poised and respectful toward all involved. I have sought to carry these same values into my own practice.

Now in my fourth year as a practicing attorney, I remain grateful for David's guidance. Even while facing his own legal challenges, he continues to check in, asking not just about my work but about my family as well. His mentorship has been instrumental in shaping my career, and I hold him in the highest regard as both an attorney and a person.

Sincerely,

J.R. McCorkle, Esq.

Patricia McKenna
2451 Chislehurst Drive
Los Angeles, CA 90027

August 6, 2025

Honorable Mary M. Rowland

Dear Judge Rowland,

I am writing this letter of support for David Lira.  I am the widowed mother of two wonderful sons and a partner and portfolio manager for an institutional money management firm here in Los Angeles.

I have known David for over ten years through our children, who played lacrosse together at Loyola High School.  David and his wife Jacqueline are devoted parents.  They are exceptionally kind and friendly and are well liked in the Pasadena community.

I am so sorry that David has found himself in this unfortunate situation.  He is an honest and morally strong person who can go on to do much good in the world.  I hope the court will be able to treat David and his family with compassion.

Sincerely,

Patty McKenna

To The Honorable Mary M. Rowland,

It is with great respect and admiration that I write this letter on behalf of David Lira, a man whose character is a testament to strong family values, deep community ties, and unwavering integrity.

Our families have been closely connected for many years, and I've had the privilege of witnessing David's character in many meaningful ways. Our oldest son worked for him and often spoke about the mentorship that David provided. As a father, I found it comforting to know that my son was receiving meaningful guidance in his career and chosen profession by David.

Our middle sons grew up together, attending the same schools, playing football side by side, and forming a friendship that has lasted to this day. Their bond reflects the kind of father that David is, present, supportive, and always encouraging his children to build strong, lasting relationships.

Our daughters also played soccer together, and you could always count on David to be on the sidelines, cheering not just for his own child, but for the entire team. His presence was constant, his support unwavering, and his enthusiasm contagious.

As a friend, David is generous with his time and always ready to lend a hand. Whether it's dinner with friends, mentoring a young person, or simply being there when someone needs support, he does so with humility and kindness.

In every role—father, friend, mentor, and community member - David exemplifies what it means to lead with heart and purpose. I am honored to know him and to offer this reference without reservation.

Sincerely,

John McCorkle

Dear Hon. Mary M. Rowland,

It is with great pride and deep respect that I write this letter in support of David Lira, whom I have had the pleasure of knowing for nearly three decades. Over the course of 28 years, our families have grown together—our children attended the same schools, shared the same fields in soccer and football, and built friendships that have stood the test of time. Through it all, David has remained a steadfast presence—an exceptional father, mentor, coach, and friend.

David has consistently been a source of inspiration not only to his own children but to mine as well. His guidance and influence played a pivotal role in mentoring my eldest son on his path to becoming a lawyer—bonded by shared values and a foundation in Jesuit education at Boston College. David leads by example, encouraging integrity, hard work, and compassion in those around him.

He has a natural ability to connect, support, and inspire, always offering his time generously and showing genuine interest in others' lives. His dedication to family and community is evident in everything he does.

I have had the pleasure of being a guest in David's home, and it is clear that he carries the same values of warmth, respect, and loyalty into every role—whether as a father, husband, or friend. He is deeply respected in our community, and I hold him in the highest regard.

Without hesitation, I wholeheartedly endorse David Lira's character, leadership, and community spirit. He is a person of uncommon integrity, and it has been an honor to call him my friend.

Sincerely,

Catherine McCorkle

# Terri Miller

145 Sequoia Dr
Pasadena, CA 91105
626.824.2446
dameterrimiller@gmail.com

July 12, 2025

To The Honorable Judge Mary M Rowland:

My name is Terri Miller. I am a mom, community volunteer and work as a Realtor in
and around the Pasadena area. I am writing to you as an endorsement of who I believe
to be a man of great character, David Lira.

I have known David and his wife, Jacqueline, since the early 2000's. Our children went
to school together, we volunteered together, and I was the Girl Scout Leader for their
daughter, Catherine from 2007 - 2019. From 2009 through 2015, David and I served
together as Trustees at our children's school, Mayfield Junior School of the Holy Child
Jesus, an Independent Catholic school in Pasadena, CA.

David and I worked very closely on multiple Board committees and general Board
governance of the school. Whether it be a committee on Risk Management, Buildings
and Grounds, Finance, or Mission, David took his duties on the Board very seriously. It
was inspiring to hear David's insightful thoughts on various aspects of the school,
always placing the school's mission in the forefront when making decisions that would
effect the institution for generations to come. David was very concerned with the
school's ability to provide a Catholic education to all families, regardless of their
socioeconomic status at that time and into the future. Along with issues pertaining to
financial aid and affordability, retention of faculty and staff both through salaries and
benefits as well as making them feel valued within the community always played on the
David's mind. His suggestions and insights, both as an attorney and as a humanitarian,
were poignant and highly valued. I feel honored to have been able to serve as a Board
Trustee with David Lira.

Throughout the years I have known David, I have found him to be a lovely man who
prioritizes his wife, children and community. I thank you for taking the time to read
this letter.

Sincerely yours,

Terri Miller

July 17, 2025

To: Honorable Judge Mary M. Rowland

Re: Character Reference for David Lira

Dear Judge Rowland,

I am writing to offer my wholehearted support for David Lira and to vouch for his outstanding character. I have had the privilege of knowing David for over 25 years, and I am honored to call him a close friend. Throughout all our years of acquaintance, David has consistently shown himself to be truthful, honest, and ethical in every situation. Among the many attorneys I have known or worked with professionally, David stands out as one who embodies integrity and honesty at the highest level. I have also reviewed the Plea Agreement David reached with the U.S. Attorney, and nothing in that document changes my belief in his good character.

To share some background about myself, I was born and raised in Long Beach, California. I graduated from St. Barnabas Catholic School, then Loyola High School in Los Angeles — where I later served on the Board of Trustees. I continued my education at Stanford University, earning both Bachelor's and Master's degrees in engineering, and then received my MBA from UCLA. My educational journey has deeply influenced my understanding of good character and moral values. Professionally, I have spent the last 30 years as an investment professional at Hotchkis and Wiley Capital Management, an institutional asset management firm based in Los Angeles, where I am currently a principal. In my role, I act as a fiduciary for large pension plans, which requires me to understand and act according to the highest ethical standards. My experience with a wide range of investment advisors and retirement plan sponsors has given me a strong foundation for recognizing genuine ethical conduct, and I can confidently say David exemplifies these ideals.

It is also important to note David's generosity and willingness to help others. He has devoted time to serving on the boards of local schools, including his high school alma mater, St. John Bosco in Bellflower, California. This school primarily serves working-class families, with more than two-thirds of its students identifying as people of color. Even as David has faced significant legal challenges, he has continued to offer support, guidance, and advice to those in need. He is a dedicated advocate for individuals who are less fortunate or who experience unfair discrimination. In his personal life, David has been a devoted spouse and has raised four children who have gone on to become productive adults.

Further reflecting my trust in David, I recently experienced the complete loss of my residence in the Pacific Palisades fire. During the recovery process, I sought legal assistance to recover a portion of our substantial financial losses, and elected to retain David and his firm for this matter.

Based on my lengthy acquaintance with David and my professional experience in asset management, I unreservedly vouch for his good character. I respectfully urge you to grant him the greatest degree of leniency permissible under the law.

Sincerely,

James B Miles
Jim.miles@hwcm.com
213-430-1873

August 13, 2025

The honorable Mary M. Rowland
United States District Court
Northern District of Illinois
219 S. Dearborn St.
Chicago, Illinois 60604

The Honorable Mary M. Rowland,

My name is Shawna Mills and I worked for David as his paralegal from 2015 through 2020. When I interviewed for the position, I didn't have any experience as a personal injury paralegal and was extremely nervous about leaving the firm that I worked for at the time. I mentioned both of these concerns to David prior to my interview and he was more than willing to work with me on a convenient interview time so it wouldn't interfere with my work schedule as well as reassuring me that I'd be taught everything I needed to know. Two weeks later, I walked into Girardi Keese as an employee.

Over the course of my employment, David was always friendly, kind, respectful and professional. He truly cared about his employees, the other staff who worked at Girardi Keese and his clients. As a boss, he was the kindest and most understanding person I've ever worked for or with. A few months into my time at Girardi Keese, my kids' father unexpectedly passed away. Our kids were 2 and 6 at the time and in his care. I worried so much about leaving my job to rush to be with them but David didn't think twice about making me leave. And there was absolutely no pressure from him for me to return until I felt that I was ok to do so. My youngest daughter also had a chronic illness which meant a lot of doctor appointments and many ER visits. He always told me to take care of home first and that the work would be there when I returned. During one hospital stay, he arranged for a very large care package to be delivered to us because he knew that I had other kids at home that needed to be cared for. This was David, day in and day out. He valued and loved his family, friends and employees. He celebrated our birthdays and milestones. He talked with us, never yelled, never shut us out. When you hear of an open-door policy, David's picture should be on the poster. And we all knew and felt it. When I decided to leave Girardi Keese in 2020, I didn't care about walking away from the firm. I cared about walking away from one of the best attorneys, bosses and people that I've ever known.

These characteristics carried over to his relationship with his clients as well. He often represented clients who wouldn't have had any help if he hadn't stepped in. I remember a young girl named Jocelyn Ramirez. Her family was driving home from a family trip when their truck tire blew and caused the truck to go over the overpass. Her parents, sister and grandfather were killed, leaving just her and another sister as survivors. David was always so gentle with them, helped them understand what was going on and always took their

Doc ID: 68848017fc77e6ea18d48a8492e0073da89dd105

August 13, 2025

phone calls. David made sure they were looked after and taken care of. The girls always told us how much they appreciated Mr. Lira and what he was doing for their family. Then there was Jonathan Soto, who may have been the most gracious clients I've ever worked with. He absolutely praised David and his team over and over again throughout his case and afterwards. There are many other clients with the same story of pure respect and love for David, not only as an attorney but also as a person.

I worked for David during the timeframe of the various accusations against him. I know that he wanted every client to get paid as soon as their case settled. We discussed every settlement since I was the one responsible for drafting the disbursement statements, negotiating any liens and obtaining case costs from our accounting department. If David saw anything that looked questionable, he was going to ask about it. We both assumed that once the disbursement statements were signed by the clients and then sent to GK accounting, settlement checks were being mailed. He trusted the GK accounting department and Mr. Girardi wholeheartedly. When he told the clients that their checks were on the way, he truly believed it because that's what we'd all been told. Never once did David ask for settlement funds to be held on to or delayed for any reason. He knew more than anyone that his clients needed that money because he'd built relationships with them and truly knew their stories.

I can go on and on about who David is and has been in my life. I've been a paralegal for 28 years and have worked with a little bit of every personality. There aren't many places or people who I'd work with again but I'd jump at the chance to work with David again. And I'm forever grateful to have been blessed to call him my friend.

Shawna Mills

**Maureen Mocharnuk**
24A Julius Street
San Francisco, California 94133
MaureenM@mdasf.org

July 21, 2025

**The Honorable Mary M. Rowland**
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Re: Letter of Support for Mr. David Lira**

Dear Judge Rowland,

My name is Maureen Mocharnuk, and I am a third-grade teacher at Mission Dolores Academy, a Catholic school with a mission to serve underserved students in San Francisco, California. I grew up in Pasadena, where the Lira family has been among our closest and most trusted family friends throughout my entire 28 years of life.

Over the years, our families have shared countless moments together—carpooling to preschool and Mayfield Junior School together, family dinners, birthdays, holidays, and life's most meaningful milestones. Most recently, the Lira family graciously hosted a bridal shower for me and my husband, Joe. As Joe and I prepared for our wedding in the Catholic Church this past May, Mr. Lira, as a devout Catholic, shared heartfelt and thoughtful advice grounded in our shared faith. He spoke about the sacredness of the marriage covenant, the importance of living out Catholic teachings on love, forgiveness, and sacrifice. He encouraged us to keep prayer at the center of our relationship, to practice patience and humility in difficult moments, and to maintain open, honest communication as a foundation for understanding and growth. Mr. Lira also reminded us that marriage is a journey of mutual support and grace, where each partner is called to serve and uplift the other through both joys and trials. His faith-based guidance provided us with comfort and inspiration during this significant chapter of our lives.

The Liras have stood by our family during moments of great joy and during times of profound challenge. They are the kind of friends who show up, who care deeply, and who remain steady and supportive no matter the circumstance.

I have spent time with Mr. Lira and his family in many different settings, from casual backyard gatherings to important family celebrations. When I was younger, I often babysat Carolyn and Elizabeth, their twin daughters—making Mr. Lira, in a way, my first boss. These experiences gave me a front-row seat to the warmth, dedication, and love that define Mr. Lira's role as a father and husband. I witnessed firsthand how he balances his professional responsibilities with a deep commitment to his family, always making time to nurture and support his children. Whether coaching his kids in their activities, engaging in thoughtful conversations at family dinners, or offering guidance with patience and kindness, Mr. Lira's unwavering devotion shines through. These moments have left a lasting impression on me and speak volumes about his character and priorities.

I have always known Mr. Lira to be intelligent, thoughtful, and deeply curious. With a profound love of reading and learning, he approaches conversations with genuine interest and humility. My husband Joe and Mr. Lira—two of the most avid readers I know—often engage in lengthy discussions spanning current events, legal matters, and philosophy. These conversations are never one-sided; Mr. Lira approaches each topic with an open mind, passion, and compassion for differing viewpoints. He listens attentively, responds sincerely, and always engages with kindness and respect.

Beyond his intellect and thoughtfulness, Mr. Lira's devotion to his family and community has always stood out to me. He is a loving husband to Mrs. Lira, a dedicated father to his four children, and a loyal and generous friend to my parents and to our entire family.

I know Mr. Lira to be a person who has spent his life working hard, caring for his family, and treating people with integrity and compassion.

Thank you for your time and consideration of this letter.

Respectfully,
Maureen Mocharnuk

Patricia McKenna
2451 Chislehurst Drive
Los Angeles, CA 90027

August 6, 2025

Honorable Mary M. Rowland

Dear Judge Rowland,

I am writing this letter of support for David Lira. I am the widowed mother of two wonderful sons and a partner and portfolio manager for an institutional money management firm here in Los Angeles.

I have known David for over ten years through our children, who played lacrosse together at Loyola High School. David and his wife Jacqueline are devoted parents. They are exceptionally kind and friendly and are well liked in the Pasadena community.

I am so sorry that David has found himself in this unfortunate situation. He is an honest and morally strong person who can go on to do much good in the world. I hope the court will be able to treat David and his family with compassion.

Sincerely,
Patty McKenna



August 5, 2025

Hon. Mary M. Rowland, U.S.D.J.
Northern District of Illinois
219 South Dearborn St.
Chicago, IL 60604

**U.S. v. David R. Lira**

Dear Judge Rowland,

I respectfully submit this letter in support of David Lira, Esq. and to share my opinion of his good character in the hope that it will help inform the Court's sentencing decision.

Based upon my more than 25 years of experience dealing with and knowing David, which includes professional and social contexts, I believe he has been, is, and will continue to be an ethical, honest and fair lawyer and person.

I was admitted to practice law in California in 1985. Following a judicial clerkship, I worked as a commercial litigator at McCutchen Doyle, later Bingham McCutchen, in San Francisco and Los Angeles until early 2003. While at that firm, I opened its Los Angeles office in 1990 with two other partners, served as Office Managing Partner and for many years on its Executive and Compensation Committees. Since 2003 I have worked at the Shea Family of Companies holding a variety of titles, but consistently serving as their chief legal officer.

I have known David since around 1996, when he married Jacqueline. Her mother Karen Girardi, Tom's first wife, and her children were longtime and intimate friends with my wife Colleen Shea's family. Over the years when we gathered, I enjoyed talking shop with David, learning about his cases, his thoughtful approach to trial work and his evident passion for the craft.

Over the past decades, from time to time, clients, family, friends, acquaintances, and friends of friends would ask me for recommendations for an attorney to assist with a legal claim based on a personal injury. I would invariably recommend David, as I did most recently in the past year. Sometimes, David acknowledged someone else might be better suited to handle the matter and would make a further referral. Other times, David handled the matters with evident care and efficiency. I would not hesitate to refer a family member or friend to David for such matters now or in the future.

655 Brea Canyon Road ● Walnut, California ● 90272 ● (909) 594-0939

I have read the Plea Agreement carefully and particularly its Factual Basis section. I recognize and appreciate the severity and seriousness of the actions (and failures to act), to which David has admitted. Having encountered Tom Girardi in his professional life, I confess to sympathy (even empathy) for David's predicament, which required bucking a strong-willed father in law and singular owner of the firm. As he acknowledged with his guilty plea, which will impose a permanent and meaningful sanction on David, he should have made a different choice.

David's admissions, however, do not alter the favorable view I hold of David's character, which is based upon my quarter century of direct dealing with him. I have never had reason or occasion to doubt his word, his character or judgment and I see no reason to do so now.

I profoundly hope that the Court would allow David to remain at liberty so that he may continue supporting his family through practicing law; which, based on my experience, he has done well, compassionately, and ethically.

Very truly yours,

John C. Morrissey

Dear Honorable Mary M Rowland,

My name is David Chagoyen Neumann and I am a rising senior at the University of Michigan studying Economics and Gender & Health. Thank you for taking the time to read my words about David Lira.

I know David through my relationship with his daughter, Carolyn. Since meeting him in December 2023, I have come to understand how deeply his values shape the way she carries herself.

Carolyn shows generosity in her kindness and brings a sense of calm and empathetic awareness to every interaction. I admire her patience and the way she treats everyone with care and respect. These qualities are by no means inherent, but nurtured over the course of a lifetime. Meeting her father, David, helped me see where that comes from. The way she unflinchingly shows up for others reflects the attentive and quietly selfless father who has shaped her from the start.

I feel fortunate to witness how intentionally and compassionately Carolyn approaches her decisions. She does not act impulsively or overlook the weight of her choices. She remains vigilant in the way she prepares, follows through, and always considers what is right for her, as well as how her actions affect others. That mindset runs deeper than instinct. It comes from growing up in a home where caring for others was not only expected, but lived. David did not just teach Carolyn to be responsible, but he made that responsibility feel purposeful. He showed her that thinking for someone else and acting with others in mind is a privilege. A privilege to be burdened with compassion. To take ownership of one's impact. Through his example, David modeled how to pair principle with empathy and decisiveness with care. I see that in Carolyn every day, and I am honored to feel it affect my life already.

David Lira's influence lives in the character of the daughter he raised and in the woman I love. I feel it vividly and continue to learn from it. For that, I am sincerely grateful.

Thank you again for your time and consideration.

Respectfully,
David Chagoyen Neumann

Douglas Padilla

11 Arrivo Dr

Mission Viejo, CA 92692

August 11, 2025


Honorable Mary M. Rowland

Re: Letter of Support for David Lira


Dear Judge Rowland,

My name is Douglas Padilla, and I have been employed in the insurance industry in various roles for over 40 years. I have had the privilege of knowing David Lira for the past fifty-five years as a close friend. We first met through elementary school at St. Matthias Elementary school in Huntington Park, CA. We continued our close friendship while attending the same high school. Despite attending different colleges, we maintained our connection and friendship, and over time I have come to know him as a kind, generous, and dependable person.

In my experience, David Lira has consistently demonstrated integrity and compassion toward others. I am aware of David helping neighbors in times of need and going out of his way to support friends and family.

I understand the seriousness of the matter before the Court. However, I also believe that this incident does not reflect his true nature or the person I have known for over fifty years. Since this situation arose, David Lira has expressed genuine remorse.

Your Honor, I respectfully ask that you consider David Lira's longstanding record of good character, his dedicated support network, and his commitment to making amends when determining the appropriate sentence. I am confident that with the right guidance, David Lira will continue to be a positive and contributing member of our community.

Thank you for your time and consideration. Please feel free to contact me if you wish to discuss my perspective further.


Sincerely,

Douglas Padilla

949-636-5153

Dmarkpadilla7@gmail.com

To: The Honorable Mary M. Rowland:

I am a retired lawyer. An inactive member of the State Bar of California.
I have been a personal friend of David Lira for more than two decades. I know him to be a man of exceptional integrity and extremely honest in all his endeavors both personally and professionally.

I'm proud to be considered his friend.

Respectfully,
Joseph F Paggi Jr
747 S Madison Ave
Pasadena CA 91106
(310) 977-1289

**Nishan O Partamian**
**223 Kirst Street**
**La Canada. CA 91011**
**818 795 1235**

July 26, 2025

Honorable Mary M. Rowland

Re: David R. Lira

To the Honorable Mary M. Rowland:

I submit this letter in support of David R. Lira and to express my opinion as to the integrity and positive demeanor of his character and being.

I have known David for over 17 years. We met because our children attended the same school and our wives become friends. From the get go. I was struck by the seriousness of his demeanor and the professional manner in which he conducted himself at all times. He struck me and others as a man possessed of good character.

Having been an Investment Counsel for over 30 years and having been exposed to all sorts of characters and flavors of humanity. Some less savory than others. One becomes a keen observer of the human condition with all its nuances.

As such. David and I developed a relationship over the years based on mutual respect and admiration for each other's many productive works done on behalf of the numerous non profit Boards which we respectively served. His dedication to this work, in service to others, is something to be admired and to be emulated. He did so with dedication, gusto and belief. Amen.

I have read the Plea Agreement. It is most serious. Yet, it does not change my opinion of David and his conduct exhibited over 17 years of knowing one another. Knowing one another as dedicated fathers and husbands. Knowing one another as dedicated volunteers in service to others. As a friend and advisor to all who sought counsel and wisdom.

David R. Lira has been a blessing to many in this world. He has offered much and he has much to offer still. Let not the sins of another, be confirmed on one, not deserving of such sin. I support keeping David R. Lira in the practice of law.

Thank you for your consideration.

Sincerely,

Nishan O Partamian

**The Honorable Mary M. Rowland**

**August 14th, 2025**

Dear Judge Rowland,

My name is Alexxa Riley. I am a recent graduate of Santa Clara University and currently work at William Morris Endeavor in their Literary Department. I am writing to you to express my deep admiration and respect for David Lira, a man I have known since I was five years old, who has consistently shown kindness, generosity, and integrity toward my family and me.

The Lira family has been a constant and cherished presence in my life. From childhood sleepovers and lemonade stands to Christmas Eves, birthdays, and countless family gatherings, their home has always been a place where I felt welcomed and valued. It is clear to anyone who walks through their door that David Lira is not only a devoted father but also a friend to all who know him.

I met David's eldest daughter, Catherine, on my first day of kindergarten in 2006. By fourth grade, we were inseparable, and our families quickly became intertwined. My sister and I spent countless days in the Lira home, and before long, Catherine and her younger sisters, Elizabeth and Carolyn, felt like my own family. Through these years, I witnessed firsthand how David parented—with patience, kindness, respect, and an unwavering love for his children. I have especially admired his close bond with Catherine, a relationship defined by laughter, guidance, and mutual respect.

Beyond his role as a father, David has always shown genuine interest in my life and the lives of my siblings. Each time I see him, he asks thoughtful questions about my education, career, and interests, often offering valuable advice that stays with me long after our conversations end. In the twenty years I have known him, David has consistently been a good, principled, and compassionate person whose example I strive to follow.

It is with this personal history in mind that I respectfully ask you to consider David Lira's character and the positive impact he has made on so many lives. I trust that his unwavering commitment to his family, friends, and community will guide your judgment in this matter.

Sincerely,
Alexxa Riley

# LAW OFFICES OF THOMAS P. RILEY

## A PROFESSIONAL CORPORATION

515 SOUTH FLOWER STREET
18ᵀᴴ FLOOR
LOS ANGELES, CA 90071-2207

WWW.TPRLAW.NET

TEL: (213) 229-9292 • TPRLAW@ATT.NET • FAX: (213) 229-9295

August 14, 2025

The Honorable Mary M. Rowland
Everett McKinley Dirksen United States Courthouse
Courtroom 1225
219 South Dearborn Street
Chicago, IL 60604

Re: _United States of America v. David R. Lira; Case No. 23-CR-54-3_

Your Honor:

I am writing to you to offer a character reference of Mr. David Richard Lira and to offer my unequivocal support of his request for a non-custodial sentence in the above-referenced matter to be considered by the Court at the sentencing hearing before you, presently set for Wednesday, October 8, 2025.

I have known David Lira for nearly 20 years, having first met him when our daughters enrolled in kindergarten at the Mayfield Junior School of the Holy Child Jesus in Pasadena, CA. My relationship with David developed further when my eldest son (Thomas) later enrolled in Mayfield as David and his wife, Jacqueline, also had a son (Michael) the same age enrolled at Mayfield. Our respective families became much closer socially as our children later matriculated to the same high schools together. For over a decade and a half, my family and I have dined with David and his family, traveled together, and have attended numerous social as well as professional functions where David was recognized personally for his professional accomplishments and contributions to the community. My son Thomas had the opportunity to work under David's supervision and guidance as an intern at Girardi & Keese. He, along with my wife Evangelia, has likewise submitted character letters in support of David to the Court.

I am an attorney myself, but I have never had the opportunity to practice with David. Yet, I can represent to this Court that I know him to be an individual of exemplary moral character and values whose devotion to his clients in the practice of law is unparalleled. If there is one characteristic of David as an attorney that I can personally attest to, it is my firsthand knowledge of his unwavering commitment and steadfast concern for the clients he represents and has represented. Throughout countless dinners and other gatherings my wife and I shared with David and Jacqueline, when the conversations between us delved into the cases each of us were currently handling or have handled in the past, when David spoke of the legal matters he was involved in, he always focused on the impact on his clients, their families, and what was currently taking place in their lives. David's deep personal involvement with these individuals was always most striking to me. His care and concern for his

clients is a characteristic of which he should be most proud, and I respectfully submit to this Honorable Court that same should be fully considered when assessing any punishment in the above-referenced matter.

David Lira is a dynamic lawyer and a truly uncommon individual. His professional accomplishments as trial counsel are well-documented, and I am sure the Court has heard from countless other attorneys, judges, clients, and other individuals involved in the legal matters where David participated, represented them, practiced with them, or came before them who have attested to his exceptional character and his professionalism as legal counsel. He is a terrific husband and loving father to his wife and family and a man of true integrity. This Court can be most confident that a sentence of non-custodial custody is highly appropriate for this particular individual. The last 5 years have been an incredible personal and financial burden on David and his family. In accepting the plea now before the Court, he has taken responsibility for his failure to comply with the orders of the Honorable Thomas M. Durkin. His conviction alone will be tantamount to a life-long punishment professionally for which he and his family will continue to suffer significant reputational and economic consequences. It is most respectfully submitted that a sentence of non-custodial custody is just and fair in this instance and will readily accomplish the objectives of the Federal Sentencing Guidelines.

Cordially,

Thomas P. Riley

TPR/at

Dear The Honorable Mary M. Rowland,                                    August 13, 2025

       My name is Jayda Robinson, and I am currently a junior in college. My mother worked as a paralegal for Girardi Keese and specifically David Lira while I was in high school. There were times when my sisters or I would get out of school early or stay home because we were sick, so my mom would have to take us to work with her. Never once did David question us being in the office. He was always super nice and kind. During this time, I really didn't know what I wanted to do with my life until my mom suggested looking into a legal career. I jokingly said maybe I should work with her, but to my surprise, she thought it was a good idea and suggested that I reach out to David to see if he had any advice or resources. After speaking with him, he thought it would be a good idea for me to get some job experience during my school breaks. He didn't hesitate to offer me an unpaid internship even though I was young and lacked work experience. I came to work every day with my mom and learned how to work as a legal assistant. I made phone calls to clients, kept files up to date, and worked on various other tasks as needed. David never questioned my work quality because he truly just wanted me to enjoy the job and gain some experience. After working with him, I felt more confident and knowledgeable, but more importantly, I felt respected and valued because of the way David treated me.

Regards,

Jayda Robinson

To The Honorable Mary M. Rowland                    Tuesday, July 29, 2025

Re: Support for David Lira

I have known David Lira personally for the past 10+ years. I have spent time with David socially meeting several times in Los Angeles, Newport Beach, and Pasadena. David has also visited my wife and Family on the campus of Stanford University tailgating and I have always enjoyed David's company. He has always been kind, and warm and always very open about his background and education at UCLA and Boston College, (I have daughters that attended both schools individually). The times we have met he never discussed companies he represented but he always seemed to be a genuinely passionate and engaged attorney concerned with doing the best work possible for his client. We mostly spoke about our families, sports, or Jesuit education and life growing up in California as a child and now as a parent. He always struck me as a kind well-rounded individual with a similar background to mine.

These days I mostly communicate with David about our fantasy football teams in our Yahoo league. I have to admit that Mr. Lira's past banter always added a lively topic to the league discussion. As David is a UCLA Bruin, he takes particular joy in ribbing the Stanford University league members about college football, David is always happy to partake in playful ribbing. One year, after I had won the leagues championship trophy,  and David won the following year I took particular joy in shipping the champions trophy to David in a box that was packed full of Styrofoam popcorn, I am sure you know the type (small and messy), packed carefully,  so that when the package was opened, there was certainly going to be a mess of Styrofoam that would have to be cleaned up in whatever room was being used, (I hope it was the garage). David handled this prank with the same playful good spirit that he provides to our fantasy league.

While I have not followed this trial, and am unclear of the proceeding, circumstances, and evidence. I can vouch for David as a human being, as a person of kindness, concern, and quality, despite some choices such as his fantasy football picks, and typically fun banter in prior years. David has always been thoughtful to provide parental advice to me about both Boston College and UCLA for my daughters. I also am sure that David's personality has changed due to the seriousness of his current circumstance, as he has not engaged in the usual league banter for quite some time. I am sure he is distraught at his current distressing circumstance as this is the fight for his personal life and professional career, which I understand. After all is said and done, I will still believe in David Lira is a good person.

Respectfully submitted,

Mark Ruane

San Carlos, California

**Francis Zachary Rushford**
341 Marshall Drive N.
Apartment 1D
Brooklyn, New York 11209
Tel: 1-617-233-7234
*Email: francisrushford719@gmail.com*

August 13, 2025

The Honorable Judge Mary M. Rowland
The United States District Court For the Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

**RE:    Attorney David Richard Lira**

Dear Judge Rowland:

I am 21 years old, and Mr. David Richard Lira has known me since I was born in 2003. I know Mr. Lira as a good friend to my parents, and he has always treated me with kindness and respect in meeting with him and visiting his home in Pasadena, California. I gladly provide this letter to the Court because Mr. Lira is a kind and good person.

Mr. Lira helped me when my Dad was taken ill seriously with COVID in January of 2021. Mr. Lira stepped right in right away to help in my case in Los Angeles Superior Court involving my injury at Universal Studios on the Mummy ride in February of 2018, as my Dad suffered serious COVID symptoms. Without Mr. Lira's help, my lawsuit would not have settled so quickly, and the result was a very fair. The settlement helped to pay for my books and room and board for my first year of college at Lasell University in Newton, Massachusetts.

I have read the Plea Agreement, and I understand Mr. Lira's decision to enter into such an agreement, and the risks not to have done so for him and his family. His decision does not diminish in any way my high regard for his honesty, character, and his life as a good person, loving husband, and father.

Very truly yours,

Francis Z Rushford

Francis Zachary Rushford

**Laura Kay Rushford**

341 Marshall Drive N.
Apartment 1D
Brooklyn, New York 11209
Tel: 1-760-994-3638
*Email: laurarushford@mac.com*

August 13, 2025

The Honorable Judge Mary M. Rowland
The United States District Court For the Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

RE:   **Attorney David Richard Lira**

Dear Judge Rowland:

I have known David Richard Lira since 1991. I know David as a good friend and a wonderful person, who is a caring husband and father, besides being a great attorney. David has only exhibited exemplary character while I have known him.

I had met David through my now husband, Francis G. Rushford, when I was living in Los Angeles. At the time I was a Litigation Secretary at Poms, Smith, Lande, & Rose, a patent law firm long merged away. David caring and kindness to friends was the first thing that struck me about him.

When I moved east to New Jersey with Francis in 1997, I decide to return to school, and David was very encouraging when we visited Los Angeles after our move. David always inquired on how I was doing, and I found that encouraging, being an older student returning to school, which was a real challenge. I graduated magna cum laude with a BA in Philosophy from Rutgers University in 2000.

The terrorist attack at the World Tarde Center on September 11, 2001, was devastating for the country and for the families of those murdered. David's reaching out to us and friends from California reaching out through his encouragement helped in dealing with the tremendous sense of loss and stress in our home. It was especially helpful with my husband working tirelessly to help Cantor Fitzgerald recover and to ensure the families of those murdered were taken care due to their loss. David inquired over the following months, asking if there was anything he could do to help.

The Honorable Judge Mary M. Rowland
Page 2
August 13, 2025

We moved back to Los Angeles in 2005 with are two year old son and my husband returned to the practice of law, after leaving working for the Intelligence Community after the 9/11 attacks. David played a key role in making that complex transition much, much easier in Francis's returned to practicing law. We visited with the Liras while we were in Los Angeles and after our move to Carlsbad, California and found their home always welcoming with David being a loving father and husband.

In 2011, I was diagnosed with Secondary Progressive Multiple Sclerosis. We used much of our resources in seeking treatments to stave off the impact of the disease, as I had a young son to raise. Unfortunately, none of the off label and experimental treatments reduced the continuing debilitating effect of the disease.

At the end of 2016, we could not move to Boston, Massachusetts for my husband to continue his job with the HEVC Advance Patent Pool as Chief Operating Officer because my MS was symptomatic. The loss of income made a tremendous impact, as we continued to have to use what was left of our savings.

In 2017, my Neurologist, Dr. Rosenberg in Carlsbad, California recommended that I move to either Boston or New York to seek treatment, as he was stumped with my case. We decided to move to New York where my husband was raised and where his two brother owned a house we could move into immediately. We had very little money and were in the process of trying to sell our house before we lost it. David's financial help and friendship made it possible for us to move to New York with our son and for me to begin treatment and care at the NYU Multiple Sclerosis Center in New York.

With my husband suffering serious effects of COVID, David stepped up to help my husband with a case in California involving our son's injury at Universal Studios in February of 2018. David did not hesitate to help. David's involvement helped the case settle quite quickly because of his relationship with the opposing counsel and his reputation as a fair, reasonable, and ethical lawyer.

I have read the Plea Agreement, and I understand David's decision to enter into such an agreement, and the risks not to have done so for him and his family. His decision does not diminish in any way my high regard for his honesty, character, and his life as a good person, loving husband, and father.

Very truly yours,

Laura Kay Rushford

Steven J. Sanchez

448 28th Street

Manhattan Beach, California 90266

Phone: 818-262-6540

July 09, 2025

The Honorable Mary M. Rowland

Dear Judge Rowland,

I am writing to offer my full support and share my perspective on the outstanding character of Mr. David Lira. I have been a Vice President at Merrill Lynch in the Pasadena/Los Angeles area for over 39 years, and I've known David personally for many of those years.

Our acquaintance began over 17 years ago when David's daughter, Catherine, became classmates and close friends with my daughter, Catie, in first grade at Mayfield Junior School. From that point on, our families became closely connected through school events, birthday parties, holidays, and countless shared moments. Over time, what began as support for our children grew into a lasting and trusted friendship between our families.

Throughout these years, I've come to know David as a man of deep integrity, compassion, and intelligence. He has always conducted himself with sincerity and kindness. Both personally and professionally, he is someone I hold in high regard. He is the kind of individual I would trust without hesitation—someone I would seek out for advice and rely on in times of need.

I am aware of the serious nature of the charges against David. While I do not take these matters lightly, my personal experiences with him have left me with no doubt that he is a good man—honest, principled, and dedicated to his family and community.

Thank you for taking the time to consider this letter.

Respectfully,

Steven J. Sanchez

August 14, 2025

Suzanne Sanchez
448 28th Street
Manhattan Beach, CA 90266

The Honorable Mary M. Rowland

Dear Judge Rowland:

I'm writing to share my personal thoughts and heartfelt support for David Lira in regards to his plea agreement, and upcoming sentencing.

I have known David and his family for over seventeen years, when our daughters, Catie and Catherine, became close friends in first grade at Mayfield Junior School. Over the years, we have shared birthday parties, sporting events, school functions and holidays. During such time, I have come to know David not just as Catherine's father, but as a genuinely good man.

David has always struck me as thoughtful, sincere and extremely intelligent. He listens when people speak. He shows up. He cares deeply about his family, and it's something you feel whenever you're around him. He's the kind of person who makes you feel comfortable and safe.

I know there are serious charges involved in his case, and I don't take that lightly. But what I can offer is my honest, lived experience with David over nearly two decades. That experience tells me he is a man of strong values, of compassion, and of real integrity. I've always admired the way he carries himself—with humility, kindness, and quiet strength.

Thank you for taking the time to consider my perspective. I hope my words help convey the kind of person David truly is, beyond the charges and plea agreement, and his complicated family situation.

With sincerity,

*Suzanne Sanchez*

Suzanne Sanchez

**Mary Shea**
 1201 Virginia Road
 San Marino, California 91108
 MShea6301@yahoo.com

July 19, 2025

**The Honorable Mary M. Rowland**
 United States District Court
 Northern District of Illinois
 219 South Dearborn Street
 Chicago, Illinois 60604

**Re: Letter of Support for David Lira**

Dear Judge Rowland,

My name is Mary Shea. Before dedicating my life to raising my seven children and managing our home, I worked as a social worker. My profession taught me the importance of compassion, integrity, and understanding. I am now 92 years old and live in San Marino, California, just a mile from the Lira family. I first met David Lira when he married Jacqueline Girardi, the daughter of one of my closest and longest friends, Karen Girardi.

Our families have shared many moments together across generations. My daughter Mary's family and the Lira family have always included me in their celebrations, and I have been fortunate to witness firsthand the warmth, generosity, and kindness David brings to these occasions. Whether it's a family dinner, a sports-viewing gathering, a graduation, his children's activities, or a holiday meal, David is consistently present, engaged, and devoted to his family and friends. His actions reflect values of loyalty, faith, and love. My dear friend Karen recognized these qualities in him from the very beginning.

Over the years, I have come to know David as a thoughtful and devoted family man. He is also a genuinely engaging conversationalist. He is always attentive to others' interests and consistently brings a great deal to the conversation. I have witnessed his deep commitment to Jacqueline and their four children, as well as the respect and generosity he shows to everyone around him. From the start of their marriage, Karen often spoke of David's integrity, his commitment to doing what is right, and the kindness she saw in him. She trusted David completely and found great comfort knowing her daughter and grandchildren would be loved, protected, and supported by him.

I have seen these qualities in David myself over the past three decades. The Liras have become part of the fabric of our community, and I have shared many life moments with their family. David has always shown humility, patience, and a steady presence through the ups and downs of life. As a mother and grandmother, I deeply appreciate the way he prioritizes his family, leading with quiet strength, warmth, and sincerity.

David is a man of integrity who has consistently demonstrated kindness, steadfastness, and dedication in both his family life and community. These qualities have earned him great respect and affection from all who know him well.

Thank you for your time and consideration of this letter.

Sincerely,

Mary Shea

July 21, 2025

The Honorable Mary M. Rowland

I am writing this letter in support of David R. Lira who is currently before your court. I am a retired Executive Director of the Western Division, U.S. Legal Support, a litigation management group. Having known David both professionally and personally for 23 years, I am in a position to speak to the character and integrity that I have come to know through various aspects of our lives together. This includes personally managing David's discovery requirements related to his civil practice.

David has always been a person of great integrity and honesty. He has consistently demonstrated qualities of sincerity, responsibility, and a deep-seated commitment to his clients and their overall needs throughout his years as an attorney. When U.S. Legal Support and I were involved in a wrongful termination lawsuit with a former employee, we turned to David.

I understand the gravity of the situation before this Court and respect the legal process. Notwithstanding, I firmly believe that David is more than the sum of his actions that led to this moment. I respectfully ask for your leniency in David's sentencing.

Thank you for taking the time to consider this personal and professional reference. Please do not hesitate to contact me if you wish further information or clarification.

Sincerely,
Michael S. Shortal

To: The Honorable Mary M. Rowland
From: W. Stuart Schneider Jr.
Re: David R. Lira, Esq.

Dear Judge Rowland,

It is my sincere pleasure to have the opportunity to write to you about a dear friend of mine, Mr. David R. Lira, and I am very grateful for your time and kind attention.

Firstly, a little bit about myself. I was born and raised in Southern California, the son of a mother who emigrated from Argentina and a second-generation American father whose family left Germany in the early 1900's. My wife is a Psychiatric Nurse Practitioner specializing in adolescent patients, and we have three children. Our oldest son is heading to college next year in a pre-law program, and our youngest, a beautiful daughter, we were fortunate enough to have the chance to adopt at birth nearly six years ago. We currently live in Rhode Island, and I am Director of Sales and Marketing at a company in Massachusetts that designs, engineers and manufactures specialized ultra rugged mobile computing systems exclusively for First Responders...we support 1000's of police & fire departments across the USA, are actively engaged with the FBI and other federal law enforcement agencies, and the U.S. Navy.

Our family has a long and distinguished history of service to the United States across multiple generations, in the U.S. Marshals Service, municipal law enforcement and the military, going back to WW I. I worked with the University of California Police Department at U.C.L.A. during the early '80's, and was accepted to the Los Angeles County Sheriff's Academy after the 1984 Olympics, before leaving law enforcement to take a job in Mexico City (I'm multilingual) that lead me to New England and a business life abroad. I've traveled, worked and lived in over 40 countries, including stints in Guadalajara, London, & The Netherlands, and an extended placement in Italy for 5 years.

It was during my freshman year at U.C.L.A. in 1979 that I met David Lira, who had a meal plan at the dormitory I was living at. We instantly hit it off, and Dave ended up joining the Delta Tau Delta Fraternity (where I was a Pledge at the time) the following year. We spent a lot of time together in those days, both at his family home and at mine, which Dave visited often due to its proximity to the beach. During these early days of our friendship, it immediately became clear to me and our group of friends and brothers that Dave was not only one of the smartest people we'd ever met, but that he also possessed a singular focus, drive and work ethic that, at that point in our young lives, was quite exceptional.

But it wasn't only intelligence and a lot of hard work, it was an unshakeable determination to succeed; and not just that, because Dave always wanted to be the best. His ability to bore down into complex issues--some made more complex (to us) by the ignorance of our youth--was legendary. And these qualities, combined with an ethical and moral compass that was *way* beyond his years, made Dave not only the logical but the preferred choice to resolve the many differences that arise between a group of young men living together in the same house. After his formal initiation as a full member, Dave was appointed to our house Judicial Board, where he served for three years with distinction, resolving differences objectively, fairly and thoroughly, even if it meant ruling against his closest friends...we greatly admired him for this.

Doc ID: e3aa260aaa538994b94e9ce25f85260f5d35a2ed

I have stayed in touch with Dave over the years, visiting him at his home in California on occasion, sharing the pleasure of his company, and enjoying he and his amazing wife's unparalleled hospitality and Dave's typical brilliance: quick wit, depth of knowledge and grasp of issues, large and small, and the trademark, contagious sense of humor that is such a wonderful and endearing part of his personality.  I am looking forward to seeing him and his family when I'm next in California.

Again, Your Honor, thank you very much for your consideration. If I can be of any further assistance in support of my friend and brother, do not hesitate to contact me directly anytime.

Yours Truly,

-Stuart Schneider


**W. Stuart Schneider Jr.**
Sales & Marketing Director
**AED | PatrolPC®**
sschneider@patrolpc.com
401-524-1823

www.patrolpc.com

TO: **Honorable Mary M. Rowland**                                        **July 8, 2025**

FROM: **James Spina, CFS**

REGARDING: **David R. Lira proceedings**

IMPORTANCE: **URGENT**

Honorable Mary M. Rowland,

   I am writing this letter to you and your court in full support of the moral character of David R. Lira. David is a man of strong Catholic faith. He is a family first man who, for his entire career, has unselfishly & endlessly worked in an ethical manner for his clients. He is highly respected in our community and has lived/participated/shared/hosted/volunteered with/helped so many of us over the years. I have fully read and reviewed the guilty plea against David and I understand the seriousness of this plea. These recent charges and guilty plea DO NOT change my opinion of David in any way. I am respectfully requesting that you be lenient in your sentencing & that David would be allowed to continue to practice law in order to provide for his family.

   I have known David for almost twenty years and our friendship/relationship has crossed over in many areas. We served on the Board of Directors together for our former all boys Catholic high school (St. John Bosco) in Bellflower, CA. I coached his son Michael with my son in our local Pasadena flag football youth league. My wife and I attended his 50th birthday party hosted by his lovely wife Jacqueline and four children in their home. We have shared many meals together to discuss topics including (but not limited to) family, fatherhood, our Catholic faith, leadership, our respective children's education schools and interests, politics and more. I have informally consulted him for general questions regarding my family's real estate holdings and general business topics. He even generously hosted my son for a day at Girardi Keese when our son was in the eighth grade participating in his school's Mock Trial competition. David has always been generous with his time and talents even when most others would have been too busy.

Page 1 of 2

Please realize that I do not take letters like this lightly. I am very well known, highly trusted and thoroughly respected in our community. I have been married to the same woman for thirty-two years, have raised three successful adult children and have worked as an independent financial consultant for the same broker/dealer for over thirty years. Living an ethical, moral life and delivering quality service to clients for all these years remains as important today as it was when both David & I started our respective careers many years ago. I remain steadfast in my belief using my wisdom, experience, intelligence, logical & unemotional due diligence that David R. Lira deserves to put this professional disaster with Tom Girardi behind him, be given his personal freedom & be allowed to continue his distinguished law career.

Thank you for your consideration and please feel free to contact me with any follow up questions, comments or concerns.

James Spina, CFS

28 Via Corsica

Dana Point, CA 92629

Jimspina66@gmail.com

Cell: (626) 372-7277

FROM THE DESK OF

# David E. Stolpe

3567 San Pasqual Street

Pasadena, CA 91107

dave.stolpe@icloud.com

July 22, 2025

To The Honorable Mary M. Rowland:

Dear Judge Rowland;

My name is David Stolpe (Dave) and I am a Managing Director and Region Leader for Wells Fargo's Technology Banking Group in the Southern California, Arizona and Nevada. I have worked at Wells for more than 31 years, the last 20 years in the greater Los Angeles area. I lead a team of 15 financial professionals, serving the VC-backed technology community in the southwest and , as such, know first hand the importance of personal integrity and acknowledging errors; either in deed or judgment. I also know that a singular error does not forever taint the individual. Rather, it presents an opportunity for learning and, in many cases, transformation toward improved performance and personal character.

I came to know David Lira in or around 2007 through my wife Maria (Mimi) who is life long friends with David's wife Jacqueline and her sister Jennifer Crane (daughters of Tom Girardi). I was immediately taken with David's quiet sincerity and the incredible attention he pays to people as they speak. I must admit, it was noteworthy (and a bit disconcerting) to have someone pay that much attention to my words; especially as a new transplant to LA where no one seems to listen to what you say or dig deeper to understand what you mean. Since that time I've had multiple opportunities to sit with David at small dinner gatherings and in larger, more widely attended events (fund raisers, etc) and have noticed his genuine interest in what others think. He really cares what others have to say and engages with people to understand perspective on all topics; even on current issues where one's foundational beliefs can so drastically guide their conclusions. I believe this quality indicates a willingness to understand and learn from one's experiences; to admit mistakes and grow.

The Lira and Stolpe children have known one another throughout the years and some even attended the same pre-school. In that setting I came to see David as intensely proud and supportive of his children. He is a good father and patient counselor as he's helped his kids navigate their academic paths and progress into their careers. Over the years David and I have spoken about his children's aspirations and, while he didn't always seem to agree with some of their choices, he was so obviously proud of their accomplishments and hoped so much for their success and happiness.

I have also known David to be a man of faith as we regularly saw one another at mass at St. Philip the Apostle Catholic Church in Pasadena. He often attended with his family, but I also saw him there by himself, meditating in solitude. I cannot speak to his current attendance as my family moved to another parish a few years ago, but can say that we saw him at church before David's current legal situation occurred.

I am happy to answer any questions or expand on any of the above comments in support of David. Please do not hesitate to reach out.


Sincerely yours,

David E. Stolpe

Robert H. Smith
1277 Parkway Ave
Pasadena, CA 91103


The Honorable Judge Mary M. Rowland


Re: The Character, Ethics and Behavior of David Lira


To establish the quality of my personal expression regarding the personal character, ethics. and values of David Lira I would like to note the following:

As a California Law School graduate I spent my 30-year early career as a banker, rising to serve as Chairman and CEO of both Security Pacific Corporation and Security Pacific Bank, then the 5th largest in the United States. I later became the Chief Operating Officer and member of the Board of Directors of Bank of America. During my career I served on 6 NYSE boards, as trustee of two major universities and the advisory board of the Securities Exchange Commission and the board of trustee of the Pacific Coast Stock Exchange. I also led the formation and operation of a major community bank in Orange County. My experience and exposure to the quality of people in the professional and business world has been significant.

With this background I would like to validate and assure those interested that I have witnessed David Lira consistently demonstrating to me, his friends, the community as well as numerous business and professional acquaintances, the highest level of character, ethics and values. There is no question in my mind that David is and will continue to be a positive and constructive member of his family, the law professional and local community, notwithstanding any past misstep. He is fully worthy of our continued trust and confidence.


Sincerely,

Robert H. Smith

**Jeffrey M. Smith**
1064 Chula Vista Pl
Pasadena, CA 91103
Kwaj61@gmail.com
(213)247-1234

July 19, 2025

The Honorable Mary M. Rowland

Dear Judge Rowland,

Thank you for considering my letter on behalf of David Lira. I have known David for over 20 years, having met him through his marriage to his spouse who I have known for over 50 years.

I have lived in Los Angeles for most of my adult life and have worked in the trust/investment/advisory business since 1985. For the past 18 years, I have worked as a managing director for Wells Fargo Bank. In both my personal and professional life, I hold integrity and trust as two of my core values.

I am honored to write a letter of support for David because I feel he shares my belief in honesty and character. David is a person that I respect as a father, friend, attorney and member of the community. David is a remarkable person who I see almost every month. Since we have children close in age, our get-togethers usually involve our families.

My first encounter with David was when he coached my twins t-ball team. He helped them love to be at practice and enjoy themselves at games because he instilled confidence and joy through the way he interacted and coached.

At family "get togethers", David always takes the time to engage with my twin sons and shows interest in what they are currently doing and what's going on in their lives. He is one of the rare adults that enjoys counseling and advising young adults. He uniquely has shown interest in my twins well being as they have moved on to college and recently graduated. He always asks how their day/month/year is going with a sincerity that they notice and admire.

David challenges us all to see issues from both sides and he always makes one feel that he respects their thoughts. In my personal and professional life, I also like to look at situations from all perspectives as I have in this case. I feel David applies these same ideals to his job as a lawyer. I believe he went into the field of law to help those that are less fortunate and need his assistance. As I have followed his career, I have seen how his tries to help those in need. Without commenting on the details of David's case that I have thoroughly reviewed, I still keep going back to how difficult it must have been for David to work for the father of his spouse and to try to resolve the situation. What I do know is that David is a man of integrity and trust in all aspects of his life.

When you meet people on a regular basis, there are some that you have surface level discussions with and there are others that you get extremely close to and you feel you know

Doc ID: 8e2be7efcfea10ba0a05208ce617fdfefbb5ae50

well. David is someone that I have had long discussions with and I feel I know that he is a person with strong moral convictions and he values doing the right thing- first and foremost.

My review of this case does not change my opinion of David. He is an person I admire and respect and I value his ideals and character.


Warmest regards,

Jeffrey M. Smith

Dear Honorable Mary M. Rowland,

I am writing to express my support for David Lira and to share my belief that he is an honest and ethical person and I wholeheartedly support him as a qualified attorney. I am a "stay at home mother" and have the honor and privilege to call David Lira a friend.

I first met David almost 20 years ago when he was my twin sons' T-Ball Coach. I was immediately drawn to the patience and warmth he showed toward a team of four and five year olds. This experience drew us to David and his family and we consider them to be some of our closest and dearest friends. We are fortunate to even spend some holidays together as families.

Whenever we're together, his priority is to check in with each person in the room and see how they're doing, how life is going for them and what is happening in their lives. He never inserts the events of his life nor does he ever try to bring the conversation back to himself. David is committed to learning more about others than he is about talking about himself-he has no ego.

David has always shown deep compassion and sensitivity for the underserved and anyone who is considered a victim or exists in the margins. David is selfless, sensitive and has a "heart of gold". I have always believed and continue to believe he shows empathy for his clients and is honest and ethical.

Thank you in advance for reading this letter in support of a wonderful human being, David Lira.

Sincerely,

Laurie Smith
223hotpink@gmail.com

24 July 2025

To The Honorable Mary M. Rowland,

My name is Marshall Smith, and I am 22 years old. For much of my life I have enjoyed the privilege of knowing David Lira, his wife Jacqueline, and their four children. Thus, I'd like to share a few brief remarks on my high regard and respect for David.

When I was younger, I did not know David quite as well. By the time I reached middle school, for instance, I had met him only a handful of times. But something was already clear to me: David wasn't just another adult. I perceived him as smarter and wiser than most people I had met. Perhaps he seemed to have a serious and professional demeanor. In any case, he quickly gained my respect and favorability.

I can gladly say that in the past seven or eight years, our families' friendship has really flourished. During that time, I have come to recognize how caring David is. In a world where people increasingly prioritize themselves, David's focus and interest always lands on others. He cares greatly about his clients, and he clearly views himself as a public servant. No matter the circumstance, David places the client and the law far above himself. That same sentiment flows smoothly into his personal life, as evidenced by the sincere attention he shows to my family and me.

Whenever I spend time with the Liras, I can expect a direct conversation with David. And for him, this is not just a formality. A natural conversationalist, David truly intends to learn about me. Moreover, David's thoughtful engagement makes clear his affection for others. He is both generous and considerate, making everyone feel welcome to the table. David seeks out any guest with an inviting set of questions interwoven with his own insights. Rather than impose his worldview on others, he conveys a genuine intention to listen, learn, and connect. Despite my relative youth, I have always been treated by David as a peer and an equal.

David often finds himself at the center of any conversation, and for a good reason. He brings an insightful perspective, such that people like myself enjoy listening to him. And do not be mistaken, David is never afraid to speak his mind. With him I always learn about legal topics as well as something completely unexpected, ranging from local street art to the best sandwich shop in Chicago. Just as David's presence transforms a room, his absence leaves something to be desired.

Lastly, I have tremendous respect for David's leadership and wisdom. He is deliberate in his decisions and thinks very carefully. Furthermore, I have met few people who inspire as much confidence as David. I admire his benevolence and honesty as they become increasingly rare in

today's world. I similarly appreciate that I can freely ask him for advice, feedback, or inspiration. Ultimately, I am grateful to have shared many special moments with David, and I look forward to deepening our friendship in the years to come.

I hope my reflection has conveyed my high regard for David, and I thank you for your time and consideration.

Sincerely,

Marshall Smith

Mary Ann Lanchantin Smith
6645 Indian Garden Road
Petoskey, MI. 49770
(626) 485-4981

July 14, 2025

The Honorable Mary M. Rowland

Dear Judge Rowland:

My husband, children and I have been friends with David Lira, his wife and family for over 20 years. Our sons were friends, classmates and team-mates in a variety of sports from grammar school through high school. As such, I feel particularly well-qualified to write a personal letter of character for David.

From leader to friend, from husband to father, I have seen David in a variety of roles and situations. When we were invited to the Lira's home for dinner, I witnessed David to be a loving husband, treating his wife with respect, equality and support. He made everyone feel welcomed. It was during these personal friend moments, I saw David as the thoughtful father with the goal to raise his children to be honest, grateful and hard-working, while instilling the philosophy of helping those less fortunate. I cherish the many, heart-felt laughs when we discussed the challenges of parenting in the early age of iPhones, SnapChat and Facebook. David is a true gentleman and leads by example, and I experienced his thoughtfulness often when I joined the parents on the sidelines of the lacrosse field. David would be among the first to offer up his chair to me, stand up to greet me, and always insured I felt welcome when I was traveling solo to a game. I also saw him as a leader as a Board of Trustee Member of Mayfield Junior School, where he served with respect, honor and generosity. Most of all, I hold dear how David served as a role model to young men like my son during those early formative years.

My husband and I moved out of California a few years ago. When we visit Pasadena, we make it a priority to get together with David and his wife, Jacqueline. We value our friendship, and he has been a cherished gift to us for over two decades.

I have read the "Plea Agreement," and I understand the charges are very serious. Nevertheless, the agreement does not change my opinion or feelings. I have experienced David to be an honest, authentic and deeply caring man.

Sincerely,

Mary Ann Lanchantin Smith

**Michael J Smith**
**6645 Indian Garden Rd**
**Petoskey, Michigan 49770**
**(626) 485-1854**

July 10, 2025

The Honorable Mary M. Rowland
United States District Court
Northern District Illinois
Eastern Division

Dear Judge Roland:

I am writing to express my unconditional support for David Richard Lira and to share my personal experience of his exemplary character. It is my opinion and belief that David is a man of great character, possessed of good morals, has a high sense of honor, and a deep sense of personal responsibility.

I first met David in the fall of 2006 when my son transferred elementary schools and became a classmate of David's son. For close to 19 years we have shared many of life's experiences and there has never once been a time that gives me a reason to question his character. These experiences have been diverse in nature; from traveling for sports tournaments and serving on different school volunteer positions, to having family trips and sharing in life's celebrations. We have developed a very authentic and healthy friendship and this has given me the unique opportunity to know David Lira for who he is. I consider this relationship a gift and I am very grateful and proud to call him my friend.

I have read the Plea Agreement and Factual Basis with David Richard Lira. I regard this very serious but it does not change my opinion of him. As previously stated, I have never once had an occasion to question his character or judgment.

Respectfully,

Michael J Smith

Michael J. Smith

July 2025

Dear The Honorable Mary M. Rowland,

It is an honor and privilege to write this letter in support of David Lira.

I am currently 22 years old, but I first met David about 19 years ago when he was my first t-ball coach. Although I do not recall much, my twin brother and I enjoyed being friends with another set of twins, Carolyn and Elizabeth, and I remember having lots of fun running the bases with David.

Fast-forward to 2015, Carolyn, Elizabeth, Marshall and I all joined the same Academic Decathlon team at our elementary school. This gave our families the chance to reconnect. One Easter, we figured out that we were all on vacation in the same town, and my family met the Liras for dinner. That night, we got to know David and his family, and I remember falling out of my chair from laughing so hard. From then on, these past 10 years, I have gotten to know David and his family very well, them now being some of my closest friends. In this time, I have developed a deep respect and admiration for David.

One of the things that jumps out to me most about David is the sincere care and interest he shows towards others. Whenever I see David, he doesn't ask a random question or waste time with pleasantries. Rather, David takes the time, out of true concern, to hear about my life and what has happened since we last saw each other. His questions make me think and reflect on my own circumstances. David motivates those around him.

While our two families started having frequent weekend dinners together, the true honor came when we scored a coveted invite to the Lira Family Christmas Eve Dinner. David's wife, Jacqueline, looks after every detail to make it a special evening. At the same time, David carefully, yet organically, organizes a meaningful toast. While David always offers some of his own insights, every year, he integrates a small selection of his guests. David choses one member of each family to stand up and offer a reflection on the past year, quietly messaging them their prompt before-hand. At one of the most important nights for their family, David's selflessness is on full display. Rather than just talking by himself (which no one would mind if he did), David focuses on others. And none of it is for show, but because he loves and celebrates those around him.

Often when we arrive for dinner at the Lira house, everyone scatters. Several of us sit outside, some hang out by the bar, and others are in the kitchen. However, I have always noticed that David frequently sits on the couch inside. You might think he wants to be indoors, or likes to sit by the fireplace. Maybe those are true, but this also allows David to spend one-on-one time with every guest. The couch inside becomes his 'office,' and spontaneously, every guest takes a turn sitting with him. We catch up and chat, away from everyone else. Time with David is always unhurried and sincere. David can sit anywhere, and the group will gravitate towards him.

David is one of those people whose personality is hard to put into words. He has a unique ability to balance seriousness and humor, and has some of the best comedic timing I have ever seen. In conversations, David is focused and curious, knowing just the right time to drop in one of his hilarious one-liners. He helps us all find humor in small things. Although he may seem quiet and serious, David can really bring any group of people together. David has an interest in life that makes everyone around him think about the bigger picture. When David is at the head of the table, you better be ready to answer one of his great prompts for the group, like "which three historical figures would you like to go to dinner with?" David uses every opportunity to get to know others better. But don't expect David to throw you a softball. Sometimes his questions are tough. He isn't afraid to make us think differently, and pushes all of us to see things from a new perspective. Today, these traits are invaluable.

I have the fondest memories with David; little moments, excerpts from toasts, and great questions. However, I think David would agree that one of the greatest testaments to himself, his values, and his life is his family. Every member of the Lira family is special, and in reflecting to write this letter, I realized that they each showcase David's best qualities…

David's wife, *Jacqueline,* is truly one of my favorite people I have ever met. Like David, she reminds us all to enjoy every minute and try to find the good in everyone and everything. No one is more generous than her and David.

*Elizabeth* cares so much about people less fortunate than us and who come from different walks of life. She shares David's integrity and commitment to what is right.

*Carolyn* is calm, cool, and collected. Just like David, she is level-headed and sincere, always trying to get to know others better.

*Catherine* follows David's desire to put others before herself, always thinking of ways to help. Catherine cares deeply.

And lastly, *Michael* pushes others to think critically and from different perspectives. As you can see, David's family is the best reflection of his character.

These past five years have been extremely challenging for the Lira family. They have gone through things many of us cannot imagine and will never face. Despite this, the Lira family has given us all an example to live by. I know they have had some dark days and moments of despair, but all of their best qualities have only become more present. Even amidst these struggles, David and his family continue to put others first. They are as generous as ever, still show so much joy when spending time us, and continue to care deeply for their community. David's curiosity and questions have never subsided, and if anything, his family has shown us all what it means to stick together and stay true to your values and character, no matter the circumstances.

I just graduated college and probably do not have the credibility as some of the others writing these letters to you. However, I hope you trust that having grown up under David for much of my life, he is an exceptional human being who is hard to come by. David has taught me so much, and I would stand up for him in any situation, as he would for me. David is the kind of person I wish everyone would get the chance to meet in their lifetime.

Sincerely,

Owen Smith

July 22, 2025

To The Honorable Mary M. Rowland,

This letter is written on behalf of Thomas S. Tighe, Deputy Project Manager at Northrop Grumman Corporation; Katherine C. Tighe, Robotics Mechanical Engineer II at an aerospace company; Julianne O. Tighe, Mechanical Engineer II at an aerospace company; and me Melissa A. Tighe, Instructor at Mayfield Senior School.

Our family has known David Lira for 22 years since our oldest children began grade school together. David is one of those people who sets the standard for servant leadership. He is a man for others. He and Jacqueline are examples of how to live humbly and in service of others. When we were new to the Pasadena community they were as warm and inclusive as if we had known them forever. Their door was as open to us as to their own families and that means a lot when you are an outsider. David also modeled the gold standard for a high-status individual. He made the effort to make others feel seen and respected and heard. His priorities were clear from his actions and from how he chose to spend his time and money – service to others, family, kindness, and the greater good.

While we had the usual interactions of two families raising their children together at the same schools, parishes, and family neighborhoods, we also had a specific interaction where David went the extra mile for us. In 2001 our younger daughter, Julianne, at age four, contracted Acquired Idiopathic Aplastic Anemia and required a bone marrow transplant at City of Hope. Her transplant was successful, and she was cured. She was able to begin kindergarten with David's second child. Less than a year later Julianne relapsed with the likely cause some sort of poisoning to her system. We were able to discover that a gallon of the banned pesticide, chlordane, had been poured under our home undiluted and ignorantly by some former homeowner and the outgassing had poisoned our daughter. Our family incurred considerable loss of well-being, time, money and property. David – having worked with Erin Brockovich – generously offered his time and expertise to speak with us without compensation. He was there for us, new people to a community, never expecting anything in return.

As someone who has met hundreds upon hundreds of families in my 31 years of teaching in this community, I can say David is an exemplar of the kind of person all our better selves strive to be.

Thank you for your time and consideration,

Melissa, Tom, Katherine & Julianne Tighe

Jennifer K. Webster
625 Berkshire Ave
La Canada, CA 91011

July 17, 2025

Re: David R. Lira

The Honorable Mary M. Rowland
United States District Court
Northern District of Illinois
Eastern Division

Dear Honorable Rowland,

My name is Jennifer Webster, and I am writing this letter to offer my support for David R. Lira. I have known David and his wonderful family for over twenty years. We first met at our children's school, Mayfield Junior School. I have spent many occasions with David. They include dinners at his home, going to numerous high school football games and related school functions, and other get togethers with family and friends. In each of these environments over the past twenty years I have known him, I have found David to be an upstanding gentleman with moral character, integrity, and a very loyal friend. David has always treated me and my family with kindness and respect.

Thank you for your consideration.

Respectfully,

Jennifer K. Webster

**John P. Webster**
**5636 Van Nuys Blvd., Suite "A"**
**Van Nuys, CA 91401**
**818/515-1868**

July 15, 2025

Re: David R. Lira

The Honorable Mary M. Rowland
United States District Court
Northern District of Illinois
Eastern Division

Dear Honorable Rowland,

My name is John Webster, and I am writing this letter to offer my support for David R. Lira. I first met David and his family in 2006 when we met at our children's school. Since our children were close with David's throughout high school, I have spent many occasions with David at his home, numerous games, and related school functions as well as many dinners with mutual friends. In each of these environments over the past seventeen years I have known him, I have found David to be an upstanding gentleman with moral character, integrity, and a very dedicated friend. David has always treated me and my family with respect.

Please contact me if you would like to discuss my relationship with David in more detail.

Thank you for your consideration.

Respectfully,

John P. Webster

August 11, 2025

The Honorable Mary M. Rowland

Re: David Lira, Esq.

Judge Rowland:

I have known and respected David Lira for 45 years. We attended St. John Bosco High School together, although David was one year ahead of me. David was a leader on both the football and track teams. He was looked up to by most on that campus and was, even then, a champion for the underdog. David and I attended rival colleges (USC/UCLA) but that fact never diminished my respect and admiration for David. We didn't see each other for a long time while we embarked on our respective legal careers. He as a plaintiff's litigator and I as in-house counsel with a global investment manager. When we did reunite it was at Mayfield Junior School of the Holy Child Jesus. David's twin daughters and my son have been best friends since kindergarten at Mayfield. They remain so today! As a member of the board of trustees of Mayfield he promoted admissions policies that ensured a student body that reflected the cultural, economic and ethnic diversity of our community. He helped raise substantial contributions for our endowment. Mayfield is an elite grammar and middle school. David helped make Mayfield accessible to many who would not have had the opportunity, but for his efforts. His twin daughters and my son matriculated at Flintridge Prep (High School) so I had frequent and significant contact with David. His daughters are exceptional human beings and are a reflection of the values of hard work, honesty and integrity learned from both parents. David and his wife Jacqueline raised and taught their children by example. I have never met anyone that had a negative thing to say about David. If this letter sounds hyperbolic; I assure you it is not. David is a straight up decent human being and I'm proud to call him my friend.

Sincerely,

Samuel P. Ynzunza, Esq.

**Peter J Zarifes**
1817 Warwick Road
San Marino,CA 91108
pzarifes@gmail.com
(310) 994-7902

**August 12, 2025**

The Honorable Mary M. Rowland
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

**Re: Character Reference and Request for Leniency for Mr. David Lira**

Dear Judge Rowland,

I am writing to you as a personal friend of Mr. David Lira, whom I have known for over twenty years. I respectfully ask that you consider this letter as a character reference in support of Mr. Lira, and to request leniency regarding the contempt charge he is currently facing, related to his decision not to testify against his father-in-law.

Over the two decades I have known David, he has consistently demonstrated integrity, compassion, and an unwavering commitment to his family, profession, and community. He is not only a dedicated attorney but a pillar of the community—known and respected by many for his professionalism, humility, and service.

I understand the seriousness of the proceedings before you, and I do not intend to minimize the importance of the court's role or the obligations of those who appear before it. However, I believe that Mr. Lira's decision, while legally consequential, was rooted in complex personal loyalty rather than any intent to obstruct justice or deceive the court.

David has spent his career upholding the law and advocating for others. He continues to be a source of stability for his family and a valuable member of our community. I truly believe that removing his ability to practice law or subjecting him to severe penalties would not serve justice, but rather cause further harm to a man who has otherwise lived an honorable and impactful life.

With sincere respect for the Court and its processes, I ask that you consider his long-standing good character, the personal nature of his decision, and the profound impact a harsh sentence would have on his family and community.

Thank you for your time and consideration.

Respectfully,
**Peter J. Zarifes**

# Attorney & Colleague Letters for David Lira

# Table of Contents Attorney & Colleague Letters for David Lira

Ernest P. A. Gorri
Alice T. Almeida
Phillip A. Baker
David Bigelow
Richard D. Burbidge
Maria L. Carlos
Vincent J. Carter
Stuart R. Chandler
Archie Chin
John M. Coleman
Judge Jaime R. Corral
Elizabeth Lane Crooke
Sydney M. Desman
Christopher B. Dolan
Darrell Done
Thomas J. Doud
Carl E. Douglas
Peter Dubrawski
Ricardo Echeverria
Patricia Estrada
Pat Farrell
Dana Alden Fox
Jacqueline Garcia
Daniel Ghyczy
Thomas Ghyczy
Steven C. Glickman
Jeff Gold
Ellen Vernon Hatch
Toby Hayes
Brian J. Heffernan
Hon. Joe W. Hilberman, Ret.
Lauren Horwitz
Vincent D. Howard
Nathan R. Hurd
Andrew M. Jacobson
Basel G. Jamra
Neville L. Johnson
Brian S. Kabateck
F. Anthony Koushan
Christopher A. Kanne
Richard P. Kinan
Frank P. Kelly
Moses Lebovits
Brian J. Leinbach
Larry Lennenman
Jennie Levin
Steven J. Lipscomb
Albro L. Lundy, III
Timothy W. Mazzela
Dana John McCune

Patrick J. McGroder III
Ryan M. McNamara
Timothy E. Metzinger
Michael T. Newell
Minh Nguyen
Dale Nowicki
Pierce O'Donnell
Michael S. Overing
Theresa A. Overing
Michael S. Overing (second letter)
John Padilla
Jacqueline G. Paver, Ph.D. Christina
L. Pesce
Molly M. Pfaffenzeller
James L. Pocrass
Kendric V. Rollins
William O. Rosch III
Renae Salas
Steven C. Shuman
Michael Schonbuch
Daniel Scully Jr.
Daniela Theriault
Judge Mary Thornton House, Ret.
Garret Valerio
Michelle Maria West
Daniel G. Whalen
France White
Mingyu "Lydia" Zu
Justice Victoria Gerrard Chaney, Ret.



DeWITT ALGORRI + ALGORRI, LLP
ACCIDENT ATTORNEYS

July 21, 2025

The Honorable Mary M. Rowland
United States District Court
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street – Courtroom 1225
Chicago, IL 60604

**Re:** **David Lira**

Dear Honorable Mary M. Rowland:

I have known David Lira for thirty years. I am sure you have already received a number of letters of support from members in and out of the legal community about his proven abilities, results and ethics he demonstrated over the decades.

What I ask the court to consider is his personal attributes I am personally familiar with. Despite his tremendous success over the years in so many cases, David remained a humble and decent family man. He is unfailingly generous with his time in volunteering to teach seminars on trial advocacy, in mentoring law students and new admittees, and in even taking calls from colleagues on things as mundane as referrals to expert witnesses. I have never heard David utter a foul word or become rude or unprofessional in any respect, both in and out of the courtroom.

David was the essence of a credit to our profession.

Please allow him to continue to give to the community and to recognize the role that his family predicament placed him in.


Very truly yours,

DeWITT ALGORRI + ALGORRI, LLP

ERNEST P. ALGORRI

EPA:td

DeWitt & Algorri Bldg.
25 East Union Street
Pasadena, CA 91103
Ph. 626.568.4000
Fx. 626.584.3980
www.daalaw.com

Alice T. Almeida
3835 Elm Avenue
Long Beach, CA 90807

August 4, 2025

The Honorable Mary M. Rowland
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 South Dearborn Street
Chicago IL 60604

    **RE: David Lira , Esq.**

Dear Hon. Mary M. Rowland:

My name is Alice T. Almeida. I had the privilege and honor to be David Lira's Legal Assistant from 1998 until 2019 when I retired from my employment at Girardi Keese.

It saddens me immensely that I have to write this type of letter, especially under these unfortunate circumstances, because I can honestly say I have never known a more honest, trustworthy or dedicated attorney than David Lira. It's not just because he was my boss; but because his reputation for honesty, integrity, compassion and hard work have always been the moral pillars of David's character. It's important to me that I speak up now because I've worked so closely with this phenomenal man and I can attest to his moral principles on a first-hand basis.

I would like to share some of my insights about David the attorney - First and foremost his compassion towards every client who sought his advice, guidance and representation; his honesty in assessing each and every case presented and evaluating it fully before taking it on; and a work ethic above reproach. As my boss, David always displayed a meticulous work ethic and regimen by which our team operated to achieve the best possible result for the client. It was David who led by example. We worked hard because his tenacity inspired and fueled us to work just as hard as he did.

As David's legal assistant, I can attest to the professionalism in which David handles all of his cases. He is one of the best prepared trial attorney's I've ever worked for. David's attention to detail is exceptional; his strategic thinking and planning exemplary. David preps each case as if it will be tried - never relying on the case settling at mediation or on the steps of the courthouse. Each case is given his utmost attention.

At the inception of every case, it is David's custom and practice to prepare a Case Evidence Notebook documenting every aspect of the case. At the conclusion of a case, it is his policy and procedure to ensure that every lien, expert, and other legal expenses are paid in full before officially closing and sending the file to storage. Nothing is overlooked from the inception of the case to its conclusion.

Re: David Lira
Page 2


Many of David's clients had suffered catastrophic injuries or had lost loved ones tragically. He cared about them all - his compassion is truly his greatest asset. This quality was an important incentive for me to continue working for David until my retirement at 72. I thought thought twice about retiring, why? I loved my job, my boss, and our clients.

On a personal level, I'd like to speak about David the husband and father -

"The strength of a man is in his character. A strong man is a great man of wisdom who understands, his top priority is to his family" *(Ellen J. Barrier)*. David's beautiful wife, Jacqueline, and his four children, Michael, Catherine, Elizabeth and Caroline have always been his number on priority. His faith in God and his lifelong commitment to helping victims seeking justice top priorities thereafter.

Then there's David, a life-long friend who has shared so much of my life's journey's. I can never forget his kindness and support. It's been a great finish to my career as a legal secretary of 54 years. I'm reminded of a quote by William S. Burroughs: "... and if you build a good name, eventually, that name will be its own currency."

There should be no doubt in anyone's mind that David is above reproach. David not only has built a good name and reputation as an outstanding attorney, but is an honest human being of great integrity, who I will always be proud to know and have called "Boss."

Sincerely,

*Alice J. Almeida*

Alice T. Almeida



# BK&N

## BAKER, KEENER & NAHRA LLP

### ATTORNEYS

July 9, 2025

Hon. Mary M. Rowland
United States District Court

Dear Judge Rowland:

I am writing this letter in support of the character and professionalism of David Lira. I write this with the knowledge that David has pled guilty to a single count of criminal contempt and is set to be sentenced before the Court on October 8, 2025. I attest that this in no way or manner does his plea change my opinion as to David Lira as an attorney or as a person. I further believe the real picture of Mr. Lira must be presented.

I am Phillip Baker who graduated from USC law school in 1993. I clerked in USDC - Central District by first year out of law school for the Honorable Dickran Tevrizian. Thereafter, I commenced employment at Baker, Silberberg & Keener and eventually Baker, Keener and Nahra. I have been the managing partner for Baker, Keener and Nahra for approximately ten years. Unlike Mr. Lira, we primarily handle civil defense matters. I have volunteered for various legal organizations. I was admitted to the Los Angeles Chapter of the American Board of trial advocates in 2002 and became President of that chapter in 2010. I have received the rank of advocate in the American Board of Trial Advocates. I was honored with the Lee B. Wenzel Civility Award from that chapter in 2017. I have also been a member of the Association of Southern California Defense Counsel since approximately 1996 and became President of the Association of Southern California Defense Counsel in 2007. I am a member of the American College of Trial Lawyers and the International Society of Barristers. I have served on various bench and bar committees with the Los Angeles Superior Court and can provide a resume if so requested.

However, the importance of this correspondence is to try to convey the person, I believe David Lira is. I have had the benefit of knowing him for approximately 30 years as I am familiar with his time at Girardi and Keese as well as knowing him in the community. My family lived approximately a mile from his home as both our families grew up. I fortunately knew Jacqueline Lira, David's wife, for most of my life. They are simply tremendous people. They are generous, kind, humble and lovely parents as they raise their children. I cannot think of a more genuine couple than Jacqueline and David. Further, I have had the ability to watch David as his career advanced. Although on the opposite side of the aisle, it was always admirable to watch David in practice. As I have practiced for approximately three decades, I have noticed that some lawyers may say or commit to an issue and thereafter deny what they said or agreed. This is not David. David's words are a bond. He is an excellent advocate for whom civility is a guide. He is an effective litigant who treats all - the Court, his adversaries and his clients with respect and

July 9, 2025
Page 2

honor. I strongly support Mr. Lira and hope this letter in some way provides a clearer portrait of who he is.

Please contact me at any time if you have any questions. My cell phone number is (310) 567-2161. My private line at my office is (213) 417-0204.

I remain,

Very truly yours,

PHILLIP A. BAKER

PAB:sb

David Bigelow
400 W. Woodruff Avenue
Arcadia, CA 91007

The Honorable Mary M. Rowland
United States District Court
Northern District of Illinois, Eastern Division

Re: In the Matter of the United States v. David R. Lira – No. 23 CR 54-3

To Whom It May Concern:

My name is David Bigelow. I was employed as an attorney at the law firm of Girardi|Keese from 1995 to mid-2020. I retired from full time practice in January 2021 and took inactive status in the California bar in 2023. During my career as an attorney, I have been a member of several trial attorney organizations as well as local, state, and national bar associations, including the American Bar Association, the Association of Business Trial Lawyers, the American Association for Justice, and Public Justice. I have been a member of the American Board of Trial Advocates, the Consumer Attorneys of Los Angeles (CAALA), and the Consumer Attorneys of California (CAOC). I served as a member of the board of governors for CAOC. I was a member of the State Bar's California Commission on Access to Justice. I hold an "AV" rating from Martindale-Hubbell, was a Super Lawyer for over a decade and was rated superb on attorney rating services such as AVVO. I was named the litigation Attorney of the Year by California Lawyer Magazine in 2008 and have been a finalist and nominee for Attorney of the Year for multiple Plaintiffs' attorney organizations. In addition to handling hundreds of individual cases, I was my firm's managing attorney for mass tort litigation for cases involving Rezulin, Baycol, and Vioxx, cases involving almost 10,000 claimants. I have obtained multiple million-dollar verdicts at trial including the first punitive damage award in Los Angeles County under California's statute reviving childhood sexual abuse claims. I list these achievements for the purpose of showing I have been an active and engaged trial lawyer and member of the plaintiffs' bar for over two decades and have dealt with many issues relating to work as a trial lawyer, including case and client management and client relations.

I have read the Plea Agreement in this matter. While I refrain from a personal opinion of the validity of the charges, I can state unequivocally the charges do not change my opinion of David Lira's honesty, integrity, and professionalism. I have known David since 1998 when he first came to Girardi|Keese. David was already an accomplished attorney by that time and I was pleased to observe him at work and to learn innumerable techniques from him that improved my trial practice. Over the decades, I have shared cases and clients with David, attended settlement conferences and arbitrations with him, and tried cases with him. I have even shared an office with him. I have watched him interact with clients, opposing counsel and judges. I have observed the warm affection and high regard with which the members of the legal community hold David. I have witnessed clients' effusive praise and gratitude for David's unstinting labor on their behalf. I have known David to embrace the highest ethical standards throughout my

association with him. I have seen him walk away from potential cases referred to the office, whether by an attorney or an acquaintance, when he believed the claim had minimal legal merit. David has always been one of the most honest and straightforward people I have known, both personally and professionally. I have never observed in 25 years of close interaction a single instance in which David displayed even a momentary lapse of judgment or integrity. It is inconceivable to me that he has ever done so.

Sincerely,

David Bigelow

**BURBIDGE | MITCHELL**

TRIAL LAWYERS
PARKSIDE TOWER
215 SOUTH STATE STREET, SUITE 920
SALT LAKE CITY, UTAH 84111-2311

TELEPHONE
(801) 355-6677
FACSIMILE NUMBER
(801) 355-2341

RICHARD D. BURBIDGE

July 15, 2025

The Honorable Mary M. Rowland
United States District Court
Northern District of Illinois-Eastern Division

Re:     *David R. Lira, Esq. – No. 23 CR 54-3*

Dear Judge Rowland:

I write this letter on behalf of David R. Lira to provide the Court information that I possess as a result of my acquaintanceship with Mr. Lira. I have read the Notice of Disciplinary Charges ("NDC") dated June 14, 2023, and based upon my interaction with Mr. Lira, the charges do not in any way change my opinion of his character.

In respect of my background, I was admitted to the California Bar in 1972, and practiced in Los Angeles with the firm of McCutchen, Black, Verleger & Shea before moving to Salt Lake City, Utah and establishing a practice there. Over time I elected to let my California license become inactive. I maintain an active license with the Utah State Bar and have been admitted to practice in the following courts: U.S.D.C., District of Utah (4/1974); U.S.D.C., Southern District of New York (2022); U.S.D.C. Eastern District California (2022); U.S.D.C. Northern District of Georgia (2023); U.S.D.C., District of New Jersey (2023); U.S.D.C. Middle District of Florida (2023); Ninth Circuit Court of Appeals (1972); Tenth Circuit Court of Appeals (1975); Court of Appeals for the Federal Circuit; United States Court of Federal Claims; and United States Supreme Court.

I have been admitted as a Fellow of the American Board of Trial Advocates ("ABOTA"), the International Society of Barristers ("ISOB"), and the International Academy of Trial Lawyers ("IATL"). I was honored in 2016-2017 to be President of the IATL.

I made the acquaintanceship of Mr. Lira in approximately 2006 when he was admitted as a Fellow of the IATL. I studied his career prior to that time as Chairman of the Admissions Committee for the Academy and reviewed extensive research into Mr. Lira's background and legal career, including reviews of his cases, and input from fellow lawyers and judges before whom he had practiced.

The result of my review of his file with the IATL was that he enjoyed a stellar reputation as a trial lawyer and advocate, and his record bore no evidence, to my review, of any ethical issues.

In approximately December, 2013, I was contacted by Mr. Lira to serve as co-counsel in the matter of *Delbert Williamson v. Mazda Motor of America, Inc., et al.* This is a matter that

Honorable Mary M. Rowland
July 15, 2025
Page 2

had originally been filed in California, had progressed to the United States Supreme Court, and upon the favorable decision of the Supreme Court had been remanded to California and then transferred to Utah ending up in the United State District Court, District of Utah, Central Division.

Mr. Lira and I prepared the case for trial and engaged in substantial efforts in that respect dedicating substantial time in vetting, retaining, and preparing experts necessary for the proper presentation of the case. In that regard, the late Judge Jenkins, sitting on the case, ordered that both parties bring their experts to a pre-trial hearing to be cross-examined as to their qualifications under Rule 702.

As a result of this effort, I gained an intimate knowledge concerning Mr. Lira's skills as an advocate, which were exceptional. I also gained an insight in his concern for the welfare of his clients. In this regard, before my appearance in the case as referenced above, his firm had taken the case to the United States Supreme Court and successfully argued and prevailed in assertion of rights to attack the unsafe and hazardous performance of lap belt seat belts as opposed to shoulder three-point seat belts. The firm could not have ever expected, and never received, a financial reward that could ever repay its efforts on behalf of its clients.

As a result of our joint efforts in the case, David and I, and others, were cited as California Consumer Lawyers of the Year in 2017.

In all respects in our work for the clients, Mr. Lira was forthcoming, showed full fidelity to the obligations to properly represent facts and law honestly and forthrightly to the court. He was prepared for the tasks which were assigned to him and executed his responsibilities very effectively.

Nothing in my history and involvement with David Lira, including working closely in the actual litigation of the above-referenced case, suggested to me that Mr. Lira was anything but an honorable, ethical, and effective advocate for his clients. The case resolved with a settlement. All costs were paid by Mr. Lira's firm, and the funds due to the client, as well as those to which we were entitled were paid promptly and in full.

If there is additional information that I can lend to the Court, I am ready, willing, and able to assist.

Respectfully,

BURBIDGE MITCHELL

Richard D. Burbidge

RDB/cfs

**Maria L. Carlos**

13109 Faust Avenue
Downey, CA 90242
(562) 896-4333

August 10, 2025

The Honorable Mary M. Rowland

Re:     David Richard Lira

Dear Judge Rowland:

I am now and for over 40 years have been a Legal Assistant. During those 40 years, I have worked for many attorneys, and I can honestly say that David Lira is one of the best that I have worked for. I worked for Mr. Lira as his Legal Assistant from July 3, 2018 until July of 2021. During that time, I got to know Mr. Lira quite well, both professionally and on a personal level. He always demonstrated an extremely high level of professionalism in everything he did and was always fair, honest, and compassionate towards everyone he came in contact with, but especially towards his clients. He never asked me to do anything that would lead me to believe that he is anything but a very ethical and decent attorney who worked hard to serve his clients.

After Girardi Keese closed, I had no reservations in following Mr. Lira to Johnston, Hutchinson & Lira, and then to Engstrom, Lipscomb & Lack. The only reason I stopped working for Mr. Lira is that the Engstrom firm is located in Century City, which made it a much longer and more difficult commute from my home. If he had been at a location with an easier commute, I never would have stopped working for him.

Mr. Lira was not only my employer, but I can honestly say that he was also my friend. Working closely with him on our many cases afforded me the opportunity to really observe his character, how he treated and interacted with his clients, and how he handled his cases. I was also able to see him not only in his role as my employer and as an attorney, but also how he was as a father, husband and friend. He was always there to lend a hand and do whatever was needed for anyone. Although he was going through a very trying time, he was always kind and when I decided to leave his employ he was understanding and wished me the best. I never saw Mr. Lira cross or take out his frustrations on anyone. I have worked for many attorneys and can't emphasize enough how I believe he is one of the good ones.

I can only hope that all of this will be considered, and I respectfully thank you for your time.

Very truly yours,

Maria L. Carlos

VINCENT J. CARTER
1001 Fremont Avenue, Unit 3628
South Pasadena, California 91031-7104
vincentjcarterlaw@gmail.com
(213) 280-0374


August 14, 2025

The Honorable Mary M. Rowland, US District Judge
United States District Court for the Northern District of Illinois


Re:    David R. Lira

Dear Judge Rowland,

        My name is Vincent Carter, and I write to share a little of what I know of David Lira's
character and ethics as you consider his sentencing. I worked with David at Girardi Keese for 14
years, and I know him to be a man of high ethical standards and deep personal integrity. Having
worked for Thomas Girardi, having experienced the odd dynamic of that law firm, I have some
understanding of the environment in which David came to breach his responsibilities as he has
pleaded guilty to. What he did was wrong, but I believe it was only in that peculiar environment
that he could have so compromised his integrity.

I have practiced law in California since 2000, primarily civil practice based in the Los Angeles
area. From 1998 through 2013, I worked at the law firm Girardi Keese, first as a law clerk and
then as an attorney. I first met David shortly after she was hired by the firm, when I was assigned
as his law clerk in summer 1999. I served as his law clerk until I was sworn in as a lawyer in
December 2000, then continued under his tutelage as a young attorney. We spent thousands of
hours together sharing daily case work, frequent lunches and firm events, and many days on the
road. In addition to legal knowledge, I gained a deep appreciation of David as an attorney and a
friend.

My first impression of David was that he was an ideal trial lawyer. He had a profound legal
knowledge combined with an open, gregarious manner which appealed to jurors and judges
alike. He was passionately committed to making our injured clients whole again, and very
conscious of the tactics that defendants used to delay that justice. David was always proud when
he got a large settlement or award for our clients, but never discussed such results in terms of
personal gain. When circumstances led to a small settlement he often reduced our fee or ate costs
in order to maximize the client's net recovery.

Many of our cases involved plaintiffs (and sometimes defendants and witnesses) dealing with a
deeply emotional experience. David taught me to always be sensitive to those emotions and to
never forget that behind the motions, discovery and subpoenas were real people who deserved
compassion and consideration, even if they were adverse to our case. He always advocated for
civility and respect towards the court and towards opposing counsel. While he instilled in me the

VINCENT J. CARTER
1001 Fremont Avenue, Unit 3628
South Pasadena, California 91031-7104
vincentjcarterlaw@gmail.com
(213) 280-0374

importance of meeting deadlines, he was always agreeable to a defendant's request for an extension or other accommodation.

In training me to handle my own cases, David taught me to avoid gamesmanship and sharp practice. He always showed that there was no reason to be nasty to opposing counsel and no reason to escalate a situation in which they chose to be nasty. He was a strong believer in being polite and amicable not just to judges and lawyers, but to their staff as well. His actions always reflected a belief that assertive advocacy never required discourtesy or dishonesty. Despite the offense before you, I will always proudly claim David as my mentor and friend.

In addition to admiring David as a lawyer I also admired his love and commitment to his wife and children. David was always happy when Jacquline called during the day and always lit up when talking about his kids as they grew. When visiting his home it was evident that that love was returned and more. It was always clear to me that the Lira's was a loving household.

When I learned of David's involvement in the matter before you my first thought was that David could only have acted wrongly under the peculiar circumstances at Girardi Keese. The firm reflected the personality of its founder, and the toxic effects of that personality affected all of us. Thomas Girardi was a complicated, mercurial mess of positive and negative qualities, often contradictory. Over the course of my time at the firm, the negative began to consistently outweigh the positive. Much depended on his mood, day to day and often hour to hour. Bringing him an idea or question required timing and strategy. He could be friendly and generous one moment and harsh and petty the next. Girardi was particularly vindictive towards attorneys who left the firm. They would become personae non gratae, and he would badmouth them to anyone in his wide circle. That circle included many influential attorneys, judges and politicians.

I did everything I could to minimize my interactions with Girardi and focus on the benefits of working with lawyers like David. The firm attracted exciting, important cases involving severely injured clients much in need of strong representation. Many of these cases were against powerful businesses that cut corners to save pennies and injured people as a result. Opposing them required great skill and tenacity. Girardi Keese attracted a strong stable of extraordinary lawyers and none was better than David. Even after I stopped working on his cases he remained a mentor, generous with his time and always available to discuss issues both legal and personal. Sitting second chair to attorneys like David was a front row seat to some of the country's best trial lawyers in action.

The satisfaction of handling important cases and working with good, hardworking lawyers usually made stepping on eggshells around Girardi tolerable. Nonetheless lawyers did leave the firm, and I think we all thought about it regularly. There were several occasions when David and I discussed this, and David expressed frustration that he couldn't leave because of his family connection to Girardi and Girardi's retaliatory attitude toward attorneys who left. Specifically I remember him saying that Tom was his children's grandfather and that he could not risk severing that relationship. I believe this, and other considerations, kept him at Girardi Keese for so many

VINCENT J. CARTER
1001 Fremont Avenue, Unit 3628
South Pasadena, California 91031-7104
vincentjcarterlaw@gmail.com
(213) 280-0374

years and positioned him to act as he did. I say this not to excuse his offense, but to support my belief that this offense was due to a singular set of circumstances that will not occur again.

I know you have a difficult decision before you. I hope this letter has provided some additional insight into the man you will be sentencing, my friend and mentor, David Lira.

Sincerely

Vincent J. Carter



July 11, 2025

Honorable Mary M. Rowland
United States District Court
Northern District of Illinois
219 S. Dearborn St., #1225
Chicago, IL 60604

     Re:   *David R. Lira*

To the State Bar:

     I write to you in support of someone I have long considered to be the very definition of what an attorney should be. David R. Lira. A talented yet humble, and above all, ethical attorney. By way of personal background, I provide you the following:

     After graduating from Claremont Men's (now McKenna) College with Honors in 1976, I attended law school at Willamette University College of Law in Salem, Oregon. I was fortunate to secure a position with the Oregon Attorney General's office as a law clerk in the Solicitor General's department where I was allowed (per their student appearance rules) to brief and argue many cases in the Oregon Court of Appeals on behalf of the State. After law school I returned to my hometown of Fresno, California where I began as an associate at the firm of Baker, Manock & Jensen. In my time there (1979-1984) I was assigned to work primarily on medical malpractice cases for a major insurance carrier. I also tried personal injury cases for plaintiffs and represented employers before State agencies. I was recruited to work for a small firm but left there after a year to embark on a solo practice focused on personal injury plaintiff representation. In my nearly 40 years in this field, I have been fortunate enough to have tried and won dozens of cases ranging from eight figure personal injury and insurance bad faith to seven figure medical malpractice and employment class action matters. In 2016 I was lead counsel in a wage and hour class action jury trial in the Eastern District of California. The case, *In Re Taco Bell,* involved about 30,000 Taco Bell employees and resulted in a favorable verdict for the class. I was invited to join the Board of Governors of the Consumer Attorneys of California in 2002 and have served on that Board ever

State Bar of California
Re: David R. Lira
July 11, 2025
Page 2 of 3

since. I have been in the top five finalists for Consumer Attorney of the Year twice. I served as President of the Central Valley Trial Lawyers Association for 3 years and have been on several local non-profit boards. I have been an invited speaker at many trial lawyer conferences, including those put on by the Consumer Attorneys of California, San Francisco Trial Lawyers Association and Western Trial Lawyers Association. I have been co-counsel with many of the State's leading personal injury firms. By virtue of my four plus decades in civil litigation in a variety of roles and working alongside (and opposite) some of the best and brightest lawyers, I believe I have developed a good sense of not just quality legal work, but also what compassionate, dedicated and ethical representation looks like. Unfortunately, I have also seen and come to recognize not just "bad lawyering," but dubious tactics and standards from some who have otherwise been esteemed as great lawyers.

With this in mind, I say without hesitation that David Lira has for many years been my gold standard for what a lawyer should be. I cannot think of any attorney, including judges and justices I have known for years, that I would hold in higher regard.

Having served in a leadership role with CAOC for over 20 years, I have become very familiar with the reputations of those who are often regarded as some of the State's best trial lawyers. From the time I became familiar with the name David Lira (probably about 15-20 years ago) it has always been widely known that he embodies what we all aspire to: a trial lawyer who is skilled, hard-working and professional in all of his dealings with other lawyers and judges. I have served on the CAOC Education Committee and been a member of the Consumer Attorneys of Los Angeles for many years. I know that David was a regular speaker at conventions because of how highly regarded he has been.

No doubt others have pointed to David's many awards for his skills as a trial lawyer. And all well deserved. But many who win big verdicts and settlements do so at the expense of others. Not David. I recall, before becoming acquainted with David, I was talking with another lawyer about a case I was handling. He told me that David was someone who might have some insight. I called and in short order he spent quite some time helping guide me through some issues I was dealing with. Quite the professional courtesy from a highly regarded LA trial lawyer to a Fresno not-so-famous attorney.

In the years since, we have spent more time together. While he was in trial in Fresno many years ago I would go watch. It was an exceptionally challenging

State Bar of California
Re: David R. Lira
July 11, 2025
Page 3 of 3

wrongful death case where a settlement offer was made shortly before trial. The offer would have covered the costs advanced by the Girardi firm and paid a nominal fee but left very little for the clients. The clients did not want to accept the offer. I know that many attorneys in David's situation would have been forceful with the client to insist on settling – out of self-interest in recovering costs and getting some fees on a case with a high risk of losing. I recall having dinner with him and him saying that the right thing to do for the clients is to try the case because the settlement would leave them with so little, but the possibility of a favorable verdict could make a difference for them. In the end, the verdict for the plaintiffs was not what had been "hoped" for and David elected to reduce (or possibly waive – I am not sure) attorney fees so that the clients could have a financial recovery.

At many of the CAOC and CAALA conventions David has initiated reaching out to me to invite me to lunch or dinner. Never hustling for case referrals, but just taking time to meet with a colleague and talk about life, family and how to be better lawyers. In contrast, I have been local co-counsel with some of the biggest names in the California plaintiffs' bar, and in most cases, find they are all about the hustle.

I am available to provide anything further the Court might ask of me. I will close with the sincerest hope that sentencing does not preclude David Lira from continuing to practice law for many, many years to come. Having seen him helping injured people in and out of the courtroom, having seen him helping other lawyers as a lecturer at conferences and a mentor to many, and having seen him interact with family, friends, colleagues and me in the most caring and gracious manner, I have the highest regard for David Lira as a lawyer, as a fellow citizen and a exceptional human being.

Respectfully,

Stuart R. Chandler
Attorney at Law
**STUART R. CHANDLER, APC**

SRC:SRC

**ARCHIE CHIN**
**200 MONTE VISTA LANE**
**SIERRA MADRE, CALIFORNIA 91024**
**Tel: (626) 355-7408**
**Cellular: (818) 321-6537**
**Fax: (626) 256-4901**
**E-Mail: archiechinhockey@gmail.com**

August 11, 2025

The Honorable Mary M. Rowland
United States District Judge
Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

RE: David Lira Letter of Support - 18 U.S.C. § 3553(a)

Dear Judge Rowland,

I submit the following Letter of Support for my friend and colleague David Lira for your consideration in advance of his sentencing hearing scheduled for October 8, 2025 in your courtroom.

I recently retired from the practice of law after more than 36 years of practice in the State of California. I have known David since we were both young, freshly admitted lawyers at a civil defense firm in Los Angeles called Parker Stanbury. I have known David to be a zealous advocate, principled, honest, and ethical lawyer in all the years I have known him. He has obtained excellent results for his clients, especially in his plaintiff's personal injury practice for which he has spent the bulk of his legal career.

I have referred to David at least 3-4 friends with injury claims in the 30+ years I have know him. I can unequivocally state that the cases were resolved much to the satisfaction of my friends and each one of them have nothing but high praises of David in terms of his hard work and diligence in handling their matters.

David is also a family-oriented parent, active in his children's lives, especially a daughter whom I believe has "special needs" challenges. He and his wife Jacqueline are also active in their local church which I recall is Saint Philip the Apostle Church in Pasadena, California. David was also very active in supporting Loyola of Los Angeles high school, of which David and his son Michael are alumni.

I can also state on a personal level that David is an empathetic and compassionate friend. My late wife Lilly passed away suddenly and unexpectedly from a massive heart attack on December 18, 2022. David helped me navigate my path of grief and sorrow I experienced,

The Honorable Mary M. Rowland
August 11, 2025
Page 2

and continue to experience, in moving on with my life after losing my life partner of 44 years, of which 40 years we lived as husband and wife. David was there for me and few have his capacity for empathy and compassion that he provided to me during a very sad time in my life.

I thank the Court for its consideration of my Letter of Support as mitigating factors in its sentencing decision.

Very truly yours,

ARCHIE CHIN

JOHN M COLEMAN

601 Garden Lane

Pasadena , CA 91105

626 590-6211

jmc@coleman-law.com

Mediation-Coleman.com

July 29, 2025

Honorable Mary M Rowland

Judge

United States District Court

Northern District of Illinois

I submit this "Letter of Character" on behalf of my professional colleague David Lira.

My practice has been exclusively in Civil Litigation with an emphasis on the Defense of Tort Actions on behalf of insurance companies' insureds and various public agencies.

Over my career, I have developed an excellent reputation handling major/complex/high-exposure civil litigation from the **defense perspective**.

My civil litigation experience includes Property and Casualty, Product Liability, Business Litigation, Construction Defect, Commercial, Government Claims, Premises Liability, Automobile, Aviation, Law Enforcement/Security/Civil Rights/Public Agency Claims, Professional Negligence/Errors and Omissions and Insurance Coverage Analysis.

I have handled major exposure claims for Fortune 500 and worldwide insurance carriers for the past 48+ years in both the State and Federal courts in California as well as throughout the United States. I am also an approved Arbitrator with both the Hong Kong International Arbitration Centre (HKIAC)as well as The Dubai International Arbitration Centre (DIAC). I recently commenced a Mediation and Arbitration practice –(www.mediation-coleman.com).

## AMERICAN BOARD OF TRIAL ADVOCATES

I have been a member of ABOTA, what many consider to be the premier trial lawyers' organization in the United States. To qualify for ABOTA membership, a lawyer must have been lead trial counselor in twenty civil jury trials taken to jury verdict.

I hold ABOTA's highest rank - Diplomat (2019). I have tried in excess of eighty-six (86) cases to jury verdict - all with excellent results!

ABOTA members pride themselves on integrity, professionalism, and ethics. ABOTA represents the highest caliber of civil litigators with a mission of fostering better relations between the bench and bar as well as civility amongst litigators.

David Lira has been a valued member of our Los Angeles ABOTA Chapter for 20+ years. Recently David was elected President of our local Chapter, having served previously on our Executive Committee for several terms, however, due to these allegations, he stepped aside. David has spoken at numerous ABOTA seminars and is a very involved and committed Member of our Chapter.

## GEORGETOWN UNIVERSITY

I served as President of The Georgetown University Alumni Club of Southern California for six years. I was a member of the Georgetown University Alumni Senate, having served on the National Board of Governors for two terms (four years).

As a result of these affiliations (Georgetown and ABOTA), I am well known amongst leading judicial officers at both the state and federal levels as well as leading trial lawyers from the plaintiff and defense perspective throughout California.

## PRODUCT LIABILITY

I have defended worldwide corporate entities in hundreds of complex and unique products cases. Examples include fire claims; electronics; scaffolding; trailer couplings; bicycles; child safety seats; automotive parts; bakery equipment; kitchen appliances; spoilage as well as foreign objects in food products.

## CONSTRUCTION

I have defended construction claims for general contractors, owner/developers as well as subcontractors.

## BUSINESS LITIGATION

I have defended Complex Business claims including Breach of Contract, Commercial, Trading as well as International Business Disputes.

## ENVIRONMENTAL/TOXIC TORT LITIGATION

I have experience with Environmental, Toxicological and Hazardous Materials. I have defended claims involving exposure to industrial and home chemicals, insecticides and agricultural sprays.

### PUBLIC AGENCY

I have handled major liability claims for several public entities, including Los Angeles County Road Department, Los Angeles County Sheriff's and Fire Departments and the Los Angeles Unified School District.

I have experience in major injury/death claims regarding highway and related Public Works issues. I have also had success on excessive force claims directed against members of the County Sheriff's Department – the largest such Department in the country. Each Excessive Force Claim included a claim for Punitive Damages directed against the involved Deputy. I also have significant experience with sexual molestation claims arising in the educational setting (LAUSD).

## HONG KONG ASSOCIATION OF SOUTHERN CALIFORNIA

I am Past President of the Hong Kong Association of Southern California, an 800-member organization that includes many Fortune 100 companies as well as an extensive network of small to medium-sized business entities – each with a connection to Hong Kong/China and the Pacific Rim.

## DEALINGS WITH DAVID LIRA AND THE GIRARDI FIRM

As a result of my extensive civil litigation practice, over the past 48+ years (86+ trials taken to verdict mentioned above), I have had extensive experience opposing Attorneys with the Girardi firm.

I have had two major high exposure cases taken to jury verdict which David Lira personally handled from inception to final verdict (both were venued in LA Superior Court (Burbank case # unknown) (Long Beach-BC 597032). Throughout the handling of both high exposure matters (chemical burns to lung/stabbing death of student at Junior High School) David was always professional and accommodating.

One must have an understanding of (1)the time pressures and competitive nature of Southern California litigation and (2)the LA Superior Court Trial requirements to fully appreciate how rare those qualities consistently exhibited by David are – especially when David's demands were in excess of twenty million dollars ($20,000,000). David never raised his voice; David never failed to agree to my many requests for extension for discovery responses (interrogatories, request for production, request for admission, etc). David never threatened to file Discovery Motions to pressure my clients; David in fact never filed any Discovery Motion in either case mentioned above. That fact alone is unheard of in Southern California litigation circles.

Moreover, the Standing LASC Trial Conference Readiness Order is onerous and demanding of each attorney who will actually try the case. Face to face (knees under the table) meet and confer for

Doc ID: 3dd79f07ce44e848bbfd559316651e5e17e92ff1

Motions in Limine; Trial Stipulations, Joint Witness List with anticipated trial time estimates; and Joint Exhibit List IS MANDATORY. On each of our many in person meetings to comply with the LASC Standing Trial Order, I can honestly say David's professionalism, ethics and hard work were extraordinary and oh so rare in my 48+ years of civil litigation practice. I can add David exhibited the same demeanor and behavior throughout the Discovery and Expert aspects of each case.

I have on too many occasions dealt with SOBs in the run up to Trial. These high-level Plaintiffs' Attorneys consistently make one's life miserable by threatening tactics in meet and confers, demanding excessive or impossible trial concessions; never agreeing to extensions; and, where punitive damages are at issue, make demands that NO defense attorney can or would consider, let alone agree to.

In all my dealings with David Lira on these same topics, he always conducted himself in the most professional manner, exhibited the highest of personal standards and proved over and over to be an attorney of integrity and high moral character.

Over the past 48+ years, I have also met and spoken to colleagues on the defense side who engaged in protracted litigation with David. Every litigator commented on David's hard work, professionalism and his uncompromising integrity throughout their cases heading to trial.

I might add, I live in Pasadena where David and his family reside. I am well aware David has been a tireless advocate and volunteer for many years at Mayfield Junior and Senior School – a Catholic College Prep run by the Sisters of the Society of the Holy Child. I live adjacent to the Senior School and have known several Administrators over the years (Holy Child Sisters are headquartered in Rosemont/suburban Philadelphia – and I grew up in Carbondale, PA). I know David to be a coach and volunteer at Mayfield. How he does it considering his high-level law practice is a testament to his integrity and character. He treats others as he wants to be treated -- fairly and with no animosity.

It is with great respect that I submit this "Letter of Character" on behalf of my colleague and advocate/adversary David Lira. He has been and remains a credit to our Bar, the American Board of Trial Advocates and the Community of Pasadena.

Should you or any Judicial Officer of this District Court have any questions as to the contents of this letter or wish to discuss other aspects of David's character and professionalism, I stand ready to take your call or communication in any form.

Very truly yours,

John M Coleman

Judge Jaime R. Corral (Ret)
11702 Rancho Verde drive
Whittier, California 90601
Tel. 562 714-1008 Fax. 562 696-9450
August 8, 2025

Honorable Judge Mary M. Rowland
United States District Court
Northern District of Illinois
Chicago, Illinois
Re: David R. Lira

Dear Judge Rowland:

This letter is written in support of David R. Lira who is scheduled to be sentenced before your Honor on October 8, 2025. I am aware of Mr. Lira's guilty plea to one count of contempt and am familiar with the allegations against Mr. Lira and others given the extensive media coverage in the Los Angeles market. I have known Mr. Lira for more than 30 years and know his reputation in the legal community.

I served for several years as a Deputy Public Defender for Los Angeles County before being appointed as a judge to the court in 1979. As a judge, I served three terms on the Executive Committee of the Superior Court, two years as Presiding Judge of the Juvenile Court and one year as Supervising Judge of the Dependency Court. One of my proudest accomplishments was creating Teen Court in 1992 in Los Angeles County. In all, I served 23 years as a judge before retiring. Since 2002, I have been in private judging.

Over the years, I have handled several matters as a mediator in which Mr. Lira was involved. As such, I have interacted with Mr. Lira as an attorney on many occasions which has afforded me the opportunity to evaluate his character for honesty, integrity and professionalism. At no time has Mr. Lira acted in a way which made me question his honesty, integrity and professionalism.

In short, Mr. Lira's reputation for honesty and integrity is beyond reproach.

Respectfully submitted,

Judge Jaime R. Corral (Ret)

Doc ID: b57c20c3d909bd596c5d5b37c7e4fde0cddd8d97

LAW OFFICES

# ENGSTROM, LIPSCOMB & LACK

A PROFESSIONAL CORPORATION

11601 WILSHIRE BOULEVARD, 14TH FLOOR

LOS ANGELES, CALIFORNIA 90025-1744

TELEPHONE 310-552-3800

FACSIMILE 310-552-9434

WALTER J. LACK
STEVEN C. SHUMAN
ELIZABETH LANE CROOKE
DANIEL G. WHALEN
BRIAN J. HEFFERNAN
RICHARD P. KINNAN
BRIAN J. LEINBACH
ANN A. HOWITT
STEVEN J. LIPSCOMB
DAVID R. LIRA
ALEXANDRA J. NEWSOM
ANDREW M. JACOBSON

JOSEPH A. LACK
CHRISTOPHER A. KANNE
BRITTAN N. CORTNEY
ASHLEY L. ARNETT
DANIEL C. WHALEN
RACHEL M. LANNEN
SYDNEY M. DESMAN
JASON L. TILLMAN
PAUL W. ENGSTROM (1941 - 2010)
LEE G. LIPSCOMB (RETIRED)
ROBERT J. WOLFE (1961 - 2013)

July 21, 2025

Honorable Mary M. Rowland
United States District Court
Northern District of Illinois
c/o Cheronis & Parente, LLC
140 South Dearborn Suite 404
Chicago, Illinois 60603

Re:     David Lira

Dear Judge Rowland:

I write this letter in support of my partner and friend, David Lira.

I have known David Lira for nearly a quarter of a century. Our paths crossed frequently in the mass actions and other large matters that were handled jointly by our firms or as friendly competitors. David soon established himself as the wise one, the strategist and the voice of reason to whom the others turned for leadership. He was a great diplomat, but he also had courtroom skills to back it up, and he mentored a whole generation of lawyers along the way.

David joined Engstrom, Lipscomb & Lack during the pandemic, and from the beginning, he brought a special energy here. Of course, he has mentored the younger lawyers here but us oldsters also beat a path to his door. I find myself bringing unusual questions to him – legal issues I have never encountered in my 45 years as an attorney, and he always has good advice. Some examples include authentication of a google map of a foreign region, ways to secure testimony in countries that are not signatory to international conventions on taking evidence abroad, and even the mundane: how to move a cumbersome demonstrative into evidence and into the jury room. David's sure-footed advice has made us all better lawyers.

David has skills that are not taught at law school and that are not learned in books or on the internet. He takes his role as a mentor seriously and is generous with his time. He and I have been writing a syllabus on some of the essentials that newer generations of lawyers have yet to learn – taking depositions that can actually be used at trial; differences between state court and federal practice, laying a foundation in either court; how to use habit and custom and practice in the real world. These are just a few of the topics we've been building into the program. This is

Honorable Mary M. Rowland
United States District Court
Northern District of Illinois
July 21, 2025
Page 2

the way the practice of law has been taught and passed on from generation to generation since the beginning of the profession, and hopefully, it will always be taught this way.

      Mentors like David Lira are important to the profession as a whole and to all of us who have worked with and around him. It would be a terrible waste of his enormous skills if he were to be sidelined from doing what he does so well. He has so much knowledge yet to share and so many eager learners, new and old. So, I write this letter in his support and in the hope that David will be allowed to continue serving as the sage and wise master of trial practice, while he is at the very top of his game.

      I will be happy to supply more examples of David's tireless service to the profession at large and to the members of this firm. He has guided many of us in the nuances of trial practice and I hope he will be able to continue doing so for many years to come.

Sincerely,

Elizabeth Lane Crooke

ELC/rh
cc: alexus@cheronislaw.com
    gcbland@gmail.com

LAW OFFICES
**ENGSTROM, LIPSCOMB & LACK**
A PROFESSIONAL CORPORATION
11601 WILSHIRE BOULEVARD, 14TH FLOOR
LOS ANGELES, CALIFORNIA 90025-1744
TELEPHONE 310-552-3800

Dear Honorable Mary M. Rowland,

My name is Sydney Desman, and I have been a practicing attorney for five years. Since January 2022, I have had the privilege of working at Engstrom Lipscomb & Lack, during which time I have come to know David Lira. During my time at Engstrom, I've come to know David not just as a highly capable attorney, but as someone I admire both professionally and personally. If we had more David Lira's in the world, it would be a better place.

Over the past few years, I have come to learn that what sets David apart from others is not just his legal skills and achievements, but the person he is at his core. No matter what pressures he may be facing in his personal or professional life, David consistently treats everyone around him with kindness and respect. His professionalism and compassion extend to every interaction he has, whether with clients, colleagues or opposing counsel. Although we do not work on the same team or handle the same cases, David approaches my questions and matters with the same care and attention as if he were directly involved. He provides honest and thoughtful advice, taking the time to carefully listen to my concerns. On numerous occasions, he has followed up with me regarding the cases for which I have sought his guidance, offering additional support whenever needed. This speaks volumes about his character and something I have not received from many others. To me, his selflessness, generosity, and genuine regard for others are not only appreciated, they are rare and defining qualities.

I look up to David for many reasons. His mentorship has played a meaningful and lasting role in my professional development. I believe he was placed on this earth to be a lawyer and make a difference for those he represents and simultaneously, inspire those around him, like myself.

In sum, David has made a significant impact on my life, as well as on the lives of many others fortunate enough to cross paths with him. I consider it an honor to call him both a colleague and a friend, and I sincerely hope to continue working alongside him for many years to come.

Sincerely,

Sydney M. Desman, Esq.


Scanned with
CamScanner



**DOLAN LAW FIRM**

Phone: (415) 421-2800
Fax: (415) 421-2830
Toll-Free: (888) 424-5352

**Mailing Address:**
The Dolan Building
1438 Market Street
San Francisco, CA 94102

August 14, 2025

**Los Angeles Office:**
145 S. Spring Street, Suite 800
Los Angeles, CA 90012

**VIA ELECTRONIC CORRESPONDENCE**
Honorable Judge Mary M. Rowland
United States District Court Northern District Illinois
Eastern Division

**Oakland Office:**
1498 Alice Street
Oakland, CA 94612

**Redondo Beach Office:**
2614 Artesia Blvd.
Redondo Beach, CA 90278

      **Re:**    **People v. David Lira Case Number 23 CR 54 3 Sentencing**

Dear Honorable Judge Rowland,

My name is Christopher Dolan. I have been an attorney licensed to practice law since 1992 in the State of California. I am the owner of the Dolan Law Firm, with offices in San Francisco, Oakland, Los Angeles, and Redondo Beach. I am a past President of the Consumer Attorneys of California (the statewide Plaintiff's Bar), a past President of the San Francisco Trial Lawyers Association, a former appointee of the Chief Justice of the California Superior Court to the Judicial Appointments Selection Committee, and ranked Preeminent by Martindale-Hubbell in ethics and ability. I write this letter freely and voluntarily concerning the sentencing of David Lira in the matter currently before the Court.

I have known Mr. Lira professionally for over two decades. During that period, I have worked with him in promoting legal education, participating on panels concerning civil practice, and have handled cases as co-counsel and opposing counsel. In those capacities, I have had significant exposure to David, his approach to practice, and his character.

Throughout my dealings, I have always found David to act honorably and in the best interests of his clients. In my case against his client, David was a vigorous advocate and an honorable opponent. In my experience, David has acted as a man of his word, keeping to both the letter and the spirit of his agreements, whether it turned out advantageous or disadvantageous to his client's case.

David has made significant contributions to the Bar, including serving as the President of the LA Chapter of the American Board of Trial Advocates. His peers selected him to act as their leader, showing the confidence they had in him and his ability to represent the qualities of a trial lawyer and advance the goal of maintaining ethics and civility in litigation.

I appeal to you, during your consideration of an appropriate sentence, to please take into account the whole of David Lira's professional life and the contributions he has made to both his clients and the profession. David is a valued member of the legal community, a good family man, and has done much good for his community. I know that David has remorse for what has occurred and that it has weighed heavily on his heart.

David presents no threat to the community of reoffending, fully understands the seriousness of the crime to which he has pleaded guilty, and has serious remorse for his failure to better protect and serve his clients. I hope the Court, in the exercise of its discretion, will render a sentence that is measured and allows David to continue to participate with and contribute to his family and his community.

Very truly yours,

Christopher B. Dolan Esq.

California State Bar No. 165358



DARRELL
DONE
WWW.DARRELLDONE.COM

REDEFINING REAL ESTATE

31 July 2025

Dear Sir/Madam,

I have had the privilege of knowing David Lira as both a client and a friend for over 20 years. David and his family are highly regarded and valued members of the Pasadena community.

I have represented David and his family in residential real estate transactions and have always found him to be a fair, thoughtful, and equitable individual. He approaches every interaction with integrity and genuine care.

David's children are a true reflection of his strong moral guidance—they are kind, respectful, and compassionate individuals. I have also had the opportunity to work alongside David through various local charities and community projects, where his dedication and character were always evident.

As a long-time resident of Pasadena and a local Realtor, I have many mutual friends and business associates of David's, all of whom share my high regard for him. He is widely respected and deeply appreciated in our community.

In addition to my professional background, I have served on the boards of several local charities, including as President. I currently serve as Chair of the Pasadena Parking Commission and as a member of the Parish Council at Holy Family Church in South Pasadena. In these roles, I've had the opportunity to meet many outstanding individuals—and David Lira is certainly among the finest.

Sincerely,

Darrell Done

Sales Manager

Coldwell Banker Realty

388 SOUTH LAKE AVENUE • PASADENA, CA 91101 • 626.844.2255 • BRE #01233781



# WhittierTrust

August 12, 2025

The Honorable Judge Mary M. Rowland
United States District Court
Northern District of Illinois

Subject: David R. Lira

Dear Honorable Judge Mary Rowland,

I am writing to back my support for David Lira. David is a vital part of our very intimate and vibrant community of Pasadena. Our community is very tight. My background includes being in the investment business for the past 29 years. I am a Senior Vice President with Whittier Trust located in Pasadena. I am currently on the board of directors for Flintridge Sacred Heart Academy, the San Gabriel Valley Chapter of Habitat for Humanity, and other local organizations. I have coached and sat on the sidelines along with David and his wife Jacqueline for our children's many sporting events. I grew up with Jacqueline in the Pasadena community. David and I acquainted ourselves over many lacrosse and volleyball games as we watched our children grow up. David was always there for his kids. He is a great father. I can attest that he and Jacqueline have helped to raise great kids.

David has always availed himself to others, whether clients or not, for assistance in legal matters. If the legal matter did not come under his specialty, he was always willing to help find the right person for the job. He has given back to his community through involvement of his now adult children's schools. David has brought his legal counsel to boards at Mayfield Junior School and his former high school of St. John Bosco, as well as other professional organizations.

When taking into consideration the time penalty associated with David's judgement, I can only ask that you take into consideration the void created with the absence of David. He is a great father, husband, and community leader. Taking him away from all those close to him will cause great pain with his absence.

Thank you for taking the time to consider my request.

Sincerely,

Thomas J. Doud
Senior Vice President

Whittier Trust Company
177 E. Colorado Blvd., Ste 800
Pasadena, CA 91105

626.441.5111
tdoud@whittiertrust.com
whittiertrust.com



# DOUGLAS / HICKS

ATTORNEYS AT LAW
5120 W. Goldleaf Circle, Suite 140, Los Angeles, CA 90056
Phone: (323) 655-6505 / Fax (323) 927-1941
www.DouglasHicksLaw.com

August 1, 2025

Hon. Mary R. Rowland
United States District Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re    :    *USA v. David R. Lira*
No. 23 CR 54-3

Dear Judge Rowland:

I have been asked to write this letter on behalf of my friend and colleague, David Lira. I do so enthusiastically.

May I state at the outset that I am aware that David has been convicted of a serious felony charge, and I offer these words with that conviction in mind.

By way of background, I have been a member of the State Bar of California for more than 45 years. I have been a personal injury and civil rights lawyer for most of that time, and have run my own boutique civil and criminal law firm for more than 25 years. I am blessed to have been inducted into the Halls of Fame of the California Association of Black Lawyers ("CABL"), the Consumer Attorneys Association of Los Angelas ("CAALA"), and the John M. Langston Bar Association.

I first met David in the early 1990's while he was employed at Girardi/Keese, and I was a senior lawyer at the Law Offices of Johnnie L. Cochran, Jr. Since our bosses were both law school classmates at Loyola Law School, we were naturally drawn to each other. We both worked closely with iconic legal giants, so we shared a certain connection as well. We both became fellow board members at CAALA, as well as members of A.B,O.T.A, where I developed a keen appreciation not only for his legal skill and professionalism, but also for what a really kind and decent man he is.

Over the last several years, I brought David in as co-counsel on several of my biggest cases. I rarely bring in outside lawyers to help me on one of my cases, but several years ago, I was being considered to being retained by the family of a man who had been viciously injured at Dodger Stadium. Knowing David's work on the matter of *Bryan Stowe vs the Los Angeles Dodgers*, I immediately thought of pairing up with him to represent the client's interest.

That association lead to my bringing him in on two of my other most important cases. Thus, I have now had several years working closely with him as the underlying allegations were first raised, and have since grown to a level threatening both his personal and professional liberty.

Not only is David a fabulous lawyer, he is a person of unquestioned honesty and integrity. We have shared private moments as he has confronted these allegations. We have discussed the "rush to judgment" of some

Hon. Mary R. Rowland
August 1, 2025
Page 2

of his so-called friends and the disappointing reaction to the allegations from others whom he once respected. Because I, too, worked for a very successful, strong-willed leader, I understood full well how it was possible to be working closely to the "Man," without being privy to how the Man handled his firm's business' finances.

I work with David Lira not because I have to, but because I want to. He and I have engaged in deep conversations about his role in the cases which are he subject of these allegations. If I had any trepidations whatsoever about David's honesty, integrity, or sincerity, I would have chosen to discontinue my association with him, and work with someone else I trusted more. There is no one whom I trust more, working with me on my most serious and important matters, than David Lira. Knowing him for as long as I have, and working with him as closely as I do, I can appreciate the difficult choices he was facing upon learning of his father-in-law's indiscretions. In spite of his conviction for this charge, I remain convinced of his commitment to his profession, his commitment to his faith, and his commitment to this oath as a proud member of the State Bar of California.

Thank you for taking the time to read this letter about my friend.

Very truly yours,

DOUGLAS / HICKS LAW

Carl E. Douglas

CED:cd



Peter Dubrawski
*direct:* (213) 542-8007
pdubrawski@hbblaw.com

Haight Brown & Bonesteel LLP
555 South Flower Street
Forty-Fifth Floor
Los Angeles, California 90071
213.542.8000
213.542.8100 fax

www.hbblaw.com

August 13, 2025

The Hon. Judge Mary M. Rowland
United States District Court
Northern District of Illinois, Eastern Division

      Re:    USA v. David R. Lira
                23CR54-3

Dear Judge Rowland:

    Please accept this letter written on behalf of David R. Lira. I have known Mr. Lira for more than 20 years. My relationship is based on being in trial against him on two separate occasions. In those I found Mr. Lira to be thorough, well-prepared, and a strong advocate for his clients. In my almost 50 years of practice I have come to know many adversaries. The ones with whom are the easiest to deal are those who are direct, professional and civil. None have been more professional or civil in my experience than Mr. Lira. While I do not have a personal relationship with Mr. Lira per se, I consider him a colleague.

    Based on this I am confident that Mr. Lira clearly understands the significance and seriousness of his previous judgments that bring him before your Court. I am confident that he has learned his lessons and seen the error of his ways, and that he will not repeat those errors.

    Thank you for your time in considering my perspective on Mr. Lira. Any consideration you can give to Mr. Lira in light of this perspective is greatly appreciated. Thank you very much.

                      Yours truly,

                      Peter Dubrawski

PD:kdc

Bay Area • Los Angeles • Orange County • Sacramento • San Diego



**SHERNOFF BIDART ECHEVERRIA**<sup>LLP</sup>

LAWYERS FOR INSURANCE POLICYHOLDERS

RICARDO ECHEVERRIA
RECHEVERRIA@SHERNOFF.COM

CLAREMONT OFFICE
600 S. INDIAN HILL BLVD.
CLAREMONT, CA 91711
PHONE: (909) 621-4935
FAX: (909) 625-6915

August 14, 2025

Hon. Mary M. Rowland
Everett McKinley Dirksen United States Courthouses
219 South Dearborn Street
Chicago, Illinois 60604

To the Honorable Judge Mary M. Rowland:

My name is Ricardo Echeverria, and I am writing this letter to give you my perspective and dealings with David Lira, who I have known for 29 years.

As for my background, I am the managing partner at Shernoff Bidart Echeverria LLP, with offices in Claremont and Beverly Hills, California. Our practice is focused on representing policyholders against insurance companies for insurance bad faith. We also handle catastrophic personal injury cases. I have been in private practice for 32 years and all of them have been at this firm. I was the 2017 President of the Consumer Attorneys Association of Los Angeles (CAALA), an organization with over 4,000 members. I am also an active member of several other trial lawyer organizations such as ABOTA, Consumer Attorneys Organization of California, Orange County Trial Lawyers Association, Consumer Attorneys of San Diego, and the San Francico Trial Lawyers Association. I have been admitted into the American College of Trial Lawyers since 2014. This past year I was invited to become a member of the Inner Circle of Advocates which limited to the top 100 trial lawyers in the United States.

I first met David Lira when he was a defense lawyer back in 1996. The case involved a catastrophic helicopter crash and the surrounding insurance coverage issues. David was working for a small firm up in northern California and was defending the insurance agent that procured the helicopter liability insurance policy for our client. The case was heavily litigated, and David and I traveled for depositions on that case all over California and out of state as well. Through that case, we gained a mutual respect for each other as professionals. Later, when David switched to become a plaintiff lawyer, we became good friends and continued to collaborate on cases and would exchange ideas on various issues we were dealing with at the time. I also hired David's sister,



August 14, 2025
Page 2

Patricia Bowcock, as a paralegal and she worked for my firm for several years before she retired back in October, 2022.

In all of my experiences with David, I have found him to be honest, hard-working, and extremely competent in representing his clients. I have always observed David to have a passion for achieving the appropriate and just result on behalf of his clients.

Thank you for your consideration in reading this letter.

Sincerely,

SHERNOFF BIDART ECHEVERRIA

RICARDO ECHEVERRIA

July 28, 2025

The Honorable Judge Mary M. Rowland

Dear Judge Rowland,

My name is Patricia Estrada, and I am a Senior Executive Assistant. Approximately six years ago, I came to know of attorney, David Lira, through his involvement in a deeply sensitive case concerning my niece and the wrongful death of her child. During that extremely difficult time, my niece spoke very highly of David—not only for his professionalism but for his diligence, compassion, and commitment to ensuring every aspect of the case was handled with care and integrity. His support made a meaningful difference to our family during a time of great grief and uncertainty.

The positive impression he left on my niece and our family remains. It's not often that professionals leave such a lasting mark—not just through their work, but through the way they treat people with genuine respect and humanity.

Since approximately two years ago, I have also had the opportunity to work with David in a professional capacity through contract work. Our working relationship has further confirmed that he is dependable and carries himself with professionalism and respect in all interactions.

For these reasons, I offer my full support and recommendation of David Lira and respectfully ask that you consider his positive character, professional contributions, and demonstrated commitment when evaluating his case.

I can be reached at (323) 481-0649, mailing address: 20305 Acre Street, Winnetka, CA 91306.

Sincerely,

*Pat Est*

Patricia Estrada

The honorable Mary M. Rowland
United States District Court
Northern District of Illinois
Chicago, Illinois 60604


Your Honor, let me begin by telling you that it is in a privilege to speak on behalf of Dave. We have had a personal and professional relationship for over 30 years. My career has been spent assisting physically injured claimants by protecting their settlement funds with a tax free structured settlement. When I opened my office in 1981 it was extremely difficult to get the ears of the plaintiff bar. The attitude was it's my clients money let them spend it as they see fit.

Dave did not believe that all of his clients were capable of managing their funds. He sought me out and sat for hours in an effort to grasp the importance of how I was protecting them. He would provide time for his clients to meet with me and ENCOURAGED them to protect themselves by placing part of their settlement into the guaranteed annuity.

He was a "lone wolf" back then as the majority of his colleagues had various reasons for not spending the time to let people like me protect their clients.

Dave spoke up for this idea at various CAALA and CAOC events her in California and nationally at AAJ.

He did not have to do this. With a full case load and a young growing family he had every reason to just "yes" me to death. But he did not.

Dave is one of the good guys. I wish I could do more for him than just write a letter. If there was ever an opportunity to have the Lira family as a neighbor, I cannot think of anything better for my neighborhood.

Thanks your Honor for listening to us.


Pat Farber
Structured Settlement Broker
Atlas Settlement Group
Email: pat@patfarber.com
Website: patrickfarber.com
Office: 8007343910
Cell: 9493554726
Fax: 9498333687
895 Dove St Suite 300
Newport Beach, Ca 92660
Ca. license #OAO4077



Dana Alden Fox
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Dana.Fox@lewisbrisbois.com
Direct: 213.680.5104

August 4, 2025

Honorable Mary M. Rowland
United District Court
Northern District of Illinois
Courtroom 1225
219 South Dearborn Street
Chicago, Illinois 60604

          Re:    David Lira

Dear Judge Rowland:

I submit this letter of support for David Lira for this Honorable Court's consideration.

I am a partner in the Los Angeles offices of Lewis Brisbois Bisgaard & Smith. I am in my 40th year of practice as a civil trial lawyer. I was admitted to the State Bar of California in 1985, and I am a member of all district courts in the state of California. I am also admitted to practice in the state of Colorado.

I a member of The American College of Trial Lawyers, I hold the elevated status of Advocate with the American Board of Trial Advocates (ABOTA), and am a member of the International Academy of Trial Lawyers. I have tried approximately 90 civil jury trials to verdict in my career.

I have known David Lira for over 25 years, always as opposing counsel. I was involved in at least 30 civil cases where David was counsel for the plaintiff. In 2014 I tried one of my most significant and high profile cases against David, Stow v. The Los Angeles Dodgers. In all of the cases where I was opposite David, I worked on a regular and frequent basis with David, and became very familiar with how David acted as an attorney and advocated for his clients. David was *always* professional, civil, and a strong advocate for his clients. David espoused all the virtues of an excellent lawyer: In addition to integrity, David was well prepared and organized, respectful to counsel, parties and the court, and was always a man of his word.

Having practiced in the Los Angeles area for the past 40 years, I can represent to this Honorable Court David has an excellent reputation among the defense bar against whom David litigated, and with the Judges before whom David appeared.  David is still held in high regard in the Los Angeles legal community.

ARIZONA · CALIFORNIA · COLORADO · CONNECTICUT · DELAWARE · FLORIDA · GEORGIA · ILLINOIS · INDIANA · KANSAS · KENTUCKY · LOUISIANA
MARYLAND · MASSACHUSETTS · MINNESOTA · MISSISSIPPI · MISSOURI · NEVADA · NEW JERSEY · NEW MEXICO · NEW YORK · NORTH CAROLINA
OHIO · OREGON · PENNSYLVANIA · RHODE ISLAND · TENNESSEE · TEXAS · UTAH · VIRGINIA · WASHINGTON · WASHINGTON D.C. · WEST VIRGINIA
     161030450.3

Honorable Mary M. Rowland
August 4, 2025
Page 2

I also know from first-hand observations David is a good family man. We are both girl-dads, and I know David puts family above all else.

On a personal note, David always treated me with kindness and courtesy. While we did not agree on everything, which is certainly normal when it comes to worthy advocates and litigation, David never went back on his word, was always professional and cordial with me, and always maintained a wonderful sense of humor. David is one of the most honest people I know. He cares about his clients greatly, and advocates for them aggressively. But he did so in a forthright and remarkable way.

If I can answer any questions, provide any more information, or appear in person to provide any testimony about David, I would be more than pleased to do so.

Thank you for your consideration of this letter.

Very truly yours,

*Dana Alden Fox*

Dana Alden Fox of
LEWIS BRISBOIS BISGAARD & SMITH LLP

DAF:cfw

July 18, 2025

The Honorable Judge Mary M. Rowland

Dear Judge Rowland,

My name is Jacqueline Garcia, and I am a paralegal. I have known David Lira for approximately 6 years, and I am writing to convey my sincere support for him and to express opinions about his good character. I have always found David to be an ethical, honest, and fair lawyer and person, and I unconditionally support him as qualified to continue practicing law.

I first met David Lira in a professional capacity when he worked with a firm where I was employed. During that time, David demonstrated consistent professionalism, diligence and a strong commitment to serving clients with integrity. Based on the high level of trust he earned, he was recommended to a family member who needed legal representation. That matter concerned my one-year grandson's death due to a defective car child seat. Mr. Lira represented my daughter with skill, patience and kindness. Due to his skilled representation, the case settled in March 2023. My daughter's case was featured on NPR. Throughout that personal matter, David was communicative, transparent, and always willing to explain complex legal issues in a clear and respectful manner. His handling of the case only reinforced my view of him as a principled and dependable attorney.

In 2024, I was hired by the firm where David currently practices, and I have had the opportunity to work directly for him. In this role, I've come to know him on a deeper professional level, and I can confidently say he is an exceptional supervisor and mentor. He treats his team with respect, fosters a collaborative environment, and consistently upholds high ethical standards in all aspects of his practice.

I am aware of the circumstances David is currently facing and while I understand and take these allegations seriously, they do not alter my overall view of his character. I continue to believe that integrity, fairness, and professionalism are core aspects of who David Lira is. In all the time I have known and worked with him, I have never had reason to question his judgment or personal ethics.

I respectfully offer my full support for David Lira and truly hope that you take my letter into consideration when making your decision and support keeping David Lira practicing law.

I can be reached at (323)706-9163, mailing address 510 N. Commonwealth Avenue, Los Angeles, CA 90004.

Sincerely,

Jacqueline Garcia



**ALEXANDROFF**
LAW GROUP

| 16542 Ventura Blvd., Suite 203 | Phone: (818) 908-8899 |
|---|---|
| Encino, California 91436 | Fax: (818) 908-8898 |
| | info@alglegal.com |

July 24, 2025

Honorable Judge Mary M. Rowland
United States District Court
Northern District of Illinois
Eastern Division

**Re:** **From Prodigal Son (in law) to One, to Pariah to Some, a Man to Admire to Me**
**- a Letter of Support for David Richard Lira, Esq.**

Dear Honorable Judge Rowland:

I first met David Lira during the most formative years of my legal career when I was a "2L" at Loyola Law School and a Law Clerk at Girardi & Keese—a firm name that once had the power to turn heads in admiration in any room I happened to speak it.

What was it about Girardi & Keese that made it so legendary? Was it the building, with interiors so-outdated and ostentatious that it felt like the setting of a John Grisham novel? Or Tom Girardi's over-the-top persona (hosted fundraisers each day for a seemingly-endless line of Mayors, Police Chiefs, and Judges—drinks at the Jonathan Club—multiple drivers—a reality show)?

No. What made Girardi & Keese so legendary was the good it did, both for the clients (with now-obvious exceptions) and for the generations of lawyers who were trained and mentored by attorneys like David Lira. Even with everything that has happened, I *still* consider myself lucky to be among the select few who were privileged enough to be trained by David Lira. If you were to make a David Lira "family tree" of mentorship and training, comprised of the hundreds of attorneys he trained, and the many-thousands of attorneys they trained, and so on, you would see a beautiful and impactful legacy of legal advocacy. That is the first thing I think of when I think of David Lira.

The second thing I think of is the first attorney conference I saw David at, post-implosion of Girardi & Keese. I had not seen David for almost three years at this point-- he was always in trial, and I was at a new firm, buried in paperwork as an associate. In prior years, David would have a tough time walking from place to place at the conference because he would literally be grabbed in all directions by people just wanting to be in his presence. But, this particular year, it was clear that would not be the case.

*Lira Letter*
D.Ghyczy
July 24, 2025


Instead of fighting off hordes of admirers, David was standing in a corner of the conference, alone, with dozens of people walking by him, very-obviously averting their gaze away from him. I went straight to him. True to form, the first thing from David was a big smile; second thing was a firm handshake; third thing was him asking about each member of my family, by name (some of whom he had only met once, in passing). David always put others first. I am the attorney, husband, and father, I am today because of people like David Lira. I owe much of my personal and professional success to the life lessons and legal lessons he taught me.

I write this letter to attest to the fact that I have personally witnessed David Lira suffer and be punished for everything that has happened (and more). Please, let it end.

Please allow David Lira to return to where he belongs, the courtroom. His clients, and generations of future attorneys, need him. Thank you for your consideration of this request.

Sincerely,

DANIEL GHYCZY, Esq.



**CAPITAL** ™
LOGISTICS & INVESTIGATIONS

22287 Mulholland Hwy #261
Calabasas, CA 91302
Tel (310) 946-1115
www.capital-pi.com
PI No. 189510

August 5, 2025

Honorable Judge Mary M. Rowland
United States District Court
Northern District of Illinois
Eastern Division

RE: Letter of Support for David Richard Lira, Esq.

Dear Honorable Judge Rowland:

I was introduced to David Lira by my son, Daniel Ghyczy, Esq., who was a law clerk at Girardi & Keese. The mentorship afforded to my son by David Lira has made an indelible mark on the attorney he is today.

I had just retired from the Culver City Police Department in Los Angeles County after thirty-five years of service at the rank of Reserve Assistant Chief. A fellow retiree and I formed a private investigation entity in the Los Angeles area and we were meeting with local law firms to share our capabilities.

David Lira immediately struck me as a man of character with whom I would enjoy a mutually beneficial business relationship. This meeting ultimately leads to our firm being introduced to other attorneys at Girardi & Keese and years of assignments related to various investigative needs.

I would stop by the Girardi & Keese offices to meet with the attorneys that assigned cases to us to discuss case status and always made sure to visit with David Lira. He was not only enthusiastic about his cases but asked about how matters were progressing on other cases which we were handling for the firm. He has a genuine interest in being a diligent advocate for his clients.

I have worked with scores of criminal and civil attorneys during my law enforcement and private investigative careers and can share that David Lira is at the top of the list for being the most ethical and passionate advocate for his clients.

The world would be a better place with David Lira being allowed to continue his stellar legal career.

Respectfully submitted,

Thomas Ghyczy, Licensed Private Investigator

LAW OFFICES

**GLICKMAN & GLICKMAN**
A LAW CORPORATION
————————
DAVID R. GLICKMAN (1932-2020)
STEVEN C. GLICKMAN
ZACHARY J. SHEPARD
NICOLE E. HOIKKA
————————
LOS ANGELES | SAN FRANCISCO

SUITE 400
15233 VENTURA BOULEVARD
SHERMAN OAKS, CA 91403
310-273-4040
FAX 310-273-0829
WWW.GLICKMAN-LAW.COM

OF COUNSEL
BRENT STEPHEN MERRITT
JOHN E. SWEENEY
MORGAN A. METZGER

July 9, 2025

Honorable Mary M. Rowland

      Re: United States of America v. David R. Lira
          Case Number23 CR 54-3

Dear. Judge Rowland:

      I am writing in support of David Lira.

      By way of background, I am a past president of the California chapter of the American Board of Trial Advocates (ABOTA), representing the eight ABOTA Chapters in California comprised of approximately 1,700 members. As you may know, ABOTA is a unique trial lawyer organization as its membership is equally divided between plaintiff and defense attorneys who have all shown proficiency as civil trial lawyers by having tried at least 10 civil trials to verdict. In 2007, I was president of the Los Angeles Chapter of ABOTA and in 2006, I was president of the Consumer Attorneys Association of Los Angeles, an organization of plaintiffs' attorneys with over 3,000 members in Los Angeles.

      I have had extensive contact with Mr. Lira over the past 20 years, both through ABOTA and also having litigated a case against him (where we each represented different sides in a wrongful death car crash case). I have always found Mr. Lira to have the highest degree of professionalism and civility.

      I do not have any personal knowledge of the issues at hand aside from what I have read in the Los Angeles *Daily Journal* and in the Plea Agreement. But, having known Mr. Lira for so long, I firmly believe that aside from the factual basis for the present case, he is not a present danger to any of his current or potential clients. I have always found Mr. Lira to exercise a high degree of professionalism and integrity over my lengthy interactions with him.

      Please let me know if you would like additional information.

          Very truly yours,

STEVEN C. GLICKMAN
scg@glickman-law.com
CAL-ABOTA 2014 President
Los Angeles ABOTA 2007 President
Consumer Attorneys of Los Angeles 2006 President

8/14/2025

Jeffrey Gold

2340 Malcolm Ave.

Los Angeles, CA 90064

**Re: Sentencing of David Lira**

The Honorable Mary M. Rowland,

I am writing on behalf of David Lira. I have known David for almost 20 years. What started as a professional relationship was fortunate enough to turn into a personal relationship as well. In all my years working with David, he is one of my favorite clients. I have witnessed him treat the courtroom assistant with the same dignity and respect that he treats the judge. He has routinely shown professionalism that I only wish could be the standard for all of the attorneys that we are fortunate enough to work with.

He was one of the most prepared attorneys that has ever hired us. We would meet weeks/months in advance to make sure that he was fully prepared on behalf of any client he was representing. For example, when building out our closing argument PowerPoints, it was never a last minute situation. David would send slides throughout the entire trial so that there wasn't a situation where we ran out of time.

David routinely took the time to ask me about my wife and kids, despite the pressures we would face working on a closing argument, trial prep, etc. He also was very generous in sending baby gifts and was one of the first people to congratulate my wife and I on the birth of our children.

I have also spent time at his house for parties, and David is a great friend to everyone he meets. Extremely generous, and a person I am proud to call a friend.

Thank you for taking the time to read my letter.

Sincerely,

Jeff Gold

July 24, 2025

To the Honorable Mary M.Rowland,

I am writing in support of my friend, David R. Lira. I have known David and his wife
Jacqueline and their children since 2003. We have been neighbors in Pasadena, California,
and our children were close friends and teammates at school from kindergarten through
high school. They have been class parents with me and worked together with my husband
and I on fundraisers. David is a wonderful parent and has been an asset to Pasadena and to
the school communities we have been a part of together. I know him as an extremely
thoughtful, intelligent, apolitical man. We have spent weekends at sporting events for our
kids, sat in the bleachers together for 13 years, and carpooled to practices and field
trips. We have had dinner together many times - at our homes, after games with the team,
holidays, with other couples - and I recall having serious discussions about the world or
parenting, and coming away with a genuine appreciation of his intellect and point of view. I
truly love their family! The kind, smart, funny, respectful and faithful children they have
raised are due in at least equal measure to David.

I am a retired medical device engineer and product launch specialist with a BSME and
MBA. I worked with physicians and scientists for 30 years, developing, launching and
manufacturing primarily minimally invasive cardiovascular and neurovascular products. I
wrote my thesis on robotics in the 80's and have a strong interest in use of AI in medicine
such as stroke recognition, because of my mom's stroke at a young age of 58. David and I
have had deep conversations about medical liability, clinical trials, and the process of new
product introduction. We didn't always agree on specifics, but what we did agree on and I
can absolutely vouch for are his high ethical standards and patient safety orientation. David
is a genuinely good human being, who I am lucky to call a friend.

Sincerely,

Ellen Vernon Hatch



July 17, 2025

The Honorable Mary M. Rowland
United States District Court Judge
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

**RE:  Letter of Support for David R. Lira, Case No. 23 CR 54-3**

Dear Judge Rowland:

My name is Wilson C. "Toby" Hayes. I am writing to you today to provide a character reference in support of David R. Lira, who is to be sentenced before you in the coming months. I offer this letter for your consideration, based on a professional relationship with Mr. Lira that now spans sixteen years. It is my hope that by providing a detailed perspective on his character as I have come to know it through our extensive work together, I may offer some context for your deliberations.

To establish the foundation of my perspective, I am a scientist and engineer by training and profession. I earned a Bachelor of Science and a Master of Science in Mechanical Engineering from Stanford University, followed by a Ph.D. in Theoretical and Applied Mechanics, with a focus on Biomedical Engineering, from Northwestern University in 1970. My academic career included an appointment as Assistant Professor, with joint appointments in both Engineering and Medicine, at Stanford University before I eventually moved to Boston, where I became a full Professor of Orthopaedic Surgery at Harvard Medical School and the first incumbent of the Maurice E. Mueller Endowed Professorship of Biomechanics, a position I held for nearly two decades. Since 1998, I have been affiliated with Oregon State University, where I served as Vice Provost for Research and with Oregon Health and Science University, where I was Professor of Orthopaedics and Rehabilitation and Vice Chair for Research. I am also the Founder and President of Hayes+Associates, Inc., a consulting firm specializing in the biomechanics of injury. In this capacity and while I was in academia, I have served as a retained expert witness in complex litigation for over fifty years.

It was in this professional capacity that I first met David Lira in 2008. He retained my firm to provide expert analysis in a catastrophic injury case. Over the subsequent years, we have collaborated on approximately 30 distinct cases, each involving severe personal injury or wrongful death. This extensive, long-term collaboration has afforded me a unique and sustained vantage point from which to observe his professional conduct, his intellectual process, and his fundamental character.


2390 NW Kings Blvd
Corvallis, OR 97330


p: (541) 754-9645
f: (541) 754-9949
m: (541) 602-6917


wch@hayesassoc.com


hayesassoc.com

Page Two

Related to the motivation for this letter, I am aware that Mr. Lira has entered a plea of guilty to a single count of criminal contempt of court. I have reviewed the factual basis of his plea, and I state unequivocally that this letter is not intended to minimize the seriousness of that offense, nor to question the judgment of the Court or excuse the conduct to which he has admitted. I offer my perspective for a different reason. The conduct described in the plea agreement stands in profound contrast to the character I have consistently and uniformly observed in Mr. Lira across the 30 complex, high-stakes cases we have worked on together. It is precisely to illuminate the nature of that stark contradiction—to provide the Court with a portrait of the man whose professional life I witnessed—that I feel a personal and professional obligation to offer this testimony. The man I came to know was, in my experience, an individual whose entire career was built on the protection of his clients' rights and recoveries.

In my five decades of work as a consulting expert, I have found the relationship between a trial lawyer and a scientific expert to be particularly revealing, often involving a kind of role exchange that, at times, bridges the gulf between attorney and expert. The work is technical, demanding, and often unforgiving. David and I worked that way, thereby affording perspectives on both his thought processes and his character. From our very first engagement, Mr. Lira distinguished himself through a genuine and rigorous desire to understand the underlying scientific principles of a case. He was not satisfied with top-of-mind conclusions, but would press me to walk him through the fundamental physics of a vehicle collision, the material science behind a product failure, or the precise biomechanical sequence of forces that resulted in life-altering injuries.

Crucially, he was as interested in the weaknesses of his scientific position as he was in its strengths. He wanted to understand the counterarguments, the alternative hypotheses, and the limits of our analytical models. This demonstrated a level of intellectual rigor and honesty that is, in my experience, exceptional. His objective was never to persuade me to bend the science to support a legal theory. Rather, his entire process was geared toward building a legal theory that was unassailably grounded in scientific and factual truth. This commitment to intellectual honesty was a hallmark of our work together and speaks to a fundamental aspect of his professional character.

This rigorous process, however, was never a purely academic exercise for Mr. Lira. A consistent and telling pattern emerged in every one of the cases on which we collaborated. Our discussions would invariably begin with the objective evidence: impact velocities, principal directions of force, occupant dynamics, and injury thresholds. But at a certain point in every conversation, he would shift the focus. He would ask questions that went beyond the technical analysis and sought to understand the human consequences, not only as reflected in the time of conscious pain and suffering but also in the devastating realities for the family left behind.


2390 NW Kings Blvd
Corvallis, OR 97330


p: (541) 754-9645
f: (541) 754-9949
m: (541) 602-6917


wch@hayesassoc.com


hayesassoc.com

Page Three

In my view, the most powerful evidence of Mr. Lira's character is found in the work he chose to do and the clients he chose to represent. His resume is a long and consistent record of taking on powerful corporate and institutional defendants on behalf of individuals and families who have suffered the worst imaginable fates. Our collaborations on two of these cases provide specific, tangible examples of the character traits I have described.

A particular case, *Williamson v. Mazda Motor of America, Inc.*, *562 U.S. 323 (2011),* is a perfect example of David's skills as a lawyer, of his focus on the victims involved and their families, and his collaborative and organizational skills. The *Williamson* case involved a severe frontal crash of a runaway travel trailer into a van carrying the Williamson family. The father, Delbert, was driving; the mother, Thahn, was in a middle rear seat; and the daughter, Alexa (age 7), was sitting next to her mother in the rear seat. Both father and daughter were restrained by three-point seatbelts; the mother by a two-point lap belt as then allowed by the 1989 version of the Federal Motor Vehicle Safety Standard 208 (FMVSS 208). Given the two-point lap belt, the mother was killed due to a massive, localized crushing of her abdomen. Both father and daughter, protected by three-point seat belts, survived and were conscious while they both watched the mother expire. The Williamson family brought suit, claiming that the mother died because of the lack of a three-point restraint. State trial court dismissed their claim. The Appeals Court affirmed based on prior case law in which the court found that an earlier version of FMVSS 208 preempted the State Court suit on a failure to install airbags. The U.S. Supreme Court held that FMVSS 208 does not preempt State tort suits, claiming that manufacturers should have installed lap- and shoulder-belts instead of lap belts on rear inner seats. It is my understanding that this decision has had widespread implications, far beyond the necessity to install three-point belts in rear middle seats. This case demonstrated his unwavering determination to hold a major international manufacturer accountable for a family's ultimate tragedy.

Another case, referenced as the *Blythe Bus Cases*, involved a multi-party litigation arising from a catastrophic passenger bus rollover. As Plaintiffs' Lead Trial Counsel, he was responsible for representing the interests of a large group of victims and their families. My firm was retained to analyze the injury mechanisms for multiple occupants. In so doing, I observed firsthand David's immense organizational skill that this effort required. More importantly, I saw his ability to maintain a personal connection and a palpable sense of duty to each family, ensuring they did not become mere statistics in a mass tort.

His reputation among his peers is further evidenced by his appointment to the Plaintiffs' Steering Committee for the *Chatsworth Metrolink Collision Cases*, one of the deadliest train crashes in California history. Such an appointment is a reflection of the trust that other leading attorneys place in an individual's judgment, integrity, and ability to lead in representing the collective interests of hundreds of victims.

When I survey the 16 years and 30 cases that I have worked on with David Lira, the thread that connects them all is an unwavering moral commitment to the principle of justice for the catastrophically injured. His professional identity, as I observed it, was forged in the act of securing and protecting the compensation due to his clients. This is the overwhelming


2390 NW Kings Blvd
Corvallis, OR 97330


p: (541) 754-9645
f: (541) 754-9949
m: (541) 602-6917


wch@hayesassoc.com


hayesassoc.com

Page Four

pattern of his career. It is this pattern that makes the conduct to which he has pleaded guilty so difficult to comprehend and so tragically aberrant.

In closing, Your Honor, the David Lira I have known for the better part of two decades is a man of profound empathy, exacting intellectual rigor, and a deep-seated commitment to justice. His life's work, as I have witnessed it, has been a testament to these qualities. He has dedicated his considerable talents to fighting for individuals and families devastated by loss, often against the most powerful corporate interests in the world.

I cannot and do not contest the facts of his conviction. I do, however, firmly believe that this offense represents an aberration in an otherwise exemplary professional life—a life dedicated to upholding the very principles that were violated in this instance. I respectfully ask that as you consider this case, you weigh the full measure of the David Lira I have known as well as the considerable body of evidence from his career spent in compassionate and tenacious service to others.

Thank you for your time and consideration of my perspective.

Sincerely,

Wilson C. "Toby" Hayes, Ph.D.
Founder, Hayes+Associates, Inc.
Corvallis, Oregon
www.hayesassoc.com

 2390 NW Kings Blvd
Corvallis, OR 97330

p: (541) 754-9645
f: (541) 754-9949
m: (541) 602-6917

 wch@hayesassoc.com

 hayesassoc.com

LAW OFFICES

## ENGSTROM, LIPSCOMB & LACK

A PROFESSIONAL CORPORATION

10061 WILSHIRE BOULEVARD, 12TH FLOOR

LOS ANGELES, CALIFORNIA 90025-1741

TELEPHONE 310-552-3800

FACSIMILE 310-552-9434

July 18, 2025

Honorable Mary M. Rowland
United States District Court-Illinois
Chicago, Illinois

Re:   *United States of America v David R. Lira*
      No. 23 CR 54-8
      Re: Character Reference for Sentencing Proceeding

Dear Judge Rowland:

I write to this honorable Court in support of Defendant David Lira and with respect to his impending sentencing hearing. Mr Lira and I have never discussed his pending case nor does David know I am submitting this letter. David and I have offices near one another at the EL&L law firm in Los Angeles. We are contemporaries in age and experience-I was admitted to practice before the State and Federal Courts in 1987.

With the Court's indulgence, I would like to share some background on Mr Girardi that I believe is relevant to the pending sentencing hearing. I am fully cognizant of the import of a guilty plea and this is not intended to be exculpatory nor to address the resolved issue of liability.

### Thomas V Girardi

I happen to have a four decade observational experience with Mr Girardi. Our mutual background has its roots at Loyola University in Los Angeles, though we attended in different eras. Mr Girardi enjoyed a lifetime of traditional and elite private Catholic education beginning at Visitation Catholic elementary school, Loyola High School in Los Angeles, Loyola University of Los Angeles for both college and law school. In college, Mr Girardi became a member of the "ADG" fraternity which is a Jesuit-based fraternity founded in 1924 not far from your chambers at Loyola University of Chicago. I, too, am a member of the ADGs. Anyone who visits the Jesuit Universities of America (i.e Georgetown, Marquette, multiple Loyolas) will note at the base of campus buildings the inscription: "AMDG" For the Greater Glory of God. Thus, the Greek letters "ADG". The philosophical motto of the ADG fraternity is that of the Jesuit Order.

*Men for Others.* The point of all this – Mr Girardi had no lack of moral and ethical upbringing in his formative years. Obviously, he chose to abandon it all in pursuit of self indulgence.

I joint ventured with the Girardi firm on many cases and had the occasion to funnel significant money Mr Girardi's way, typically with no contribution of labor other than including Mr Girardi's names on the pleading. The Girardi firm was run as an autocracy. There were no "partner meetings", there was no "collaboration" and certainly noone but Thomas Girardi had the keys to the Client Trust Account. This was by design. We currently watch President Trump genuinely reaching out to Vladimir Putin in his quest for peace and to end the senseless loss of human life. For all his skill and good intent, it is never going to bear fruit. Because Vladimir Putin has a self serving agenda that does not afford weight to incidentals such as human life. One might think this analogy is too strong; I respectfully submit that it is apt. This is the circumstance that David found himself in. The commensurate frustration was and remains overwhelming. It is in the evidentiary record that David resigned from the Girardi when his overtures were disregarded, a firm where he enjoyed so much professional success. All David ever wanted to do is win cases for deserving victims. That fervor remains to this day.

### How This is Relevant to Sentencing and Character

I have had the occasion over my 38 year career to witness lawyers who fall from grace and find themselves in situations involving the State bar. Some were colleagues from college and/or law school. More often than not, it involves Trust Account violations such as "borrowing" (misappropriating) funds with the intent to repay. Patently unacceptable. What typically follows is the humiliation and disenfranchisement of participating in the legal process and then being subject to a reprimand or sentence. In virtually all of the cases I have observed, the offending party finds a way to disappear into the night and assume a different life capacity other than attorney at law. Whether it is the letter to pending clients advising of the disciplinary charges, or the writeup in the back of the State Bar's monthly publication, the import is just too much to withstand and they quit the practice.

David Lira does not and will not fall into this category. With the weight of the world on his shoulders in this pending proceeding, and operating with a provisional license to practice law, I witness every day a lawyer who comes to the office, fights fiercely and honorably for his clients, and who achieves results at a very high level under any standard. I can't imagine anyone else who would be able to function at this high level with all this extra-curricular activity pending and swirling about one's mind from the moment of morning wake up until lying to rest late at night after a day of hard and meaningful work. This speaks to character and fortitude.

I understand there are corresponding sentencing guidelines for the charge at issue. My submission is this - whatever they may be, this man has paid the price and then some for the transgression he has pled to. This is a 24/7, daily penance which involves excruciating personal pain and anguish. All which has been managed with dignity and honor. My submission is this: any sentencing that effectively lands David Lira in a circumstance of confinement or one that would otherwise preclude his participation in the practice of law would be a tremendous loss to the State and Federal bars and to countless clients. The legal profession needs *more* honorable warriors such as David Lira, not one less. I can think of no societal good that will be served by a sentence that takes David Lira out as an active and practicing member of the bar.

One final note that I hope is not perceived as trivial. One of the places I find myself running into David is the photocopy room. Both of us share the practice of hustling down to the copy room and just getting it done ourselves on small jobs as opposed to burdening an assistant. You won't see too many lawyers operating at David's level in the copy room. In an environment of "Big Verdicts/Big Ego" – and David has certainly enjoyed tremendous and top 1% success in this arena – it is the rare occasion to witness this combination of high performance lawyer blended with a humble and contrite heart. *"Do you know who I am?"* is not in his vernacular. David's respect and appreciation for the everyday workers who support our legal efforts is noteworthy. Reiterating, the legal profession's loss of David Lira will only serve as a loss to the bar and to clients in need, and will serve no societal good.

I sincerely thank the Court for considering this submission.

Sincerely,

Brian J Heffernan

477722

Hon. Joe W Hilberman, Ret.
301 South Bentley Ave.
Los Angeles, CA 90049

July 8, 2025

Re: David Lira

*To the Honorable Judge Mary M. Rowland:*

I write on behalf of David Lira.  I have known David for more than 20 years, including as a practicing civil litigator, as a Superior Court Judge, and more recently as a private mediator and arbitrator.  Additionally, we are both members of the Los Angeles Chapter of the American Board of Trial Advocates.

Throughout the years I have known David he has always shown the greatest respect for the Court, opposing counsel, and fellow members of the Bar.  In advocating for his clients he has always exhibited the highest degree of civility and professionalism.  Indeed, these two qualities supported his having been elected President of the LA chapter of ABOTA.

I was shocked and profoundly disappointed by the revelations regarding the behavior of Thomas Girardi and the Girardi/Keese firm.  The hardships visited upon the firm's clients by the failure to pay compensation for injuries, and misrepresentations to the Court and clients are reprehensible in the strongest terms possible.

I am aware of David's entering of a guilty plea.  I have no personal knowledge of David having participated in any of

the activities which have disgraced the firm and, by extension, not only its members but the entire legal community.

As a lawyer of more than 52 years, as a former Judge of the Los Angeles Superior Court and recipient of the Jurist of the Year award in 2008, and as a committed member of ABOTA, an organization that was founded on the principles of civility, professionalism, support for the civil jury system and a fair and independent judiciary, revelations about Mr. Girardi and his firm have been shocking, disheartening and beyond any modicum of understanding other than greed and dishonesty.

However, to the extent of my personal knowledge of the professional behavior of David Lira, I can only reiterate that in interacting with me, and as far as I know, other members of the Bar and Bench, he has always behaved in an ethical and professional manner, and acted in the best interest of his clients. These observations are based on our professional interactions both as a practicing attorney and former Superior Court Judge.

Please feel free to contact me with any questions you may have.

Respectfully,

*Joe HILBERMAN*

s/s   *Joe Hilberman*

Hon. Joe Hilberman, Ret.



**BD&J**

WWW.BDJ.COM

TEL: 310.887.1818 · FAX: 310.887.1880
11175 SANTA MONICA BOULEVARD
LOS ANGELES, CA 90025

Dear Honorable Mary M. Rowland,

I am a plaintiffs' trial attorney and have known David Lira for a little over 15 years. I was first introduced to him when I was a clerk at Girardi Keese during law school. After I passed the bar exam, I was hired as an attorney and worked alongside David for about another four years. For the entire time I have known him, David has been a mentor to me and someone I try to model my own behavior after. I mean that sincerely both in a professional way and a personal one.

Being a new attorney at a large law firm is not always easy. David always held the young attorneys to a very high standard. He expected us to be knowledgeable of both the law and our clients. He emphasized being understanding of people in difficult situations and always showed us by example about how to put our clients first. He taught us how to be firm with defense counsel while remaining friendly and civil. He taught us how to evaluate when it would be beneficial to the client to settle versus go to trial.

He instilled in me strong senses of justice, fairness, and civility that I employ in every single one of the cases that I handle. He was realistic in his expectations for case recoveries, but also showed by example that we should never shy away from a tough fight in order to protect our clients. He never let defense counsel push him around to the detriment of his clients. He also showed that we should be understanding of the other side's position and consider that strongly in our own evaluation of cases.

After practicing for nearly 15 years, I now understand how unusual that is among attorneys of any specialty. People often are caught up in their own egos, or have a poor sense of a case's value because they do not take the time to truly understand their clients. People may refuse to educate themselves over time or stay informed of developments in the law. David was never like that. He stands out in my mind as someone who could truly see both sides, and then use a sophisticated touch to achieve the best result for his client. He is earnest, hard working, and consistent.

Perhaps more than his lawyering and professionalism, though, was David's commitment to his family that made an impression on me. Two memories in particular stand out in my mind. First, David always made a point to bring his kids into the office if they were participating in an activity that asked for donations or support in a similar fashion. While other attorneys were comfortable sending out an email on their kids' behalf, David took the opposite route. David had his girls come to the office to sell Girl Scout cookies to each of us individually. Each of his girls were expected to explain why they were participating in Girl Scouts, why they were selling cookies, give examples of what the money would be used for, and give a personal recommendation as to which cookies to buy. He had them do this to 1 - in my estimate -about 75 people at the firm. That always stood out in my mind as showing that David was not only a devoted dad, but also devoted to teaching his kids how to do things the right way. He was not going to let them pass off responsibility, or depend on him to do things that they could do themselves. He taught his girls and all of us young attorneys an important lesson during those sales pitches.

The other memory that stands out of my mind is when my then-boyfriend asked if I wanted to go on vacation with him and his family. It conflicted with a trial that I had told David that I would work with him on. I went to him very earnestly and asked if he thought that the trial had a chance of being continued so that I could get a refundable plane ticket on the off chance that I could go. David immediately told me that I could have the time off regardless of whether the trial was continued. He gave me a stern lecture about always putting family first. He wanted me to understand that family time was always more important than work. He told me that there will be many, many trials throughout my career and that none of them will mean more than your family. As an attorney who now manages a team of attorneys and support staff, I always keep that in mind when people ask for time off or when they tell me about something personal that they want to achieve. I very rarely deny anyone the opportunity to take time off for a personal reason. I try to be supportive when people ask for assistance in achieving a personal goal. That was a value that David instilled in me and that I plan to abide by for the rest of my life.

A hundred other examples come to mind as I write this. I am happy to explain all of them at length, but also understand, as a good trial attorney would, that maybe I should stop talking after I have said enough. Please feel free to reach out to me if you would like more detail on any aspect of my relationship with David.

With kind regards,

Lauren Horwitz
Partner, BD&J

**Letter of Support for David R. Lira**

The Honorable Mary M. Rowland
United States District Court
Northern District of Illinois
Eastern Division

Dear Judge Rowland,

I am writing this letter in support of David R. Lira, who is scheduled for sentencing before Your Honor on October 8, 2025. I am Vincent D. Howard, partner with The Law Offices of Ted B. Wacker. I have known David for several years through our professional involvement in the Consumer Attorneys of California (CAOC) and Consumer Attorneys Association of Los Angeles (CAALA), where we have both attended conferences and professional events, and where I have had the opportunity to observe him as a panel speaker sharing his expertise with fellow attorneys.

In my capacity as his colleague and friend, I have had the opportunity to witness David's character and integrity firsthand. Throughout our relationship, I have consistently observed two defining traits that exemplify who David truly is: his unwavering dedication to his clients and his deep commitment to his family.

His reputation in the legal community speaks to his skill and integrity as an attorney. Equally important is David's devotion to his family. His love for Jacqueline and their four children is evident in every interaction I've witnessed.

David's extensive professional accomplishments, including being named Consumer Attorneys of California's "Consumer Attorney of the Year" and his recognition as a Southern California Super Lawyer for nearly two decades, reflect not just his legal acumen but his commitment to justice and advocacy for those who need it most.

I understand that David has accepted responsibility for his actions in this matter. While this case represents a difficult chapter in his life, it does not define the man I know David to be. The David Lira I know is a dedicated attorney, a loving father and husband, and a person of integrity who has spent his career fighting for those who have been wronged.

I respectfully ask Your Honor to consider David's positive contributions to the legal profession, his dedication to his family, and his character when determining an appropriate sentence. I believe David has learned from this experience and will continue to be a positive force in his community and profession.

Thank you for your consideration of this letter and for taking the time to learn more about David as a person beyond the circumstances that bring him before your court.

Respectfully submitted,

VINCENT D. HOWARD

**Nathan R. Hurd**
19 Corporate Plaza Drive
Newport Beach, CA 92660
nhurd@robinsonfirm.com
(949) 269-4285

August 1, 2025

The Honorable Mary M. Rowland
United States District Court
Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street,
Chicago, IL 60604

      Re:    **David Lira**
             **Case No. 23 CR 54-3**

To The Honorable Mary M. Rowland,

I am an associate attorney at Robinson Calcagnie, Inc. which was started by started by Mark P.
Robinson, Jr. After law school I joined Robinson Calcagnie, Inc. in 2012 and have since devoted my
practice to obtaining recovery for individuals who are catastrophically injured due to defective products
including vehicles, machinery, and pharmaceuticals, among others. I have been blessed with the
opportunity to work with and observe many of the finest attorneys in the nation—including David.

I have known David Lira for several years and finally had the privilege of working with him on a
consolidated litigation that involved a 2016 bus crash in the City of Palm Springs, California. In every
interaction, he demonstrated the highest standards of legal practice and served as a role model for other
attorneys. I learned so much from David and saw firsthand how he can help mentor younger attorneys.
During our time working together, I found David to be a consummate professional: thorough, ethical,
and deeply committed to the principles of justice. David's skill and dedication to his clients was both
inspiring and unparalleled, reflecting the highest standard of legal excellence. His conduct was marked
by integrity, respect for the court, and a sincere dedication to the clients we served. Having the
opportunity to work and learn alongside David and observing his advocacy was one of the highlights of
my career.

I have no doubt that David will continue to be an asset to the legal community and young attorneys,
perhaps even more now. I am confident that David will use this experience as a powerful teaching
moment, not only to grow personally but to help educate and mentor other attorneys about the
importance of transparency and accountability in our profession. David had dedicated his life to
contributing to the legal field, young attorneys, and to society. I trust that your judgment will balance
justice with compassion and consider the positive impact David has had on attorneys across the nation
and the clients he has served. Thank you for your time and consideration.

Sincerely,

*[signature]*

**Nathan R. Hurd**

WALTER J. LACK
STEVEN C. SHUMAN
ELIZABETH LANE CROOKE
DANIEL G. WHALEN
BRIAN J. HEFFERNAN
RICHARD P. KINNAN
BRIAN J. LEINBACH
ANN A. HOWITT
STEVEN J. LIPSCOMB
DAVID R. LIRA
ALEXANDRA J. NEWSOM
ANDREW M. JACOBSON

LAW OFFICES

# ENGSTROM, LIPSCOMB & LACK

A PROFESSIONAL CORPORATION

11601 WILSHIRE BOULEVARD, 14TH FLOOR

LOS ANGELES, CALIFORNIA 90025-1744

TELEPHONE 310-552-3800

FACSIMILE 310-552-9434

JOSEPH A. LACK
CHRISTOPHER A. KANNE
BRITTAN N. CORTNEY
ASHLEY L. ARNETT
DANIEL C. WHALEN
RACHEL M. LANNEN
SYDNEY M. DESMAN
JASON L. TILLMAN
RYAN J. FARRELL

PAUL W. ENGSTROM (1941 – 2010)
LEE G. LIPSCOMB (RETIRED)
ROBERT J. WOLFE (196) – 2015)

August 14, 2025

**VIA EMAIL ONLY**
The Honorable Mary M. Rowland
United States District Court
For the Northern District of Illinois
Eastern Division

   Re:  *David R. Lira*

Dear Judge Rowland,

   I write this letter with the utmost sincerity and humility to express my unwavering support for David Lira, a man I have known personally and professionally for many years. David joined our firm back in 2020. At the time, I was an 8th year lawyer looking to learn to be the best lawyer and advocate for my clients. David was known in the community as not only one of the best trial lawyers but also a great mentor who practiced law with humility. Despite the fallout from the Girardi Keese firm, David continued to put his clients first. He never stopped working to achieve justice for his clients, all while making himself available to me and every other young lawyer at our firm. In every capacity – whether as a lawyer, father, mentor, or colleague – David has exemplified the highest standards of integrity, honor, and compassion. I hope this letter conveys not only my deep respect for David but also why I believe incarceration would be an unnecessary and tragic result for someone of his character and contributions.

   David is an extraordinary attorney whose intellect, advocacy skills, and commitment to justice have long earned him the respect of both peers and adversaries. He has always carried the burden of the legal profession with seriousness, ethics, and a deep sense of responsibility to his clients, the courts, and the law. His dedication has not only yielded results in the courtroom but has also helped shape the careers of countless younger lawyers who were fortunate enough to learn under his mentorship.

   What has always stood out most about David is his unwavering moral compass. In a profession that often tests character, David consistently chooses the path of integrity – even when it is difficult, even when no one is watching. His honesty is not performative; it is intrinsic. He is the kind of man who takes accountability, who shows up for others, and who lives his values.

   Beyond the courtroom, David is a deeply devoted father and family man. He has always placed his family above all else, serving as a present and loving parent, and a source of stability and guidance for those around him. He is the type of person who quietly sacrifices for others, who listens, who mentors, and who uplifts. The ripple effect of his positive influence can be seen not just in his own home, but in the lives of his friends, colleagues, and the broader community.

The Honorable Mary M. Rowland
United States District Court
August 14, 2025
Page 2

      To incarcerate David would not serve justice – it would diminish it. It would break apart a family that depends on him, and remove from society a man who still has so much good to give. He is not someone who poses a risk to the public; he is someone who *betters* it.

Sincerely,

ANDREW M. JACOBSON

AMJ/es



email: njohnson@jjllplaw.com

July 8, 2025

**VIA U.S. Mail**

Honorable Mary M. Rowland
United States District Court
Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, Courtroom 1225
Chicago, IL 60604

Re: David R. Lira Case No. 23 CR 54-3

Dear Judge Rowland:

I write in regard to David R. Lira. I am the founding partner of a seven person law firm where we do sophisticated entertainment, media, business and class action litigation. We have won or settled a number of important cases and been recognized for legal precedents we have helped to establish. I have been recognized by Super Lawyer as one of the top 100 lawyers in Southern California for the last five years.

I was designated one of the Hollywood 100 "Power Lawyers" by the *Hollywood Reporter* every year since 2008. In 2020, I was moved to a new permanent category, "Legal Legend."  In 2020 I was named Alumnus of the Year by the Biederman Entertainment Law Institute at Southwestern Law School.

I was lead trial and appellate counsel in the precedent-setting case of *Sanders v. American Broadcasting Companies, Inc.*, 20 Cal. 4th 907 (1999), which established the right of privacy in the workplace and is studied in the leading case book on torts and the two casebooks on entertainment law.

*Privacy Torts*, the leading treatise on privacy law by Professor David Elder, contains the following dedication: "To Neville L. Johnson…who has led the charge, often successfully (and always creatively and with great passion) in exposing some of the worst outrages of media newsgathering. Neville ranks with Brandeis and Warren as the great defenders of privacy. All America is in his debt."

A law review article about my career is Richard and Calvert, "Suing the Media, Supporting the First Amendment: the Paradox of Neville Johnson and the Battle for Privacy," 67 *Albany Law Review* 1097 (2004).

I have practiced law for 50 years. I have known David Lira for 30 or more years. Before meeting him, I was aware of his reputation as a top lawyer. We served as board members of ABOTA, and I have seen him speak on legal issues at various legal conferences. I consider him a good friend. I know him to be a good family member and a giving member of the legal community and the community at large.

Mr. Lira has an excellent reputation as a first-class lawyer in Southern California. As an example, I referred him a case last year for a potential large toxic tort case.

I should also mention that I was quite friendly with Tom Girardi and certain members of his firm. Mr. Girardi possessed a very strong, demanding, forceful personality along with immense charm, so I can understand why --- along with the familial relationship to him --- it was very difficult and frustrating for Mr. Lira to get Mr. Girardi to act appropriately.

In sum, Mr. Lira is a good lawyer and an honest person.

Yours very truly,

Neville L. Johnson



JAMRA JAMRA & HANASAB

basel@jamralaw.com
team@jamralaw.com

August 15, 2025

Honorable Mary M. Rowland
United States District Court
Northern District of Illinois
Eastern Division

    **Re:   David R. Lira**

Dear Judge Rowland,

    I hope this letter finds you well. I am the Managing Partner of Jamra, Jamra & Hanasab, L.L.P., and a member in good standing of the State Bar of California. I practice exclusively in the field of family law and have done so for roughly the last fifteen (15) years. Prior to my transition into family law, I practiced in the field of personal injury for approximately nine (9) years, representing individual plaintiffs in a variety of matters.

    I have known David for almost my entire professional career. Although David and I worked at different law firms, in the past, we have had occasion to work alongside one another representing individual plaintiffs involved in the same incident. Since transitioning into family law, I have referred individuals, including members of my extended family, in need of representation to David.

    In my personal experience, I know David to be an exceptional advocate for his clients, an attorney committed to serving his clients' best interests and someone who truly cares about the people he represents. In my professional dealings with David, I have not had cause to question his character or ethics and consider him to be a trusted and honorable colleague. No one that I have ever referred to David has ever voiced a complaint or expressed a negative experience having David represent their interests. Simply put, David has been and will continue to be someone that I trust without question, whose counsel I would recommend without hesitation.

    Thank you.

Very truly yours,
JAMRA, JAMRA & HANASAB, L.L.P.

BASEL G. JAMRA
Of the Firm

9320 Wilshire Blvd, Suite 204, Beverly Hills, CA 90212 ᴛ (310) 278-9001 ꜰ (310) 278-9002 *jamralaw.com*

LTR TO JUDGE ROWLAND



**Kabateck** LLP

July 29, 2025

Honorable Mary M. Rowland
United States District Court
Northern District of Illinois
Eastern Division

***Re: David Lira***

Dear Judge Rowland:

I write in my capacity as a lawyer of over 35 years, the senior partner of my law firm, the board chair of the Loyola Law School of Los Angeles' Board of Directors, a Trustee of Loyola Marymount University, a former president of the Los Angeles County Bar Association, and as a former president of the Consumer Attorneys (trial lawyers) of California. I have been named one of the top 100 lawyers in California by the Los Angeles Daily Journal for more than 15 years. I am also the recipient of the NAACP's Champion of Justice award. I mention these credentials to explain that I have been emersed in the legal community locally and nationally for almost my entire adult life before, during and after law school.

I have been an active leader in the California plaintiffs' bar for almost as long as I have been a lawyer. I count among my colleagues and friends many of the finest lawyers in California, both plaintiff and defense, as well as many judicial officers. I would count David as not only a colleague, but I would include him as one of the finest lawyers I have ever worked with. I have encountered literally thousands of lawyers in my career. I am well aware of the charges and David's plea agreement and admissions.

While there is no question of all lawyers' obligation of candor to the courts and judicial officers, one incident or event doesn't not define a person's character. In Los Angeles, we are all aware of the impact the Thomas Girardi events have had on numerous people. I can assure you that David is most certainly not Tom Girardi in any sense. Please do not punish David for the crimes and defalcations of Tom Girardi or his CFO. That would be unjust in a system that I have spent my life's work upholding and supporting. In the many instances where I have been involved in the same cases as David and his firm, I never viewed him as a supplicant for Tom Girardi. He never lived the lavish lifestyle as his employer. It was well known in the legal community that David, like all the lawyers at that firm, were simply employees and workers for Tom Girardi. I have never and would never write such a letter for or about Tom Girardi.

Let me be crystal clear: In every encounter I ever had with David, he has been hard-working and honest. While not an excuse for what he has admitted in his plea agreement, I have no information or evidence to offer that it was anything other than a one-time event. We live in a system and country which believes in redemption and forgiveness. I would never write this letter

Honorable Mary M. Rowland
Page **2** of **2**
July 29, 2025



**Kabateck** LLP

if I believed that David was not deserving of leniency. Please do not make him an example or to send a message to the legal community.

In closing, consider the impact this has already had on his family and his career. Consider how he will live the rest of his life with this scarlet letter around his neck and spare him any prison time.

Thank you for your consideration.


KABATECK LLP


BRIAN S. KABATECK

Cc:     alexus@cheronislaw.com
        gcbland@gmail.com
        Damon M. Cheronis Esq. - damon@cheronislaw.com

LAW OFFICES OF
# F. ANTHONY KOUSHAN
A PROFESSIONAL CORPORATION

301 NORTH CANON DRIVE
SUITE 218
BEVERLY HILLS, CALIFORNIA 90210
WWW.KOUSHANLAW.COM

TELEPHONE (310) 552-9596

FACSIMILE (310) 552-0036

July 10, 2025

**STATE BAR OF CALIFORNIA**
845 S. Figueroa Street
Los Angeles, CA. 90017-2515

Re:     **Mr. David R. Lira, Esq.**

Dear Sir/Madam:

I would like to respectfully provide you with a character letter about my very dear friend David Lira. I will try my best to keep it brief, as writing about David's wonderful character can easily cover at least 10-20 pages.

I have had the pleasure and honor of knowing David Lira for over 20 years. I used to refer my complex products defect, etc. cases to Girardi's firm. I first met with David when he became the trial lawyer in charge of my cases.

From the very first time I met David, I immediately realized that my clients are in very good hands. Aside from being a brilliant trial lawyer, David has been and is extremely honest and ethical with me and <u>all</u> of my clients. My clients and I have never had a single bad experience with David, professionally, and/or ethically. He has always been a straight shooter and never misrepresented me and/or my referred clients. My clients always received their fair share of settlement recoveries quickly and without any delays.

He always handled the cases with utmost professionalism. Never for one minute I ever doubted David's sense of honesty and ethics. I still refer my complex cases to David at his new firm, and whenever I call or visit him, he is there way after hours working hard on his clients' cases. He really cares for his clients.

David has an excellent reputation among his colleagues, Judges, Mediators and even defense lawyers. I have never heard any derogatory statement about David from any of my colleagues, etc.

Page.2
Mr. David R. Lira, Esq.
July 10, 2025

On a personal level, David is a loving father and husband. As a strong Catholic, he is very much in tuned with his faith. In fact, I have never even heard him using profanity or talking down about others.

When we meet, he always talks about his wife and children . With his busy professional calendar, he always makes time for his family. He is very serious about his faith, good education and social justice. His four children have the same quality and passion as their dad. In fact, his children's nanny of over 18 years, Carolina, is now my 9 year old son's nanny since his birth. She loves David and his family, and always talks about David's high sense of integrity.

In the past few years or so, my good friend David's integrity and honesty has been questioned. He has become a victim of his previous employer, Tom Girardi. I can see Dave has aged and is not the same happy man. He is in deep thoughts and is very worried about his family.

I have not, nor will I ever change my opinion of David's character.

Simply said, dishonesty is not in David's DNA. He is still and will always be my best friend, and I will always refer my complex hi-profile cases to David R. Lira, without a single shadow of doubt.

Thank you very much for your favorite consideration.

With kind personal regards,

F. Anthony Koushan

LAW OFFICES

# ENGSTROM, LIPSCOMB & LACK

A PROFESSIONAL CORPORATION

11601 WILSHIRE BOULEVARD, 14TH FLOOR

LOS ANGELES, CALIFORNIA 90025-1744

TELEPHONE 310-552-3800

FACSIMILE 310-552-9434

WALTER J. LACK
STEVEN C. SHUMAN
ELIZABETH LANE CROOKE
DANIEL G. WHALEN
BRIAN J. HEFFERNAN
RICHARD P. KINNAN
BRIAN J. LEINBACH
ANN A. HOWITT
STEVEN J. LIPSCOMB
DAVID R. LIRA
ALEXANDRA J. NEWSOM
ANDREW M. JACOBSON

JOSEPH A. LACK
CHRISTOPHER A. KANNE
BRITTAN N. CORTNEY
ASHLEY L. ARNETT
DANIEL C. WHALEN
RACHEL M. LANNEN
SYDNEY M. DESMAN
JASON L. TILLMAN
SEAF C. HARTLEY
PAUL W. ENGSTROM (1941 – 2010)
LEE G. LIPSCOMB (RETIRED)
ROBERT J. WOLFE (1961 – 2015)

July 31, 2025

Re:     David R. Lira

Dear Judge Rowland,

After 13 years of practicing law, I have met many highly-respected, honorable, hard-working, and skilled trial attorneys. If one of my family members or dear friends were to come to me today with "Chris, I have a very serious, potentially life-altering case and need the best plaintiff's lawyer you know, who do you think I should I hire?" My answer would be David Lira. And there would be no hesitation.

Before I passed the California Bar in 2013, I was a law clerk at Girardi & Keese and worked on David's team. David kept a thick, personal, trial binder for every case, and would add documents, testimony, photos, and any other evidence he generated on the case to his binder. He would place the evidence in the section he labeled for each element he needed to prove in the case. I was working late one night feeling totally overwhelmed about an upcoming trial I was working on for another lawyer in the office. I needed help and decided to look around the office to see if any other "senior" lawyers were still there. Sure enough, David was in his office, so I walked in and explained my predicament. I'll never forget this interaction because I think about how David made me feel in that moment. He showed me his trial binder that he was using for another case and made what I thought were the most stressful, complicated issues, become manageable. He reinvigorated me in that moment and has done so in several other moments over the years.

But the other distinguishable quality David exhibited that night and has exhibited in my presence many times since is that he does not take short cuts. He does things the right way. He is an honorable man. An amazing trial lawyer with an incredible attention to detail. A highly-respected member of our community. A mentor and dear friend.

If the opportunity were to present itself, I would echo the sentiments above and more in open court.

Most Respectfully,

CHRISTOPHER A. KANNE

Richard P. Kannan
12412 Texas Avenue, Unit 105
Los Angeles, CA 90025
(310)991-1783
rkinnan@elllaw.com

The Honorable Mary M. Rowland

My name is Richard P. Kinnan and I have been a Civil Litigation Trial Lawyer for over thirty-five years. I am an Associate member of the American Board of Trial Advocates (ABOTA). I have worked for the plaintiffs' law firm of Engstrom, Lipscomb, & Lack for over twenty-five years.

I met David Lira a long time ago while he was working for Girardi & Keese and I was working for EL&L. However, it was not until David joined EL&L in December 2020 that I really got to know David. For the past four years, David and I have regularly gone to lunch, and we speak multiple times a week about his cases and about his personal life, including his family. I regularly seek David's counsel about legal and factual issues relating to my cases.

I can unequivocally say that David Lira is a man of high moral and ethical character who always puts the rights and interests of his clients first and above all else. David is an extremely hardworking lawyer. He is honest and dependable. He has shown me and our firm what a great and decent plaintiffs' lawyer looks and acts like. David is remarkably poised and focused on doing the right thing for each and every one of his clients. In addition, David has masterfully mentored several young lawyers here at EL&L. David demands of the lawyers that work on his cases the highest work ethic and a total commitment to protecting the rights and interests of the clients. I have not found any reason or occasion to question David's good judgment or character.

David has also shown me that he is a loving and caring dad and husband.

I have read the factual basis of the plea agreement and his guilty plea does not change my opinion of David.

Very Truly Yours,

Richard P. Kinnan, Esq.



July 28, 2025

Frank P. Kelly III

555 Mission Street Suite 2300
San Francisco, California 94105
t 415.544.1900
d 415.544.1948
f 415.391.0281
fkelly@shb.com

Honorable Judge Mary M. Rowland

United States District Court

Northern District of Illinois

Judge Rowland,

I am writing in support of the character and integrity of David Lira, whom I have known for 20 years in both a professional and personal capacity.

My professional background is in civil litigation primarily in the field of product liability representing manufacturers against claimants seeking money damages for allegedly defective products. I have been licensed in California since 1978, and have tried product liability cases to verdict in California, Oregon, Alaska, Michigan, West Virginia, Oklahoma, Connecticut, New York, and Florida. I am a member of the American College of Trial Lawyers, and the American Board of Trial Advocates.

In the early 2000's, I was retained to take over the defense of Ford Motor Company in the case of Karlsson v. Ford, pending in the Superior Court of the State of California in and for the county of Los Angeles. The Karlsson family was represented by Girardi & Keese, with primary responsibility for conducting discovery and preparing the case for trial handled by David Lira. The case was tried in the Chatsworth Courthouse for approximately a month, resulting in a multi-million dollar verdict in favor of the Karlsson's. Over the course of many months in pretrial proceedings and in trial, David Lira and I maintained an adversarial relationship representing our opposing



July 29, 2025
Page 2

clients. Throughout the relationship Lira acted with integrity, honesty, and civility. He pulled the laboring oar in the presentation of the Karlsson's complex seat belt design case. In the tense, pressure-backed give-and-take of trial Lira was unfailingly true to his word.

Following our trial, David and I maintained a friendly relationship, although we didn't have any further litigation together. When my son Patrick was attending UCLA School of Law, I reached out to David to inquire whether there might be a position at Girardi & Keese for a summer associate. I wanted my son to experience a plaintiff-side practice, and felt that David could show him the workings of a high-end, high quality, professional law practice. I had no hesitation or doubt that Patrick would be exposed to an ethical litigation practice under Lira's tutelage. I was not disappointed.

Notwithstanding recent events, I continue to believe strongly in David's fundamental honesty and decency, his dedication to his clients, and his tireless advocacy on their behalf.

Thank you for your consideration of my support for David Lira.

Best regards,

Frank Kelly

LAW OFFICES OF MOSES LEBOVITS, P.C.
11601 WILSHIRE BOULEVARD
FOURTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90025
-------
TELEPHONE (310) 277-0200

EMAIL
mlebovits@moseslebovitslaw.com

September 2, 2025

Honorable Mary M. Rowland

Re: David Lira

Dear Judge Rowland,

I am writing on behalf of David Lira, a lawyer, colleague, fellow board member and friend that I have known for over 30 years.

Come this December, I will have practiced law for 50 years. My entire career has been in helping people who have been hurt, maimed or families who have suffered the loss of a loved one.

I graduated UCLA School of Law in 1975 and was admitted to practice law in California in 1975. I am admitted to practice in all State and Federal Courts in California, including the 9th Cir. Court of Appeals. I taught Aviation Law as an Adjunct Professor at Southwestern University, 1981-1983, and I am a licensed pilot. I was recently admitted to the Colorado State Bar, February 29, 2024. I was President, American Board of Trial Advocates, Los Angeles Chapter, 2009 and Vice-President, American Board of Trial Advocates, Los Angeles in 2008. I have been a member American Board of Trial Advocates National Board of Directors from 2005-2025. I also served on the Consumer Attorneys of California Board of Governors from 1995-1997, as well as the following honors:

International Society of Barristers since 2019 and continuing.

The National Trial Lawyers, Top 100 Trial Lawyers – 2012-2024

Hon. Mary Rowland
**David Lira**
*September 2, 2025*
*Page 2*

National Association of Distinguished Counsel, Nation's Top One Percent, 2016-2024

America's Top 100 Attorneys – Lifetime Achievement

Martindale Hubbell – AV Rated for the last 43 years, Highest Possible Peer Review Rating In Legal Ability & Ethical Standards

Law Dragon – Leading Plaintiff's Lawyer in America

Southern California Super Lawyers, for the past 30 years

American Board of Trial Advocates, Los Angeles Chapter, Lee B. Wenzel Civility Award, 2013

I gave The Irving H. Green Memorial Lecture UCLA School of Law in 2017 and have lectured to groups in California and nationally, including the Utah Trial Lawyers, ABOTA, Consumer Trial Lawyers of Los Angeles and Orange County.

I have tried more than 75 jury trials and a substantial number of non-jury trials, a large number of which resulted in settlements or verdicts well in excess of $5 million each and many in excess of $10 million.

I am currently a member of the Plaintiffs' Steering Committee for the JCCP litigation against Toyota Motor Corporation arising from unintended acceleration incidents, and personally represented several plaintiffs who suffered catastrophic injuries in unintended acceleration incidents.

I have been involved in volunteer and charitable activities as well: Co-Chair of Parent Fund, Occidental College, 2002-2003 and Co-Chair of Parent Fund, University of California at Santa Barbara, 2003-2004. I have also been Vice-Chair of Board of Directors, Brentwood School, 2002 after serving on its board since 1996.

Hon. Mary Rowland
**David Lira**
*September 2, 2025*
*Page 3*


  I have always known David to have an excellent reputation.  He is thoughtful, concerned, careful and always put the concerns of the client first.  Over the years, I have sought David's counsel on addressing issues of concern that have arisen in my cases; for example how to handle a client that has been untruthful to me or has not provided the complete "story" -he helped guide me through the myriad of issues balancing the need of the other plaintiffs in that case and my ethical obligations.  He has helped me find an expert to assist in determining whether I should continue pursuing a particular case.  David always put the client first but insisted on absolute honesty.  His advice helped me convince the client noted above to dismiss the claims that were of concern and only pursue the ones that were justified.  He has provided excellent advice regarding use of experts in product and professional negligence claims that not only helped me but my clients as well.  In board meetings, his comments were thought full, articulate and always sought to build a consensus.

  I have always known David to be honest, forthright, diligent and caring.  He has always placed his clients first.  I am proud to call him a friend and colleague.

      Sincerely,

      LAW OFFICES OF MOSES LEBOVITS, P.C.

      Moses Lebovits

LAW OFFICES

## ENGSTROM, LIPSCOMB & LACK

A PROFESSIONAL CORPORATION

11601 WILSHIRE BOULEVARD, 14TH FLOOR

LOS ANGELES, CALIFORNIA 90025-1744

TELEPHONE 310-552-3800

FACSIMILE 310-552-9434

WALTER J. LACK
STEVEN C. SHUMAN
ELIZABETH LANE CROOKE
DANIEL G. WHALEN
BRIAN J. HEFFERNAN
RICHARD P. KINNAN
BRIAN J. LEINBACH
ANN A. HOWITT
STEVEN J. LIPSCOMB
DAVID R. LIRA
ALEXANDRA J. NEWSOM
ANDREW M. JACOBSON

JOSEPH A. LACK
CHRISTOPHER A. KANNE
BRITTAN N. CORTNEY
ASHLEY L. ARNETT
DANIEL C. WHALEN
RACHEL M. LANNEN
SYDNEY M. DESMAN
JASON L. TILLMAN
RYAN J. FARRELL

PAUL W. ENGSTROM (1941 – 2010)
LEE G. LIPSCOMB (RETIRED)
ROBERT J. WOLFE (1961 – 2015)

August 14, 2025

**VIA EMAIL ONLY**
The Honorable Mary M. Rowland
United States District Court
For the Northern District of Illinois
Eastern Division

     Re:   *David R. Lira*

To the Honorable Court,

     I write this letter of support for my long-time professional colleague and now business partner, David R. Lira, Esq., to, in some small way, impart my personal and professional opinion of his moral, ethical, and professional character. Without qualification, David has always displayed uncompromising thoughtfulness, competence, and professionalism in his daily interactions with the Court, his clients, and his professional colleagues.

     I have been an active trial lawyer for well over thirty years. I am a member of the State Bar of California, United States District Court for the Central Division of California, United States Court of Federal Claims, and the United States Supreme Court. I have been a member of Enstrom, Lipscomb & Lack since 1993, and from the early 1990s through approximately 2012, my firm associated with David and his former law firm Girardi & Keese on hundreds of cases.

     I first met David in the early 1990s when our respective law firms represented hundreds of clients in the matter of *Anderson, et al. v. Pacific Gas & Electric*, a case that was made famous by the movie Erin Brockovich. Since that time, I have worked with David on many litigation matters in State and Federal Court. David is a member of Engstrom, Lipscomb & Lack, a firm for which I have worked as a trial lawyer since 1993. As such, I have extensive first-hand knowledge of David's conduct, temperament, and professionalism. Presently, we are working together to represent the interests of individuals, many of whom do not have the resources to hire counsel on an hourly basis.

     In my humble and well-informed opinion, David is one of the hardest-working, honest, and moral attorneys with whom I have worked. David is particularly diligent in matters involving his clients and the Court. Relative to his clients, David keeps them informed on developments in their respective cases and involved with important deliberations and decisions. With the Court, David follows the letter of the Law and is looked upon as an honest resource when he appears before the judiciary. It is rare when a lawyer is given great deference by judges. David has earned this respect after years and years of honest and tenacious advocacy.

477601

The Honorable Mary M. Rowland
United States District Court
August 14, 2025
Page 2


I hope this letter, in some small way, helps the Court understand Mr. Lira's character. I appreciate the weight of these letters, and I give my opinions without hesitation or reservation. I stand in support of David Lira in this proceeding, and I am available to provide any additional information or perspective.


With the deepest respect,

BRIAN J. LEINBACH

BJL/es

477601

LAW OFFICE OF
# LAWRENCE J. LENNEMANN
29900 HAWTHORNE BOULEVARD
ROLLING HILLS ESTATES, CA 90274
TELEPHONE: (310) 265-5788
EMAIL: LENNEMANNLE@GMAIL.COM

LICENSED IN CALIFORNIA,
KANSAS, MISSOURI & NEBRASKA

August 12, 2025

The Honorable Mary M. Rowland
United States District Court
Northern District of Illinois
Eastern Division

Re:     *David R. Lira*

Dear Judge Rowland:

I am 70 years old have been a California licensed attorney in good standing since June of 1988 - over 37 years. Immediately prior to attending law school in 1984, I worked for a commercial and industrial real estate firm for almost 3 years and am still a California licensed real estate broker. I have handled multi-million dollar transactions and have been the principal trial attorney in well over 30 superior and federal court trials.  In doing so, I have acted as a fiduciary with regard to the monetary funds generated for and behalf of my clients. In August of 2008, I became a Member with the American Board of Trial Advocates (ABOTA) and, as a result of the completion of my most recent trial, will be elevated to the rank of Associate. As your Honor is aware, ABOTA is an invitation only organization consisting of qualifying trial attorneys from both the plaintiff's and defendant's bars dedicated to following the principles of civility, integrity and professionalism.

I believe that my age and lengthy professional career and experiences - especially with regard to reading and evaluating clients and other professionals - has given me insight into how others I have known and worked with handle their duties and obligations. After all these years, I believe that I can determine rather quickly those of my colleagues that I can trust and cannot trust - not only by their words but, most importantly, by their actions. David Lira is a colleague who I unequivocally trust.

For at least the past 27 years, I have been fortunate to know and interact both professionally and personally with David - who is an Advocate with ABOTA and, in my opinion, upholds and practices those ABOTA principles mentioned above. I can attest first-hand to David's honesty and integrity and dedication to the legal profession and to the interests of his clients. Never have I known, or much less even thought or heard of, David to be a person who would place his own interests or needs above those required and expected as an advocate and fiduciary of the legal profession.

David is a very caring and dedicated husband and father as well as an readily available and considerate friend, who is always willing to provide encouragement and assistance with regard to his friends' professional or personal matters. He is a very charitable person who has constantly given his time and effort in pursuit of worthwhile and socially significant endeavors.

I am proud to call David my friend and colleague and he has had a profound influence on me personally and professionally.

Sincerely,

LAWRENCE J. LENNEMANN





640 S. San Vicente Blvd. | Suite 390
Los Angeles, CA 90048

323.951.1188

323.951.1199

jennielevin@levinlegalhelp.com

August 5, 2025

The Honorable Mary M. Rowland
United States District Judge
United States District Court for the Northern District of Illinois

Re: **United States v. David R. Lira Case No. 23 CR 54-3** — Sentencing Support Letter

Honorable Judge Rowland:

I write to respectfully offer my support for David Lira as the Court considers his sentence in the above-referenced matter. I am a California attorney and the founder of the Law Offices of Jennie Levin, P.C. I have known Mr. Lira for approximately five years, primarily through our work on the Palm Springs bus-litigation matters, which took a few years to complete. Mr. Lira served as lead counsel, and I represented several clients.

In that complex, high-stakes litigation, I observed Mr. Lira's work closely and repeatedly. He demonstrated zealous advocacy, a top-tier level of skill, and steady command of complicated facts and law. Just as importantly, he consistently placed clients' interests at the forefront. He showed genuine concern for their well-being—checking in on medical progress and taking time to explain strategy and next steps. In my direct experience, he pushed to ensure that our clients were fully and fairly compensated and that their dignity was respected throughout the process.

I am fully aware that Mr. Lira has pleaded guilty to a charge in this case. My intention is not to minimize the seriousness of the offense or its impact. Rather, I wish to provide the Court with context about the professional I have known: a lawyer who, in my interactions with him, conducted himself with professionalism, civility, and care for the people he served. It is also my understanding that by pleading guilty he has accepted responsibility, an important step toward accountability and rehabilitation.

Based on my experience working alongside him, I believe Mr. Lira has meaningful capacity to contribute positively to others and to the profession going forward. If the Court finds it appropriate, I respectfully ask that any sentence allow him the opportunity to continue making amends—through structured community service, mentoring younger attorneys on ethics and client care, or other constructive avenues the Court deems suitable. I am confident he would take those obligations seriously and use them to rebuild trust.

Thank you for considering my perspective. I offer it with respect for the Court's responsibilities and with appreciation for the careful attention sentencing decisions require.

Respectfully submitted,

JENNIE LEVIN, ESQ.

  

A PROFESSIONAL LAW CORPORATION

www.LevinLegalHelp.com

LAW OFFICES

## ENGSTROM, LIPSCOMB & LACK

A PROFESSIONAL CORPORATION

11601 WILSHIRE BOULEVARD, 14TH FLOOR

LOS ANGELES, CALIFORNIA 90025-1744

TELEPHONE 310-552-3800

FACSIMILE 310-552-9434

WALTER J. LACK
STEVEN C. SHUMAN
ELIZABETH LANE CROOKE
DANIEL G. WHALEN
BRIAN J. HEFFERNAN
RICHARD P. KINNAN
BRIAN J. LEINBACH
ANN A. HOWITT
STEVEN J. LIPSCOMB
DAVID R. LIRA
ALEXANDRA J. NEWSOM
ANDREW M. JACOBSON

JOSEPH A. LACK
CHRISTOPHER A. KANNE
BRITTAN N. CORTNEY
ASHLEY L. ARNETT
DANIEL C. WHALEN
RACHEL M. LANNEN
SYDNEY M. DESMAN
JASON L. TILLMAN
RYAN J. FARRELL

PAUL W. ENGSTROM (1941 - 2010)
LEE G. LIPSCOMB (RETIRED)
ROBERT J. WOLFE (1961 – 2013)

August 15, 2025

The Honorable Mary M. Rowland
United States District Court
Northern District of Illinois
c/o Cheronis & Parente, LLC
140 South Dearborn, Suite 404
Chicago, IL 60603

     Re:   *David R. Lira*

To the Honorable Judge Rowland,

     Please accept this letter in support of David Lira.

     I am a shareholder and partner at Engstrom, Lipscomb & Lack ("EL&L"). I have worked at EL&L as a trial attorney for more than 25 years. During that time, I have come to know David Lira as an exceptional trial lawyer, co-worker and a friend.

     I first met David in the early 2000's when EL&L and his former firm, Girardi & Keese, partnered-up on dozens of mass tort and class action matters. At that time, I was a young lawyer learning the ropes. David, on the other hand, was already an accomplished trial lawyer. Despite his success, David was always kind, considerate and extremely helpful to me and other young lawyers who had the benefit of working with him.

     Since David joined EL&L more than 4 years ago, I've had the pleasure of getting to know him on a much deeper level. Aside from being one of the hardest working lawyers in the office, David is a very caring and compassionate person who has always displayed high moral character in my presence. I've witnessed David display those traits countless times during meetings with clients, witnesses and other attorneys, and while hanging out with him at lunch.

     Shortly after his arrival at EL&L, David quickly became the go-to legal resource for EL&L attorneys, especially younger attorneys seeking advice and information about expert witnesses, litigation strategy, and complex discovery issues, to name a few examples. He's always been willing to help anyone and everyone in the office despite his busy schedule. David has given me valuable legal advice and help on matters countless times. He really is a selfless individual who goes out of his way to help his clients, colleagues and others achieve the best results possible in legal endeavors.

     In my opinion, David is an honest and trustworthy person with a very big heart. He has done so much good for his clients, other lawyers and the legal community over the years.

478335

The Honorable Mary M. Rowland
United States District Court
Norther District of Illinois
August 15, 2025
Page 2

I sincerely appreciate the Court's consideration of this letter. I stand in support of David, and I am happy to provide additional information if requested.

Sincerely,

STEVEN J. LIPSCOMB

477601

ALBRO L. LUNDY
DIRECT DIAL: (310) 802-7762
EMAIL: ALBRO@BAKERBURTONLUNDY.COM


BAKER
BURTON
LUNDY

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
515 PIER AVENUE
HERMOSA BEACH, CA 90254–3889

TELEPHONE: (310) 376-9893
FACSIMILE: (310) 376-7483

July 17, 2025

Honorable Mary M. Rowland
United States District Court
Northern District of Illinois

Dear Judge Rowland,

I am taking the time to write this character letter on behalf of David Lira, both as his friend and colleague, as well as an admirer of a fine man and fine attorney.

Before I go on, let me tell you about myself so you gain some insight into me and can judge the value of my belief in the honesty and integrity of David. I am a partner at Baker, Burton & Lundy, a law firm in Hermosa Beach. I received a Bachelor of Arts degree in Business Economics from UCLA in 1981. Following graduation, I was a fellow with the prestigious CORO Foundation (former Coro Fellows include current California Senator Alex Padilla and former Senators Diane Feinstein and Barbara Boxer and a host of other public servants). I received my Juris Doctorate from Loyola Law School in 1985. After honing my skills at several prominent litigation firms in the Los Angeles area, I joined Baker and Burton in 1994, and became a named partner in 1997.

I am admitted to practice in the State of California, U.S. Supreme Court, U.S. Court of Appeals and U.S. District Court, Southern and Central Districts. I am an AV rated lawyer who was selected for inclusion in the California Super Lawyers from 2008 to the present. I was named one of the top trial lawyers in the State of California, winning the 2009 California Consumer Attorney of the Year award, and was also among a select few nominated for Trial Lawyer of the Year for the Consumer Attorney Association of Los Angeles.

I am a member of the Consumer Attorneys Association of Los Angeles (CAALA), the Los Angeles plaintiff's bar with over 4,100 members. I have received numerous case referrals from fellow CAALA members to litigate and to try their cases. Additionally, I am a member of Consumer Attorneys of California (CAOC), and am a well-known speaker at their conventions which are one of the largest in the United States.

My firm and I co-founded the Consumer Protection Law Chair at Loyola Law School. I am a member of the LMU Centennial Society and established a scholarship for single parents enrolled in night school at Loyola Law School. In 2013, I argued before the Supreme Court of California regarding the use of multiple 998 offers to encourage settlement in the *Martinez v. Brownco* case. In a unanimous opinion by the California Supreme Court, new law was made and

Honorable Mary M. Rowland
July 17, 2025
Page 2

changed 40 years of legal precedent. This change will actually aid the settlement process and help reduce litigation.

I have been a member of the Hermosa Beach Chamber of Commerce, UCLA Phi Kappa Psi Alumni Board, and CORO Board of Advisors. I served as Mock Trial Coach for Palos Verdes High School from 2008 – 2012 and Palos Verdes Peninsula High School from 2013 – 2015. I have donated over 181 pints of blood and was recently recognized by Torrance Memorial Medical Center as a "super blood donor". I have served as a judicial settlement officer for the Los Angeles Superior Court.

For many years, I have, and continue to, volunteer in various capacities for St. Lawrence Martyr Catholic Church and Los Angeles Engaged Encounter. I received the St. John Fisher Distinguished Alumni Award, the Angel Award from Catholic Charities of Los Angeles, and the St. Lawrence Martyr Light of Christ Award with my wife, Cathi Lundy. My wife and I have presented over 150 weekend retreats for engaged couples on behalf of Los Angeles Engaged Encounter.

My wife and I also volunteer for Plant With Purpose (plantwithpurpose.org), including service on the Board of Directors and as general counsel. Plant With Purpose restores hope by reversing the interconnected challenges of global poverty and environmental damage. In 2021, we were recognized with their lifetime achievement award.

My first job in the legal world was as a law clerk for the firm of Girardi, Keese & Crane. That was in 1982, back when the discovery laws allowed for literally thousands of interrogatories, requests to produce and requests for admission. There were probably 10-15 law clerks engaged in responding to and propounding discovery. I was an independent contractor as were most of the law clerks, working our way through law school and putting in 20-40 hours a week at the firm, as well as a full time school schedule. I was able to observe the inner workings of the Girardi law firm at that point and recognized it to be a dynamic firm, very successful and we were truly helping those in need. I moved on to the firm of Green, O'Reilly, Agnew and Broillet, at that point recognized as one of the finest plaintiff's firms in California, if not the nation. I worked with Charlie O'Reilly, and the CAALA Trial Lawyer of the Year Award is named after Charlie. Needless to say, I was privileged to work with some of the finest lawyers in the field.

I recite this only because I want to present my bona fides when I say that David Lira is one of the finest lawyers I have had the privilege of knowing and working with over these last 28 years. I first met David when he was invited to join an organization I founded with several other lawyers. We called ourselves the Eighth Street Lawyers and it was an invitation only group of both plaintiff and defense lawyers, which was founded on the premise of promoting civility and collegiality amongst the bar. We had all been experiencing far too much discord and unprofessional conduct and so we decided to establish an organization where civility and communication reigned supreme. We started the organization in 1990 and David was invited to join in or about 1994. It is a unanimous membership agreement to invite a fellow lawyer on

Honorable Mary M. Rowland
July 17, 2025
Page 3

either side of the bar, and David passed that test of approximately 30 lawyers with flying colors. His reputation, but more important, his honesty and integrity were paramount amongst the Eighth Street lawyers, or else he would not have been invited, much less accepted, into the organization. When the Eighth Street lawyers started, none of us owned a firm or were partners in a firm. But since then, members have been recognized as some of the finest lawyers in the nation. For instance, Brian Panish on the plaintiff's side and Dick Carroll on the defense side, amongst many others, have received national recognition.

David has always been not only a pleasure to work with but a joy to spend time with. He is "other-centered" and you would be hard pressed to know of his tremendous victories and hard work on behalf of his clients as he would not be the one to tell you. Our firm associated the Girardi firm on what became the largest class action anti-trust case in the history of California. We colloquially called it the "energy case" and ultimately procured over $4 billion in compensation for the state of California and its people, as well as changed the way in which the monopolistic energy companies did business in a permanent way so that they could not "re-create the crime" that caused the California energy crisis in the early 2000's. David and I would discuss strategy about the case and its prosecution, and he was always not only insightful, but "integriss" in his care and concern for the clients we were representing.

I recently went on a pilgrimage to the Holy Land and was mentioning to David that I would be gone for several weeks as the pilgrimage was being led by Monsignor Clement Connolly, a holy man. I mentioned that Father Clem had married my wife and me and David said what a coincidence, as Father Clem had married him and his wife. Father Clem is quite discerning with regard to the people he associates with and if David is on Father Clem's good list, he has attained quite high status as far as his quality as a human being.

Over the years, David and I have had the chance to work on several matters. I have seen him in trial and I have spent time watching him perform his legal legerdemain for his clients. His clients were always put first. I have done deals with David on a handshake, deals that could potentially be worth millions of dollars. But I believe in his word and haven't found a need to commit the deal to writing as his word is far better than any piece of paper.

With regard to the Girardi firm, I have known many many of the attorneys who worked there and was proud to call at least nine of them my friends. From my interactions with each and every one of them, it was always known that Tom Girardi controlled the finances. Even back in 1986, when I was negotiating a fee split of fees in the range of $10,000, I had to negotiate with Tom despite his having at least a dozen attorneys in his firm. In resolving the energy cases which resulted in fees of hundreds of millions of dollars, Tom made unilateral decisions which we had very little influence to change, or in some respects, overcome. In that case, Tom did not handle the money as it was handled by Walter Lack, another attorney we had associated in to assist in the prosecution. Everyone knew in the Girardi firm that Tom made the financial decisions. None of those attorneys that I knew and called friends had any control over the finances.

Honorable Mary M. Rowland
July 17, 2025
Page 4

There is much more that I could say but I think I have gone on enough to give you an idea of my wholehearted and unrelenting support of David Lira. I am prosecuting a case with him at the present time. If I felt him dishonest in any way, he would not be associated with my firm. My firm's word is its bond and we are known for our integrity and if we give our word, it is not just respected but counted on. I would be happy to answer any questions you might have.

In earnest,

BAKER, BURTON & LUNDY
A Professional Corporation

ALBRO L. LUNDY, III
Attorneys at Law

ALL:jw

# Timothy W. Mazzela

*Attorney at Law*
1875 E. Alluvial Avenue, Suite 101
Fresno, California 93720

August 14, 2025

United States District Court
Northern District if Illinois
219 South Dearborn
Chicago, Illinois 60604
Courtroom Assigned 1225
Attn.: Honorable Mary M. Rowland

Dear Judge Rowland:

By way of introduction, my name is Timothy W. Mazzela. I am attorney in Fresno California. I have been a sole practitioner focusing on personal injury cases for over 31 years. I have handled small, medium and large cases and I am in good standing with the State Bar of California. I pride myself in aligning with great lawyers to refine my skills as a trial lawyer and as a person in general. Toward that end, I follow the most successful and ethical attorneys to learn from, and in my larger cases work to better serve my clients. That approach has been a very successful model that helps promote my practice and more importantly, promote and present my clients with the very best representation possible. This approach is what led me to meet and proudly work with David Lira.

I met David approximately 17 years ago after following his work from the inception of my practice in the early 90's. I have watched David deliver multiple closing arguments that resulted in large verdicts for his clients. When I first met David it was at a trial in Fresno, California, and he immediately introduced himself to me as if he had known me a long time. From there, David and I worked on several million and multi-million dollar cases to successful resolution. We also became good friends. David is a talented trial lawyer and a genuinely decent and good person. This persona preceded him at every juncture of our procedural level of the cases we handled together. Defense counsel, the Judges and Mediators all expressed the greatest degree of professional and personal respect for David. The case value was always higher when David got involved because of his reputation, his personal approach and his ability to try cases.

After working with David on several cases, I observed him to practice ethically and honestly. David did not play games with defense counsel. He was always professional and civil in his dealings with defense counsel and the Judges we encountered. Instead of misrepresenting the state of the evidence, he dealt with the bad facts head-on. He accepted the decreased value of the case in order to be candid and forthcoming to the Court, defense counsel and the jury. He addressed the bad facts even the best cases can develop. One of the most compelling and successful approaches a lawyer can take is to be completely candid and embrace the case not how you want to see it but what it really presents. He did not hide from the blemishes of the case. David lives by those maxims

*Telephone (559)297-1118 * Facsimile (559)297-1191*

## LAW OFFICES OF TIMOTHY W. MAZZELA

and did not let any one case impact his commitment to following his ethical guidelines. In one case, we were in jury selection in San Bernardino, California, David's reputation and relationship with the Judge was excellent. The professional interaction and the respect the Judge gave to David was impressive. That was earned by David's ethical and relentless pursuit of excellence throughout his career. At the annual trial lawyer gatherings that I observed with David, everyone he would run into had a good relationship with him and nothing but positive things to say to and about David. David's reputation with the Fresno County bench was excellent as well. One of the many reasons reason David is so successful is his hard work and being a genuinely good and decent person. His love of life, his family and his career are evident in everything he does.

Thank you for your time and consideration.

Respectfully,
LAW OFFICE OF TIMOTHY W. MAZZELA

Timothy W. Mazzela

DANA JOHN McCUNE
STEPHEN M. HARBER
DOMINIC A. QUILLER
JOSEPH W. CHEUNG
AMY A. EVENSTAD

KENTON E. MOORE
(1958-2024)
JOSHUA A. KUNS
(1983-2022)

OF COUNSEL:
DAVID M. GILLEN
JENNIFER G. HU
RICHARD ROJO

# McCUNE & HARBER

A LIMITED LIABILITY PARTNERSHIP
515 SOUTH FIGUEROA STREET
SUITE 1100
LOS ANGELES, CA 90071
Telephone (213) 689-2500
Facsimile (213) 689-2501

STEVEN H. TAYLOR
JULIAN S. SMITH
ANTONY R. PIZARRO
ASHEESH R. MOHINDRU
CHI K. TRAN
CELIA I. CHO
BARBARA A. ROHR
SABIRA A. SHERMAN
SHERRY LAWRENCE
KATTI E. TRINH
ADAM J. BESHARA
EDWARD Y. CHAU
CAMILLE M. SUARKEO
GEORGE D. TOURKOW
CHRISTOPHER J. CORREIA
MICHAEL E. SHAHEEN
NIA S. HARBOUR
CHARRON VARONA
MICHAEL PAPPAS

July 17, 2025

Honorable Judge Mary M. Rowland
United States District Court
Northern District of Illinois

     Re:    David Lira, Esq.

Dear Judge Rowland:

I do not write you as a relative or close personal friend of David Lira. Rather, I communicate with you as lawyer with over 45 years' experience and over 100 civil jury trials. Accordingly, I have seen the "best and the worst" in our profession. With David, I have seen only the best.

I have engaged in battle with David and his firm in several lawsuits over the years and he is one of the few lawyers that I have always felt I could trust at his word. He has always been quick to grant extensions and other accommodations and to do so in an unfailing and gracious manner. Memorializing documentation for everything communication to opposing counsel was never needed with David, as he could always be trusted.

David has not only served as an example of how to litigate cases and relate to opposing counsel, but he has also given much of his time and energy to the legal profession. Over the years, thousands of young Southern California lawyers have been the beneficiaries of the example he sets and the wisdom he has shared.

I know David as a man of strong moral convictions and professionalism beyond reproach and speak without hyperbole in stating that I believe that our profession is much better off with David as a shining example of our best.

Respectfully,

DANA JOHN McCUNE
DJM:ll:ss

27800021/Rowland-1

BEUS O'CONNOR McGRODER
PLLC

ATTORNEYS AT LAW

701 NORTH 44TH STREET
PHOENIX, ARIZONA 85008-6504
FAX (480) 429-3100

Patrick J. McGroder III
DIRECT (480) 429-3004

E-Mail Address: p.b@BOMllawgroup.com

July 28, 2025

The Honorable Mary M. Rowland
United States District Court
Northern District of Illinois

     Re:   *David Lira*

Dear Judge Rowland,

     My name is Pat McGroder III. I'm a trial lawyer in Phoenix, Arizona. I've practiced law here in Phoenix for 50 years.

     In 1997 I was inducted as a Fellow in the International Academy of Trial Lawyers. In 2013 I served as President of the Academy.

     David Lira became a Fellow in 2006. It was at that meeting I met David and his family.

     We became fast friends and have continued to be friends today.

     David is first and foremost a family man. He and his wife Jacqueline have raised four incredible children.

     I had a habit of bringing my three kids, who were young in 2006, to all Academy meetings. David's children and mine bonded, especially my two daughters and David's daughter.

     David's daughter Catherine, a beautiful, ebullient child, quickly became a favorite of my whole family.

     David and Jacqueline's commitment to their children is both paramount, and exemplary to all of us who know them. I can only imagine what the kids are going through with this ordeal.

     When my youngest daughter decided to attend Occidental College in Pasadena, I was comforted knowing David and Jacqueline were nearby. Ironically my daughter became quite injured her freshman year at Occidental. I called David and he not only went to see her but arranged for a top-notch surgeon to take care of her. He and Jacqueline could not have been more empathic and helpful to my daughter.

     Anyone who knows David knows the quality of character and compassion he possesses. He is frankly a wonderful human being who has meant so much to so many.

July 28, 2025
Page 2

_____

This situation, not of his making, is beyond unfortunate. I understand. However, this is a good, decent, and honorable man, besides being one of the finest lawyers I know.

My sincere hope is you will temper justice with mercy, as is your reputation.

In this instance, a lifetime of doing good for clients, friends, and family should have considerable weight.

Thank you for taking the time to read this, Your Honor.

Warmest personal regards,

**BEUS O'CONNOR McGRODER PLLC**

Patrick J. McGroder III



**LAWYERS**

610 NEWPORT CENTER DRIVE, SUITE 700
NEWPORT BEACH, CALIFORNIA 92660

949.717.3000
949.717.3100

CALLJENSEN.COM

August 6, 2025

OUR FILE NUMBER
RMM01-02

United States District Court
Northern District of Illinois
Eastern Division
Attn: The Honorable Judge Mary M. Rowland

Re:    United States of America v. David R. Lira  (No. 23 CR 54-3)

Dear The Honorable Court:

        I am writing this letter of support on behalf of David R. Lira, and I appreciate the Court's thorough consideration of mitigating facts and circumstances regarding Mr. Lira's Plea Agreement. The opinions and observations shared in this correspondence are my own and are not issued on behalf of my current firm Call & Jensen.

        I began my legal career in 2002 as a law clerk to Thomas V. Girardi at Girardi & Keese. I was promoted to an Associate and served the firm in that capacity until my departure from Girardi & Keese in 2007. During my time at Girardi & Keese, I worked closely with both Mr. Girardi and Mr. Lira. Such collaborative efforts encompassed all aspects of litigation practice including jury trials, depositions, law and motion work, and countless court appearances. Such experiences and working relationships allowed me to develop relevant insights and an understanding as to the mechanics of Girardi & Keese.

        During my five years with Girardi & Keese, I came to appreciate Mr. Lira as one of the finest trial lawyers in California. My assessment remains unchanged after 23 years of legal practice. While I have not spoken with Mr. Lira for many years, I have not forgotten his efforts to mentor me as a young associate and assist me in my professional development. As a young associate, I frequently sought Mr. Lira's guidance and Mr. Lira counseling included matters of legal strategy, client relationships, and legal ethics. At all times, I found Mr. Lira to be forthright, industrious, and honorable. Mr. Lira always encouraged me to focus on the needs of our clients, and I believe that Mr. Lira takes great pride in being a client-focused litigator. In my five years working with Mr. Lira, I never observed any actions or overheard any statements by Mr. Lira that would cause me concern in offering my support to him in this most challenging time. I find it profoundly sorrowful that an outstanding legal career has been marred by these matters.

United States District Court
Northern District of Illinois
Eastern Division
Attn: The Honorable Judge Mary M. Rowland


I can represent to the Court that, in the event that I personally needed a skilled trial attorney to represent me as a client, I would consider myself very fortunate to have Mr. Lira as my counsel and advocate.

I sincerely appreciate the Court's thoughtful consideration of Mr. Lira's integrity and professionalism.

Sincerely,

Ryan M. McNamara
For Call & Jensen
A Professional Corporation


RMM:jm



Todd A. Amspoker
Cory T. Baker
Kristen M. R. Blabey
Shannon D. Boyd
Melissa J. Fassett
Ian M. Fisher
Arthur R. Gaudi
Cameron Goodman
Christopher E. Haskell
James H. Hurley, Jr.
Eric P. Hvolbøll
Kristin M. King

### PRICE, POSTEL & PARMA LLP

*Counsellors at Law*

200 East Carrillo Street, Suite 400
Santa Barbara, CA 93101-2190

Mailing Address: P.O. Box 99
Santa Barbara, CA 93102-0099

www.ppplaw.com

Ph (805) 962-0011    Fax (805) 965-3978

E-mail: tcm@ppplaw.com

Mark S. Manion
Timothy E. Metzinger
Shereef Moharram
Craig A. Parton
Hana Princip
Paul A. Roberts
Peter D. Slaughter
Jeremy D. Stone
Jeff Tchakarov
David W. Van Horne
C.E. Chip Wullbrandt

Our File Number
99999-11

August 6, 2025

Honorable Mary M. Rowland
United States District Court
Northern District of Illinois
Eastern Division

Re:   **United States of America v. David R. Lira**
        **Case No. 23 CR 54-3**

Dear Judge Rowland:

I am writing in connection with the sentencing of David R. Lira, which I understand will take place on October 8, 2025.

I am a senior partner in a mid-sized law firm in Santa Barbara, California. I have been a member of the California bar for 36 years, and my principal practice area is appellate law in the California and federal courts. I have served as the president of the Santa Barbara County Bar Association and the Santa Barbara Inns of Court, both of which are dedicated to promoting ethical behavior by attorneys.

I have reviewed the Plea Agreement between the U.S. Attorney and Mr. Lira and am aware of the general circumstances of the case. It is my understanding that under 18 U.S.C §3553 the Court will be considering, among other things, "the history and characteristics of the defendant" in determining the appropriate sentence for Mr. Lira. Having known Mr. Lira for 45 years, I believe that I can provide information which may assist the Court with the weighing of these factors.

Honorable Mary M. Rowland
August 6, 2025
Page 2


    Mr. Lira and I met in college in 1980. Since we lived across the hall from each other, we interacted regularly. Mr. Lira was a natural leader respected by everyone. We elected him to be the chair of our judicial board because he was known to be absolutely fair. He also was intensely loyal and stood by his friends through good times and bad – especially bad. Mr. Lira had tremendous sympathy for people who were experiencing difficulties or were being pushed around in some way. I was not at all surprised when Mr. Lira chose to be a plaintiff's attorney. He was always looking out for people who could not look out for themselves. I have no doubt that jurors sense this quality in him and that it is a key reason for his success in representing victims.

    Knowing Mr. Lira as I do, I have been dismayed by the news articles about this case, which in many instances suggest an equivalence between Mr. Lira and Mr. Girardi because they are related by marriage. This is utterly untrue: Mr. Lira is *nothing* like Mr. Girardi. Mr. Lira's characteristics and motivations bear no resemblance to those of Mr. Girardi in any way. They are in fact opposites, and to conflate one with the other is a grave injustice to Mr. Lira.

    Thank you very much for your attention to this matter. If I can be of assistance to the Court in any way, please do not hesitate to have your staff contact me.

                         Very truly yours,

                         Timothy E. Metzinger

# NEWELL LAW FIRM

MICHAEL T. NEWELL
mnewell@newelllawnm.com

ATTORNEY AT LAW
10 W. Adams Avenue, Suite E
Lovington, New Mexico 88260
(575) 739-6395
F: (855) 494-0059

August 12, 2025

**Honorable Mary M. Rowland**
**United States District Court**
**Northern District of Illinois**
**312-554-8471-fax**
**Jasmin_Galindo@ilnd.uscourts.gov**

**Re: David Lira**

Your Honor,

This letter is written in support of David Lira and respectfully asks that your discretion be used in a lenient manner toward this defendant. The undersigned has known Mr. Lira for over twenty years. My current firm as well as my former firm had a significant case with Girardi & Keese law firm involving environmental claims against a major oil company. The case went back and forth through New Mexico court system, and it involved two nearly five weeklong jury trials where Mr. Lira was lead attorney of the litigation team for the Plaintiff.

During that time Mr. Lira displayed not just appropriate but exemplary ethical practices, he never suggested anything be done which could be considered improper. It was a joy working alongside someone who practiced with such strong professionalism.

The second such jury trial took place in Lea County, New Mexico District Court before the Honorable Judge Lee A. Kirksey during the entire month of February 2020 into the first of March just before everything shut down for COVID. Mr. Lira was different at that trial. He exhibited not just the pressure of that trial but also what is evident now was the matters in the Honorable Thomas Durkin's Court. Judgment on the New Mexico case was entered March 23, 202 in favor of the defendants. Mr. Lira was in trial from February 3, 2020, through March 3, 2020. This period includes those time periods when some if not all of the orders of the court by the Honorable Thomas M. Durkin were entered. Obviously, nothing excuses the behavior and actions which Mr. Lira himself has acknowledged in his Plea Agreement; however, it is hoped it provides some context into what else Mr. Lira was handling at a critical time in the matters at issue in Mr. Lira's trial.

Again, respectfully it is asked that this court look at the totality of the career of David Lira and not just his worst moment in the profession as the Court considers sentencing in this matter.

Respectfully Submitted,

*/s/ Michael Newell*
MICHAEL NEWELL



WRITER'S E-MAIL:
MINH@NGUYENLAWYERS.COM#

August 5, 2025

**Re: David Lira**

To The Honorable Judge Mary M. Rowland:

I write this letter in support of David Lira. My name is Minh Nguyen. I am the founding partner of Nguyen Lawyers, ALC. I employ five (5) lawyers and 15 staff members in Los Angeles. I am the 2023 President of the Consumer Attorneys Association of Los Angeles' (CAALA)—the largest local bar association in the nation and its First Asian-American President. I am a Past President of the Los Angeles Trial Lawyers' Charities, a 501(c)(3) nonprofit charity that raised money from lawyers and give back to the community. To date, LATLC has raised in excess of $6,000,000, funded 116 college scholarships, granted $217,700 to youth sports programs, and volunteered 13,605 hours to those in need.

I have recognized as a Super Lawyer since 2014 to the present for my tireless energy and commitment to my clients. The Southern California Chinese Lawyers Associations has honored me with its Trail Blazer Award. The Philippine American Bar Association has recognized me as its Community Champion. I serve on the Board of the YMCA of Greater Long Beach. I am a former trustee at my law school, UC Hastings, College of the Law (now known as UC Law, San Francisco).

I teach trial advocacy at the renowned trial college, Gerry Spence Method at Thunderhead Ranch. I am one of the founding members of CAALA's Plaintiff Trial Academy. I am on faculty at the Brain Injury Association of California, TBI Med Legal, Dordick Trial College, and Law Di Gras. My firm has a summer externship program for high school students interested in law. This summer we are hosting 10 students ranging from a senior in high school to a recent college graduate. The students attend UCLA, University of Southern California, Cornell, and San Diego State University. In addition to being paid, the students receive a free SAT or LSAT Prep course. I have personally donated hundreds of thousands of dollars to fund college and law school scholarships.

When I was a young lawyer, unknown in the legal community in Los Angeles, I reached out to David Lira for help. At that time, David was working at Girardi Keese. Without knowing who I was, he took my call and answered my questions. He provided free help without knowing who I was. I never forgot this gesture.



The Honorable Judge Mary M. Rowland.
August 5, 2025
Page 2

Years later as I became more involved in the legal community and became a board member of CAALA, I spent more time speaking to David. We spoke on two (2) separate panels at the CAALA Las Vegas Convention to over 2,000 attendees. We shared our knowledge and experience about the law. Not once did I ever hear David disparage the law or our profession. In addressing the audience, he spoke of the importance of civility and mentorship. He discussed how it was important for seasoned lawyers to help younger lawyers learn about the profession and to conduct themselves.

During this time, I learned about David and his family. David is a devoted family man. He is kind. David deserves leniency. I have no doubt that David will do more good and leave the world in a better place than the one that he found.

Respectfully,
NGUYEN LAWYERS, ALC

MINH T. NGUYEN

Honorable Mary M. Rowland
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Dear Honorable Judge Rowland,

     I write to you on behalf of my friend and former professional colleague, Mr. David Lira. David is scheduled to be sentenced in your court on or around October 8, 2025, for one count of 18 USC 401(3). I am aware of the facts and circumstances surrounding the matter for which Dave was investigated, charged and eventually pled guilty to the above charge.

     I am an attorney licensed in California and several other US states. I have been licensed in California for 16 years and prior to that time I was a law enforcement officer, both local and federal, for 20 years. Currently, I am General Counsel for a national security and service-oriented company operating in 42 states and employing over 10,000 people. Given my background, I am familiar with bad guys, criminals and unrepentant people or deceitful individuals. Alternatively, I also recognize good people. Dave readily falls into the latter and, in my opinion, is incapable of depravity.

     I first became acquainted with Dave about twelve years ago. At that time, he was one of the most knowledgeable and highly respected plaintiffs' attorneys in the field of personal injury law. He was widely known throughout the state as an expert in that field and readily would help other attorneys on matters of law and guidance with strategy. That is how I came to know him. During the ensuing years, Dave would give of his time to teach annual classes and seminars for the Consumer Attorneys Association of Los Angeles, an association with over 4,000 members. His seminars were always packed with many hundreds of attendees and he was a fount of knowledge.

     I had the pleasure of working with Dave on one case where we were co-counsel. I learned a lot from him, and his manner was always collegial to everyone. As that case wound down, I became aware of public information regarding the firm where he had been working. We talked in generalities, but I could tell that he was deeply bothered by the ethics of the situation and how it would impugn his integrity. This weighed very heavy on him, but he continued to advocate for and assist clients and others who looked to him as a beacon of hope in some of their darkest days.

     Dave is a very proud family man. While at holiday events or various times throughout the year, I've witnessed his undying love for his wife and kids. His gentle demeanor and hard work ethic have been great examples of what it means to be a wonderful husband and father. Through his life's work and family relationships, Dave's positive contributions to society as a whole cannot be understated.

     This letter is not sent to you to provide excuses or minimize resulting harm. Rather, I write this letter to give you some insight into his good character and the positive contributions he has made over a lifetime of advocacy and love. I believe in Dave. I have faith in his integrity, and I know that Dave can continue to be a force for good. Please consider my insight and opinion as mitigation when giving your careful thought to sentencing.

     Thank you and I am always available if you have any questions.

Sincerely,

/s/
Dale Nowicki
(424) 276-0444


**Greenberg Glusker**

Pierce O'Donnell

D: 310.201.7558
F: 310.201.1792
PODonnell@ggfirm.com
File Number: 62998.00001

August 14, 2025

**Via Email (Jasmin.Galindo@ilnd.uscourts.gov)**

The Honorable Mary K. Rowland
United States Court for the Northern District of Illinois
327 S. Church Street
Rockford, Illinois 61101

     **Re:   David Lira**

Dear Judge Rowland:

     In connection with his sentencing, I am writing to you about David Lira. For your convenience, I am attaching a letter that I sent to the State Bar in connection with the proceedings to temporarily suspend his California license. As you may know, that action was unsuccessful.

     By way of introduction, I am a licensed attorney in California where I have practiced for nearly 50 years as a civil trial lawyer. (https://www.greenbergglusker.com/pierce-odonnell/) In my practice, I had several occasions to oppose David where he represented the plaintiff suing my clients. We are also fellow members of the International Academy of Trial Lawyers—an invitation only organization limited to 500 trial lawyers in the world. I believe that I am therefore in a good position to give you some insights into why I urge that in your abundant discretion, you afford David the greatest leniency regarding his sentencing.

     One gets to know a great deal about the ethics, heart, and soul of opposing counsel in hotly contested cases like the ones that David and I handled. I can report without equivocation, David always struck hard but fair blows on behalf of his clients. He displayed the utmost integrity and honesty. I always found that his word was his bond, and we often did not need to formally document agreements involving procedure, timing, and scheduling. In our rough-and-tumble profession, this trust does not come easily: it is earned the hard way by consistent collegial behavior over a period of time.

     That is why I am puzzled by the contempt charge against David. I will not get into the facts of the case. What I can say, however, is that any wrongful conduct by David is aberrational and out of character in light of his unblemished career as a California lawyer and my personal experiences with him. This makes me believe that there must be extenuating circumstances which I know the Court will take into consideration in reaching its judgment about fair and just punishment.

The Honorable Mary K. Rowland
August 14, 2025
Page 2

I appreciate the opportunity to give you my thoughts about David. Thank you very much.

Sincerely,

Pierce O'Donnell

PO/bg
Enclosure

GreenbergGlusker.com

UNREDACTED DOCUMENT CONTAINING CONFIDENTIAL INFORMATION

**Greenberg Glusker**

Pierce O'Donnell

D: 310.201.7558
F: 310.201.1792
PODonnell@ggfirm.com
File Number: 62998.00001

November 30, 2023

**Via U.S. Mail**

California State Bar
845 S. Figueroa Street
Los Angles, California 90017-2515

    Re:   **David Lira**

Dear Sir or Madame:

     I consider it an honor and privilege to write a letter on behalf of David Lira.

     I have known David for more than a quarter of a century. Our families have socialized together, I have worked with him professionally, and we are both members of the International Academy of Trial lawyers.

     In terms of law practice, I have represented clients sued by David's clients. My clients were large, multi-billion corporations accused of creating products or taking actions that injured consumers. Some cases were class actions, while others entailed either an individual or several plaintiffs.

     In every instance, David was super competent, ethical, civil, and easy to work with. Each of us fought zealously for our clients, but David never lost sight of his duties as a lawyer to adhere to the highest standards of professional responsibility. He always struck hard but fair blows.

     I am pleased to say that David and I were able to settle all our cases. We tended to eschew using mediator. Instead, we negotiated face-to-face. You really get to know the true measure of a person when you spend so much time together. Never once did I find that David misrepresented the facts or engaged in subterfuges.

     When David was proposed for membership in the elite International Academy of Trial Lawyers (only 500 trial attorneys in the world), I was asked for my evaluation. I easily rated him highly qualified, possessing the highest personal and professional integrity, and someone who would be a credit to this highly selective organization. The Admissions Committee unanimously recommended David for membership.

     I am aware of the California State Bar's allegations against David. I want to be very clear: I do not believe for a moment that David did anything intentionally, deliberately, knowingly, or negligently to violate his fiduciary and other legal duties to his client. This would be so out of character for this fine, upstanding lawyer that it is unthinkable.

UNREDACTED DOCUMENT CONTAINING CONFIDENTIAL INFORMATION

California State Bar
November 30, 2023
Page 2

Thank you for the opportunity to express my unqualified support for David.

Sincerely,

Pierce O'Donnell

POD/bjg

**OVERING MORALES**
PROFESSIONAL LAW CORPORATION

Telephone: 626-564-8600
Facsimile: 626-577-9400

790 E. COLORADO BLVD., SUITE 320
PASADENA, CALIFORNIA   91101

August 13, 2025

Honorable Mary M. Rowland
United States District Court
Northern District of Illinois

Subject: Letter of Support for David Lira

Dear Judge Rowland:

The purpose of this letter is to provide a personal and professional character reference for David Lira. I have known David for 25 years. David's son Michael was the best friend with our son at Mayfield Junior School and at Loyola High School, and they both participated in Cub Scouts and Mayfield's sports teams. I frequently interacted with David at school events, worked alongside him at scouting meetings, and campouts. David is a good father, and he was a good role model for all of the boys.

I have been a practicing attorney for 37 years, and I'm the managing partner of the Overing Morales law firm in Pasadena, California. In addition, I have been an adjunct professor at USC for 41 years. In both roles, I've crossed professional paths with David many, many times, and I find him to be an intelligent, diligent, and level-headed lawyer, who makes time to meet clients and community members on their level.

Many is the time that I have reached out to David for professional advice, case consultations, and to locate expert witnesses. I have frequently urged my clients (and students) to retain him to handle their catastrophic injury cases. Why? Because in every instance, David provides competent advice and treats them fairly.

David is deserving of the Court's leniency. As the Court approaches sentencing, I ask the Court to consider David's community contributions, good character, and the good he has done.

Very truly yours,

MICHAEL S. OVERING

**Theresa A. Overing**
**2199 Paloma St., Pasadena, CA 91104**
**theresa.overing@gmail.com**

The Honorable Mary M. Rowland
United States District Court
Northern District of Illinois

August 12, 2025

Subject: Letter of Support for David Lira

Your Honor:

I have known David Lira and his family for over 25 years through the activities of our children at Mayfield Junior School and at Loyola High School, as well as in Cub Scouts and our sons' sports teams. His son Michael was a good friend of my son, so I saw David frequently for many years. David was a reliable dad who frequently attended and participated in events. He could be counted on when he volunteered to lead events, such as a memorable night with the Cub Scouts and the Pasadena police. David was patient and kind with the boys and always gracious and helpful with the other parents. My assessment of his good character is seen through the lens of 35 years as an HR manager with Boeing. David Lira is a good, solid man.

I was and remain grateful for his personal leadership in my son's life. I urge you to consider his community contributions and his good character when you determine sentencing.

Regards,

Theresa A. Overing

**OVERING MORALES**

PROFESSIONAL LAW CORPORATION

Telephone: 626-564-8600
Facsimile: 626-577-9400

790 E. COLORADO BLVD., SUITE 320

PASADENA, CALIFORNIA   91101

September 2, 2025

The Honorable Mary M. Rowland
United States District Court
Northern District of Illinois

Subject: Letter of Support for David Lira

Dear Judge Rowland:

The purpose of this letter is to provide a personal and professional character reference for David Lira. I have known David for 25 years. David's son Michael was the best friend with our son at Mayfield Junior School and at Loyola High School, and they both participated in Cub Scouts and Mayfield's sports teams. I frequently interacted with David at school events, worked alongside him at scouting meetings, and campouts. David is a good father, and he was a good role model for all of the boys.

I have been a practicing attorney for 37 years, and I'm the managing partner of the Overing Morales law firm in Pasadena, California. In addition, I have been an adjunct professor at USC for 41 years. In both roles, I've crossed professional paths with David many, many times, and I find him to be an intelligent, diligent, and level-headed lawyer, who makes time to meet clients and community members on their level.

Many is the time that I have reached out to David for professional advice, case consultations, and to locate expert witnesses. I have frequently urged my clients (and students) to retain him to handle their catastrophic injury cases. Why? Because in every instance, David provides competent advice and treats them fairly.

David is deserving of the Court's leniency. As the Court approaches sentencing, I ask the Court to consider David's community contributions, good character, and the good he has done.

Very truly yours,

MICHAEL S. OVERING

To the Honorable Mary M. Rowland,

My names is John Padilla and I am David Lira's current Paralegal. I have the pleasure of knowing Mr. Lira for approximately 19 years. I met Mr. Lira at Girardi and Kees while I was a high school student participating in a Corporate Workstudy Program. The corporate workstudy program consisted of all the students at Verbum Dei High School, a Jesuit all boy high school in Watts, CA, working once a week, five times a month, at a corporate/business sponsor. This workstudy program ensured that inner city minority teenagers such could afford private education is South Los Angeles.

I worked as a mailroom clerk from 2006 to 2013. During this time, I did not work closely with Mr. Lira but heard all the great things you would want in an attorney. He was known to accept and litigate complex and difficult cases that many attorneys would not touch. He would litigate the cases that he knew were far from a secure victory. He fought tooth and nail for his clients no matter the difficulty of the case. Every case received his undivided attention whether it was a clear liability fender bender to a high contested product liability case against a manufacturer. This is what a client needs from any attorney.

The first case I worked with David on was a trial in Hobbs, New Mexico. This case was over 10 years old and was a trial for a second wave of Plaintiffs against oil/gas companies in Hobbs for soil contamination. The entire Plaintiffs' legal team knew this was an extremely difficult case to win. It was a case against oil/gas companies in their own backyard. Hobbs was an oil town. These same oil/gas companies employed members of the jury pool or a family member or friend. Defense counsel used the fact that Mr. Lira was from California to prejudice Plaintiffs against the jury. Defense Counsel referred to Mr. Lira as "big shot attorney from California" multiple times in the case. Lastly, the Judge of record was a novice judge on the subject matter. It would take a miracle to win in Hobbs against the same companies that make that town run.

But even after all the cards was stacked against Mr. Lira, he tried the case relentlessly. Even though he knew the chances of him winning were slim, he did what he is known for, fight tooth and nail for a client no matter the difficulty of the case. We lived in Hobbs, NM for over six weeks only flying back to Los Angeles Thursday or Friday nights only to fly back to Hobbs, NM every Sunday night. Our

days were over 12 hours long including prepping a witness, to litigating the entire day, and prepping for the following day. The low odds of winning did not deter Mr. Lira from what he does best, litigate relentlessly for the injured party. As expected, even after all his effort, we received a defense verdict. But witnessing Mr. Lira live and him taking a chance on me, an inner-city man with no confidence in the white-collar world, for my assistance will always be remembered and cherished.

We went our separate ways after Girardi and Keese was forced into involuntary bankruptcy but I began working for Mr. Lira again in 2024 at Engstrom, Lipscomb & Lack. I have worked closely with Mr. Lira since then and I can confidently confirm that he continues being a relentless plaintiffs' attorney. Mr. Lira continues fighting hard for the injured party. He continues giving every single one of his cases his undivided attention no matter difficulty or severity of the case. Mr. Lira continues to receive referred cases from the legal community. In my opinion and from experience, Mr. Lira is a man with high morals, great worth ethic, and a tenacious litigator. He is someone that I will always recommend to friends and family. I am proud to call Mr. Lira my boss and friend.

With kind regards,

John Padilla
Paralegal

Jacqueline G. Paver, Ph.D.
President, Center for Injury Research
501 Meigs Rd.
Santa Barbara, CA 93109
drjacq@centerforinjuryresearch.org
July 8, 5025

Honorable Mary M. Rowland,

It is my sincere pleasure to provide a letter of reference for attorney David Lira. I have known and worked with him over the course of 20 years and have consistently been impressed by his unwavering integrity, sound judgment, and deep commitment to the principles of justice and fairness.

Throughout our professional relationship, Mr. Lira has consistently demonstrated the highest ethical standards—both in his legal practice and in day-to-day interactions with experts, colleagues, and the court. He approached every case, no matter how complex or high-pressure, with a calm demeanor, a sharp legal mind, and a firm moral compass. Clients trusted him implicitly—not just for legal guidance, but for honest, candid advice that was always in their best interest.

One of the qualities I most admire in Mr. Lira is his ability to stand firm in his principles, even when doing so required taking the harder path. He consistently lead by example, modeling professionalism, respect, and a strong sense of responsibility in all aspects of practice. On various cases where he sought my expertise as a biomechanical engineer, he listened to my opinions and took the appropriate course of action, either accepting the case and proceeding to trial, rejecting the case if not based on sound engineering principles, or settling the case when not appropriate for trial to get the best outcome for his client.
In a profession where integrity is not just valued but essential, Mr. Lira exemplifies what it means to be a true officer of the court.

Please feel free to contact me directly at 626-358-5354 or drjacq@centerforinjuryresearch.orgif I can provide further insight.

Sincerely,
Jacqueline G. Paver, Ph. D.
President, Center for Injury Research

*Christina L Pesce*
*238 President Street*
*Brooklyn, New York 11231*
*Email:* [illegible]
**347-768-3760**

July 16, 2025

Hon. Mary M. Rowland
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Re: David R. Lira

Dear Judge Rowland,

My name is Christina Pesce. I currently work as a paralegal at the offices of
Aidala, Bertuna & Kamins ("ABK") in New York, New York. While ABK is a
general practice firm with its primary focus concentrating on criminal law, I
was brought into the firm to help foster a personal injury practice. I owe much
of my experience and strengths to my work with David Lira in California. (At
that time, David knew me as Christina Bustillos.)

I first met David Lira while working for another attorney on the case known as
*Karlsson v. Ford Motor Company.* My employer at that time, a sole practitioner,
brought in Girardi and Keese to help litigate the case in the Los Angeles
Superior Court, North Valley in 2002. I worked with David and his firm
throughout the duration of that case which ultimately secured a court-affirmed
verdict which included punitive damages against Ford for discovery abuses.
The case was significant for consumers and passengers as it brought attention
to the need for three-point seat belts in all seating positions. David worked
methodically with his team to expose how Ford not only knew, through its own
testing, that the vehicle, a 1996 Ford Windstar van, was not safe, but that Ford
also intentionally hid the results of their own testing and then marketed the
unsafe Ford vehicle to "soccer families"

I was hired and worked at Girardi & Keese as a litigation paralegal from May
April 2004 until April 2012. During this period, I worked closely with David
and his team on many more cases that had a profound effect on product safety
issues in California and the United States. One case in particular preserved

state tort claims from preemption by federal automobile safety standards. (*Williamson v. Mazda Motor of America*, 562 U.S. 323 (2011). This result truly protected consumers and ensured accountability from manufacturers in all states.

David was in the office daily before most of us started our day; he often did not leave until well after 7 pm. The types of cases David took on were high stakes cases – he was not afraid of taking on large corporations on behalf of individuals and displayed great composure even in the most stressful situations. He always fostered strong team cohesion; he held team meetings to ensure every case was properly managed and was respectful to every team member. Occasionally, to break up the intense workday, he would call me and his most trusted secretary, Alicia, into his office and he would share a random NPR story from the computer that told of some inspiring act of kindness or the reporting of some thought-provoking story about people helping other people. Above all, he was direct, honest, and devoted to his craft, his family, and those he represented.

While we did not always agree on politics, David would still listen to my point of view and then often offer his outlook without ridicule. One occasion which stood out as an example of David's moral compass was when we were discussing whether a politician's personal affairs should be relevant when casting a vote. I was confident that this information should not be relevant and that a man who has been unfaithful to his family can still carry out his professional duties acceptably. I remember that David said to me, "any man who is unfaithful to his wife and family is a person who will never care enough to do the right thing for his constituents." That statement has always resonated with me. David always humbly spoke his truth. He believed that honesty started from who you are at home, with those you care about the most.

I was shocked to hear about David's current situation. While I have not talked with David in many years, we do still exchange Christmas cards every year, the cards always bare a new photograph of David's family.

The charges against him are an unpredictable departure from the person I worked with. I have no doubt that this has had a profound effect on him and his family, and his professional legacy. The David Lira I knew was consistent, worked with integrity, and was trustworthy; he was, and I believe, still is a person who would not act as he has been charged but for the familial circumstances.

Respectfully submitted,

Christina L. Pesce



Trust Law
Partners LLP

626.956.3500 | trustlawpartners.com

July 17, 2025

Hon. Mary M. Rowland
United States District Court
Northern District of Illinois, Eastern Division
219 South Dearborn Street
Chicago, Illinois 60604

RE: DAVID LIRA

Dear Judge Rowland:

I am honored to write this letter in support of David Lira. I have reviewed the Plea
Agreement in this matter, and while my heart breaks for the victim's families and their
compounded loss, it does not change my opinion of him. The allegations against him are
completely inconsistent with anything I have ever observed. I have known David both
personally and professionally for approximately fifteen years. I worked with him for four years
at Girardi & Keese when I was a law clerk and young lawyer, and was tangentially related to
him by marriage for a few years as well. I have observed him in both professional and personal
settings. For the same reasons, I am also well acquainted with Tom Girardi. I am now a mother
of two young children practicing trusts and estates law.

Given David's many professional accolades there is little need to regurgitate his legal
resume herein, but suffice it to say that his incarceration and/or disbarment would be a huge
loss to the Los Angeles legal community and the plaintiff's bar, which serves some of the most
underprivileged communities in the nation. I surely do not argue that being a "great lawyer"
should somehow absolve one of the consequences for their actions. I say this because David
Lira is one of the few plaintiff's attorneys I know that genuinely cares about the people he
serves, is extremely good at what he does and a professional in every way. That is what makes
this entire situation so sad and ironic. David Lira is the last person I ever thought I would be
writing a letter like this for, and while they are inextricably linked due to this case, in reality,
David Lira is so very unlike Tom Girardi (who I would not author a letter of ethical support
for just so we are clear). I am, like many others who were intimately associated with the firm,
extremely angry about what Tom did to these poor clients, and the many other careers and
lives, including David's, that have been negatively affected by his selfish actions.

Though it may be of little consequence now, this is what I can tell you based on my
time at the firm and in the family: it was well-established to all at the firm that Tom Girardi
was the only true decision maker, and if you crossed him he would ruin you whether you were

a lowly law clerk or a high-ranking family member. To the outside world, many attorneys were considered "partners," but in reality, they had no power over what Tom did or said or how he accounted for things. It was not run like a normal firm. There was no such thing as "human resources" and I thought someone had pranked Chris Kamon during my first week when I saw giant rounded mountains (not even stacks!) of financial documents erected on every single surface in his office. Tom was always considered the "great lawyer," and I admit he was a gifted if not effective advocate in general, but he was as tempestuous and cantankerous as any over-stimulated toddler I have ever known, especially after his almost daily wine lunches at Morton's. You never knew what or who you would get in the afternoons – sometimes people were given lavish cars and huge bonuses, and sometimes others were fired on the spot for the smallest perceived infraction. One of the few times I was called on to do anything for Tom directly, I had the embarrassing task of responding to a motion for sanctions against him in a case where he allegedly called opposing counsel a "cocksucker" and a whole host of other colorful expletives during a meet and confer call. In my experience, some unethical and/or incompetent attorneys would ingratiate themselves to Tom at any cost, riding his coat tails for as long as they could. The competent ethical attorneys, including David, Jack Girardi and Stephen Larson (whom I worked under most of the time I was there), would just avoid him as much as possible, running their own internal firms within the larger one. In my experience, David was one of the very few I considered to be a truly gifted attorney with strong ethics. Unlike many others, he personally worked long hours advocating for his clients. To the extent you are unfamiliar, in the plaintiff's field, there are a ton of attorneys who push the actual legal work onto underlings and skate by until they eventually get to trial or mediation, at which time they charm their way to a verdict or settlement, having done very little actual work in the case. David was a different kind of plaintiff's attorney, likely because he began his career as a defense attorney and had worked elsewhere before starting at the firm. While most lawyers had clerks and paralegals doing their work so they could take long boozy lunches and trips with Tom, David took personal responsibility and pride in the legal work associated with every case. I felt honored to be chosen a few times to help him with small aspects of a few cases and he always made sure I was thoroughly prepared (this seems inherent to the process, but most senior attorneys just left you with an Opposition to MSJ due the next day, little to no guidance, and scant deposition transcripts and records to work with). There was always more than adequate oversight by him and he taught me all about motions *in limine*. I always admired his work-ethic, advocacy for clients, competence as an attorney, and willingness to teach competent and willing law clerks and young attorneys.

I will never forget one particular case I worked on with David – it was a young man who was rear-ended at a red light at the bottom of the onramp to the freeway, not far from where we both live. Something in the car mechanics failed, allowing this relatively low-speed accident to break the boy's neck, killing him in such a way that there was no blood loss – he still looked alive as he was ultimately removed from the vehicle. The pictures I had to study

were chilling and still haunt me to this day. I never forget how much the family valued and appreciated David's hard work on the case and his attention to and communication with them, something that many attorneys shied away from, especially on the super tragic or complicated cases. David, being a father himself, always treated his clients with care and respect, even when the work was horrifically sad.

For as long as I've known him, David has always been a devoted family man, working hard to provide for his wife and four children. While many other attorneys stayed out late attending events, socializing or even openly cheating on their spouses, David put in his time at work and went home at night to be with his family. He has been a wonderful, devoted husband and father, and has close relationships with his children, which is (sadly) a rarity in that type of work. Even though he had a very demanding job, he was also involved in various charitable and school-related activities for his children – giving back at both their school and his own high school by serving on their Boards. I admire his devotion to his family in a profession that often destroys them. While Tom skipped my wedding to fly his plane to a meeting he could have easily postponed for a family wedding, David and his entire family were present and his daughter was a junior bridesmaid in my wedding. While Tom barely knew my baby son's name and had no interest in him (his grand nephew), David would immediately drop what he was doing and excitedly cuddle and play with Hank whenever I would bring him into the office to visit (picture attached to the extent that is allowed). While Tom's desk was filled with trophies and awards, David's desk was filled with family photos and drawings from his kids. While I have faith in the legal system and firmly believe individuals should be held accountable for their actions, I am also saddened about the possibility that David could be forced in his 60s to serve actual jail time and/or somehow attempt to provide for his family without the ability to continue with his current profession. While I personally think Tom Girardi's actions are so harmful to the legal community and those we serve that they warrant jail time regardless of his mental status, I struggle to find the same benefit to the legal system or those who were harmed by additionally having David serve time in prison. I am confident that you will carefully consider what I have written in support of David. I mean every word of it or, candidly, I would not have sacrificed more precious free time with my kids to draft this letter. Please feel free to contact me with any questions you may have.

Sincerely,

TRUST LAW PARTNERS, LLP

Molly Pitruzzelli, Esq.

3



**POCRASS** & **DE LOS REYES** LLP
Attorneys

10474 Santa Monica Blvd., Suite 402 Los Angeles,
California 90025
T: 310.550.9050
F: 310.550.9051

August 20, 2025

The Honorable Mary M. Rowland
United States District Court
Northern District of Illinois

Re:     Letter of Support for David R. Lira

Dear Judge Rowland,

My name is James L. Pocrass, and I am an attorney licensed in California since 1973. I have spent more than 40 years as a trial lawyer handling complex personal injury and wrongful death cases. Over my career, I have tried more than 25 jury trials to verdict, been recognized as a "Best Lawyer" and "Super Lawyer" for many years, and have been a member of ABOTA and Martindale-Hubbell for decades. Having worked with many accomplished attorneys, I believe I can speak with confidence about the caliber and integrity of my colleagues.

I have known and worked with David Lira for over 20 years, serving as co-counsel with him on numerous major cases, including several seven-figure matters. One case involved a young gymnast who became a quadriplegic as a result of a defective mat at a YMCA in Los Angeles; through David's work, we were able to secure a high seven-figure settlement in a very difficult case. Another case we tried together involved a wrongful death action against a major automobile manufacturer arising from a defective seat belt in a high-speed collision, a matter that was exceptionally challenging.

In every case, I observed Mr. Lira's diligence, professionalism, and unwavering dedication to his clients. I can personally attest that he aggressively prosecutes every case, engages experts promptly, and keeps clients fully informed from start to finish. Importantly, I have never had a single complaint from any client we have represented together regarding his handling or distribution of settlement funds. On the contrary, he has always negotiated liens, provided full accountings, and disbursed client funds promptly and accurately.

From my direct experience, David Lira is one of the most professional, ethical, and competent attorneys I have ever worked with. He is widely respected in the legal community, trusted by clients, opposing counsel, and judges alike. Beyond his legal skills, David is a family man devoted to his wife and children, and he is known among colleagues as honest and straightforward. I respectfully ask the Court to consider his long record of ethical practice, his service to clients, and his good character in determining his sentence.

Respectfully,

James L. Pocrass, Esq.

**ROLLINS LAW GROUP**

426 MAIN STREET, STE. A
EL SEGUNDO, CALIFORNIA 90245
TEL (310) 826-4650  FAX (310) 826-4654
KENDRIC@ROLLINSLAWGROUP.COM

KENDRIC V. ROLLINS
ATTORNEY AT LAW

July 29, 2025

The Honorable Mary M. Rowland:

I am writing this letter of behalf of a dear friend of mine, David Lira. We have been close friends for almost 35 years and I can personally attest that he is an extraordinarily kind, smart, and generous family man.

Dave and I actually met in 1991 when I was a food server at a restaurant, awaiting my results from the California Bar exam. He struck up a conversation with me while I was his waiter. From that chance encounter, we have remained good friends over the years. I was at his wedding to Jacqueline and have attended the baptisms of his children. We have shared countless meals and laughs together over the years and I can unequivocally state that Dave Lira is man with a strong structure of integrity.

Dave is the kind of man who is there for you when others have failed to demonstrate loyalty or support. When my father passed some 18 years ago, Dave was there for me despite the fact he was extremely busy with work and his own family. I have also witnessed him being very supportive of other numerous friends in their times of need.

Finally, I have read a copy of the Plea Agreement and understand the seriousness of its content. Nonetheless, that does not change my opinion of Dave in the least because I know the type of moral fiber that he is composed of. It consists of honesty, integrity and a good heart. That is why I can sincerely offer my unwavering support and state that I believe Dave and his family have already endured more than enough distress and misery.

Thank you for your time and consideration.

Sincerely,

Kendric V. Rollins

Honorable Judge Mary M. Rowland
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, Illinois 60004

Dear Judge Rowland:

I ask for your dispensation and that you allow me the opportunity to provide some relevant particulars regarding my practice so that you can assess my professional insight and judgment with respect to my long-standing opinion about the good character of David Lira. I believe that it is important to provide these details to you because it is both my personal and professional combined experiences that I rely upon to guide me in my relationships with Judges, lawyers and those in my social community.

After I flunked out of college, I joined the US Navy and trained, and served active duty as a Navy Corpsman (E4) from 1967-1969. Upon discharge from active duty, I returned to complete my undergraduate program (BA). After graduation, I attended law school, took and passed the bar exam and was licensed and admitted to the State Bar of Texas in April of 1973. In 1974, I joined what was referred to during my commissioned service as the United States Naval Reserve as an LTJG (02), Judge Advocate General Corps (JAGC) and served in the United States Naval Reserve until I retired my commission in 1994; retiring as a LCDR (04), JAGC, USNR. I am also a retired 50-year member of the State Bar of Texas (SB#17247200), in good standing.

In 1975, I was sworn in as an Assistant Attorney General, State of Texas, Law Enforcement Division, during which service, I represented law enforcement agents and officers, governmental individuals, agencies and organizations. Also, during my tenure with the Attorney General's Office, I was assigned by Attorney General John Hill as lead counsel for the State of Texas Commission on Judicial Conduct and in that capacity, I conducted judicial investigations, disciplinary and removal actions. I was assisted in those investigations by agents of the Texas Department of Public Safety (State Police), Criminal Intelligence Division and two of the agents who assisted me, James Wilson, Esq., and Thomas A. Davis Jr each of whom, under separate administrations, were appointed as the Director and Colonel of the Texas Department of Public Safety (State Police). Those two taught me a lot about personality and character traits and during our 30 years of fishing together, one week every year, I never stopped learning from them.

Upon my resignation from the Attorney General's office, I began private practice in Houston, Texas. Additionally prior to my retirement, and during my active practice of law, my professional background included:

1. Adjunct Professor, South Texas College of Law.
2. Periodic appointment by the board of the Harris County Criminal Court Judges Committee (Harris County, Texas) as non-conflict trial judge.
3. Member of the Federal Court Advisory Panel (limited subject mater), SD of Texas.
4. Member of the Texas State Bar Grievance Committee; and appointed as a State Bar Judicial Relations Committee member with respect to voting rights issues.
5. Appointed to the State Bar sub-committee for the drafting of Houston Municipal Court Judicial Ethics Rules and Standards of Lawyer Conduct.

6. Appointed as a Master in Chancery by the Civil District Court, Harris County, Texas, Judge West presiding.

7. Appointed as a Receiver (a limited role) in some lingering Enron litigation.
8. Member of the American Board of Trial Advocates.
9. Member of the International Society of Barristers.

My admissions include:

- The State Bar of Texas
- Supreme Court of the United States
- Fifth Circuit Court of Appeals
- Tenth Circuit Court of Appeals
- Eleventh Circuit Court of Appeals
- Southern District Court, Texas
- Eastern District Court, Texas
- Western District Court, Texas
- Pro Hac Vice admissions in the United States, including but not limited to: Oklahoma, New York, California, Louisiana, New Jersey, New Mexico and Montana
- Pro Hac vice admission: Barbados, Mexico and Brazil

It was my practice, during my 50 years as a lawyer, that when I would first meet anyone in the legal profession, whether Judges, lawyers, staff, law clerks and court clerks, I would draw upon all of my personal experiences, my personal achievements and my personal failures in assessing the nature and character of each person with whom I would be working or with whom I would be working against. I listened and watched carefully. I did not, and do not, vary from that internal analysis. I engaged in that thought analysis when I first met David Lira many years ago and, notwithstanding his guilty plea to one count of contempt, which I have received and reviewed, it is without a moment of hesitation that I publicly and privately state that there is absolutely nothing contained in the guilty plea that changes my opinion about his good character. In fact, there is nothing, during all of the time that I have known him that causes me a moment of pause to question his honesty, truthfulness, kindness and personal behavior. Simply put, he is one of the most sincere and decent fellows that I have ever had the good fortune to meet and work with professionally. As I look back, with an even more critical old eye when my head hits the pillow, I have not altered, in the slightest, my opinion of David and his excellent character on every level. I know his heart.

If you have any questions, please do not hesitate to contact me immediately.

304 Montana Highway 56
Noxon, Montana 59853
Telephone: **406.847.8602**

**Respectfully,**

William G. Rosch III

**RENAE SALAS**
17467 Sandlewood Drive
Riverside, CA 92503
(951) 947-6996
renaesalas68@gmail.com


August 6, 2025


The Honorable Mary M. Rowland
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 South Dearborn Street
Chicago IL 60604

**RE: David Lira, Esq.**

To the Honorable Mary M. Rowland:

My name is Renae Salas. I've been employed in the legal field for approximately twenty-five years. I am a Senior Litigation Paralegal. I write to you wholeheartedly to advocate David Lira, It's an honor to vouch for his character and reputation and discuss how his qualities have shaped him into the man I've known and admired, personally and professionally, for 15 years. One of my favorite traits about David is his authentic personality. David is genuine, humble and personable, making it easy for people to connect with him.

I had the privilege of working closely with David at Girardi Keese for many years. We worked on hundreds of matters at all stages of litigation. I know that David has plead guilty to federal contempt charges and I understand the significance of his plea. I'd like to give you a glimpse of David 's true character and how I've seen first-hand that his genuine passion and commitment to his job goes beyond paperwork and legal proceedings. David is an authentic lawyer who uses the litigation system as it was meant to be used - without dilatory tactics, gamesmanship, or procedural posturing. He cares about his clients and expresses compassion for their situation, David pours his heart and soul into every case and his commitment to his clients is unmatched. Below are two examples of David's commitment:

> I recall a 2013 motor vehicle accident where David represented two minor girls who tragically lost their parents, grandparents, and sibling in the crash. Years after the case resolved, one of the girls (Lesley) would call the office on occasion with questions. David would politely respond to her questions but also showed genuine concern for her well-being. Lesley developed confidence and faith in their conversations. David would thoughtfully counsel her about the importance of school and a good education.  ....Lesley went on to attend college.

> As another example, David represented the wife and child of a decedent in a product liability matter that arose from a 2008 rollover accident involving a defectively designed water truck. He took the matter to trial in 2013 and appealed the judgment, arguing that the jury reached a compromised verdict. His commitment successfully reversed the judgment, Nearly 20 years later, the case was in the second appeal following the third trial and David's unwavering commitment continues.

> On another occasion, David offered his help to my mother when she was in need of legal assistance.

Re: David Lira
Page 2


I also had the privilege of witnessing David in the courtroom on several occasions. He speaks with honesty and transparency. David's kind nature and love for his job is no secret and has gained him the respect of defense counsel, clients, experts, judges and his community. I remember that David would incorporate a meaningful, devout, or popular quote to emphasize his point and reference his argument. It was a personal touch of sentiment he added to provide a more intimate reality to the circumstance before the court.

I love David's ability to showcase his authentic character, both personally and professionally, through honesty, kindness, passion, and commitment. I've worked with some pretty fantastic lawyers, but David remains my favorite. I have yet to meet another with similar dedication. David and I have built a lasting friendship outside the workplace and he holds a special place in my heart. I believe that his actions were out of character and resulted from extraordinary circumstances that do not reflect his true nature. I am confident that David has learned from this experience and will continue to be a valuable member to the legal profession.

Please feel free to contact me at the number or email address listed above should you require any further information or clarification.

Sincerely,

Renae Salas

WALTER J. LACK
STEVEN C. SHUMAN
ELIZABETH LANE CROOKE
DANIEL G. WHALEN
BRIAN J. HEFFERNAN
RICHARD P. KINNAN
BRIAN J. LEINBACH
ANN A. HOWITT
STEVEN J. LIPSCOMB
DAVID R. LIRA
ALEXANDRA J. NEWSOM
ANDREW M. JACOBSON

LAW OFFICES

# ENGSTROM, LIPSCOMB & LACK

A PROFESSIONAL CORPORATION

11601 WILSHIRE BOULEVARD, 14TH FLOOR

LOS ANGELES, CALIFORNIA 90025-1744

TELEPHONE 310-552-3800

FACSIMILE 310-552-9434

JOSEPH A. LACK
CHRISTOPHER A. KANNE
BRITTAN N. CORTNEY
ASHLEY L. ARNETT
DANIEL C. WHALEN
RACHEL M. LANNEN
SYDNEY M. DESMAN
JASON L. TILLMAN
PAUL W. ENGSTROM (1941 – 2010)
LEE G. LIPSCOMB (RETIRED)
ROBERT J. WOLFE (1961 – 2015)

July 21, 2025

Hon. Mary M. Rowland
United States District Court for the Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

> Re:  *United States of America v. David R. Lira*
>       Case No.       :       23 CR 54-3

Dear Judge Rowland:

I understand you are receiving input in connection with the sentencing of David Lira in the captioned matter, and I write to offer information about David for your consideration. Preliminarily, I very much appreciate the opportunity to do so, and your willingness to read and factor into your decision what I expect will be a torrent of supportive letters.

I have worked for Engstrom, Lipscomb & Lack for 48-1/2 years, 46-1/2 as an attorney. From 1974 to the late 1990's, our firm was mostly an insurance coverage and defense firm working for insurers, and I was one of three people in Southern California with a specialty in jewelry insurance. Our firm and Girardi & Keese partnered on the toxic tort case depicted in the movie "Erin Brockovich", and on a number of other significant cases, but we parted ways several years before Tom Girardi's misdeeds came to light. Since the settlement of the "Erin Brockovich" case, our firm has worked almost exclusively as a civil litigation firm on behalf of plaintiffs in a variety of fields. I primarily litigate business tort cases. Other than Walter Lack, I am the longest tenured employee of our firm.

I initially met David Lira many years ago and found him to be a fine lawyer. Our firm hired David several months after he left Girardi & Keese and cut off contact with Tom Girardi. I am sure you have seen his resume and know of his many contributions to the legal profession, and the many recoveries he has achieved for grievously injured clients. The experience of having David at our firm has been nothing but positive. We have found him to be not only extremely skilled as a litigator and trial lawyer, but also honest and ethical. He

Hon. Mary M. Rowland
July 21, 2025
Page 2

has successfully handled some truly horrific injury cases, and has taken two young women lawyers under his wing for teaching and training purposes. With his mentorship and guidance, they have both become fine lawyers in their own right. David is also well-respected and well-liked within legal circles here in California. In short, David has been an asset to our practice, a credit to our firm, and a blessing to his clients.

On a personal level, David is a resource I have come to rely on when I need an in-house consultant. Even though I have a few more years than David in the proverbial saddle, he has far more trial and overall litigation experience, and I have sought out his counsel on a number of occasions. He has ably advised me on everything from his experience with particular judges to strategies for addressing quandaries that inevitably come up in the course of litigation. He has always done so with equanimity and without allowing his personal legal issues to get in the way, notwithstanding that they clearly have been weighing on him. I admire him.

My hope, and request of you, is that you exercise the thoughtfulness and judicial wisdom in the sentencing that I hear has characterized your handling of this and other cases, and that you will give significant consideration to the fact that the sentence imposed will impact not only David, but his family, his practice, our firm, and perhaps most significantly, his clients. From what I know of his case, he is guilty of choosing the wrong path to try to get to the right result for the Girardi & Keese clients. I am hoping you can devise a moderate punishment for the transgression that will not deprive David's family, the attorneys at our firm who have come to rely on him, and many injured people whose fate is largely in his hands of the presence and attention of a truly good man.

Again, thank you for allowing me and all the other letter writers to provide information about David to you as you make this important decision.

Sincerely,

*Steven C. Shuman*

STEVEN C. SHUMAN

:SCS

#477764



SCHONBUCH HALLISSY LLP
— TRIAL ATTORNEYS —

**Michael Schonbuch, Esq.**
Los Angeles Office
Schonbuch@schonbuchhallissy.com
310.556.7900OFFICE

July 21, 2025

Honorable Mary M. Rowland
United States District Court
Northern District of Illinois

Re: David Lira

To The Honorable Mary M. Rowland:

I am writing this letter in support of David R. Lira and his upcoming sentencing hearing on October 8, 2025. I have known David both personally and professionally for more than 30 years.

I was the President of The Association of Southern California Defense Counsel in 2015 which is the largest local defense bar organization in the United States. I was the President of California Defense Counsel in 2018 which covers the defense bar for the entire State of California. In 2020 and 2021 I was the President of The Los Angeles Chapter of The American Board of Trial Advocates. In 2022 I was the recipient of The Lee B. Wenzel Los Angeles ABOTA Civility Award which is the highest honor you can receive from the Los Angeles Chapter of ABOTA. I am the Course Director of The Jack Daniels ABOTA Trial School at Loyola Law School and a Fellow in The American College of Trial Lawyers.

I have litigated several cases against David and the most recent case is now 3 years ago. We have worked together on matters for ABOTA such as the Trial School where we teach young lawyers about civility and the skills necessary to be an effective trial lawyer.

David is one of the most professional and civil lawyers I have ever known. He is honest, straightforward and a "man of his word." When we reach deals on cases and settlements, we conclude everything with a handshake such that written terms will be handled at a later date. This is the method we follow even when we are dealing with multi-million-dollar cases and that is because I trust David without question. He has

Los Angeles Office    Orange County Office    Ventura County Office    Sacramento Office
11999 San Vicente Blvd., Suite 200    26021 Acero    4580 Thousand Oaks Blvd., Suite 350    905 University Avenue
Los Angeles, CA 90049    Mission Viejo, CA 92691    Westlake Village, CA    Sacramento, CA 95825
310.556.7900    949.996.3566    805.797.8012    916.857.1757

SCHONBUCHHALLISSY.COM

contributed a great deal to the legal community and has made us all better lawyers and better people.


Cordially yours,

SCHONBUCH HALLISSY LLP

Michael Schonbuch

Los Angeles Office
11599 San Vicente Blvd., Suite 300
Los Angeles, CA 90049
310.556.7900

Orange County Office
25021 Acero
Mission Viejo, CA 92691
949.996.3306

Ventura County Office
4580 Thousand Oaks Blvd., Suite 350
Westlake Village, CA
805.702.8812

Sacramento Office
508 University Avenue
Sacramento, CA 95825
916.957.1757

SCHONBUCHHALLISSY.COM

 **Clark Hill**

Daniel J. Scully, Jr.
T (313) 965-8468
F (313) 965-8252
Email: Dscully@clarkhill.com

Clark Hill
500 Woodward Ave., Suite 3500
Detroit, MI 48226
T (313) 965-8300
F (313) 965-8252

July 28, 2025

To whom it may concern

    Re:   David Lira

    David has been a friend and colleague for over twenty five years. I'm a trial lawyer and a Fellow, American College of Trial Lawyer; Fellow, International Academy of Trial Lawyers, Diplomate, American Board of Trial Lawyers; Fellow, International Society of Barristers; and a member of the Bar in California, New York, Michigan and Illinois.

    David is a friend and was the first person I called when my sister needed counsel for a wrongful death action. On behalf of my sister and her family, not only did he represent them with the highest of skill and advocacy, the kindness and compassion he showed was beyond what I could hope for. Because of the insurance issues involved and the lack of assets available, there was not a lot of economic upside to the case. He told the family he would try the case if they wanted him to. The matter resolved at policy limits plus a significant voluntary payment on top of the policy. David them waived fees and costs to maximize the recovery to the family.

    David's ethics, skill and compassion are beyond reproach. I would trust him with my family in a heartbeat. He was placed in an untenable situation and should be given every consideration.

            Very truly yours,

            CLARK HILL

            Daniel J. Scully, Jr.

DJS:sl

282990354

Daniela Theriault, Esq.

2525 Deodar Circle

Pasadena, CA 91107

August 10, 2025

Dear Honorable Mary M. Rowland,

I am writing to you on behalf of my dear friend, David Lira. I am an attorney licensed in the State of California. I currently work for Gordon Rees Scully Mansukhani as Senior Counsel since 2023. I understand you are in the process of sentencing David because he pleaded guilty to criminal contempt of court. I write this letter in support of David.

I have had the privilege of knowing David for 12 years, and I can say without hesitation that he is a person of impeccable morality.  In 2013, I worked with David at Girardi and Keese as a summer associate ("clerk") and then as an attorney in 2015 until 2016.  I personally witnessed David working relentlessly for his clients and safeguarding their assets. Even when David would experience other attorneys misleading a jury panel or walking a "gray" area of the law, he refused to engage in similar conduct. Despite his opponents' unethical conduct, David refused to retaliate in a similar manner. Throughout the years, David's professional integrity as an attorney has shown that he is an honest person, even when it was not convenient. Moreover, David's personal life mirrors his professional life.  He is down to earth with rock solid values and does not play favorites based on status or what he can gain from others.

 The sudden, unexpected collapse of Girardi & Keese caught everyone off guard. During my tenure there, David always mentored his associates to be moral, honest and a strong advocate for Plaintiffs' rights. From my experience, David demonstrated all these qualities when he practiced law. Based on my observations, David was purposefully isolated from firm operations at the direction of Tom Girardi.  For example, David was not allowed to select his associates despite his extensive trial schedule. In fact, anytime David would express an interest in working with an associate, the firm would undertake actions that led to the associate's departure.

It is obvious now, Tom Girardi operated as a predator who used David's stellar reputation to defraud plaintiffs and colleagues. Tom implemented a culture of isolation and separation when it came to David. David was kept extremely busy with trial after trial and often was unaware of

management's sudden decisions. His trial record in various courts of law demonstrate David's strong work ethic. I believe he did not have the time or capacity to even suspect what Tom Girardi was orchestrating. David's only fault is that he is a good man who believes his own kindness exists in others. We all know someone who always gives people the benefit of the doubt despite the circumstances. His incarceration would only be a disservice to the legal profession. David only demonstrates the utmost integrity expected from an attorney by the State Bar in both his professional and personal capacity.

In my opinion, David's Plea Agreement further demonstrates his willingness to take responsibility for his actions and is a testament to his character. It is my belief that incarceration does not fit the crime in this instance, because of his demonstrated outstanding moral character. You may contact me at (619) 352-5149 should you have any further questions or concerns.

*Sincerely,*

Daniela Theriault

**JUDGE MARY THORNTON HOUSE, RETIRED**
**10990 Wilshire Boulevard, Suite 900**
**Los Angeles, California 90024**

marythorntonhouse@yahoo.com

August 4, 2025

Letter of Support for Attorney David Lira

To the Honorable Mary M. Rowland,

I write to you today in sincere support of attorney David Lira as the Court considers sentencing on his recent guilty plea for contempt. While I do not seek to minimize the gravity of the Court's findings, I wish to offer perspective on Mr. Lira's longstanding character, his commitment to the law, and the circumstances that have brought him before your bench.

However, before I offer my perspective on Mr. Lira's longstanding character, I believe it is important for me to give you a history of the Los Angeles legal community. I became Los Angeles Deputy City Attorney in 1978. I rose to the ranks of Assistant City Attorney in the 18 years I was there before being appointed to the Pasadena Municipal Court in 1996 and elevated to the Los Angeles Superior Court in 2000. I spent a total of 22 years as a judicial officer before retiring in 2018. I am now a private neutral with an alternative dispute resolution company in Los Angeles.

As a member of the Los Angeles City Attorney's Office in its civil divisions (police-fire and liability), I became aware of Tom Girardi's influence in both the legal and political community in Los Angeles and California. For decades, Mr. Girardi was a dominant and prominent force within the Los Angeles legal community and had the respect of many influential members of the legal community, that is, until he didn't.

From the sidelines, my interaction with Mr. Girardi was limited to only a few, short court appearances before me as a judge and knowledge that his firm had cases pending against the City as a city attorney. Of course, lawyers from his firm would appear regularly in court before me and my colleagues. I would note that Mr. Lira was one of them, but until the recent headlines, I wasn't aware of his family connection to Mr. Girardi. He never made me aware of that connection – I simply understood he was a member of the firm.

With that background and observation, I would like to offer my thoughts on Mr. Lira. I have known David Lira in a professional capacity for many years. He tried one

Doc ID: 0a5cfe3a79f326b42fc0a7a99e46909b2d5c8797

jury trial before me, along with multiple appearances in law and motion in my general civil courtroom. Last year, I was the arbitrator in a two-week arbitration wherein he was plaintiff's counsel who successfully prevailed for his client. In all of those appearances and hearings, his skills as an advocate were phenomenal.

Indeed, throughout his career, Mr. Lira's reputation supports this statement. He has exhibited the qualities most befitting the legal profession: a devotion to integrity, a respect for judicial authority, and a tireless work ethic on behalf of his clients and community. He was and remains a straight-shooter, candid with the court, and a skilled advocate for his clients.

This incident, while regrettable, appears to stand in stark contrast to the rest of Mr. Lira's professional history. Those who know him regard him as a person of honesty and good judgment. I believe you will receive a great deal of evidence in terms of letters of support in this regard.

As the Court contemplates sentencing, I urge you to consider Mr. Lira's otherwise exemplary record, the unique pressures posed by his family circumstances, and his sincere remorse for his lapse in judgment. While these are reasons, they do not amount to a legal excuse. However, I hope these reasons are taken into account in determining Mr. Lira's sentencing. Knowing him to be the professional that he is as an attorney, I do not doubt that Mr. Lira has learned a profound lesson from this experience and remains committed to upholding the duties of his profession with renewed vigilance.

It is my hope that the Court will view this offense as an isolated event in an otherwise highly professional career, and that Mr. Lira will have the opportunity to continue serving his clients and his community with the integrity he has long demonstrated.

Thank you for your time and thoughtful consideration.


Respectfully submitted,

*Mary Thornton House*

Judge Mary Thornton House, Retired

August 14, 2025

The Honorable Mary M. Rowland
United States District Court
Northern District of Illinois

Dear Judge Rowland,

When I first met David Lira as a recent high school graduate, I stepped into his office and noticed a painting of César Chávez hanging to his right. Over the sixteen years since that day, I have come to understand that the significance of César Chávez in David's life is rooted in his unwavering commitment to fairness, compassion, and human dignity. I have seen these qualities exemplified in numerous jury trials he has tried and in his contributions to the community.

Early in my time knowing David, he asked me to drive his clients to and from court and sit with them throughout trial. They were a mother and her young daughter who had lost their husband and father in a horrific motor vehicle collision. I felt wholly inadequate in grasping the depth of their loss, which led David to share a saying with me: one father is worth more than a hundred teachers. Throughout that trial, I saw David shoulder the weight of their grief, advocating with unwavering dedication to honor their loss and ensure they received the justice and dignity they deserved. David treated them as if they were his own family, offering the same patience, respect, and compassion I have seen him extend to his closest loved ones time and again.

Each day driving the clients to court was tense and quiet. From my observations, it was due to their unknown anticipation of what would unfold during court. However, on the drive home, the heaviness in the air seemed to ease, not because their loss had lessened, but because of David's steadfast advocacy and his care in ensuring the jury understood their loss and recognized their humanity. This is just one example of the numerous times I have observed David's character for good.

David's reputation in the community precedes him. He raised his family in the same community where I grew up, and family friends who knew of my interest in pursuing a career in law often asked if I knew David. During those conversations the throughline of law was a footnote among the heartfelt tributes and expressions of love for David as a human being. Accounts of his ethics, his devotion to his wife Jacqueline, his commitment to their children, and his contributions of time and service to Mayfield Junior School and his alma mater, St. John Bosco High School, among many others, were always abundant. Hearing these reflections only reinforced what I had already come to know through my own experience.

David's character and mentorship helped guide me towards a career in law. Today, David remains a reason why I am proud to say that I am a trial lawyer.

Page 1 of 2

Recently, I saw David at court before a hearing. As I walked down the hallway of the courthouse, I watched lawyers from both sides of the bar approach David with genuine warmth and respect. He spoke warmly about his son's work as a documentarian, his pride in his twin daughters' successes in college, and his love for Jacqueline. David then went to his hearing to advocate for his clients with the same civility, respect, and dedication he has shown consistently over the past sixteen years of my knowing him.

A custodial sentence would be a significant loss for David's family, for our community, and for myself. I respectfully implore the court to consider the measure of justice in this regard. I truly know David to be a good man. He will continue to honor his responsibilities to his family and contribute to society, and our community and I will continue to stand by him.

Sincerely,

Garret Valerio



**ROBINSON CALCAGNIE, INC.**

19 CORPORATE PLAZA DRIVE, NEWPORT BEACH, CA 92660
TELEPHONE: (949) 720-1288 • FACSIMILE: (949) 720-1292
WWW.ROBINSONFIRM.COM

September 2, 2025

Hon. Mary M. Rowland

      Re:   *David Lira*

The Honorable Mary M. Rowland:

I am a partner at Robinson Calcagnie, Inc. and have worked at this firm, started by Mark P. Robinson, Jr., for seventeen (17) years. I have been a partner at the firm since 2016, am the Past President of the Western Trial Lawyers and current President of the Orange County Trial Lawyers Charities (an organization dedicated to charitable acts and giving by lawyers in the community where I live, Orange County, California). I have been recognized as a Top 100 Southern California Superlawyer and Top 50 Women Southern California Superlawyer and Top 50 Orange County Superlawyer for many years. I frequently lecture and speak at attorneys events in California and other states through Consumer Attorneys of California, Consumer Attorneys of California, Orange Country Trial Lawyers Association, TBI Med Legal and Western Trial Lawyers Association, among others.

I have handled cases involving product liability and catastrophic injury on behalf of injured victims for twenty-three (23) years after graduating *cum laude* from Pepperdine University School of Law. I am the proud daughter of a lifer Marine and Vietnam Veteran who grew up in San Bernardino County, near the Twentynine Palms Marine Corps Base. I have known of David Lira for my entire career and have seen him speak and seen him active in legal organizations in Southern California, specifically the Los Angeles area. I had the honor of working with him for several years in one of my cases.

In my capacity as a partner at the Robinson firm, I was co-lead counsel on a litigation entitled the Palm Springs Bus Crash Litigation along with David Lira. The case involved a 2016 bus crash in the City of Palm Springs, on the 10 freeway in the County of Riverside. It was a tragic bus crash investigated by the NTSB and requiring a full county-wide emergency response with 13 deaths and 30 injured. There were multiple numerous individuals who sought legal representation to recover damages for the horrific loss of life and life-long injuries and trauma from the crash. The case was masterfully overseen by Honorable David Chapman, ret. of the County of Riverside. It was a mammoth case, involving dozens of depositions, hundreds of thousands of dollars of expenses, multiple experts and years of litigation to get the case resolved.

I had the absolute honor of working alongside David Lira on this Palm Springs Bus Crash case. Mr. Lira was known to me for years in the legal community as a stalwart of the profession. His reputation for fairness, competence, brilliance in the courtroom and his professionalism and

Hon. Mary M. Rowland
September 2, 2025
Page 2

courtesy were known to all. His legal prowess was known by both the plaintiff and defense bar
and all who knew him trusted his word and his legal work. His legal representation, skills,
knowledge and masterful handling of complex litigation are well known. I witnessed this first-
hand in the Palm Springs case through depositions taken by him, discovery prepared by him,
mediation briefs and arguments made by him and strategy performed by him.

In the Palm Springs Bus Crash case, Mr. Lira took lead on the product liability aspect of the
case, leading the charge on defect allegations vs. the bus designer/manufacturer for failing to
include seatbelts and other safety equipment on the bus. His thoughtful, careful and practical
approach to the case maximized recovery to dozens of victims while keeping costs down. I
have personally heard from other attorneys who had cases vs. the truck driver and the bus
company, that pursuing a product defect case was too difficult, costly and time-consuming and
therefore, only a very few lawyers were willing, capable and competent to do so. David Lira
was one of the willing, capable and competent to do that. As a result of his efforts, dozens of
victims received life-changing recovery who would otherwise not have received much at all.
Life-changing money for victims of real tragedies, that is what David Lira is known for and
this needs to be remembered first and foremost. The good we do should always be balanced
against the harms or potential harms that some believe we may have caused or contributed to.
The scales of justice tip heavily in favor of David Lira receiving mercy for his decades-long
battle fighting for the little guy; fighting for the victim; fighting for the aggrieved; fighting for
the oppressed.

I personally witnessed for years during this litigation a compassionate, honorable, caring,
ethical lawyer doing the best he could for his clients. I personally witnessed a competent and
caring lawyer who understood and acted in accordance with the highest standards of ethics,
competence and professionalism. Other lawyers might take easy assignments and turn cases
more quickly earning fees with ease, but not David Lira. Arduous, difficult, and challenging
cases he handled with grace and courage. If it were not for lawyers like David Lira, how many
victims would not have had a champion fighting for them in their corner?

This was one of the toughest cases I have been involved with in my career. Not many would
take on this task. Thank God and this honorable profession for creating lawyers who are strong,
capable and brave enough to raise their hands for the task, show up, and do the work all the
way to the finish line like David Lira did.

Only a handful of lawyers have the guts and ability to take on the toughest cases and see them
through to completion like David Lira. He is a gift to our wonderful profession.

Thank you for your consideration of this information.

Very truly yours,

ROBINSON CALCAGNIE, INC.

Michelle Marie West

WALTER J. LACK
STEVEN C. SHUMAN
ELIZABETH LANE CROOKE
DANIEL G. WHALEN
BRIAN J. HEFFERNAN
RICHARD P. KINNAN
BRIAN J. LEINBACH
ANN A. HOWITT
STEVEN J. LIPSCOMB
DAVID R. LIRA
ALEXANDRA J. NEWSOM
ANDREW M. JACOBSON

LAW OFFICES

**ENGSTROM, LIPSCOMB & LACK**

A PROFESSIONAL CORPORATION

11601 WILSHIRE BOULEVARD, 14TH FLOOR

LOS ANGELES, CALIFORNIA 90025-1744

TELEPHONE 310-552-3800

FACSIMILE 310-552-9434

JOSEPH A. LACK
CHRISTOPHER A. KANNE
BRITTANY CORTNEY
ASHLEY L. ARNETT
DANIEL C. WHALEN
RACHEL M. LANNEN
SYDNEY M. DESMAN
JASON L. TILLMAN
SEAN C. HARTLEY
PAUL W. ENGSTROM (1941-2010)
LEE G. LIPSCOMB (RETIRED)
ROBERT J. WOLFE (1961-2015)

July 24, 2025

Honorable Mary M. Rowland
United States District Court
Northern District of Illinois
c/o Cheronis & Parente, LLC
140 South Dearborn, Suite 404
Chicago, IL 60603

Re: David R. Lira

Dear Judge Rowland,

I am submitting this letter in support of my partner, David Lira.

I am a Senior Partner at Engstrom, Lipscomb and Lack and have been with the firm for 39 years. I specialize in tort litigation, first having done vehicle accident product liability cases against automobile and tire manufacturers, and more recently, tort actions for victims of wildland fires. I have known and periodically worked with David for approximately 25 years.

When I began doing automobile product liability work, I was introduced to David and told that he was *the* person to go to for advice and guidance in this complex and often bewildering area of the law.

While we worked at different firms for much of this time, there were at least three cases where our respective firms were working together and that was how I came to appreciate not only David's considerable trial skills, but also his willingness to take the time to hear about various issues and carefully explain how to address them. Beyond just legal and factual matters, David also gave me advice and guidance about how to compassionately interact with clients whose lives were torn apart in the aftermath of the horrific vehicle accidents which gave rise to these types of cases.

David also made it clear to me that if I needed advice or guidance on cases that did not involve both of our offices, I was welcome to contact him. I did so many times over the years and David was always happy to stop what he was doing and help. Often, my calls to David were to learn where I could find capable experts for the litany of issues underlying vehicle design, manufacturing, and safety factors being raised in such product cases. He always took the time to help. When I once complimented him for being willing to do this, David's response was that we are all trying to do the best job possible for our clients and that we all needed to work together.

Honorable Mary M. Rowland
United States District Court
Northern District of Illinois
July 24, 2025
Page 2


      When I learned that we had an opportunity for David to join Engstrom, Lipscomb and Lack, I was very pleased and said that he would be a valuable addition. David did join the firm and promptly let us know that he was happy to assist our lawyers with questions, legal research, selection of experts, etc. This has been beneficial to our younger and less experienced attorneys and his considerable trial experience has benefitted us all.

      It is important to our firm and the trial bar that David be allowed to continue to do what he does best, namely trying cases and teaching and helping others to be better lawyers. To take this away from him would be a loss to the profession.

      I am happy to discuss further my knowledge and opinion of David Lira should the need arise.

                Sincerely,

                DANIEL G. WHALEN

DGW/b
477862

August 14, 2025

Sister Frances White, SHCJ
1833 E Orange Grove Blvd
Pasadena, CA 91104

To: The Honorable Judge Mary M. Rowland

I write on behalf of David Lira, a friend I have known since we served on the Board of Trustees at Mayfield Junior School from 2010 to 2016.

I am a Catholic nun, a member of the Society of the Holy Child Jesus. My community founded and continues to sponsor the Mayfield schools – Mayfield Junior School, grades K-8 and Mayfield Senior School, grades 9-12. I was a trustee during David's six year term and I continue to serve as a trustee, now as Ex Officio.

During his tenure on the Board, David was assigned to the Risk Management Committee, the Committee on Mission and School Life and the Executive Committee. Each of those assignments indicate the level of trust that was placed in David, especially I think, the Committee on Mission and School Life. The core of the educational experience of the students, their formation as citizens of church and society are the substance of that committee.

I served on the Committee on Mission and School Life and the Executive Committee with David. He was fully engaged in Board and committee work. He gave his opinion, shared his beliefs, listened to others. In his deliberations, he was always inciteful, thoughtful, careful. I admire David and his integrity.

We have a mutual respect, the kind of respect that leads to fondness. I sincerely hope and pray that his decent moral character is recognized.

Sincerely,

France White, SHCJ

Mingyu Zu
21 Richardson Rd.
Burlington, MA 01803
lydiazu100@gmail.com
323-708-7022

July 24, 2025

The Honorable Mary M. Rowland
United States District Court Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

**Re: Letter of Support for Mr. David Lira**

Dear Judge Rowland,

I write this letter in strong support of Mr. David Lira, and I respectfully ask the Court to consider a non-custodial sentence for him. I am both a past client of Mr. Lira and someone whose life and career trajectory have been profoundly shaped by his compassion, empathy, and integrity.

I am a survivor of a major car accident that left me permanently disabled. At the time of the accident, I was still a minor, and my family and I were overwhelmed and uncertain about the future. Mr. Lira represented me in the personal injury lawsuit related to that accident. More importantly, he became a mentor, advocate, and source of hope during one of the darkest chapters of my life.

Mr. Lira's support went beyond the confines of legal representation. I vividly remember when he personally accompanied me to a deposition in New Hampshire—an emotionally difficult experience that forced me to relive the traumatic events of my accident. During that trip, he spoke with me about life, resilience, and the importance of finding purpose despite hardship. He inspired me to believe that my disability did not define the rest of my life, but rather could be the foundation of a meaningful journey.

With Mr. Lira's encouragement, I returned to my lifelong passion for table tennis. I trained tirelessly, competed in both able-bodied and para tournaments, and eventually represented UC Berkeley in national collegiate championships which is comparable to NCAA for other sports, finishing in the top four in women's team events. During that tournament, I was recognized by Team USA and later joined the U.S. Para Table Tennis team, achieving a top-5 world ranking and winning the U.S. Para Open gold medal three times.

Equally significant, Mr. Lira's example inspired me to pursue a career in law. He not only encouraged me but also wrote a recommendation letter that helped me gain admission to Boston College Law School—his alma mater. Today, I am proud to serve as an attorney specializing in tax litigation at the Massachusetts Department of Revenue. Like Mr. Lira, I am passionate about advocating for fairness and justice, and I credit much of this path to his mentorship and belief in me.

What stands out most about Mr. Lira is his rare combination of legal skill, genuine compassion, and selfless dedication to his clients. He is not the kind of attorney who merely handles cases for financial gain. He helps his clients rebuild their lives and find strength in adversity. Over the years, I have come to know that he is also a devoted father of four and a man who sacrifices personal time to help victims like me.

Your Honor, I can say with absolute certainty that Mr. Lira has profoundly impacted my life. Without his guidance and support, I might not have found the strength to recover emotionally, pursue my athletic dreams, or achieve my legal career. I believe that the qualities that made him such an extraordinary advocate—compassion, empathy, and integrity—will continue to benefit society if he is given the chance to serve his sentence in a way that allows him to remain active and engaged with his family and community.

Thank you for considering this letter. I sincerely hope you will take into account the positive impact Mr. Lira has had on countless lives, including mine, and grant him the opportunity for a non-custodial sentence.

Respectfully,

Mingyu "Lydia" Zu
Former Client of Mr. David Lira and a Car Accident Survivor
Team USA Para Table Tennis Athlete
Counsel at Massachusetts Department of Revenue Litigation Bureau



# BC LAW

### BOSTON COLLEGE LAW SCHOOL MAGAZINE ONLINE

2022

# Mingyu "Lydia" Zu

Mingyu "Lydia" Zu is counsel in the Litigation Bureau of the
Massachusetts Department of Revenue. Zu, who represented
BC Law in the National Collegiate Table Tennis
Championships, has resumed playing and won gold at the
2023 US Para Open in Texas. She plans to participate in two
international tournaments annually towards her goal of
competing in the Los Angeles 2028 Paralympic Games.





**Press and Hold:** Earning a Top 4 world ranking for her class in table tennis competition in one short year, Lidia paused her international championship pursuits to earn a BC Law degree. **What She Learned:** Zu discovered a love for tax and litigation (even more than her passion for table tennis!) and puts both to practice in her new position at the Litigation Bureau of the Massachusetts Department of Revenue. **Her Secret Sauce in Law and Table Tennis:** "I am present-focused. Once I set my mind on a goal, I work hard, trusting that success will follow." **Inspiration:** "It is unbelievable how the para table tennis players, whose disabilities are much greater than mine, overcome their physical challenges. Witnessing their determination, I feel there is no limitation on mine."

WINTER 2024
OPEN ISSUE

# Justice Chaney Victoria Gerrard Chaney, Ret.

913 Euclid Street #6

Santa Monica, California 90403

310-490-4442

August 25, 2025

Honorable Mary M. Roland
United States District Court
12th Floor, Dirkson U.S. Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

Re: David R. Lira

This letter is written in support of David R. Lira, who is scheduled to appear for sentencing before the court on October 8, 2025. Mr. Lira has shared with me the plea agreement. As the Court considers the appropriate sentence to impose on Mr. Lira, I hope that this Court will take into account my perspective and that of others who also write in his support.

In July 2024, I retired as an Associate Justice on the Court of Appeal, Second District, Division One, for California where I had presided since 2009. Previously, I sat on the Superior Court for the County of Los Angeles as a trial judge from 1994 until my elevation to the Court of Appeal and was assigned to both criminal and civil matters. Beginning in the year 2000 until 2009, I was one of the first five trial judges to establish and preside over the Complex Litigation Section of the Superior Court. This section managed all complex

1

Doc ID: 0d27d8f73c8a7e8dddca73b11bd2ab8cbb7dc299

cases and class actions filed in Los Angeles County. Between 1990 and 1994, I was appointed to and presided in the Municipal Court for the City of Los Angeles. I now serve as a neutral conducting mediations, complex arbitrations and as a consultant on appellate and trial matters.

Throughout my judicial career, I have been active in various committees of the Judicial Council and the California Judges Association, including the Ethics Committee whose members give ethics advice to California judges. I have been appointed and have served as a Special Master by the Committee on Judicial Performance, responsible to hear evidence and make determinations in disciplinary hearings on charges against California judges.

Prior to my time on the bench from 1979 through 1990, I was employed by the Office of the City Attorney of Los Angeles as a trial attorney and as a supervisor of deputy city attorneys. By the time I was appointed to the bench, I was serving as an Assistant City Attorney in the Civil Division of the office.

I first met Mr. Lira, beginning in either late 2000 or early 2001. Over the years I have had the pleasure to have known him professionally, personally and by reputation. He appeared before me many times over the years, handling complex matters. As an attorney, I found him to be highly skilled, well prepared, ethical, and civil and cordial to his fellow attorneys, witnesses and the court staff. He never prevaricated or misled me. To use the vernacular, "he told it to me straight."

2

Doc ID: 0d27d8f73c8a7e8dddca73b11bd2ab8cbb7dc299

I also am well aware of Mr. Lira's reputation among my colleagues and members of the bar. I am a member of the American Board of Trial Advocates (ABOTA) with Mr. Lira and have attended many bar meetings when he has been present. Judges talk among themselves and judges also listen and hear from attorneys. With my "ear to the ground," I have learned that my fellow judges like and respect Mr. Lira for the exact same qualities as I noted above. He is brilliant, always prepared, respectful, and never dissembles in the responses to questions. Both members of the Bar and the Judiciary have a high regard for his skills, demeanor and integrity.

Once I was nominated to the Court of Appeal, Mr. Lira, not an appellate attorney, no longer appeared before me. Over the subsequent years, fortunately for me, we became friends and confidants. One day at lunch, Mr. Lira noticed that I was obviously upset. He probed and probed and finally determined that the source of my concern was a male colleague of mine. Mr. Lira knew the individual, had observed his behavior in other settings and was aware of rumors concerning my colleague's behavior. During the ordeal for me that ensued, Mr. Lira was supportive, kind and understanding. I am grateful for his encouragement, sage advice and steadfastness during that time.

I have known Mr. Girardi professionally since the mid 1980's. He was often charming and seemingly humble. At the same time, I had observed flashes of his volatile temper and seen that he was quite controlling of those around him. Mr. Girardi held a powerful influence over both the legal community and the political scene in Los Angeles in particular and California in general.

3

Over the last few years, I have had the occasion to visit Mr. Lira's home. I have met his son and his three daughters. Michael, his son, and Catherine, his oldest daughter, have both successfully graduated from university and have embarked on their careers, in the entertainment and hospitality businesses, respectively. The two younger daughters, fraternal twins, Elizabeth and Carolyn are currently attending university. They are all a credit to their upbringing by Mr. Lira and his wife. On numerous occasions, I have also had the pleasure of spending time with Jacqueline Lira, his wife. She is a remarkable woman, intelligent, talented, kind and stalwart in her support of her husband.

I believe that many who wrote in support of Mr. Lira have spoken at length of his exceptional character. Of course I agree. But I would like discuss an almost hidden aspect of the events of the last few years that I suspect few people are aware or have considered.

I have come to realize the far-ranging consequences that just the filing of this criminal action has had on Mr. Lira. This ordeal he has lived, which I have observed, has affected all areas of his life. Though I have witnessed many effects, I would like to list just a few examples. As mentioned above, both Mr. Lira and I are long standing members of ABOTA. Mr. Lira was elected president of the Los Angeles Chapter of ABOTA for calendar year 2021. He had asked me to swear him into his upcoming office as president. However, on Dec. 14, 2020, Mr. Girardi was found in contempt of court by Judge Thomas Durkin and was referred to the US Attorneys office in Chicago. The hearing was closely followed and reported by the press both locally and nationwide which repeated allegations of

4

misappropriation of client funds and other wrongdoing. Shortly before his installation as president, the then current board of ABOTA requested Mr. Lira to step aside or "defer" his long-awaited presidency in light of the press reports. At this late juncture, Mr. Lira's ABOTA presidency has long since been forgotten.

In late 2019, Mr. Lira accepted an offer to join a law firm as a named partner. He was originally scheduled to begin with the new firm in March 2020. Mr. Lira deferred joining his new firm because he had committed to try a toxic tort case in New Mexico that had been pending for 20 years. That trial consumed the month of February 2020 and part of March 2020. Because of that case and others he was finalizing, his departure from Girardi & Keese was delayed until June 13, 2020, the day of his resignation. With the unrelenting press coverage of things "Girardi," Mr. Lira was kicked out of his firm during the holiday season on Dec. 21, 2020.

Sometime in 2021, a judicial colleague of mine informed me of a warning which had been posted on the State Bar of California website. I went to the website and found a "consumer alert" about Mr. Lira, arising from the criminal charges by the US Attorney pending in Chicago stating that Mr. Lira had been charged with a felony, alleging, in part, that he had been charged with misappropriation of client funds. Whenever a potential client, referring attorney or judicial officer viewed the State Bar website regarding Mr. Lira, this warning was practically the first thing to be seen.

After his indictment, all bank accounts held by Mr. Lira were closed by his banks. He was without a bank account for months.

5

Because of this plea, he will be considered a felon. In California, he will be denied the privilege to vote and other rights. Some countries may even decline to allow him travel across their borders due to the felony plea.

Some years prior to 2020, Mr. Lira was invited to become a member of the International Academy of Trial Lawyers of which there are only five hundred members. As a direct result of the filing of these criminal charges against Mr. Lira, his membership was suspended indefinitely until the pending criminal matter is resolved.

But there was an even larger domino effect to the references to the Girardi scandal to be found everywhere, not only in newspapers, but in television news, Podcasts, the popular show "The Housewives of Beverly Hills," and in documentaries such as "American Greed" where Mr. Lira's name was almost always mentioned as an "also ran," linking Thomas Girardi's actions to Mr. Lira. There have been countless editorials and coverage in the legal newspapers and magazines. Finally, there was also a rap video produced by a law firm about the scandal. In other words, the reputational damage to Mr. Lira is incalculable. I alluded above to his wife, Jacqueline Lira. She too bears the brunt of the salacious coverage of her family.

In this letter, I have tried to paint a picture of Mr. Lira as the extraordinary person I have known for close to twenty-five years. Apart from this isolated lapse in judgment for which Mr. Lira has pled guilty and sincerely regrets, I hope that his exemplary character in his professional and personal life over his lifetime will assist the court in contemplating an appropriate sentence.

6

Doc ID: 0d27d8f73c8a7e8dddca73b11bd2ab8cbb7dc299

Thank you for considering my thoughts and recollections as you tailor a suitable sentence for Mr. Lira.

Respectfully submitted,

*Justice Victoria Gerrard Chaney*

Justice Victoria Gerrard Chaney, Ret.

7

Doc ID: 0d27d8f73c8a7e8dddca73b11bd2ab8cbb7dc299

# Additional Letters for Sentencing



September 22, 2025

The Honorable Mary M. Rowland
United States District Court
Northern District of Illinois
Kluzinski Federal Building
219 S. Dearborn Street, Room 1262
Chicago, IL 60604.

**Re:  Request for leniency for David Lira**

Dear Judge Rowland:

My name is Fred Cunningham.  I have practiced law in Florida since 1988.  I have had a plaintiffs' personal injury and insurance bad faith practice since 1992.  I have been listed in every edition of Best Lawyers in America since 1997.  I have been listed in the Top 100 lawyers in Florida by Super Lawyers every years since 2016.  I was President of the Florida Justice Association in 2011-2012.  In 2009, I was President of the Palm Beach County Justice Association. I am a member of the International Academy of Trial Lawyers, The International Society of Barristers, and ABOTA.

I first met David Lira in 2015, when both of us were members of the Admissions Committee of the IATL, which everyone in IATL acknowledges is the hardest working committee in IATL.  Through our service together on that committee, I came to be very good friends with David and Jacqueline, and I met their four wonderful children on several occasions.  I always enjoyed my time with the Lira family, and we quickly became close friends.

David is so modest that I had to discover his numerous accolades from other sources. David was widely regarded as one of the very best trial lawyers in the Los Angeles area.  His reputation for honesty, integrity, and litigation excellence was impeccable.

Like every lawyer I know and respect, I was shocked and flabbergasted when I heard the allegations against David.  I knew that there had to be an explanation.

I respect and care about David and his family so much that I decided to fly to California to have lunch with him on July 22.  What I heard was absolutely heartbreaking.  David has lost virtually everything that matters to him, except for the love of his wonderful family, which has sustained him and given him strength through this indescribable ordeal.  He has lost millions of dollars, and has sustained incalculable damage to his professional reputation, which he had carefully cultivated for well over 30 years.  As his friend, it was devastating to me to hear what he has endured.  One of the more heartbreaking things we discussed was whether I thought he would

be kicked out of IATL, which is an organization he understandably holds very close to his heart. I told David that said decision would be above my pay grade. I did not tell David that, based on discussions I have had with the decision makers of IATL, I am very confident that he will lose his membership in IATL. I simply could not bring myself to tell him that.

I have no idea how David has had the strength to endure this multi-year ordeal. Personally, I believe he has suffered enough, and I am asking Your Honor to show leniency to a wonderful husband and father who has been grievously wounded already. David has so much to offer to society, and no one would be served by failing to show leniency to him.

Thank you very much for your consideration of this letter. If I can answer any questions for Your Honor, please feel free to contact me at fred@dcwlaw.com or at 561 676 3333.

Sincerely,

**FRED A. CUNNINGHAM**

LAW OFFICES

WALTER J. LACK
STEVEN C. SHUMAN
ELIZABETH LANE CROOKE
DANIEL G. WHALEN
BRIAN J. HEFFERNAN
RICHARD P. KINNAN
BRIAN J. LEINBACH
ANN A. HOWITT
STEVEN J. LIPSCOMB
DAVID R. LIRA
ALEXANDRA J. NEWSOM
ANDREW M. JACOBSON

# ENGSTROM, LIPSCOMB & LACK

A PROFESSIONAL CORPORATION

11601 WILSHIRE BOULEVARD, 14TH FLOOR

LOS ANGELES, CALIFORNIA 90025-1744

TELEPHONE 310-552-3800

FACSIMILE 310-552-9434

JOSEPH A. LACK
CHRISTOPHER A. KANNE
BRITTAN N. CORTNEY
ASHLEY L. ARNETT
DANIEL C. WHALEN
RACHEL M. LANNEN
SYDNEY M. DESMAN
JASON L. TILLMAN

PAUL W. ENGSTROM (1941 – 2010)
LEE G. LIPSCOMB (RETIRED)
ROBERT J. WOLFE (1961 – 2015)

August 22, 2025

**VIA EMAIL ONLY**
The Honorable Mary M. Rowland
United States District Court
For the Northern District of Illinois
Eastern Division

Re:     *David R. Lira*

Dear Judge Rowland,

My name is Brittan Cortney, and I am a practicing attorney at Engstrom Lipscomb & Lack. For the past four years, I have worked closely with David Lira, day in and day out, as part of the same team handling plaintiffs' personal injury litigation. I have partnered with him through trial, mediation, and countless complex cases, and I have come to know not only his legal mind but his moral compass.

David approaches this profession with sincerity, compassion, and relentless dedication. He is the kind of lawyer who sees his clients as people first—and whose guiding principle is that justice must be pursued with integrity. One powerful example was a case we worked on involving the fatal shooting of a Black man by a private security guard working for a large corporation. The case exposed deeply troubling racial bias. David didn't just work to secure a life-changing award for the family member—he pushed for systemic change and used the litigation as a platform to advocate for revised corporate policies. His commitment to justice in that matter went beyond any courtroom victory—it was about holding institutions accountable and doing right by the client and the broader community.

Despite the adversarial nature of our profession, David has cultivated more genuine, respectful relationships with defense counsel, including opposing counsel on high-stakes, emotionally charged cases, than any plaintiff's lawyer I've known. He is consistently decent and fair, and that reputation precedes him. I cannot tell you how many times David's team has been referred cases where the defense lawyer said something like, "I'm so glad it's David Lira, because I know we'll be able to have real conversations and negotiations, or at least have a fair trial". That kind of comment is not an anomaly; it is a pattern. It is a reflection of who David is: a moral, kind, and deeply principled man who believes that you gain more in this life, and in this profession, by being good to people, and it shows.

Throughout the years, I've watched David mentor younger lawyers, shoulder difficult cases without complaint, and approach every challenge with steady resolve and humility. He is a lawyer's lawyer: unflinching in his ethics, generous with his time, and quietly impactful. While I recognize that he now stands before this Court for sentencing, I respectfully submit that this situation should not eclipse the full scope of the person David is, and has been, for decades.

The Honorable Mary M. Rowland
United States District Court
August 22, 2025
Page 2

      I respectfully ask the Court to consider the full measure of David's character and contributions in your decision. I believe that a decision allowing him to continue the good work he is still capable of doing for his clients, community, and colleagues would be the most fair, just, and beneficial for our community.

      Thank you for your time and consideration.

Respectfully,

BRITTAN N. CORTNEY

BNC/es

August 7, 2025

Honorable Judge Mary K. Rowland

Your Honor,

My name is Gary E. Meek, and I submit this letter in strong support of David R. Lira, whom I have known since our sons started playing lacrosse together in the seventh grade at Mayfield Junior School over 15 years ago, and later at Loyola High School.

Over the years, I have come to know David not only as a fellow parent but also as a distinguished member of the Los Angeles business community and a dedicated philanthropist. David's commitment to community service is evident in his involvement with numerous charitable organizations, including his significant role as a Board Trustee at Mayfield Junior School. His efforts were instrumental in raising substantial funds for financial aid, which has made education accessible to many deserving students. His dedication to making a difference in the lives of young people is truly commendable.

Professionally, as the Chief Financial Officer of a large multi-national Investment Bank, Houlihan Lokey, I have had several opportunities to witness his professional interactions and have always been impressed by his willingness to share his knowledge generously and his intellectual honesty. His commitment to transparency and ethics is highly respected among his colleagues and has certainly set a standard in the Los Angeles business community.

On a personal note, my family faced a crisis that required a deep understanding of the legal system. During this challenging period, David was incredibly supportive, offering his guidance and expertise which were crucial in resolving the situation favorably. Both my wife and I are forever grateful for his kindness and the personal interest he took in ensuring our well-being.

In summary, David is a person of excellent moral character, professional integrity, and deep compassion for others. His contributions to both the business world and his community are outstanding. I am confident that he will continue to excel and positively impact everyone around him as he has done so consistently in the past. Should you require any more information, please feel free to contact me at GMeek5152@aol.com.

Respectfully,

Gary E. Meek CPA, Attorney

August 5, 2025

Honorable Judge Mary M. Rowland

Your Honor,

My name is Jacqueline A. Meek, and I am writing to you today to express my unwavering support for David Lira.

As a retired CPA professional who has worked extensively in the public and private sectors within the United States and abroad, culminating my career as Chief Development Officer and Chief Operating Officer at Children's Bureau, a nonprofit organization addressing child abuse prevention, I have developed a keen sense for recognizing genuine, impactful individuals. It is from this foundation of experience that I share my insights and support for David.

I first met David in 2003 when his children and my two sons attended Mayfield Junior School in Pasadena, California. David and his wife Jacqueline were integral members of the school community, consistently involved and supportive of their children's education and extracurricular activities. David's engagement extended beyond mere attendance at events; he was a compassionate and active participant in the community.

As a member of the school's Board of Trustees and its Executive Committee, I was involved in identifying and recruiting valuable members for our board. David, with his considerable expertise as a lawyer coupled with his authentic warmth and kindness, was a natural choice. His ability to listen compassionately to others' concerns and offer his time generously was evident not only in casual interactions but also in his substantive contributions to the board.

In 2010, when David joined the Board of Trustees, we worked closely on several subcommittees, including the Finance Committee which I chaired. David was passionate about increasing financial aid for families, a cause close to my heart as well since financial aid was crucial in my own education. David approached this advocacy with conviction and a deep understanding of its importance, which only further demonstrated his empathetic character and commitment to service.

David's dedication was not limited to his volunteer work; it is a consistent theme in all facets of his life. His priorities have always been rightly ordered: family, friends, community, and career. This balance is what makes David such an invaluable asset not only to his family and friends, but also to the broader community.

Your Honor, the world indeed needs more people like David Lira – honorable, kind, generous and compassionate. Based on my longstanding relationship with him and firsthand experience of his character and dedication, I submit this letter of support for David without reservation.

Thank you for considering my perspective in the matter. I am confident that David's continued presence and involvement in the community will only lead to positive outcomes.

Respectfully,

*Jacqueline A. Meek*

Jacqueline A. Meek, CPA
jmeekhome@aol.com

P.O. Box 53902
Los Angeles CA 90053

August 12, 2025

The Honorable Mary M. Rowland
Judge, United States District Court

Your Honor:

I am writing to share my experiences with and impressions of David Lira, whom you will be sentencing on October 8, 2025.  I have read the factual basis and plea agreement, as well as the indictment.

I know that David is gutted by the fact that he didn't do enough to help his clients by following through with the Court's order to distribute settlement funds.  He has worked his entire professional life on behalf of clients, and he knows he let them down here.  Regardless of his relationship with the firm's owner, his clients should have come first, as they did throughout his career.  His choices haunt him, and not just because he is before the Court for sentencing, but because he harmed his clients.

I met David about 15 years ago while attending social events.  He was consistently warm, kind, and straightforward from the outset, which was remarkable given his reputation as a feared trial attorney.  I came to learn he was feared by opposing counsel because he was effective, and it was obvious that he was effective because people, including jurors, connected with his genuine nature.  I assume that the Court is familiar with his reputation as an outstanding trial attorney who fought hard for his injured clients, so I will focus on what may be lost or forgotten about David during these proceedings.

First, David supports other lawyers.  He certainly supported me.  When I decided to leave public service after a 23-year career at the state and federal levels with no experience in the private sector, David was helpful and positive.  I appreciated his encouragement.

Second, David, who is an amazing father and husband to a wonderful family, has helped my family.  About ten years ago, we applied to an elementary school that David's children had attended.  David was deeply involved in the school community, including serving on the board of directors.  I'm convinced that his efforts on our behalf caused our daughters to be admitted off a waiting list.  He vouched for us, even though we were not close friends, because he had confidence that our daughters and family would be a positive addition to the school.  David recognized I had nothing to offer him in return, so his actions were selfless.  When our eldest applied to another school that his daughters attended, he arranged for his daughters to guide our daughter through the application process and to provide advice about the school.

Third, David is a valued part of his community. In addition to his work on behalf of his children's school, David was a Board Member of Public Counsel, among other charitable and pro bono works. He is welcomed into these groups because of his obvious qualities of honesty and selflessness.

I recognize, having handled many sentencings, that it is helpful for the Court to know something about the person writing a letter in support, including to determine what weight to give their opinion. First, like David, I'm deeply involved in charitable work, serving on the boards of: Just the Beginning – Los Angeles (a Chicago-based organization that sponsors programs throughout the country to encourage disadvantaged high school students to pursue legal careers); the St. Thomas More Society (which organizes the annual Los Angeles Red Mass for lawyers and judges); InfraGard National Members Alliance (as Chief Legal Officer of the umbrella organization serving 40,000+ members of an FBI-private sector partnership that protects the nation's infrastructure); and my neighborhood residential association (as past president). I am also active in my local parish and children's schools.

Professionally, my first 23 years of practice were as a proud public servant. I have been in private practice at a tax litigation boutique for nearly the past nine years, handling civil and criminal tax and white-collar matters from audit/investigation through trial and appeal (including a U.S. Supreme Court case a few years ago). Before that, I was an Assistant United States Attorney in the Central District of California from 2005 through 2016, first in the Tax Division and then in the Major Frauds Section of the Criminal Division. My cases included investigating and prosecuting lawyers, so I recognize the importance of holding lawyers to account for their actions. From 1998 through 2005, I was a civil trial attorney in the Tax Division of the U.S. Department of Justice. Between law school graduation in 1993 and 1998, I worked as a local prosecutor, Assistant Attorney General in the State of Washington, and a regulator with the Commodity Futures Trading Commission.

I encourage the Court to consider my comments about Mr. Lira, whom I continue to view as honest, ethical, and honorable, before deciding his fate. He practiced honorably and successfully for decades before encountering the highly unusual situation, involving his father-in-law and being a co-signer on the relevant trust account, that generated his failure to comply with a court order. David Lira would never go out of his way to cheat a client, just the opposite; but his resolve failed him here. He should be held to account for his criminal contempt, but he should not be treated as a fraudster because he isn't one. I ask the Court to consider a non-incarceration probationary sentence that would allow him to continue working toward repaying his former clients, which would accomplish the Sec. 3553(a) goals, including addressing restitution, without being more severe than necessary to achieve those goals.

Thank you.

Evan J. Davis

Robert H. Smith
1277 Parkway Ave
Pasadena, CA 91103


The Honorable Judge Mary M. Rowland


Re: The Character, Ethics and Behavior of David Lira


To establish the quality of my personal expression regarding the personal character, ethics. and values of David Lira I would like to note the following:

As a California Law School graduate I spent my 30-year early career as a banker, rising to serve as Chairman and CEO of both Security Pacific Corporation and Security Pacific Bank, then the 5th largest in the United States. I later became the Chief Operating Officer and member of the Board of Directors of Bank of America. During my career I served on 6 NYSE boards, as trustee of two major universities and the advisory board of the Securities Exchange Commission and the board of trustee of the Pacific Coast Stock Exchange. I also led the formation and operation of a major community bank in Orange County. My experience and exposure to the quality of people in the professional and business world has been significant.

With this background I would like to validate and assure those interested that I have witnessed David Lira consistently demonstrating to me, his friends, the community as well as numerous business and professional acquaintances, the highest level of character, ethics and values. There is no question in my mind that David is and will continue to be a positive and constructive member of his family, the law professional and local community, notwithstanding any past misstep. He is fully worthy of our continued trust and confidence.


Sincerely,

Robert H. Smith

To: The Honorable Mary M. Rowland                    Saturday, August 2, 2025

Re: Support for David Lira

My name is Robert McKenna.  I am a retired attorney and active member of the California State Bar Association.   I have known David Lira socially for over two decades.   In that time, I have had the opportunity to get to know David as a man, father and lawyer.

I first met David through my Stanford football tailgating group.  David is very close to a Stanford classmate, and he came up to watch a game with his alma mater, UCLA.   As a fellow attorney who attended UCLA law school, we had much in common.  I first remember being struck by David's sense of humor (he immediately pointed out my torn allegiances).   I was also affected by the passion with which he described his personal injury practice, especially his pride in representing those without means find justice.  As a commercial litigator, my clients were often executives and in-house counsel, and I distinctly recall admiring the sublime joy he felt helping those less fortunate.

As the years have gone by, I've spent time with David on numerous occasions.  His humor and graciousness extended to my family and friends.  David is always welcoming and always makes a place at his table.   I also had the opportunity to see David interact with his son,  then a Stanford football recruit, at another tailgater.  The love and pride he displayed for his boy that day was evident.  I've met David's wife and interacted with several of his close friends.  David's thoughtfulness and grace extends to all those he encounters, and he is surrounded by loving and supportive friends and family.

I further know David as a fierce competitor.   I've gleaned this from years of competing with him in a Fantasy Football League.  This no doubt serves him well in representing his clients interests.  But even in this environment, his humor and sensitivity wins the day.  It is easy to see why he has been so successful in his profession, while maintaining such close relationships.

As an attorney, I appreciate the gravity of David's plea and the difficult task a jurist has in sentencing.   But I do know this man.  He is a loving husband, father and friend.  He is a good person and dedicated legal professional, who has proudly and tirelessly worked for his clients and their interests.  I hope you will consider these attributes in determining David's fate.

Thank you for your consideration,

Robert McKenna,  CBA #142332

To The Honorable Mary M. Rowland:

Re: David R. Lira

I am an attorney licensed in the State of California and am and always have been in good standing since my admission in 1989. My bar number is 140333. I practiced law from 1989 until 2019 at the firm of Girardi | Keese. In 2019 I became a Mediator and Arbitrator with Judicate West in Los Angeles where I continue my ADR practice full time.

Over the course of my legal career, I was involved in several local and state bar organizations, including Consumer Attorneys of California where I served on the Board of Governors for almost 20 years; Consumer Attorneys Association of Los Angeles where I served on the Board of Governors, the Executive Committee and was elected President of the organization in 2008; Los Angeles County Bar Association Blue Ribbon Committee re Diversity; and the Los Angeles Superior Court's Complex Litigation Program, to name just a few.

I was a recipient of the Ted Horn Memorial Award given by the Consumer Attorneys Associate of Los Angeles in 2009. This award is given to a member attorney who has demonstrated outstanding service to the organization, the community and the legal profession at large. I was also awarded the Robert E. Cartwright, Sr. Award from the Consumer Attorneys of California in 2011. This honor is given in recognition of excellence in trial advocacy and dedication to teaching trial advocacy to fellow lawyers as well as educating the public of the importance of access to justice.

I am an Associate Member of the American Board of Trial Advocates since 2003 and had the honor of induction into the International Academy of Trial Lawyers in 2016. I also had the pleasure of serving as a member of the State Bar of California's Commission on Judicial Nominees Evaluation from February 2014 to April 2017.

Lastly, I served on the Board of Directors of the Inner City Law Center from 2011 through 2023 where I provided pro bono services to the indigent, mentored young staff attorneys and provided trial practice training to its trial lawyers. I also served as a member of the Board of Directors of the Wester Justice Center until 2022. This organization promotes peaceful resolution

of conflict in the community and provides training to middle and high school teachers and students to begin early awareness and practice of peaceful conflict resolution skills.

Now, I wish to address the subject at hand – the character of David Lira. I am aware David has pleaded guilty to one count of contempt and that the court will consider his penalty in October. I feel compelled to provide this letter in support of David, having known him for almost 25 years, first as a respected colleague and shortly thereafter, as a dear and trustworthy friend.

I had begun my legal career as a law clerk with Tom Girardi in 1986, eager to pursue justice on behalf of those who needed a voice. That was what I understood Tom Girardi and his firm to be all about. In those early years as a law clerk and young lawyer, I relished the opportunity to assist in bringing about justice for our clients. When David first came to the firm of Girardi | Keese he made it very clear through his actions and words that he wanted to be regarded on his own merits and not that of his father-in-law. He wanted no special treatment or favors. Instead, he worked harder than most in the firm, both on his own files as well as helping others achieve the best result on theirs. I was the first recipient in our firm of David's skill, experience and talent as a trial lawyer when he assisted me on one of my difficult cases that came ready for trial shortly after his arrival to our firm. He never hesitated at all to help me and dug in to learn the facts, meet with our client and try the case with me. It took little time for me to see what David was made of: hard work, dedication and respect for the court, our client and opposing counsel. He demonstrated the utmost professionalism towards counsel and the court and showed an equal amount of compassion for our client who had been sexually harassed at her work. I knew right away that there was much to learn from working with David and I was eager to spend as much time with him to absorb all he could give. I learned a lot from him during that trial and knew he had a lot more to give. I worked with David on many other cases after this initial one, always appreciating his insight and ability to discuss case preparation and trial strategies with me.

Over the years, as David and I became more senior in the firm, we worked tirelessly on behalf of our clients to bring closure to their misfortunes, whether through settlement or trial. We both avoided the tireless lunches at Morton's where Mr. Girardi held court every afternoon, for hours, despite

the wrath we received for skipping these "meetings".   Similarly, we chose to stay at the office late to continue our work instead of meeting Tom and other firm lawyers at the private Jonathan Club for a glass of wine.  David and I were serious about our commitment to our clients and their cases – not placating Tom's ego.  Indeed, there was a lot of pressure to attend these lunches and after work outings but we both had different priorities.

Mr. Girardi's ego seemed to grow over the years.  Both David and I dealt with it by keeping our noses to the grindstone and staying on course and cause on behalf of our clients, despite the irritation this seemed to cause for Tom.  As the stress and toxic environment increased, I knew it was time to take my leave and pursue a mediation career I had put on hold for several years.  David and I remained in touch after I left in 2019 and knew he was growing increasingly frustrated and stressed at the firm.  He spoke of leaving too and I encouraged him to do so as his talents and good nature were not being respected where he was.  Eventually, after fighting with Tom to pay money to clients David knew Tom had, David left too as he could no longer endure Tom.

Among the positive characteristics I see in David is his honesty and integrity – in all matters.  For example, we had a case where one of our clients was misrepresenting the facts as they appeared in medical records.  David never hesitated to call the issue out to the client and insist on full disclosure and candor.  He was always honest with clients and made it clear he expected the same in return.  He was patient explaining the legalities and intricacies of a case, helping his clients manage expectations and understand the process.  When the case was at a settlement conference or mediation, David patiently and clearly detailed for the client what the net payment would be "in the client's pocket."  He was always fair too.  If it made sense to reduce the legal fees so the client received more, he did.  He had a very gentle, respectful and professional way with his clients and no doubt this was a large factor in them referring friends and family to him over the years.

Another example of David's unwavering ethics, integrity and professionalism were well demonstrated at ABOTA meetings we attended together for many years.  I was always filled with such pride to observe David talk with the judges, plaintiff and defense counsel at these meetings.  Everyone sought him out to hear of a trial he was in, or new cases he was championing on behalf of his client, or to hear about what his kids were up

to.  All with whom David encountered in the legal profession held him in the highest esteem.  I always enjoyed appearing before a judge or opposing counsel who invariably asked about David and would send their sincerest regards.  Because he always comported himself with the utmost of professionalism and integrity, his colleagues and members of the bench respected and trusted David, without hesitation.

My professional and personal relationship with David has also provided me an opportunity to meet and get to know his family: his wife, Jacqueline and their four amazing children whom I have had the pleasure to watch grow and mature into highly achieving, well-grounded young adults.  It is no doubt that the steady hand and deep love and support by both David and Jacqueline helped guide Michael, Catherine, Elizabeth and Caroline to become the able and thoughtful caretakers of our future they indeed are.  I used to have lunch with David on a frequent basis when we practiced together, and I always loved hearing about what the kids were up to.  I was so impressed with how devoted a dad David is.  He was always very involved with his children's schools, at one point serving on Mayfied's board for several years, actively participating in the important decisions affecting the school and the children who attended this prestigious middle school.  It was extremely important to him that all his children had the very best academic opportunities, and that they also become well-rounded, having other extra-curricular activities to help them each become the individual best they could be.  His children's successes are a direct result of David's devotion, support and attention he has given them their whole lives.  I have told both David Jacqueline on several occasions that I thought they were two of the very best and most responsible parents I had ever know, and the proof was in the successes of their children.

Lastly, I have always felt like family at the Lira home.  Their warmth and authenticity are undeniable.  I have developed a closeness to David and his family over the years because of the person he is.  Over the more than two decades I have had the pleasure to know David, I have had the opportunity to meet many of his friends from outside the legal profession.  What was so striking to me was not only how many friends he had but also, for how long these friendships have endured.  These are all deep and meaningful relationships.  Indeed, the company one keeps, and for how long, is a true measure of the person.

In conclusion, there is nothing about David Lira that gives me a moment's pause to speak on his behalf as to the quality of the person he truly is. I would wholeheartedly refer a person in need of legal help to David, without hesitation, and know he would provide services of the utmost professionalism and competency. As for me, I would never question the integrity, honesty and sincerity of his friendship. He has always been there for me when I have needed a friend. He will always be a trusted colleague with whom I have had the pleasure and privilege to know both professionally and personally.

With kind regards,

Amy Solomon